**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
EASTERN District of NEW YORK
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Absolut Facilities Management, LLC

2. **All other names debtor used in the last 8 years**  
   d/b/a Absolut Care LLC  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   20 - 8471412

4. **Debtor's address**

   **Principal place of business**  
   255 Warner Avenue  
   Number    Street

   Roslyn Heights    NY    11577  
   City    State    ZIP Code

   Nassau  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   P.O. Box  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   City    State    ZIP Code

5. **Debtor's website (URL)**  
   https://www.absolutcare.com/

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1



Debtor   **Absolut Facilities Management, LLC**    Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
6239

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No
- [ ] Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.  Debtor  **See Schedule 1 attached hereto**    Relationship _____
           District _____          When _____
                                                               MM / DD / YYYY
           Case number, if known _____

List all cases. If more than 1, attach a separate list.

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2



Debtor   **Absolut Facilities Management, LLC**   Case number *(if known)* _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

_____
City                                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  **Absolut Facilities Management, LLC**
       Name

Case number (*if known*) _____

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/10/2019
            MM / DD / YYYY

X **s/ Michael Wyse**                                    **Michael Wyse**
Signature of authorized representative of debtor          Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **S/ Schuyler G. Carroll**                             Date  09/10/2019
Signature of attorney for debtor                                MM / DD / YYYY

**Schuyler G. Carroll**
Printed name

**Loeb & Loeb LLP**
Firm name

**345 Park Avenue**
Number        Street

**New York**                              **NY**        **10154**
City                                      State         ZIP Code

**212-407-4000**                          **scarroll@loeb.com**
Contact phone                             Email address

**2511707**                               **NY**
Bar number                                State



# SCHEDULE 1

As of today's date, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Eastern District of New York for relief under chapter 11 of the Bankruptcy Code.

Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity | EIN |
| --- | --- |
| Absolut Facilities Management, LLC | 20-8471412 |
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC | 20-8467875 |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC | 20-8468266 |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC | 20-8468080 |
| Absolut at Orchard Brooke, LLC | 20-8471641 |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC | 20-8468133 |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC | 20-8468133 |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC | 20-8467924 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Absolut Facilities Management, LLC _____ **CASE NO.:**_____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
                                            **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

         **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1** (**REAL PROPERTY**):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9** (**REAL PROPERTY**): REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

   _____

2. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** NO_____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
                                            **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

         **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1** (**REAL PROPERTY**):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9** (**REAL PROPERTY**):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**DISCLOSURE OF RELATED CASES (cont'd)**

3. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1** (**REAL PROPERTY**):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9** (**REAL PROPERTY**): REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:
  _____

**NOTE:** Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):** Y_____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.**

_____          _____
**Signature of Debtor's Attorney**                                            **Signature of Pro-se Debtor/Petitioner**

                                                                                      255 Warner Avenue_____
                                                                                      **Mailing Address of Debtor/Petitioner**

                                                                                      Roslyn Heights, NY 10154_____
                                                                                      **City, State, Zip Code**

                                                                                      _____
                                                                                      **Email Address**

                                                                                      _____
                                                                                      **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

