**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

    Absolut Facilities Management, LLC
    dba Absolut Care LLC

    Debtor(s)

Case No. 19-76260-ast

Chapter: 11

**REQUEST FOR JUDICIAL DETERMINATION CONCERNING APPOINTMENT OF**
**PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. SECTION 333**

The Clerk's Office requests the Court to determine whether pursuant to 11 U.S.C. § 333 a Patient Care Ombudsman should be appointed in this case as "Health Care Business" was selected as the nature of business on the petition filed on September 10, 2019.

By the Court: C. Teutonico

Date: September 11, 2019

☐ The U.S. Trustee will be directed to appoint a Patient Care Ombudsman in accordance with 11 U.S.C. § 333.

☐ The appointment of a Patient Care Ombudsman is not necessary.

**SO ORDERED**