**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip N Y 11722

IN RE: Absolut Facilities Management, LLC
dba Absolut Care LLC

Case No. 19-76260-ast

Chapter 11

Debtor

### REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerks Office requests that the Court determine if access to Document(s) No. 10 filed in CM/ECF should be restricted.

The document or claim contains:

☐ Personal identifiers as set forth in Bankruptcy Rule 9037
- Social Security Number
- Taxpayer Identification Number
- Birth Date
- The name of an individual, other than the debtor, known to be and identified as a minor
- Financial Account Number

☐ Trade Secrets
☑ Confidential Research, Development or Commercial Information
☐ Scandalous or Defamatory Matter
☐ Other: _____

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☑ The Clerk's Office is directed to restrict access to the document.

☑ The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before September 18, 2019.

☐ The Clerk's Office is directed not to restrict access to the document for the following reason(s):



**Dated: September 11, 2019**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**