# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In Re:**                                                                **Case No.**

                                                                          **Chapter**

**Debtor(s)**

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

                The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

                                                                           s/ Michael Wyse, Chief Restructuring Officer
                                                                          Debtor

                                                                          _____
                                                                          Joint Debtor

                                                                          _____
                                                                          Attorney for Debtor