**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email:  scarroll@loeb.com
            dbesikof@loeb.com
            nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Absolut Facilities Management, LLC, *et al*. <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 8-19-76260-ast <br> Case No. 8-19-76263-ast <br> Case No. 8-19-76267-ast <br> Case No. 8-19-76268-ast <br> Case No. 8-19-76269-ast <br> Case No. 8-19-76270-ast <br> Case No. 8-19-76271-ast <br> Case No. 8-19-76272-ast <br><br> (Joint Administration Requested) |

### E.D.N.Y. LBR 1073-3 CORPORATE OWNERSHIP STATEMENT

Pursuant to LBR 1073-3, no corporation directly or indirectly owns 10% or more of any class of the equity interests of Absolut Facilities Management, LLC ("AFM"). AFM owns

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18154946

directly 54% of the equity interests of each of remaining Debtors, identified below (the "Listed Debtors"):

| Entity |
|---|
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC |
| Absolut at Orchard Brooke, LLC |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC |

No other corporation directly or indirectly owns 10% or more of any class of the equity interests of any of the Listed Debtors.

Dated:       September 11, 2019
             New York, New York

                                                    /s/ Michael Wyse
                                                  Michael Wyse
                                                  Chief Restructuring Officer