**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
         dbesikof@loeb.com
         nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Absolut Facilities Management, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-76260<br>Case No. 19-76263<br>Case No. 19-76267<br>Case No. 19-76268<br>Case No. 19-76269<br>Case No. 19-76270<br>Case No. 19-76271<br>Case No. 19-76272<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON SEPTEMBER 12, 2019 AT 2:00 P.M. (EASTERN TIME), BEFORE THE HONORABLE ALAN S. TRUST AT THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK, AT COURTROOM 960, 290 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK, 11722**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18154766

## I.   First Day Matters

1.   Motion for Order Authorizing and Directing Joint Administration and Use of Consolidated Caption (Dkt. No. 2)

   Related Documents:

   A. Declaration of Michael Wyse (Dkt. No. 15)
   B. Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

   Status:  This matter is going forward.

2.   Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing; (II) Granting Liens and Superpriority Claims to Postpetition Lender; and (III) Scheduling Final Hearing (Dkt. No. 4)

   Related Documents:

   A. Declaration of Michael Wyse (Dkt. No. 15)
   B. Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

   Status:  This matter is going forward.

3.   Debtors' Emergency Motion for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account As Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment (Dkt. No. 5)

   Related Documents:

   A. Declaration of Michael Wyse (Dkt. No. 15)
   B. Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

   Status:  This matter is going forward.

4.   Debtors' Emergency Motion to (I) File A Consolidated List of Creditors, (II) File A Consolidated List of the Thirty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information of Individual Creditors and Current and Former Employees; and (IV) Mail Initial Notices (Dkt. No. 7)

   Related Documents:

   A. List of Creditors (Dkt. No. 3)
   B. Declaration of Michael Wyse (Dkt. No. 15)
   C. Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

       D.  Verification of List of Creditors (Dkt. No. 23)

    Status:  This matter is going forward.

5.       Debtors' Emergency Motion (I) for Authority to File Under Seal Separate Schedule F and Matrix Containing Patient Information, (II) to Authorize Certain Procedures to Maintain the Confidentiality of Patient Information, (III) to Modify Notice to Patients, and (IV) for Relief from Required Form of Mailing Matrix with Regard to Separate Matrix (Dkt. No. 8)

    Related Documents:

       A.  Declaration of Michael Wyse (Dkt. No. 15)
       B.  Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

    Status:  This matter is going forward.

6.       Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors (Dkt. No. 10)

    Related Documents:

       A.  Declaration of Michael Wyse (Dkt. No. 15)
       B.  Debtors' Emergency Motion to Redact Critical Vendors Motion (Dkt. No. 18)
       C.  Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)
       D.  Order Sealing Critical Vendors Motion (Dkt. No. 22)
       E.  Redacted Version of the Critical Vendors Motion (Dkt. No. 24)

    Status:  This matter is going forward.

7.       Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines and (III) Granting Related Relief (Dkt. No. 11)

    Related Documents:

       A.  Declaration of Michael Wyse (Dkt. No. 15)
       B.  Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

    Status:  This matter is going forward.

8.       Motion for Entry of An Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition, (B) Pay and Satisfy Prepetition Obligations Related thereto, Including Broker Fees and Premium Financing Obligations; and (II) Granting Related Relief (Dkt. No. 12)

Related Documents:

 A. Declaration of Michael Wyse (Dkt. No. 15)
 B. Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

Status: This matter is going forward.

9. Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing, But Not Directing, Debtors to (A) Pay and Honor Prepetition Employee Obligations, and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief (Dkt. No. 13)

Related Documents:

 A. Declaration of Michael Wyse (Dkt. No. 15)
 B. Letter from Schuyler Carroll Providing Notice of First Day Hearing (Dkt. No. 21)

Status: This matter is going forward.

Dated: September 12, 2019   LOEB & LOEB LLP
   New York, New York

            */s/ Daniel B. Besikof*

            Schuyler G. Carroll
            Daniel B. Besikof
            Noah Weingarten
            345 Park Avenue
            New York, NY 10154
            Tel: (212) 407-4000
            Fax: (212) 407-4990
            scarroll@loeb.com
            dbesikof@loeb.com
            nweingarten@loeb.com

            *Proposed Counsel to the Debtors*
            *and Debtors-in-Possession*