**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
        dbesikof@loeb.com
        nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Absolut Facilities Management, LLC, *et al*.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-76260<br>Case No. 19-76263<br>Case No. 19-76267<br>Case No. 19-76268<br>Case No. 19-76269<br>Case No. 19-76270<br>Case No. 19-76271<br>Case No. 19-76272<br><br>(Jointly Administered) |

## NOTICE OF CONTINUED HEARING ON CERTAIN FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on September 10, 2019, the Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2019 at 2:00 p.m., a hearing was held before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, Courtroom 960 on certain first day motions.

**PLEASE TAKE FURTHER NOTICE** that a continued hearing on the matters set forth below will be held before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, Courtroom 960 on September 18, 2019, at 2:00 p.m.:

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing; (II) Granting Liens and Superpriority Claims to Postpetition Lender; and (III) Scheduling Final Hearing (Dkt. No. 4);

- Debtors' Emergency Motion for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account As Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment (Dkt. No. 5);

- Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors (Dkt. No. 10);

- Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines and (III) Granting Related Relief (Dkt. No. 11);

- Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition, (B) Pay and Satisfy Prepetition Obligations Related thereto, Including Broker Fees and Premium Financing Obligations; and (II) Granting Related Relief (Dkt. No. 12); and

- Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing, But Not Directing, Debtors to (A) Pay and Honor Prepetition Employee Obligations, and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief (Dkt. No. 13).

**PLEASE TAKE FURTHER NOTICE** that if anyone wishes to be heard with respect to any of the foregoing matters, they must attend the hearing. The hearing may be adjourned from time to time in open court.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive copies of any of the motions or applications set forth above, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or the website of the Debtors' proposed claims agent at primeclerk.com, or (b) they may contact Schuyler G. Carroll, Esq., Daniel Besikof, Esq., or Noah Weingarten, Esq. at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; or nweingarten@loeb.com.

Dated:  September 16, 2019         LOEB & LOEB LLP
       New York, New York

                                                        */s/ Schuyler G. Carroll*
                                                        Schuyler G. Carroll
                                                        Daniel B. Besikof
                                                        Noah Weingarten
                                                        345 Park Avenue
                                                        New York, NY 10154
                                                        Tel: (212) 407-4000
                                                        Fax: (212) 407-4990
                                                        scarroll@loeb.com
                                                        dbesikof@loeb.com
                                                        nweingarten@loeb.com

                                                        *Proposed Counsel to the Debtors*
                                                        *and Debtors-in-Possession*