# EXHIBIT A

Absolut Facilities Management
Cash Projection - Consolidated

| Week Ended: | 09/13/19 | 09/20/19 | 09/27/19 | 10/04/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 9/13/19 – TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | $ 622,107 | $ 54,931 | $ 54,786 | $ 54,731 | $ 57,974 | $ 57,746 | $ 59,903 | $ 198,251 | $ 54,057 | $ 51,439 | $ 52,074 | $ 302,173 | $ 59,858 | $ 622,107 |
| Anticipated DIP Funding | 850,000 | 400,000 | (1,190,000) | (40,000) | 500,000 | 30,000 | (550,000) | 500,000 | 510,000 | (20,000) | (990,000) | 880,000 | 50,000 | 930,000 |
| **Receipts** | | | | | | | | | | | | | | |
| Medicare | $ - | $ 68,924 | $ 557,900 | $ - | $ - | $ 68,924 | $ 557,900 | $ - | $ - | $ 68,924 | $ 557,900 | $ - | $ - | $ 1,880,472 |
| Medicaid | 243,738 | 310,480 | 133,063 | 91,985 | 279,314 | 287,009 | 336,948 | 124,777 | 300,296 | 291,594 | 283,979 | 216,421 | 198,138 | 3,097,743 |
| Insurance, Self Pay | 765,007 | 1,074,091 | 1,506,163 | 1,200,997 | 715,724 | 1,091,547 | 1,300,695 | 1,176,036 | 641,180 | 1,073,140 | 1,325,164 | 1,089,649 | 871,193 | 13,830,588 |
| Miscellaneous | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 455,000 |
| Total Receipts | 1,043,745 | 1,488,495 | 2,232,126 | 1,327,982 | 1,030,038 | 1,482,480 | 2,230,543 | 1,335,813 | 976,476 | 1,468,658 | 2,202,044 | 1,341,071 | 1,104,331 | 19,263,802 |
| **Disbursements** | | | | | | | | | | | | | | |
| Payroll Taxes | 831,486 | 828,045 | 824,603 | 821,162 | 817,720 | 807,020 | 796,319 | 785,619 | 774,918 | 764,217 | 753,517 | 742,816 | 742,816 | 10,290,258 |
| Insurances | 274,821 | | | | 201,025 | | | | 201,025 | | | | 201,025 | 877,896 |
| Pharmacy | | 35,000 | | | | 140,136 | | | | 129,931 | | | | 305,067 |
| Utilities | | | | | | 72,968 | | | | 72,968 | | | 6,842 | 166,462 |
| Food | 37,831 | 37,519 | 37,208 | 36,896 | 36,584 | 35,827 | 35,070 | 34,313 | 33,556 | 32,798 | 6,842 | 6,842 | 31,475 | 452,593 |
| Supplies | 40,664 | 40,485 | 40,306 | 40,126 | 39,947 | 39,345 | 38,742 | 38,139 | 37,537 | 36,934 | 32,041 | 31,475 | 35,729 | 500,014 |
| Vendors | 57,320 | 114,101 | 113,564 | 113,027 | 112,490 | 111,527 | 110,564 | 109,601 | 108,638 | 107,675 | 36,331 | 35,729 | 105,750 | 1,376,720 |
| Assessment (paid monthly - 15th) | | 296,000 | | | 296,000 | | | | 306,920 | | 106,713 | 105,750 | | 898,920 |
| Back Office Support - Payroll | 22,790 | 153,510 | 22,790 | 153,510 | 22,790 | 153,510 | 22,790 | 153,510 | 22,790 | 153,510 | 22,790 | 153,510 | 22,790 | 1,080,590 |
| Back Office Support-Rent/Phone/Con Svc/Other | 3,710 | 24,990 | 3,710 | 24,990 | 3,710 | 24,990 | 3,710 | 24,990 | 3,710 | 24,990 | 3,710 | 24,990 | 3,710 | 175,910 |
| Rent | | | | | | | | 748,028 | | | | 748,028 | | 1,496,056 |
| Medical Claims Funding | | 285,000 | | | | 125,000 | | | | 125,000 | | | | 535,000 |
| Capital Lease on AP Renovation | | | | 79,245 | | | | 79,245 | | | | 79,245 | | 237,736 |
| Total Operating Disbursements | 1,268,622 | 1,814,650 | 1,042,181 | 1,268,956 | 1,530,266 | 1,510,323 | 1,007,195 | 1,973,445 | 1,489,094 | 1,448,023 | 961,944 | 1,928,385 | 1,150,137 | 18,393,222 |
| Operating Cash Flow | (224,876) | (326,155) | 1,189,945 | 59,026 | (500,228) | (27,843) | 1,223,348 | (637,632) | (512,618) | 20,635 | 1,240,100 | (587,315) | (45,806) | 876580 |
| Restructuring / Non-recurring Disbursements | as | | | | | | | | | | | | | |
| Total Restructuring Disbursements | 1,192,300 | 73,989 | | 15,783 | | | 535,000 | 6,563 | | | | 535,000 | 11,270 | 2,369,905 |
| Cash Flow | (1,417,176) | (400,144) | 1,189,945 | 43,243 | (500,228) | (27,843) | 688,348 | (644,195) | (512,618) | 20,635 | 1,240,100 | (1,122,315) | (57,076) | (1,499,325) |
| Beginning Cash Balance | $ 622,107 | $ 54,931 | $ 54,786 | $ 54,731 | $ 57,974 | $ 57,746 | $ 59,903 | $ 198,251 | $ 54,057 | $ 51,439 | $ 52,074 | $ 302,173 | $ 59,858 | $ 622,107 |
| Cash Flow | (1,417,176) | (400,144) | 1,189,945 | 43,243 | (500,228) | (27,843) | 688,348 | (644,195) | (512,618) | 20,635 | 1,240,100 | (1,122,315) | (57,076) | (1,499,325) |
| Borrowing / (Repayment) | 850,000 | 400,000 | (1,190,000) | (40,000) | 500,000 | 30,000 | (550,000) | 500,000 | 510,000 | (20,000) | (990,000) | 880,000 | 50,000 | 930,000 |
| Ending Cash Balance | $ 54,931 | $ 54,786 | $ 54,731 | $ 57,974 | $ 57,746 | $ 59,903 | $ 198,251 | $ 54,057 | $ 51,439 | $ 52,074 | $ 302,173 | $ 59,858 | $ 52,782 | 52782 |

