# EXHIBIT A

Absolut Facilities Management
Cash Projection - Consolidated

| | Actual 09/13/19 | 09/20/19 | 09/27/19 | 10/04/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 12/13/19 | 9/20/19 - 12/13/19 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ended: | | | | | | | | | | | | | | | |
| Opening Cash Balance | $ 622,107 | $ 209,967 | $ 55,903 | $ 129,892 | $ 151,822 | $ 57,328 | $ 54,425 | $ 200,025 | $ 59,522 | $ 59,288 | $ 54,829 | $ 307,838 | $ 56,978 | $ 52,268 | $ 622,107 |
| Anticipated DIP Funding | 209,000 | 610,000 | (819,000) | - | 150,000 | 190,000 | (340,000) | 500,000 | 140,000 | 310,000 | (950,000) | 1,020,000 | 20,000 | 300,000 | 1,131,000 |
| Receipts | | | | | | | | | | | | | | | |
| Medicare | $ - | $ - | $ 557,900 | $ - | $ - | $ 68,924 | $ 626,824 | $ - | $ - | $ 68,924 | $ 557,900 | $ - | $ - | $ 68,924 | 1,949,396 |
| Medicaid | 243,738 | 310,480 | 230,202 | 186,100 | 262,920 | 298,082 | 366,115 | 138,027 | 315,644 | 313,469 | 311,293 | 220,817 | 259,769 | 313,469 | 3,526,384 |
| Insurance, Self Pay | - | 369,545 | 1,285,623 | 1,101,346 | 702,574 | 1,078,400 | 1,205,966 | 1,224,218 | 742,053 | 940,319 | 1,327,794 | 1,130,095 | 949,271 | 888,158 | 12,945,362 |
| Miscellaneous | 47,578 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 455,000 |
| Total Receipts | 291,316 | 715,025 | 2,108,725 | 1,322,446 | 1,000,494 | 1,480,406 | 2,233,906 | 1,397,245 | 1,092,697 | 1,357,711 | 2,231,987 | 1,385,912 | 1,244,040 | 1,305,550 | 18,876,142 |
| Disbursements | | | | | | | | | | | | | | | |
| Payroll/ Taxes | 750,611 | 835,855 | 814,623 | 812,103 | 809,558 | 807,012 | 807,112 | 807,213 | 807,313 | 807,413 | 807,514 | 807,514 | 807,514 | 807,514 | 10,538,258 |
| Insurance | 125,000 | 149,821 | - | - | 201,025 | - | - | - | - | 201,025 | - | - | - | 201,025 | 752,896 |
| Pharmacy | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 31,201 | 30,877 | 30,552 | 30,227 | 30,227 | 29,206 | 29,206 | 421,496 |
| Utilities | - | - | - | - | - | 72,968 | - | - | - | 72,968 | - | - | - | 72,968 | 218,904 |
| Food | 1,845 | 44,574 | 44,574 | 36,000 | 36,000 | 34,862 | 34,459 | 34,055 | 33,651 | 33,247 | 32,843 | 31,520 | 31,520 | 31,520 | 458,825 |
| Supplies | - | 15,000 | 39,204 | 41,416 | 41,095 | 40,773 | 40,452 | 40,130 | 39,809 | 39,487 | 39,166 | 39,166 | 39,166 | 39,166 | 494,030 |
| Vendors | - | 30,600 | 111,529 | 111,313 | 118,600 | 118,086 | 117,573 | 117,059 | 116,546 | 116,032 | 115,518 | 115,518 | 115,518 | 115,518 | 1,419,410 |
| Assessment (paid monthly - 15th) | - | - | - | - | - | 296,000 | - | - | - | 303,863 | - | - | - | 238,863 | 838,726 |
| Back Office Support - Payroll | - | 63,600 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | 807,410 |
| Back Office Support-Rent/Phone/Con Svc/Other | - | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 159,734 |
| Rent | - | - | - | - | - | - | - | 749,974 | - | - | - | 749,974 | - | - | 1,499,948 |
| Medical Claims Funding | - | 285,000 | - | - | - | 125,000 | - | - | - | 125,000 | - | - | - | 125,000 | 660,000 |
| Capital Lease on AP Renovation | - | - | - | 79,245 | - | - | - | 79,245 | - | - | - | 79,245 | - | - | 237,736 |
| Total Operating Disbursements | 912,456 | 1,479,089 | 1,048,640 | 1,258,685 | 1,244,988 | 1,673,309 | 1,038,306 | 2,002,485 | 1,232,931 | 1,672,170 | 1,028,978 | 1,996,772 | 1,227,659 | 1,603,363 | 18,507,374 |
| Operating Cash Flow | (621,140) | (764,064) | 1,060,085 | 63,761 | (244,494) | (192,903) | 1,195,600 | (605,240) | (140,234) | (314,459) | 1,203,009 | (610,860) | 16,381 | (297,812) | 368,768 |
| Restructuring / Non-recurring Disbursements | | | | | | | | | | | | | | | |
| Total Restructuring Disbursements | - | - | 167,095 | 41,831 | - | - | 710,000 | 35,263 | - | - | - | 660,000 | 41,090 | - | 1,655,279 |
| Cash Flow | (621,140) | (764,064) | 892,990 | 21,930 | (244,494) | (192,903) | 485,600 | (640,503) | (140,234) | (314,459) | 1,203,009 | (1,270,860) | (24,709) | (297,812) | (1,286,511) |
| Beginning Cash Balance | $ 622,107 | $ 209,967 | $ 55,903 | $ 129,892 | $ 151,822 | $ 57,328 | $ 54,425 | $ 200,025 | $ 59,522 | $ 59,288 | $ 54,829 | $ 307,838 | $ 56,978 | $ 52,268 | $ 209,967 |
| Cash Flow | (621,140) | (764,064) | 892,990 | 21,930 | (244,494) | (192,903) | 485,600 | (640,503) | (140,234) | (314,459) | 1,203,009 | (1,270,860) | (24,709) | (297,812) | (1,286,511) |
| Borrowing / (Repayment) | 209,000 | 610,000 | (819,000) | - | 150,000 | 190,000 | (340,000) | 500,000 | 140,000 | 310,000 | (950,000) | 1,020,000 | 20,000 | 300,000 | 1,131,000 |
| Ending Cash Balance | $ 209,967 | $ 55,903 | $ 129,892 | $ 151,822 | $ 57,328 | $ 54,425 | $ 200,025 | $ 59,522 | $ 59,288 | $ 54,829 | $ 307,838 | $ 56,978 | $ 52,268 | $ 54,456 | $ 54,456 |

Max Borrowing $ 1,340,000

9/18/2019