Aviva Francis
Evan M. Newman
JACOBOWITZ NEWMAN TVERSKY LLP
*Attorneys for Specialty RX, Inc. and Specialty RX NY, Inc*
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

Absolut Facilities Management, LLC, et al

Debtors.[1]

-------------------------------------------------------------X

Chapter 11

Case No. 19-76260
Case No. 19-76263
Case No. 19-76267
Case No. 19-76268
Case No. 19-76269
Case No. 19-76270
Case No. 19-76271
Case No. 19-76272
 (Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that:

1.    Under Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and 11 U.S.C. §§ 102(1), 342 and 1109(b), the undersigned attorneys appear as counsel for Specialty RX, Inc. and Specialty RX NY, Inc., creditors and parties in interest, and request that all notices given or required to be given in this case and all related cases and proceedings, and all papers served or required to be served in this case and all related cases and proceedings, be given to and served upon:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

Aviva Francis, Esq.<br>
Jacobowitz Newman Tversky LLP<br>
377 Pearsall Avenue, Suite C<br>
Cedarhurst, New York 11516<br>
Tel: (516)-545-0343<br>
Fax: (212) 671-1883<br>
Email: afrancis@jntllp.com

2.  The foregoing request includes not only the notices and papers, whether formal or informal, ex parte or no notice, written or oral, referred to in the Bankruptcy Rules and Code Sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier, hand, delivery, telephone, telecopier, electronically, or otherwise, which affect or seek to affect in way the Debtor, any right or interests of the Debtor, or affects or seeks to affect, any rights or interest of any party in interest in this case or any related proceeding.

3.  Neither this notice of appearance nor any later appearance, pleading, claim, or suit, shall waive the rights of Specialty RX, Inc. and Specialty RX NY, Inc., to have final orders in noncore matters entered only after de novo review by a District Judge, or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments, to which these entities are or may be entitled

under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: September 18, 2019　　　　　　　　　Jacobowitz Newman Tversky LLP

　　　　　　　　　　　　　　　　　　　　　By: /s/ Aviva Francis
　　　　　　　　　　　　　　　　　　　　　　　**Aviva Francis**
　　　　　　　　　　　　　　　　　　　　　　377 Pearsall Avenue, Suite C
　　　　　　　　　　　　　　　　　　　　　　Cedarhurst, New York 11516
　　　　　　　　　　　　　　　　　　　　　　Tel: (516) 545-0343
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 671-1883