**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Absolut Facilities Management, LLC, *d/b/a* Absolut Care LLC | ) ) ) | Case No. 19-76260-ast |
| Debtor.[1] | ) ) ) |  |
| In re: | ) ) | Chapter 11 |
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC, *d/b/a* Absolut Care of Allegany | ) ) ) ) | Case No. 19-76263-ast |
| Debtor. | ) ) ) |  |
| In re: | ) ) | Chapter 11 |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC, *d/b/a* Absolut Care of Aurora Park | ) ) ) ) | Case No. 19-76267-ast |
| Debtor. | ) ) ) |  |
| In re: | ) ) | Chapter 11 |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC, *d/b/a* Absolut Care of Gasport | ) ) ) ) | Case No. 19-76268-ast |
| Debtor. | ) ) |  |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

|                                                                                                                                  |   |                       |
|----------------------------------------------------------------------------------------------------------------------------------|---|-----------------------|
| In re:                                                                                                                           | ) | Chapter 11            |
|                                                                                                                                  | ) |                       |
| Absolut at Orchard Brooke, LLC, <br> *d/b/a* Absolut Care of Orchard Brooke                                                      | ) | Case No. 19-76269-ast |
|                                                                                                                                  | ) |                       |
| Debtor.                                                                                                                          | ) |                       |
|                                                                                                                                  | ) |                       |
| In re:                                                                                                                           | ) | Chapter 11            |
|                                                                                                                                  | ) |                       |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC, <br> *d/b/a* Absolut Care of Orchard Park                    | ) | Case No. 19-76270-ast |
|                                                                                                                                  | ) |                       |
| Debtor.                                                                                                                          | ) |                       |
|                                                                                                                                  | ) |                       |
| In re:                                                                                                                           | ) | Chapter 11            |
|                                                                                                                                  | ) |                       |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC, <br> *d/b/a/* Absolut Care of Three Rivers                   | ) | Case No. 19-76271-ast |
|                                                                                                                                  | ) |                       |
| Debtor.                                                                                                                          | ) |                       |
|                                                                                                                                  | ) |                       |
| In re:                                                                                                                           | ) | Chapter 11            |
|                                                                                                                                  | ) |                       |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC, <br> *d/b/a* Absolut Care of Westfield                          | ) | Case No. 19-76272-ast |
|                                                                                                                                  | ) |                       |
| Debtor.                                                                                                                          | ) |                       |

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION AND USE OF CONSOLIDATED CAPTION**

This matter came before the Court pursuant to the *Motion for Order Authorizing and Directing Joint Administration and Use of Consolidated Caption* (the "**Motion**") filed by Absolut Facilities Management, LLC, Absolut Center for Nursing and Rehabilitation at Allegany, LLC, Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC, Absolut Center for Nursing

and Rehabilitation at Gasport, LLC, Absolut at Orchard Brooke, LLC, Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC, Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC, and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (collectively, the "**Debtors**") as debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Cases**"), and it appearing that the relief requested is in the best interests of the Debtors' bankruptcy estates, their creditors and all other parties in interest; due and sufficient notice of the Motion having been given; it appearing that no other or further notice need be provided; this Court having jurisdiction to consider the Motion and the relief requested in the Motion being a core proceeding under 28 U.S.C. §§ 157 and 1334; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; no objections having been filed to the Motion; after due deliberation; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Motion is granted.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 19-76260 in accordance with the provisions of Bankruptcy Rule 1015.

3. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Absolut Facilities Management, LLC, Case No. 19-76260.

4. The consolidated caption of the Debtors' jointly administered chapter 11 cases shall be:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-76260-ast |
|  | ) | Case No. 19-76263-ast |
| In re: | ) | Case No. 19-76267-ast |
|  | ) | Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al*. | ) | Case No. 19-76269-ast |
|  | ) | Case No. 19-76270-ast |
| Debtors.[1] | ) | Case No. 19-76271-ast |
|  | ) | Case No. 19-76272-ast |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |

5.  Parties in interest are directed to use the consolidated caption when filing a pleading with the Court in the chapter 11 cases of the Debtors, indicating that the pleading relates to the jointly administered chapter 11 cases of "Absolut Facilities Management, LLC, *et al.*"

6.  The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code.

7.  A docket entry will be made on the docket in each of the Debtors' Chapter 11 Cases, other than Absolut Facilities Management, LLC, substantially as follows:

"An order has been entered in this case consolidating this case with the case of Absolut Facilities Management, LLC, Case No. 19-76260, for procedural purposes only and providing for its joint administration in accordance with the terms hereof. The docket in Case No. 19-76260 should be consulted for all matters affecting this case."

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

8. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases. While all other filings regarding the Debtors shall be filed in Absolut Facilities Management, LLC, bankruptcy Case No. 19-76260, the Debtors shall file their bankruptcy statements and schedules, and any amendments thereto, and monthly operating reports in their respective case. Additionally, proofs of claim filed by creditors of each Debtor shall reflect the style and case number of the Debtor to which the claim relates and in whose case such claim is to be filed. Separate claims registers shall be maintained for each case.

9. The Debtors are authorized to take all actions necessary to implement the relief granted by this Order.



**Dated: September 20, 2019**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**