UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

Absolut Facilities Management, LLC, *et al.*

Debtors.[1]

-------------------------------------------------------X

Chapter 11

Case No.: 19-76260-ast
Case No.: 19-76263-ast
Case No.: 19-76267-ast
Case No.: 19-76268-ast
Case No.: 19-76269-ast
Case No.: 19-76270-ast
Case No.: 19-76271-ast
Case No.: 19-76272-ast

(Jointly Administered)

## **ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

Absolut Facilities Management, LLC, *et al.* (the "Debtors") having filed petitions for reorganization under Chapter 11 of the Bankruptcy Code on September 10, 2019, and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of this case, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held by the undersigned Bankruptcy Judge in Courtroom 960, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 on **October 3, 2019 at 1:30 p.m.**; and it is further

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

**ORDERED**, that the Debtors, or an authorized representative of the Debtors, and counsel for the Debtors, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtors' business and the reason for the Chapter 11 filing;
2. the Debtors' financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtors anticipate bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtors;
8. deadlines for the filing of claims and a plan and disclosure statement;
9. the use of alternative dispute resolution, if appropriate;
10. if this is a single asset real estate case, whether the Debtors intend to file a plan within the time allotted pursuant to 11 U.S.C. § 362(d)(3) and whether the Debtor intends to commence adequate protection payments;
11. if this is a small business case, whether the Debtors anticipates being able to satisfy the deadlines provided by 11 U.S.C. § 1121(e);
12. if this is an individual Chapter 11 case, whether the Debtors anticipates\ satisfying the Bankruptcy Code requirements that apply to such cases;
13. the scheduling of additional Case Management Conferences; and
14. any other case administrative matters; and it is further

**ORDERED**, that the Debtors shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period; and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

**ORDERED**, that Debtors give notice of this Order to the United States Trustee and all creditors and parties in interest.



Dated: **September 20, 2019**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**