**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
dbesikof@loeb.com
nweingarten@loeb.com

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: <br><br> Absolut Facilities Management, LLC, *et al*. <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 8-19-76260-est <br> Case No. 8-19-76263-est <br> Case No. 8-19-76267-est <br> Case No. 8-19-76268-est <br> Case No. 8-19-76269-est <br> Case No. 8-19-76270-est <br> Case No. 8-19-76271-est <br> Case No. 8-19-76272-est <br><br> (Joint Administration Requested) |

**SUPPLEMENTAL DECLARATION OF MICHAEL WYSE IN SUPPORT
OF DEBTORS' CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS**

I, Michael Wyse, hereby declare under penalty of perjury:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18195755

1. I am over the age of 18 and am authorized to submit this Declaration on behalf of the Debtors. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

2. I am the Chief Restructuring Officer of Absolut Facilities Management, LLC, doing business as Absolut Care LLC, ("**AFM**"), a New York limited liability company with an office located in Roslyn Heights, New York, and of each of the other above-captioned debtors and debtors-in-possession (collectively, with AFM, the "**Debtors**").

3. I am knowledgeable and familiar with the Debtors' day-to-day operations, business and financial affairs, books and records, and the circumstances leading to the commencement of these chapter 11 cases (the "**Chapter 11 Cases**"). Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by employees of the Debtors or the Debtors' advisors, or my opinion, which itself would be based on my experience, knowledge, and information concerning the Debtors' operations. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

4. I submitted a prior declaration (the "**First Day Declaration**") in connection with the commencement of these Chapter 11 Cases. This supplemental declaration is being submitted to provide information required by Local Rule 1007-4 that was not provided in connection with the First Day Declaration. Attached hereto are the schedules required by Local Bankruptcy Rule 1007-4(vi), (vii) and (xv).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:     September 24, 2019
           New York, New York

/s/ *Michael Wyse*
Michael Wyse
Chief Restructuring Officer

# SCHEDULE 4

## Consolidated List of the Holders of the Five (5) Largest Secured Claims

Pursuant to E.D.N.Y. LBR 1007-4(a)(vi), the following lists the creditors holding, as of the Petition Date, the five (5) largest secured, non-contingent claims against the Debtors, on a consolidated basis, excluding claims of insiders defined in 11 U.S.C. section 101.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors herein reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt, including the right to challenge any lien. The descriptions of the collateral securing the underlying obligations are intended only as brief summaries. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

In addition to the parties listed below, the Debtors may have unliquidated and/or contingent claims as a result of parties asserting a security interest against the Debtors' assets through UCC filings.

|   | Creditor | Contact, Mailing Address (if available) | Amount of Claim | Collateral Description and Value |
|---|---|---|---|---|
| 1 | Capital Finance Group Inc. | c/o Blank Rome LLP 444 West Lake Street Suite 1650 Chicago, Illinois 60606 | $5,685,289.90 | Substantially all personal property. |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

18195755

# SCHEDULE 5

## Summary of the Debtors' Assets and Liabilities

Pursuant to E.D.N.Y. LBR 1007-4(a)(vii), the following financial data (unaudited and subject to change) is the latest available information and reflects the Debtors' financial conditions as of of August 31, 2019.

The following financial data shall not constitute an admission of liability by the Debtors. The Debtors reserve all rights to assert that any debt or claim included herein is a contingent, unliquidated or disputed claim or debt or to the challenge the priority, nature, amount or status of any claim or debt.

