## CERTIFICATE OF SERVICE

I, Evan J. Zucker, hereby certify that on the 25th day of September, 2019, I served or caused to be served the foregoing *Limited Objection of Capital Finance, LLC to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (D) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* upon the following persons via overnight courier:

> Schuyler G. Carroll
> Daniel B. Besikof
> Noah Weingarten
> LOEB & LOEB LLP
> 345 Park Avenue
> New York, New York 10154
> *(Proposed Counsel to Debtors)*
>
> Office of the United States Trustee
> Attn: Christine H Black
> Long Island Federal Courthouse
> 560 Federal Plaza - Room 560
> Central Islip, New York 11722-4437
> *(United States Trustee)*

                                                     */s/ Evan J. Zucker*
                                                     Evan J. Zucker