WHITEFORD, TAYLOR & PRESTON LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com
Kenneth M. Lewis

*Attorneys for Capital Funding, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Absolut Facilities Management, LLC, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Whiteford, Taylor & Preston LLP hereby appears as attorneys for Capital Funding, LLC, and hereby requests that copies of all notices and pleadings given or filed in these cases, or required to be given or filed in these cases, be given and served upon it at the following addresses:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

WHITEFORD, TAYLOR & PRESTON LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591
Attn.: Kenneth M. Lewis, Esq.
(914) 761-8400
klewis@wtplaw.com

WHITEFORD, TAYLOR & PRESTON LLP
200 First Avenue, Floor 3
Pittsburgh, PA 15222
Attn.: Daniel R. Schimizzi, Esq.
(412) 275-2401
dschimmizzi@wtplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise filed or given with regard to the referenced cases and the proceedings herein.

Neither this Notice of Appearance nor any other appearance, pleading, filing, claim, or suit is intended or shall be deemed or construed to be (i) a consent to the jurisdiction of this Court or any other court with respect to any actions or proceedings against or otherwise involving Capital Funding, LLC, or (ii) a waiver of Capital Funding, LLC's (a) right to have final orders entered only after de novo review by a district judge; (b) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (d) right to enforce any contractual provision with respect to arbitration; or (e) other rights, claims, actions, defenses, setoffs or recoupments to

[Intentionally left blank]

which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Tarrytown, New York
September 26, 2019

WHITEFORD, TAYLOR & PRESTON LLP

By: */s/ Kenneth M. Lewis*
Kenneth M. Lewis

220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com

*Attorneys for Capital Funding, LLC*