## CERTIFICATE OF SERVICE

I, Evan J. Zucker, hereby certify that on the 26th day of September, 2019, I served or caused to be served the foregoing *Objection of Capital Finance, LLC to the Motion for Entry of Order Approving the Debtors' Plan of Closure for Orchard Park Facility* upon the persons listed on the attached service list via U.S. first-class mail, postage fully pre-paid.

*/s/ Evan J. Zucker*
Evan J. Zucker

In re: Absolut Facilities Management, LLC, *et al.*
Master Service List
Case No. 19-76260 (AST)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Absolut Facilities Management, LLC | Attn: President and General Counsel | 255 Warner Avenue | | Roslyn Heights | NY | 11577 |
| Abe Schonfeld | | 1146 East 27th Street | | Brooklyn | NY | 11210 |
| Accountable Healthcare Staffing, Inc | Attn: Officer  Director | PO Box 732800 | | Dallas | TX | 75373 |
| Affiliates of Arba Group | Attn: Ira Smedra | 6300 Wilshire Boulevard, Suite 1800 | | Los Angeles | CA | 90048 |
| Allstate Medical | Attn: Officer  Director | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 |
| American Express | Attn: Officer  Director | 200 Vesey St | | New York | NY | 10285 |
| American Plan Administrators | Attn: Officer  Director | 18 Heyward St | | Brooklyn | NY | 11249 |
| Arent Fox LLP | Attn: Andrew I. Silfen, George P. Angelich, Jordana L. Renert | 1301 Avenue of the Americas, Floor 42 | | New York | NY | 10019 |
| BODNER LAW PLLC | Attn: Jonathan S. Bodner, Harry M. Gutfleish | 40 Cutter Mill Road, Suite 301 | | Great Neck | NY | 11021 |
| Clinical Staffing Resources | Attn: Officer  Director | co Wells Fargo Bank, N.A. | | Boston | MA | 02284-2932 |
| Crown Energy Services, Inc. | Attn: Officer  Director | P.O. Box 260 | | West Seneca | NY | 14224-0260 |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Office of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 |
| Favorite Healthcare Staffing, Inc. | Attn:  Christopher Brink, COO | 7255 W 98th Terrace | Bldg 5, Suite 150 | Overland Park | KS | 66212 |
| Favorite Healthcare Staffing, Inc. | Attn: David Noonan, Esq. | 228 Triangle Street | | Amherst | MA | 01002 |
| Feldman, Kieffer & Herman, LLP | Attn: Officer  Director | The Dun Bldg | | Buffalo | NY | 14202 |
| Fidelis | Attn: Officer  Director | PO Box 955502 | | St Louis | MO | 63195-5502 |
| Grandison Management Inc. | Attn: Officer  Director | 1413 38th St. | | Brooklyn | NY | 11218 |
| Grandview Brokerage | Attn: Officer  Director | P. O. Box 40317 | | Brooklyn | NY | 11204 |
| GuideOne Insurance | Attn: Officer  Director | co Alan Gray LLC | 88 Broad Street | Boston | MA | 02110 |
| Harter, Secrest & Emery LLP | Attn: Officer  Director | 1600 Bausch & Lomb Place | | Rochester | NY | 14604-2711 |
| Hodgson Russ LLP | Attn: Garry M. Graber | 140 Pearl Street, Suite 100 | | Buffalo | NY | 14202 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Attn: IRS Insolvency Section | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19101-7346 |
| Interstate Capital Corporation | Attn: Officer  Director | Quality Medical Staffing Agency,LLC | | Dallas | TX | 75391-5183 |
| Jacobowitz Newman Tversky LLP | Attn: Aviva Francis, Evan M. Newman | 377 Pearsall Avenue, Suite C | | Cedarhurst | NY | 11516 |
| Kaufman Borgeest & Ryan LLP | Attn: Robert A. Benjamin | 200 Summit Lake Drive | 1st Floor | Valhalla | NY | 10595 |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | 8th Floor | New York | NY | 10016 |
| LEVY RATNER, P.C. | Attn: Suzanne Hepner | 80 Eighth Avenue | 8th Floor | New York | NY | 10011-7175 |
| Lexington Insurance Company | Attn: Officer  Director | co Global Recovery Services | | Atlanta | GA | 30348-5795 |
| Lexington Insurance Company | co Fitzpatrick & Hunt, Pagano, Aubert, LLP | Attn: Matthew D. Kennedy | One Landmark Square, 21st Floor | Stamford | CT | 06901 |
| Loeb & Loeb | Attn: Schuyler G. Carroll,  Stephen A. Aschettino, Daniel B. Besikof, Noah Weingarten | 345 Park Avenue | | New York | NY | 10154 |
| MAXIM Healthcare Service | Attn: Officer  Director | 7227 Lee Deforest Drive | | Columbia | MD | 21046 |
| Medical Staffing Network | Attn: Officer  Director | P. O. Box 840292 | | Dallas | TX | 75284-0292 |
| New York State Department of Health - Office of Health Insurance Programs (Cash Receipets Assessment) | Attn: Officer  Director | One Commerce Plaza Rm 1432 | | Albany | NY | 12237 |
| New York State Department of Taxation and Finance | Attn: Office of Counsel | Building 9, W A Harriman Campus | | Albany | NY | 12224-0341 |
| New York State Department of Taxation and Finance | Attn: Office of Counsel | Building 9 | W A Harriman Campus | Albany | NY | 12227 |
| Office of The United States Trustee for Region 2 | Attn: Christine H. Black | Alfonse D'Amato Federal Courthouse | 560 Federal Plaza | Central Islip | NY | 11722-4456 |
| Paterson Healthcare Interior Design | Attn: Officer  Director | 1167 East 26th St. | | Brooklyn | NY | 11210 |
| Preventive Diagnostics, Inc. | Attn: Officer  Director | 12 Spencer Street | | Brooklyn | NY | 11205 |
| Prime Clerk LLC | Attn: Jessica G. Berman | 60 East 42nd Street | Suite 1440 | New York | NY | 10165 |

