**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email:  scarroll@loeb.com
             dbesikof@loeb.com
             nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | Chapter 11 |
| In re: | Case No. 8-19-76260-est |
| | Case No. 8-19-76263-est |
| | Case No. 8-19-76267-est |
| | Case No. 8-19-76268-est |
| Absolut Facilities Management, LLC, *et al*. | Case No. 8-19-76269-est |
| | Case No. 8-19-76270-est |
| Debtors.[1] | Case No. 8-19-76271-est |
| | Case No. 8-19-76272-est |
| | (Joint Administration Requested) |

**DECLARATION OF MICHAEL WYSE IN SUPPORT OF DEBTORS' APPLICATION**
**FOR APPOINTMENT OF PRIME CLERK LLC AS CLAIMS**
**AND NOTICING AGENT *NUNC PRO TUNC* TO SEPTEMBER 10, 2019**

I, Michael Wyse, hereby declare under penalty of perjury:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18196631

1. I am over the age of 18 and am authorized to submit this Declaration on behalf of the Debtors. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

2. I am the Chief Restructuring Officer ("**CRO**") of Absolut Facilities Management, LLC, doing business as Absolut Care LLC, ("**AFM**"), a New York limited liability company with an office located in Roslyn Heights, New York, and of each of the other above-captioned debtors and debtors-in-possession (collectively, with AFM, the "**Debtors**").

3. I am knowledgeable and familiar with the circumstances leading to the commencement of these chapter 11 cases (the "**Chapter 11 Cases**"). Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by employees of the Debtors or the Debtors' advisors, or my opinion, which itself would be based on my experience, knowledge, and information concerning the Debtors' operations. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

4. Prior to selecting a Claims and Noticing Agent, the Debtors obtained bids from each of the following: (1) Stretto; (2) Donlin Recano & Company, Inc.; and (3) Prime Clerk, LLC. The EDNY approved claims agent list only has four companies listed, but we noted that Garden City Group was purchased by Epiq and therefore there really are only three approved companies. Donlin Recano & Company is on that list. Stretto and Prime Clerk, LLC do not appear on the EDNY approved claims agent list, but is on the SDNY approved list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 25, 2019
New York, New York

/s/ Michael Wyse
Michael Wyse
Chief Restructuring Officer