Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792
Email: tslome@CullenandDykman.com
　　　　mkwiatkowski@CullenandDykman.com

　　　　and

Russell R. Johnson III
John M. Craig
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
　　　　john@russelljohnsonlawfirm.com

*Co-Counsel for New York State Electric and Gas Corporation*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) **Chapter 11** <br> ) <br> ) **Case No. 19-76260 (AST)** |
| **Absolut Facilities Management, LLC,** *et al.*, | ) **Case No. 19-76263 (AST)** <br> ) **Case No. 19-76267 (AST)** |
| Debtors. | ) **Case No. 19-76268 (AST)** <br> ) **Case No. 19-76269 (AST)** <br> ) **Case No. 19-76270 (AST)** <br> ) **Case No. 19-76271 (AST)** <br> ) **Case No. 19-76272 (AST)** <br> ) <br> ) **(Jointly Administered)** <br> ) <br> ) |

## CERTIFICATE OF SERVICE

    I, Michael Kwiatkowski, hereby certify that on October 1, 2019, I caused a true and correct copy of the *Objection of New York State Electric and Gas Corporation To Debtors' Emergency Motion For Order Under 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Companies From Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account As Adequate Assurance of Payment, and (III) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance of Payment* [ECF Doc. No. 90] to be served (i) via the Court's CM/ECF electronic notice of all parties who receive such notice, and (ii) upon the individuals listed below via first-class mail, postage prepaid.

    Schuyler G. Carroll
    Daniel B. Besikof
    Noah Weingarten
    LOEB & LOEB LLP
    345 Park Avenue
    New York, New York 10154
    *Debtors' Counsel*

    Christine H. Black, Esq.
    Office of the United States Trustee
    560 Federal Plaza
    Central Islip, New York 11722

                                     */s/ Michael Kwiatkowski*
                                     Michael Kwiatkowski