UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast |
| Absolut Facilities Management, LLC, *et al*., | ) ) ) ) | Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast |
| Debtors. | ) ) ) ) ) | Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE OF AMENDED LIMITED
OBJECTION OF CAPITAL FUNDING, LLC TO DEBTORS'
EMERGENCY MOTION FOR ENTRY OF INTERIM AND
FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) OBTAIN
POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362,
364(c)(1), 364(c)(2), 364(d)(1), AND 364(e) AND (B) USE CASH COLLATERAL
PURSUANT TO 11 U.S.C. § 363, (C) GRANTING ADEQUATE PROTECTION
PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364, AND  SCHEDULING
<u>FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND (c)</u>**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Waccabuc, New York, and am not a party to this proceeding.

On October 1, 2019, I served the Amended Limited Objection of Capital Funding, LLC to Debtors' Emergency Motion For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and Scheduling Final Hearing Pursuant to Bankruptcy Rules

4001(b) and (c) [Doc. No. 95], along with the notice of electronic filing of the Objection, (i) by email, upon (A) Daniel B. Besikof at dbesikof@loeb.com; (B) Schuyler G. Carroll at scarroll@loeb.com; (C) Stephen Aschettino at saschettino@loeb.com; (D) Noah Weingarten at nweingarten@loeb.com; (E) Joann Lomangino at Joann.C.Lomangino@usdoj.gov; (F) Megan Freismuth at megan.freismuth@usdoj.gov; (G) Brian Wolkind at bwolkind@foster-wolkind.com; (H) Paul De Genaro at pdegenaro@benantilaw.com; (I) Gary Graber at ggraber@hodgsonruss.com; (J) Evan Newman at enewman@jntllp.com; (K) Aviva Francis at afrancis@jntllp.com; (L) Robert Benjamin at rbenjamin@kbrlaw.com; (M) Harlan Lazarus at hlazarus@lazarusandlazarus.com; and ysutton@lazarusandlazarus.com; (N) Suzanne Hepner at shepner@levyratner.com; (O) Kenneth Ottaviano at KOttaviano@BlankRome.com; (P) Paige Barr Tinkham at PTinkham@BlankRome.com; (Q) Evan Zucker at EZucker@blankrome.com; (R) Andrew Silfen at andrew.silfen@arentfox.com; (S) George P. Angelich at george.angelich@arentfox.com; (T) Jordana L. Renert at jordana.renert@arentfox.com; (U) Jonathan S. Bodner at jbodner@bodnerlawpllc.com; (V) Harry M. Gutfleish at hgutfleish@bodnerlawpllc.com; (W) Camille W. Hill at chill@bsk.com; (X) Christine H. Black at christine.h.black@usdoj.gov; (Y) Ronika Robinson at RonikaRobinson@AscentiumCapital.com; (Z) Michael Shein at mschein@vedderprice.com; (AA) Mitchell Cohen at mcohen@vedderprice.com; (BB) Brenda Joseph-Chambers at Brenda.Joseph-Chambers@hud.gov; (CC) Jennifer Buhlman at Jennifer.S.Buhlman@hud.gov; (DD) John Bruce at John.J.Bruce@hud.gov; and (EE) Christopher Trovato at Christopher.C.Trovato@hud.gov; and (ii) by FedEx Overnight

Delivery, upon (A) the Office of the United States Trustee, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722 Attn.: Christine H. Black, Esq.; and (B) Loeb & Loeb, LLP, 345 Park Avenue, New York, NY 10154, Attn.: Schuyler Carroll and Daniel Besikof.

Dated: Tarrytown, New York
       October 2, 2019

                                        /s/ Kenneth M. Lewis
                                        Kenneth M. Lewis