**Fill in this information to identify the case:**

Debtor name: **Absolut Facilities Management, LLC, et al.**
United States Bankruptcy Court for the: Eastern District of New York
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims     12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 1 | Affiliates of Arba Group<br>Attn: Ira Smedra<br>6300 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90048 | Affiliates of Arba Group<br>Attn: Ira Smedra<br>PHONE: 323-651-1808<br>FAX: 323-651-2222<br>EMAIL: SmedraI@thearbagroup.com | Trade | U/D | | | $3,155,104.50 |
| 2 | New York State Department of Health - Office of Health Insurance Programs (Cash Receipets Assessment)<br>Attn: Officer / Director<br>One Commerce Plaza Rm 1432<br>Albany, NY 12237 | New York State Department of Health - Office of Health Insurance Programs (Cash Receipets Assessment)<br>Attn: Officer / Director<br>PHONE: 518-474-7553; 518-474-7553<br>FAX: 518-473-2802<br>EMAIL: hfafmail@health.ny.gov; richard.zahnleuter@health.ny.gov | Government - Non Tax | D | | | $2,161,000.00 |
| 3 | Internal Revenue Service<br>Attn: IRS Insolvency Section<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Attn: IRS Insolvency Section<br>PHONE: 800-973-0424<br>FAX: 855-235-6787<br>EMAIL: | Tax | U/D | | | $1,640,696.00 |
| 4 | American Plan Administrators<br>Attn: Officer / Director<br>18 Heyward St<br>Brooklyn, NY 11249 | American Plan Administrators<br>Attn: Officer / Director<br>PHONE: 718-625-6300<br>FAX: 718-834-1256<br>EMAIL: info@apatpa.com | Trade | U | | | $790,000.00 |
| 5 | Grandview Brokerage<br>Attn: Officer / Director<br>P. O. Box 40317<br>Brooklyn, NY 11204 | Grandview Brokerage<br>Attn: Officer / Director<br>PHONE: 718-333-1155<br>FAX: 917-534-6087<br>EMAIL: michael@gvwins.com | Trade | U | | | $548,176.33 |
| 6 | Grandison Management Inc.<br>Attn: Officer / Director<br>1413 38th St.<br>Brooklyn, NY 11218 | Grandison Management Inc.<br>Attn: Officer / Director<br>PHONE: 718-336-6600<br>FAX: 718-336-6616<br>EMAIL: | Trade | U | | | $488,811.63 |
| 7 | Clinical Staffing Resources<br>Attn: Officer / Director<br>c/o Wells Fargo Bank, N.A.<br>Boston, MA 02284-2932 | Clinical Staffing Resources<br>Attn: Officer / Director<br>PHONE:<br>FAX:<br>EMAIL: | Trade | U | | | $445,019.40 |
| 8 | Trustaff Travel Nurses, LLC<br>Attn: Officer / Director<br>PO Box 63-8231<br>Cincinnati, OH 45263 | Trustaff Travel Nurses, LLC<br>Attn: Officer / Director<br>PHONE: 877-880-0346<br>FAX:<br>EMAIL: Efield@trustaff.com | Trade | U | | | $439,352.35 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 9 | Schwartz Sladkus Reich Greenberg Atlas<br>Attn: Officer / Director<br>444 Madison Avenue, 6th Floor<br>New York, NY 10022 | Schwartz Sladkus Reich Greenberg Atlas<br>Attn: Officer / Director<br>PHONE: 212-743-7000<br>FAX: 212-743-7001<br>EMAIL: | Trade | U | | | $400,000.00 |
| 10 | Kaufman Borgeest & Ryan LLP<br>Attn: Officer / Director<br>120 Broadway<br>New York, NY 10271 | Kaufman Borgeest & Ryan LLP<br>Attn: Officer / Director<br>PHONE: 212-980-9600<br>FAX: 212-980-9291<br>EMAIL: webinfo@kbrlaw.com | Trade | U | | | $381,829.55 |
| 11 | GuideOne Insurance<br>Attn: Officer / Director<br>c/o Alan Gray LLC<br>88 Broad Street<br>Boston, MA 02110 | GuideOne Insurance<br>Attn: Officer / Director<br>PHONE: 617-426-6255<br>FAX: 617-695-9084<br>EMAIL: info@alangray.com | Trade | U | | | $375,000.00 |
| 12 | Preventive Diagnostics, Inc.<br>Attn: Officer / Director<br>12 Spencer Street<br>Brooklyn, NY 11205 | Preventive Diagnostics, Inc.<br>Attn: Officer / Director<br>PHONE: 800-749-9729<br>FAX: 888-511-9318<br>EMAIL: orders@pdihealth.com | Trade | U | | | $344,937.93 |
| 13 | Medical Staffing Network<br>Attn: Officer / Director<br>P. O. Box 840292<br>Dallas, TX 75284-0292 | Medical Staffing Network<br>Attn: Officer / Director<br>PHONE: 800-676-8326<br>FAX: 866-526-2856<br>EMAIL: laurenmiska@ msnhealth.com | Trade | U | | | $333,042.18 |
| 14 | Favorite Healthcare Staffing, Inc.<br>Attn: Officer / Director<br>PO Box 26225<br>Overland Park, KS 66225 | Favorite Healthcare Staffing, Inc.<br>Attn: Officer / Director<br>PHONE: 913-383-9733<br>FAX: 913-383-9892<br>EMAIL: Corporate@FavoriteStaffing.com | Trade | U | | | $321,156.10 |