Cash Projection - Consolidated

| Week of: | 09/13/19 | 09/20/19 | 09/27/19 | 10/04/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 12/13/19 | 12/20/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Debtor** | | | | | | | | | | | | | | | |
| Loeb | | 25,000 | - | - | - | - | 250,000 | - | - | - | - | 250,000 | - | - | - |
| WKL | | | | | | | 15,000 | | | | | 15,000 | | | |
| WALLC | | | | | | | 60,000 | | | | | 60,000 | | | |
| PC | | | | | | | 10,000 | | | | | 10,000 | | | |
| | - | 25,000 | - | - | - | - | 335,000 | - | - | - | - | 335,000 | - | - | - |
| **Lender** | | | | | | | | | | | | | | | |
| Legal | | | | | | | 50,000 | | | | | 50,000 | | | |
| FA | | | | | | | | | | | | | | | |
| | - | - | - | - | - | - | 50,000 | - | - | - | - | 50,000 | - | - | - |
| **UCC** | | | | | | | | | | | | | | | |
| Legal | | | | | | | 100,000 | | | | | 100,000 | | | |
| FA | | | | | | | 50,000 | | | | | 50,000 | | | |
| | - | - | - | - | - | - | 150,000 | - | - | - | - | 150,000 | - | - | - |
| **Court Fees** | | | | | | | | | | | | | | | |
| Filing Fees | 12,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | | | | 4,000 | | | | | | | | | | | |
| | 12,000 | - | - | 4,000 | - | - | - | - | - | - | - | - | - | - | - |