| Balance Sheet<br>Consolidated Absolut Facilities & Mgmt<br>As of August 31, 2019 | | | |
|---|---|---|---|
| **ASSETS** | | | |
| | | | |
| **Current Assets** | | | |
| Cash Incl Savings & Money Mkt | | 44,639 | |
| Certificates of Deposits | | 0 | |
| Patient Accounts Receivable | | 19,692,042 | |
| Allowance for Doubtful Account | | (3,827,909) | |
| Receivables-Officers & Related | | 25,810,305 | |
| Other Receivables | | 701,702 | |
| Inventories | | 56,795 | |
| Prepaids and Deposits | | 4,982,112 | |
| **Total Current Assets** | | | **47,459,687** |
| | | | |
| **Fixed Assets** | | | |
| Land | | 0 | |
| Land Improvements | | 0 | |
| Building | | 0 | |
| Building Improvements | | 0 | |
| Leasehold Improvements | | 12,437,146 | |
| Fixed Equipment | | 0 | |
| Major Movable Equipment | | 3,858,293 | |
| Automobiles | | 62,454 | |
| **Total Fixed Assets** | | 16,357,892 | |
| Accumulated Depreciation | | (8,236,656) | |
| Projects in Progress | | 214,177 | |
| **Net Book Value** | | | **8,335,414** |
| | | | |
| **Other Non-Current Assets** | | | |

18195755

| | | |
|---|---:|---:|
| Patient Funds Held in Trust | 0 | |
| Notes Receivable - Long Term | 0 | |
| Investments | 0 | |
| MRA/MDS Long Term Receivables | 130,716 | |
| Other Assets | 0 | |
| **Total Other Non-Current Assets** | | **130,716** |
| | | |
| **Intangible Assets - Net** | | |
| Goodwill - Net | 2,665,289 | |
| Mortgage Acquisition Costs-Net | 0 | |
| Organization Costs - Net | 0 | |
| Lease Finance Costs - Net | 0 | |
| **Total Intangible Assets - Net** | | **2,665,289** |
| | | |
| **Marketable Securities** | | |
| Marketable Securities | 0 | |
| Reserve-Marketable Securities | 0 | |
| **Total Marketable Securities** | | **0** |
| | | |
| **TOTAL ASSETS** | | **58,591,105** |
| | | |
| **LIABILITIES** | | |
| | | |
| **Current Liabilities** | | |
| Notes & Loans Payable | 0 | |
| Current Portion-Long Term Debt | 842,787 | |
| Accounts Payable | 14,405,107 | |
| Accrued Comp & Related Liab | 8,131,437 | |
| Other Accrued Expenses | 11,332,373 | |
| Liabilities-Officers & Related | 17,132,808 | |
| Construction Contracts | 0 | |
| **Total Current Liabilities** | | **51,844,512** |
| | | |
| **Non-Current Liabilities** | | |
| Long Term Debt | 768,556 | |
| MRA/MDS Long Term Liabilities | 4,021,714 | |
| Other Non-Current Liabilities | 4,674,050 | |
| **Total Non-Current Liabilities** | | **9,464,320** |
| | | |
| **TOTAL LIABILITIES** | | **61,308,832** |
| | | |
| **EQUITY** | | |
| | | |
| Additional Paid In Capital | 3,103,808 | |
| **Capital** | **3,103,808** | |
| | | |
| Retained Earnings | 9,889,899 | |

| Distributed Retained Earnings | | (14,763,499) | |
| --- | --- | --- | --- |
| **Retained Earnings** | | **(4,873,599)** | |
| | | | |
| **Net Income/(Loss) Current Year** | | **(947,936)** | |
| | | | |
| **TOTAL EQUITY** | | | **(2,717,727)** |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | | | **58,591,105** |

# SCHEDULE 13

## Cash Receipts and Disbursements
## Net Cash Gain or Loss, Unpaid Obligations and Receivables

Pursuant to E.D.N.Y. LBR 1007(a)(xvi), the following provides, for the 30-day period following the Petition Date, the estimated cash receipts and disbursements, net cash increase or decrease and obligations and receivables expected to accrue that remain unpaid, other than professional fees, on a consolidated basis.

|  | **Estimated Amount** |
|---|---|
| Cash Receipts | $4,437,512 |
| Cash Disbursements | $4,907,796 |
| Net Cash Decrease | ($470,284) |
| Unpaid Obligations | $6,349,958 |
| Unpaid Receivables | $1,063,783 (October rent) |

18195755