In re: Absolut Facilities Management, LLC, *et al.*
Master Service List
Case No. 19-76260 (AST)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Samuel Sherman | c/o Absolute Facilities Management, LLC | 225 Warner Avenue | | Roselyn Heights | NY | 11577 |
| Schwartz Sladkus Reich Greenberg Atlas | Attn: Officer  Director | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 |
| Securities and Exchange Commission - Northeast Regional Office | Attn: Bankruptcy Department | 233 Broadway | | New York | NY | 10279 |
| SolaMed 02, LLC | Attn: Officer  Director | 5308-13th Ave. | | Brooklyn | NY | 11219 |
| State of New York Office of the Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 |
| Sysco Frozen Foods | Attn: Officer  Director | 2508 Warners Rd | | Warners | NY | 13164 |
| Trustaff Travel Nurses, LLC | Attn: Bonezzi, Switzer, Polito, & Hupp | 312 Walnut Street, Suite 2530 | | Cincinnati | OH | 45202-9914 |
| Trustaff Travel Nurses, LLC | Attn: Officer  Director | 4675 Cornell Road | | Cincinnati | OH | 45241 |
| TwinMed | Attn: Officer  Director | 11333 Greenstone Avenue | | Santa Fe Springs | CA | 90670 |
| U.S. Equal Employment Opportunity Commission | 33 Whitehall Street, 5th Floor | | | New York | NY | 10004 |
| US Attorney for Eastern District of New York | Attn: Bankruptcy Division | 610 Federal Plaza | | Central Islip | NY | 11722-4454 |
| Vedder Price P.C. | Attn: Kathryn L. Stevens | 222 North LaSalle Street | | Chicago | IL | 60601 |