| 15 | American Express<br>Attn: Officer / Director<br>200 Vesey St<br>New York, NY 10285 | American Express<br>Attn: Officer / Director<br>PHONE: 212-640-2000<br>FAX: 212-619-8942<br>EMAIL: | Trade | U | | | $320,000.00 |
| 16 | TwinMed<br>Attn: Officer / Director<br>11333 Greenstone Avenue<br>Santa Fe Springs, CA 90670 | TwinMed<br>Attn: Officer / Director<br>PHONE: 877-894-6633<br>FAX: 323-319-9188<br>EMAIL: twinmedbilling@twinmed.com; twinmedpurchasing@twinmed.com | Trade | U | | | $301,318.24 |
| 17 | New York State Department of Taxation and Finance<br>Attn: Office of Counsel<br>Building 9<br>W A Harriman Campus<br>Albany, NY 12227 | New York State Department of Taxation and Finance<br>Attn: Office of Counsel<br>PHONE: 518-485-6027<br>FAX:<br>EMAIL: | Tax | U/D | | | $249,942.00 |
| 18 | Paterson Healthcare Interior Design<br>Attn: Officer / Director<br>1167 East 26th St.<br>Brooklyn, NY 11210 | Paterson Healthcare Interior Design<br>Attn: Officer / Director<br>PHONE: 718-252-4300<br>FAX:<br>EMAIL: info@patersonconnect.com | Trade | U | | | $236,295.76 |
| 19 | SolaMed 02, LLC<br>Attn: Officer / Director<br>5308-13th Ave.<br>Brooklyn, NY 11219 | SolaMed 02, LLC<br>Attn: Officer / Director<br>PHONE:<br>FAX:<br>EMAIL: | Trade | U | | | $224,566.55 |
| 20 | Interstate Capital Corporation<br>Attn: Officer / Director<br>Quality Medical Staffing Agency,LLC<br>Dallas, TX 75391-5183 | Interstate Capital Corporation<br>Attn: Officer / Director<br>PHONE:<br>FAX:<br>EMAIL: | Trade | U | | | $200,211.80 |
| 21 | Fidelis<br>Attn: Officer / Director<br>PO Box 955502<br>St Louis, MO 63195-5502 | Fidelis<br>Attn: Officer / Director<br>PHONE: 636-922-9252<br>FAX: 314-754-9165<br>EMAIL: | Trade | U | | | $180,561.45 |
| 22 | Accountable Healthcare Staffing, Inc<br>Attn: Officer / Director<br>PO Box 732800<br>Dallas, TX 75373 | Accountable Healthcare Staffing, Inc<br>Attn: Officer / Director<br>PHONE: 888-740-4341<br>FAX:<br>EMAIL: | Trade | U | | | $176,040.26 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 23  Sysco Frozen Foods<br>Attn: Officer / Director<br>2508 Warners Rd<br>Warners, NY 13164 | Sysco Frozen Foods<br>Attn: Officer / Director<br>PHONE: 315-672-7000; 800-736-6000<br>FAX:<br>EMAIL: info@syr.sysco.com | Trade | U | | | $161,032.29 |
| 24  Lexington Insurance Company<br>Attn: Officer / Director<br>c/o Global Recovery Services<br>Atlanta, GA 30348-5795 | Lexington Insurance Company<br>Attn: Officer / Director<br>PHONE:<br>FAX:<br>EMAIL: | Trade | U | | | $150,000.00 |
| 25  Harter, Secrest & Emery LLP<br>Attn: Officer / Director<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604-2711 | Harter, Secrest & Emery LLP<br>Attn: Officer / Director<br>PHONE: 585-232-6500<br>FAX: 585-232-2152<br>EMAIL: cwittlin@hselaw.com | Services | U | | | $142,130.26 |
| 26  Allstate Medical<br>Attn: Officer / Director<br>34 35th St. Bldg. #6<br>Brooklyn, NY 11232 | Allstate Medical<br>Attn: Officer / Director<br>PHONE: 718-369-7100<br>FAX: 718-369-7274<br>EMAIL: | Trade | U | | | $139,707.77 |
| 27  Abe Schonfeld<br>1146 East 27th Street<br>Brooklyn, NY 11210 | Abe Schonfeld<br>PHONE:<br>FAX:<br>EMAIL: | Trade | U | | | $131,770.50 |
| 28  Crown Energy Services, Inc.<br>Attn: Officer / Director<br>P.O. Box 260<br>West Seneca, NY 14224-0260 | Crown Energy Services, Inc.<br>Attn: Officer / Director<br>PHONE: 716-675-3275<br>FAX:<br>EMAIL: info@crownenergy.com | Trade | U | | | $116,656.41 |
| 29  Feldman, Kieffer & Herman, LLP<br>Attn: Officer / Director<br>The Dun Bldg,<br>Buffalo, NY 14202 | Feldman, Kieffer & Herman, LLP<br>Attn: Officer / Director<br>PHONE: 716-852-5875<br>FAX: 716-852-4253<br>EMAIL: info@feldmankieffer.com | Services | U | | | $98,019.70 |
| 30  MAXIM Healthcare Service<br>Attn: Officer / Director<br>7227 Lee Deforest Drive<br>Columbia , MD 21046 | MAXIM Healthcare Service<br>Attn: Officer / Director<br>PHONE: 704-366-8019; 800-796-2946; 410-677-4900<br>FAX: 410-910-1600<br>EMAIL: | Trade | U | | | $92,307.17 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Absolut Facilities Management, LLC
United States Bankruptcy Court for the: Eastern District of New York
Case number (If known): 19-