Cash Projection - Aurora Park

| Week of: | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming Cash: | | | | | | | | | | | | | |
| Medicare | | 28,000 | 132,000 | | | 28,000 | 132,000 | | | 28,000 | 132,000 | | |
| Medicaid | 96,905 | 93,612 | 40,119 | 25,000 | 108,044 | 120,089 | 173,377 | 73,177 | 156,221 | 156,221 | 156,221 | 105,221 | 96,905 |
| Insurance, Self Pay | 200,479 | 529,389 | 542,224 | 349,912 | 201,384 | 526,998 | 445,099 | 349,912 | 201,384 | 527,001 | 486,343 | 329,912 | 200,479 |
| Miscellaneous | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 | 10,214 |
| | 307,598 | 661,215 | 724,557 | 385,126 | 319,642 | 685,301 | 760,690 | 433,303 | 367,819 | 721,436 | 784,778 | 445,347 | 307,598 |
| Outgoing Cash: | | | | | | | | | | | | | |
| Payroll/ Taxes | 290,771 | 298,030 | 305,289 | 312,548 | 319,807 | 319,807 | 319,807 | 319,807 | 319,807 | 319,807 | 319,807 | 319,807 | 319,807 |
| Insurances | 91,417 | | | | 71,512 | | | | 71,512 | | | | 71,512 |
| pharmacy | | 12,698 | | | | 62,925 | | | | 62,925 | | | |
| utilities | | | | | | 27,368 | | | | 27,368 | | | |
| food | 12,259 | 12,704 | 13,150 | 13,595 | 14,040 | 14,040 | 14,040 | 14,040 | 14,040 | 14,040 | 14,040 | 14,040 | 14,040 |
| supplies | 13,825 | 14,248 | 14,672 | 15,095 | 15,519 | 15,519 | 15,519 | 15,519 | 15,519 | 15,519 | 15,519 | 15,519 | 15,519 |
| Vendors | 23,616 | 47,656 | 48,082 | 48,507 | 48,933 | 48,933 | 48,933 | 48,933 | 48,933 | 48,933 | 48,933 | 48,933 | 48,933 |
| Assessment (paid monthly - 15th) | 0 | 106,000 | | | 106,000 | | | | 116,920 | | | | |
| Back Office Support - Payroll | 7,581 | 51,064 | 7,581 | 51,064 | 7,581 | 51,064 | 7,581 | 51,064 | 7,581 | 51,064 | 7,581 | 51,064 | 7,581 |
| Back Office Support-Rent/Phone/Con Svc/O | 1,234 | 8,313 | 1,234 | 8,313 | 1,234 | 8,313 | 1,234 | 8,313 | 1,234 | 8,313 | 1,234 | 8,313 | 1,234 |
| Rent | | | | | | | | 382,744 | | | | 382,744 | |
| Capital Lease on AP Renovation | | | | 79,245 | | | | 79,245 | | | | 79,245 | |
| | 440,703 | 550,713 | 390,008 | 528,367 | 584,626 | 547,969 | 407,114 | 919,665 | 595,546 | 547,969 | 413,956 | 926,507 | 485,468 |
| Weekly Excess/(Shortfall) Cash | (133,105) | 110,502 | 334,549 | (143,242) | (264,984) | 137,332 | 353,576 | (486,363) | (227,727) | 173,467 | 370,822 | (481,161) | (177,870) |
| Cumulative Excess/(Shortfall) Cash | (133,105) | (22,603) | 311,946 | 168,704 | (96,280) | 41,052 | 394,627 | (91,735) | (319,463) | (145,996) | 224,827 | (256,334) | (434,204) |