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☒ Other document that requires a declaration   List of Creditors Who Have the 30 Largest Unsecured Claims And Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/10/2019      X s/ Michael Wyse
         MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                Michael Wyse
                                Printed name

                                Chief Restructuring Officer
                                Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Absolut Facilities Management, LLC, *et al.* | Case No. 19-_____(__) <br> Case No. 19-_____(__) <br> Case No. 19-_____(__) <br> Case No. 19-_____(__) <br> Case No. 19-_____(__) <br> Case No. 19-_____(__) <br> Case No. 19-_____(__) <br> Case No. 19-_____(__) |
| Debtors.[1] | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
1007(a)(1) AND 7007.1 AND E.D.N.Y. LOCAL BANKRUPTCY RULE 1073-3**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rule 1073-3 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned authorized officer of the above-captioned debtors and debtors-in-possession (the "**Debtors**") respectfully represent that the following entities directly or indirectly own 10% or more of any class of the Debtors' equity interests:

| Entity | Ownership |
|---|---|
| Absolut Facilities Management, LLC | Israel Sherman owns 100% of this entity. |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18066903.1
233620-10001

| | |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC | Israel Sherman owns 54% of this entity. Absolute Facilities Management, LLC ("AFM") owns 45% of this entity. In turn, AFM is 100% owned by Israel Sherman. |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC | Israel Sherman owns 54% of this entity. AFM owns 45% of this entity. In turn, AFM is 100% owned by Israel Sherman. |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC | Israel Sherman owns 54% of this entity. AFM owns 45% of this entity. In turn, AFM is 100% owned by Israel Sherman. |
| Absolut Center for Nursing and Rehabilitation at Orchard Brooke, LLC | Israel Sherman owns 54% of this entity. AFM owns 45% of this entity. In turn, AFM is 100% owned by Israel Sherman. |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC | Israel Sherman owns 54% of this entity. AFM owns 45% of this entity. In turn, AFM is 100% owned by Israel Sherman. |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC | Israel Sherman owns 54% of this entity. AFM owns 45% of this entity. In turn, AFM is 100% owned by Israel Sherman. |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC | Israel Sherman owns 54% of this entity. AFM owns 45% of this entity. In turn, AFM is 100% owned by Israel Sherman. |

**Fill in this information to identify the case and this filing:**

Debtor Name: Absolut Facilities Management, LLC, et al.
United States Bankruptcy Court for the: EASTERN District of NEW YORK
Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration  **Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/10/2019**         X  **s/ Michael Wyse**
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                     **Michael Wyse**
                                     Printed name

                                     **Chief Restructuring Officer**
                                     Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

In re:                                                    Chapter 11

Absolut Facilities Management, LLC,                       Case No. 19-_____(___)

Debtor.                                                   (Joint Administration Requested)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case:

| Name and Address of Interest Holder | Type of Interest Held | Percentage |
|---|---|---|
| Israel Sherman<br>c/o Absolut Facilities Management, LLC<br>255 Warner Avenue<br>Roslyn Heights, NY 11577 | Membership Interests | 100% |

I, Michael Wyse, the Chief Restructuring Officer of the above-captioned Debtor, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: September 10, 2019

                                                                             s/ Michael Wyse
                                              Michael Wyse, Chief Restructuring Officer

# ABSOLUT FACILITIES MANAGEMENT, LLC
## A NEW YORK LIMITED LIABILITY COMPANY

## CERTIFICATE OF COMPANY RESOLUTIONS

The undersigned, as the sole Member (the "Member") and the Independent Advisor (the "Advisor") of Absolut Facilities Management, LLC, a New York limited liability company (the "Company"), does hereby certify as follows:

**WHEREAS**, the Member consents to the adoption of the resolutions set forth herein by written consent and to the taking of any and all actions by Israel Sherman ("Sherman"), Michael Wyse (the "Chief Restructuring Officer" and, together with Sherman, the "Authorized Officers"), the Company, and the Company's employees and representatives necessary or appropriate to give effect to such resolutions and directs that this consent be placed in the minutes and records of the Company.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Member and the Advisor have determined that (i) it is in the Company's best interest for the Company to file for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), (ii) it is in the best interest of each entity listed on Schedule I attached hereto, each of which is managed by the Company, as Manager, to file for relief under chapter 11 of the Bankruptcy Code;