Cash Projection - Orchard Park

| Week of: | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming Cash: | | | | | | | | | | | | | |
| Medicare | | 14,500 | | | | 14,500 | 103,000 | | | 14,500 | 103,000 | | |
| Medicaid | 45,600 | 69,391 | 103,000 | 15,385 | 49,770 | 45,420 | 24,714 | 0 | 22,575 | 13,873 | 6,258 | 0 | 0 |
| Insurance, Self Pay | 104,465 | 228,519 | 29,739 | 242,399 | 74,544 | 222,389 | 309,232 | 217,438 | 0 | 203,979 | 275,100 | 210,651 | 210,651 |
| Miscellaneous | 7,320 | 7,320 | 341,923 | 7,320 | 7,320 | 7,320 | 7,320 | 7,320 | 7,320 | 7,320 | 7,320 | 7,320 | 7,320 |
| | 157,385 | 319,730 | 7,320 | 265,104 | 131,634 | 289,629 | 444,266 | 224,758 | 29,895 | 239,672 | 391,678 | 217,971 | 217,971 |
| | | | 481,982 | | | | | | | | | | |
| Outgoing Cash: | | | | | | | | | | | | | |
| Payroll/ Taxes | 175,262 | 164,562 | 153,861 | 143,161 | 132,460 | 121,760 | 111,059 | 100,359 | 89,658 | 78,957 | 68,257 | 57,556 | 57,556 |
| Insurances | 57,707 | | | | 44,244 | | | | 44,244 | | | | 44,244 |
| pharmacy | | 8,016 | | | | 15,987 | | | | 5,782 | | | |
| utilities | | | | | | 17,500 | | | | 17,500 | | | |
| food | 8,137 | 7,380 | 6,623 | 5,866 | 5,109 | 4,352 | 3,595 | 2,838 | 2,081 | 1,323 | 566 | 0 | 0 |
| supplies | 8,232 | 7,630 | 7,027 | 6,424 | 5,821 | 5,219 | 4,616 | 4,013 | 3,411 | 2,808 | 2,205 | 1,603 | 1,603 |
| Vendors | 13,382 | 25,800 | 24,837 | 23,875 | 22,912 | 21,949 | 20,986 | 20,023 | 19,060 | 18,097 | 17,135 | 16,172 | 16,172 |
| Assessment (paid monthly - 15th) | 0 | 65,000 | | | 65,000 | | | | 65,000 | | | | |
| Back Office Support - Payroll | 4,785 | 32,234 | 4,785 | 32,234 | 4,785 | 32,234 | 4,785 | 32,234 | 4,785 | 32,234 | 4,785 | 32,234 | 4,785 |
| Back Office Support-Rent/Phone/Con Svc/O | 779 | 5,247 | 779 | 5,247 | 779 | 5,247 | 779 | 5,247 | 779 | 5,247 | 779 | 5,247 | 779 |
| Rent | | | | | | | | 0 | | | | 0 | 0 |
| | 268,284 | 315,869 | 197,912 | 216,807 | 281,110 | 224,248 | 145,820 | 164,714 | 229,018 | 161,948 | 93,727 | 112,812 | 125,139 |
| Weekly Excess/(Shortfall) Cash | (110,898) | 3,861 | 284,070 | 48,297 | (149,476) | 65,381 | 298,446 | 60,044 | (199,123) | 77,724 | 297,951 | 105,159 | 92,832 |
| Cumulative Excess/(Shortfall) Cash | (110,898) | (107,037) | 177,033 | 225,330 | 75,854 | 141,235 | 439,682 | 499,726 | 300,603 | 378,327 | 676,279 | 781,438 | 874,270 |