**RESOLVED**, that the Authorized Officers and the Company's employees and representatives are authorized to proceed with the preparation and filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code for the Company, to be filed as and at a time the Authorized Officers deem appropriate; and

**RESOLVED**, that the law firm of Loeb & Loeb LLP be, and hereby is, retained as attorneys for the Company to advise the Company in connection with its chapter 11 bankruptcy filing, subject to approval (for services rendered after the filing of a bankruptcy petition) of the Bankruptcy Court, and the retention of Loeb & Loeb LLP to perform all services rendered to date in aid of the Company's prospective chapter 11 filing and otherwise is hereby ratified in all respects; and

**RESOLVED**, that Prime Clerk LLC be, and hereby is, retained as claims, balloting and noticing agent, subject to approval (for services rendered after the filing of a bankruptcy petition) of the Bankruptcy Court, and the retention of Prime Clerk LLC to perform all services rendered to date in aid of the Companies' prospective chapter 11 filings and otherwise is hereby ratified in all respects; and

**RESOLVED**, that the Company is hereby authorized to and approved to enter into a Debtor in Possession financing agreement with ABS DIP LLC as lender, an entity related to and controlled by the Member and all documents ancillary thereto (the "DIP Loan Documents") (such approval to be evidenced by the signature thereon of such Authorized Officer or his designee) after and in connection with the Company's bankruptcy filing, pursuant to which the Company shall be authorized to borrow

money secured by substantially all of the Company's assets, subject to the terms of the DIP Loan Documents and approval of the Bankruptcy Court; and

**RESOLVED**, that the Authorized Officers, and any other Company employee or representative (including, without limitation, Loeb & Loeb LLP) designated by the Authorized Officers, is authorized to negotiate with the Company's creditors and prepare and propose the terms of a plan of reorganization or other creditor treatment as he (or his designees) may deem to be feasible and in the best interest of the Company and its creditors; and

**RESOLVED**, that the Authorized Officers are hereby specifically authorized: (i) to prepare and file (or to have prepared and filed) on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code; (ii) to execute on behalf of the Company such petitions, schedules and statements as he may deem necessary or appropriate in connection therewith; and (iii) to execute such further documents and do such further acts as the Authorized Officers may deem necessary or appropriate with respect to the foregoing, or any of the other resolutions set forth herein, including the filing of any petition or motion for relief under any other chapter of the Bankruptcy Code, the execution of any document or the doing of any act by the Authorized Officers or their designees in connection with such proceedings to be conclusively presumed to be authorized; and

**RESOLVED**, that the Authorized Officers are authorized to authorize and/or direct the filing by Loeb & Loeb LLP of any paper, pleading or other document, or the taking of any other action by Loeb & Loeb LLP, that he may deem necessary or appropriate in connection with the Company's chapter 11 case or restructuring efforts; and

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approval or rulings of governmental or regulatory authorities or certificates and to take any and all steps, including the payment of any costs, fees or expenses, deemed by the Authorized Officers to be necessary or desirable to carry out the purposes and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and

**RESOLVED**, that any and all actions heretofore taken by the Authorized Officers or their designees, including without limitation any Company employee or representative, in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, be, and hereby are, ratified, confirmed and approved in all respects; and

**RESOLVED**, that any authority of the Authorized Officers as authorized herein may be exercised and taken by each Authorized Officer, acting without the other.

      The undersigned further certifies that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the Member and the Advisor and have been in full force and effect at all times subsequent to their adoption, not having been amended, repealed or modified.

      **IN WITNESS WHEREOF**, the undersigned has executed this certificate as of September 10, 2019.

MEMBER:

_____
Israel Sherman


ADVISOR:


_____
William K. Lenhart


[Signature page to Absolut Facilities Management, LLC Certificate of Company Resolutions]

The undersigned further certifies that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the Member and the Advisor and have been in full force and effect at all times subsequent to their adoption, not having been amended, repealed or modified.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of September 10, 2019.

MEMBER:

_____
Israel Sherman

ADVISOR:

DocuSigned by:
*William K. Lenhart*
302A5383234548F...
_____
William K. Lenhart

[Signature page to Absolut Facilities Management, LLC Certificate of Company Resolutions]

## Schedule I
### Entities

- Absolut Center for Nursing and Rehabilitation at Westfield, LLC
- Absolut Center for Nursing and Rehabilitation at Allegany, LLC
- Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC
- Absolut Center for Nursing and Rehabilitation at Gasport, LLC
- Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC
- Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC
- Absolut at Orchard Brooke, LLC