Cash Projection - Three Rivers

| Week of: | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Incoming Cash:** | | | | | | | | | | | | | |
| Medicare | 33,139 | 12,100 | 155,900 | | | 12,100 | 155,900 | | | 12,100 | 155,900 | | 33,139 |
| Medicaid | 217,137 | 55,381 | 23,735 | 15,000 | 42,000 | 42,000 | 48,000 | 15,000 | 42,000 | 42,000 | 42,000 | 27,000 | 217,137 |
| Insurance, Self Pay | 5,093 | 82,021 | 39,186 | 235,506 | 208,276 | 95,402 | 14,921 | 235,506 | 208,276 | 95,402 | 20,921 | 223,506 | 5,093 |
| Miscellaneous | | 5,093 | 5,093 | 5,093 | 5,093 | 5,093 | 5,093 | 5,093 | 5,093 | 5,093 | 5,093 | 5,093 | |
| | 255,369 | 154,595 | 223,914 | 255,599 | 255,369 | 154,595 | 223,914 | 255,599 | 255,369 | 154,595 | 223,914 | 255,599 | 255,369 |
| **Outgoing Cash:** | | | | | | | | | | | | | |
| Payroll/ Taxes | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 |
| Insurances | 34,281 | | | | 25,838 | | | | 25,838 | | | | 25,838 |
| pharmacy | | 4,762 | | | | 20,408 | | | | 20,408 | | | |
| utilities | | | | | | 8,108 | | | | 8,108 | | | |
| food | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 |
| supplies | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 |
| Vendors | 326 | 652 | 652 | 652 | 652 | 652 | 652 | 652 | 652 | 652 | 652 | 652 | 652 |
| Assessment (paid monthly - 15th) | 0 | 43,000 | | | 43,000 | | | | 43,000 | | | | |
| Back Office Support - Payroll | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 |
| Back Office Support-Rent/Phone/Con Svc/Oth | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 |
| Rent | | | | | | | | 161,513 | | | | 161,513 | |
| | 161,152 | 193,919 | 127,197 | 146,157 | 196,035 | 174,673 | 127,197 | 307,670 | 196,035 | 174,673 | 127,197 | 307,670 | 153,035 |
| Weekly Excess/(Shortfall) Cash | 94,217 | (39,324) | 96,717 | 109,442 | 59,334 | (20,078) | 96,717 | (52,071) | 59,334 | (20,078) | 96,717 | (52,071) | 102,334 |
| Cumulative Excess/(Shortfall) Cash | 94,217 | 54,894 | 151,610 | 261,052 | 320,386 | 300,309 | 397,025 | 344,955 | 404,289 | 384,211 | 480,928 | 428,857 | 531,191 |

Cash Projection - Westfield

| Week of: | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Incoming Cash:** | | | | | | | | | | | | | |
| Medicare | | 10,100 | 93,500 | | | 10,100 | 93,500 | | | 10,100 | 93,500 | | |
| Medicaid | 39,769 | 44,758 | 19,182 | 20,000 | 43,000 | 43,000 | 49,143 | 20,000 | 43,000 | 43,000 | 43,000 | 45,000 | 39,769 |
| Insurance, Self Pay | 34,381 | 26,676 | 374,485 | 181,747 | 31,150 | 28,434 | 344,524 | 181,747 | 31,150 | 28,434 | 350,667 | 156,747 | 34,381 |
| Miscellaneous | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 | 5,720 |
| | 79,870 | 87,254 | 492,887 | 207,467 | 79,870 | 87,254 | 492,887 | 207,467 | 79,870 | 87,254 | 492,887 | 207,467 | 79,870 |
| **Outgoing Cash:** | | | | | | | | | | | | | |
| Payroll/ Taxes | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 |
| Insurances | 34,281 | | | | 23,350 | | | | 23,350 | | | | 23,350 |
| pharmacy | | 4,762 | | | | 20,408 | | | | 20,408 | | | |
| utilities | | | | | | 5,956 | | | | 5,956 | | | |
| food | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 |
| supplies | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 |
| Vendors | 8,104 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 |
| Assessment (paid monthly - 15th) | 0 | 40,000 | | | 40,000 | | | | 40,000 | | | | |
| Back Office Support - Payroll | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 | 19,149 | 2,843 |
| Back Office Support-Rent/Phone/Con Svc/O | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 | 3,117 | 463 |
| Rent | | | | | | | | 86,537 | | | | 86,537 | |
| | 167,280 | 204,825 | 141,103 | 160,063 | 204,453 | 186,427 | 141,103 | 246,600 | 204,453 | 186,427 | 141,103 | 246,600 | 164,453 |
| Weekly Excess/(Shortfall) Cash | (87,410) | (117,571) | 351,784 | 47,404 | (124,583) | (99,173) | 351,784 | (39,133) | (124,583) | (99,173) | 351,784 | (39,133) | (84,583) |
| Cumulative Excess/(Shortfall) Cash | (87,410) | (204,980) | 146,804 | 194,209 | 69,626 | (29,547) | 322,238 | 283,105 | 158,522 | 59,350 | 411,134 | 372,002 | 287,419 |

Cash Projection - Allegany

| Week of: | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming Cash: | | | | | | | | | | | | | |
| Medicare | 6,422 | 700 | 48,500 | 1,600 | 8,500 | 700 | 48,500 | 1,600 | 8,500 | 700 | 48,500 | 7,200 | 6,422 |
| Medicaid | 8,977 | 9,464 | 4,056 | 52,722 | 6,899 | 8,500 | 9,714 | 52,722 | 6,899 | 8,500 | 8,500 | 47,122 | 8,977 |
| Insurance, Self Pay | 3,135 | 66,152 | 61,152 | 3,135 | 3,135 | 67,116 | 55,494 | 3,135 | 3,135 | 67,116 | 56,708 | 3,135 | 3,135 |
| Miscellaneous | | 3,135 | 3,135 | | | 3,135 | 3,135 | | | 3,135 | 3,135 | | |
| | 18,534 | 79,451 | 116,843 | 57,457 | 18,534 | 79,451 | 116,843 | 57,457 | 18,534 | 79,451 | 116,843 | 57,457 | 18,534 |
| Outgoing Cash: | | | | | | | | | | | | | |
| Payroll/ Taxes | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 |
| Insurances | 10,570 | 1,468 | | | 7,964 | | | | 7,964 | | | | 7,964 |
| pharmacy | | | | | | 6,293 | | | | 6,293 | | | |
| utilities | | | | | | 2,892 | | | | 2,892 | | | |
| food | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 |
| supplies | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 |
| Vendors | 2,960 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 |
| Assessment (paid monthly - 15th) | 0 | 14,000 | | | 14,000 | | | | 14,000 | | | | |
| Back Office Support - Payroll | 876 | 5,904 | 876 | 5,904 | 876 | 5,904 | 876 | 5,904 | 876 | 5,904 | 876 | 5,904 | 876 |
| Back Office Support-Rent/Phone/Con Svc/O | 143 | 961 | 143 | 961 | 143 | 961 | 143 | 961 | 143 | 961 | 143 | 961 | 143 |
| Rent | | | | | | | | 47,196 | | | | 47,196 | |
| | 55,845 | 69,549 | 48,235 | 54,081 | 70,199 | 63,266 | 48,235 | 101,277 | 70,199 | 63,266 | 48,235 | 101,277 | 56,199 |
| Weekly Excess/(Shortfall) Cash | (37,311) | 9,902 | 68,608 | 3,376 | (51,665) | 16,185 | 68,608 | (43,820) | (51,665) | 16,185 | 68,608 | (43,820) | (37,665) |
| Cumulative Excess/(Shortfall) Cash | (37,311) | (27,408) | 41,200 | 44,576 | (7,089) | 9,097 | 77,705 | 33,885 | (17,780) | (1,595) | 67,014 | 23,193 | (14,471) |

Cash Projection - Gasport

| Week of: | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming Cash: | | | | | | | | | | | | | |
| Medicare | 21,903 | 3,524 | 25,000 | | | 3,524 | 25,000 | | | 3,524 | 25,000 | | 21,903 |
| Medicaid | 113,242 | 37,874 | 16,232 | 15,000 | 28,000 | 28,000 | 32,000 | 15,000 | 28,000 | 28,000 | 28,000 | 32,000 | 113,242 |
| Insurance, Self Pay | 2,287 | 128,367 | 119,275 | 119,470 | 107,145 | 138,241 | 103,507 | 119,470 | 107,145 | 138,241 | 107,507 | 102,470 | 2,287 |
| Miscellaneous | 137,432 | 2,287 | 2,287 | 2,287 | 2,287 | 2,287 | 2,287 | 2,287 | 2,287 | 2,287 | 2,287 | 2,287 | 137,432 |
| | | 172,052 | 162,794 | 136,757 | 137,432 | 172,052 | 162,794 | 136,757 | 137,432 | 172,052 | 162,794 | 136,757 | |
| Outgoing Cash: | | | | | | | | | | | | | |
| Payroll/ Taxes | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 |
| Insurances | 23,711 | | | | 17,489 | | | | 17,489 | | | | 17,489 |
| pharmacy | | 3,294 | | | | 14,115 | | | | 14,115 | | | |
| utilities | | | | | | 5,616 | | | | 5,616 | | | |
| food | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 |
| supplies | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 |
| Vendors | 7,614 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 |
| Assessment (paid monthly - 15th) | 0 | 28,000 | | | 28,000 | | | | 28,000 | | | | |
| Back Office Support - Payroll | 1,966 | 13,245 | 1,966 | 13,245 | 1,966 | 13,245 | 1,966 | 13,245 | 1,966 | 13,245 | 1,966 | 13,245 | 1,966 |
| Back Office Support-Rent/Phone/Con Svc/O | 320 | 2,156 | 320 | 2,156 | 320 | 2,156 | 320 | 2,156 | 320 | 2,156 | 320 | 2,156 | 320 |
| Rent | | | | | | | | 46,208 | | | | 46,208 | |
| | 122,443 | 150,754 | 106,345 | 119,460 | 151,834 | 139,191 | 106,345 | 165,668 | 151,834 | 139,191 | 106,345 | 165,668 | 123,834 |
| Weekly Excess/(Shortfall) Cash | 14,989 | 21,298 | 56,449 | 17,297 | (14,402) | 32,861 | 56,449 | (28,911) | (14,402) | 32,861 | 56,449 | (28,911) | 13,598 |
| Cumulative Excess/(Shortfall) Cash | 14,989 | 36,287 | 92,736 | 110,033 | 95,631 | 128,492 | 184,941 | 156,030 | 141,627 | 174,488 | 230,938 | 202,026 | 215,624 |

Cash Projection - Orchard Brooke

| Week of: | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming Cash: | | | | | | | | | | | | | |
| Medicare | | | | | | | | | | | | | |
| Medicaid | | | | | | | | | | | | | |
| Insurance, Self Pay | 86,326 | 12,966 | 27,918 | 19,241 | 86,326 | 12,966 | 27,918 | 19,241 | 86,326 | 12,966 | 27,918 | 19,241 | 86,326 |
| Miscellaneous | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 | 1,231 |
| | 87,557 | 14,197 | 29,149 | 20,472 | 87,557 | 14,197 | 29,149 | 20,472 | 87,557 | 14,197 | 29,149 | 20,472 | 87,557 |
| Outgoing Cash: | | | | | | | | | | | | | |
| Payroll/ Taxes | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 | 22,729 |
| Insurances | 22,854 | | | | 10,628 | | | | 10,628 | | | | 10,628 |
| pharmacy | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| utilities | | | | | | 5,528 | | | | 5,528 | | | |
| food | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 |
| supplies | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 |
| Vendors | 1,319 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 |
| Assessment (paid monthly - 15th) | 0 | | | | 0 | | | | 0 | | | | |
| Back Office Support - Payroll | 1,895 | 12,766 | 1,895 | 12,766 | 1,895 | 12,766 | 1,895 | 12,766 | 1,895 | 12,766 | 1,895 | 12,766 | 1,895 |
| Back Office Support-Rent/Phone/Con Svc/O | 309 | 2,078 | 309 | 2,078 | 309 | 2,078 | 309 | 2,078 | 309 | 2,078 | 309 | 2,078 | 309 |
| Rent | | | | | | | | 23,830 | | | | 23,830 | |
| | 52,916 | 44,021 | 31,381 | 44,021 | 42,009 | 49,549 | 31,381 | 67,851 | 42,009 | 49,549 | 31,381 | 67,851 | 42,009 |
| Weekly Excess/(Shortfall) Cash | 34,641 | (29,824) | (2,232) | (23,549) | 45,548 | (35,352) | (2,232) | (47,379) | 45,548 | (35,352) | (2,232) | (47,379) | 45,548 |
| Cumulative Excess/(Shortfall) Cash | 34,641 | 4,816 | 2,584 | (20,965) | 24,583 | (10,769) | (13,001) | (60,380) | (14,832) | (50,185) | (52,417) | (99,796) | (54,248) |