**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
       dbesikof@loeb.com
       nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Absolut Facilities Management, LLC, *et al*. <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-76260 (AST) <br> Case No. 19-76263 (AST) <br> Case No. 19-76267 (AST) <br> Case No. 19-76268 (AST) <br> Case No. 19-76269 (AST) <br> Case No. 19-76270 (AST) <br> Case No. 19-76271 (AST) <br> Case No. 19-76272 (AST) <br><br> (Jointly Administered) |

**NOTICE OF FILING BUDGET AND BUDGET TO ACTUAL RECONCILIATION**

**PLEASE TAKE NOTICE** that Absolut Facilities Management and its affiliated debtor entities, have herewith filed an updated 13-week proposed budget, attached hereto as **Exhibit A** and a budget to actual reconciliation attached hereto as **Exhibit B.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18225999

| | |
|---|---|
| Dated: October 3, 2019<br>New York, New York | LOEB & LOEB LLP<br><br>*/s/* <u>Schuyler G. Carroll</u><br>Schuyler G. Carroll<br>Daniel B. Besikof<br>Noah Weingarten<br>345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 407-4000<br>Fax: (212) 407-4990<br>scarroll@loeb.com<br>dbesikof@loeb.com<br>nweingarten@loeb.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtor-in-Possession* |

**Exhibit A**

**(Proposed Budget)**

Absolut Facilities Management
Cash Projection - Consolidated

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 10/4 thru 12/27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ended: | 10/04/19 | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 12/13/19 | 12/20/19 | 12/27/19 | TOTAL |
| Opening Cash Balance | $ 1,649,323 | $ 1,713,084 | $ 1,097,208 | $ 969,138 | $ 1,494,737 | $ 56,937 | $ 59,708 | $ 51,416 | $ 725,425 | $ 56,559 | $ 51,939 | $ 54,126 | $ 54,850 | $ 1,649,323 |
| Anticipated DIP Funding | - | - | - | - | (680,000) | 50,000 | 340,000 | (529,000) | 860,000 | (110,000) | 300,000 | (830,000) | 1,450,000 | 851,000 |
| Receipts | | | | | | | | | | | | | | |
| Medicare | $ - | $ - | $ 68,924 | $ 626,824 | $ - | $ - | $ 68,924 | $ 557,900 | $ - | $ - | $ 68,924 | $ 454,900 | $ - | $ 1,846,396 |
| Medicaid | 186,100 | 262,920 | 298,082 | 366,115 | 138,027 | 315,644 | 313,469 | 311,293 | 220,817 | 259,769 | 313,469 | 327,416 | 238,102 | 3,551,220 |
| Insurance, Self Pay | 1,101,346 | 702,574 | 1,078,400 | 1,205,966 | 1,224,218 | 742,053 | 940,319 | 1,327,794 | 1,130,095 | 949,271 | 888,158 | 1,085,722 | 910,310 | 13,286,227 |
| Miscellaneous | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 27,680 | 27,680 | 440,360 |
| Total Receipts | 1,322,446 | 1,000,494 | 1,480,406 | 2,233,906 | 1,397,245 | 1,092,697 | 1,357,711 | 2,231,987 | 1,385,912 | 1,244,040 | 1,305,550 | 1,895,718 | 1,176,092 | 19,124,203 |
| Disbursements | | | | | | | | | | | | | | |
| Payroll/ Taxes | 812,103 | 809,558 | 807,012 | 807,112 | 807,213 | 807,313 | 807,413 | 807,514 | 807,514 | 807,514 | 807,514 | 807,514 | 807,514 | 10,502,808 |
| Insurance | - | 94,130 | - | - | 93,005 | 108,020 | - | - | 93,005 | 108,020 | - | - | 93,005 | 589,185 |
| Pharmacy | 35,000 | 35,000 | 35,000 | 35,000 | 31,201 | 30,877 | 30,552 | 30,227 | 30,227 | 29,206 | 29,206 | 30,227 | 30,227 | 411,950 |
| Utilities | - | - | 72,968 | - | - | - | 72,968 | - | - | - | 72,968 | - | - | 218,904 |
| Food | 36,000 | 36,000 | 34,862 | 34,459 | 34,055 | 33,651 | 33,247 | 32,843 | 31,520 | 31,520 | 31,520 | 32,843 | 31,520 | 434,040 |
| Supplies | 41,416 | 41,095 | 40,773 | 40,452 | 40,130 | 39,809 | 39,487 | 39,166 | 39,166 | 39,166 | 39,166 | 39,166 | 39,166 | 518,158 |
| Vendors | 111,313 | 118,600 | 118,086 | 117,573 | 117,059 | 116,546 | 116,032 | 115,518 | 115,518 | 115,518 | 115,518 | 117,701 | 117,701 | 1,512,683 |
| Assessment (paid monthly - 15th) | - | - | 197,333 | - | - | - | 303,863 | - | - | - | 238,863 | - | - | 740,059 |
| Back Office Support - Payroll | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | 867,779 |
| Back Office Support-Rent/Phone/Con Svc/Other | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 159,734 |
| Rent | - | 300,000 | - | - | 799,974 | - | - | - | 799,974 | - | - | - | 799,974 | 2,699,922 |
| Medical Claims Funding | - | - | 125,000 | - | - | - | 125,000 | - | - | - | 125,000 | - | - | 375,000 |
| Capital Lease on AP Renovation | 79,245 | - | - | - | 79,245 | - | - | - | 79,245 | - | - | - | 79,245 | 316,982 |
| Total Operating Disbursements | 1,258,685 | 1,438,093 | 1,574,642 | 1,038,306 | 2,145,490 | 1,139,926 | 1,672,170 | 1,028,978 | 2,139,777 | 1,134,654 | 1,603,363 | 1,031,161 | 2,141,960 | 19,347,204 |
| Operating Cash Flow | 63,761 | (437,599) | (94,236) | 1,195,600 | (748,245) | (47,229) | (314,459) | 1,203,009 | (753,865) | 109,386 | (297,812) | 864,557 | (965,868) | (223,002) |
| Total Restructuring Disbursements | - | 178,278 | 33,833 | 670,000 | 9,555 | - | 33,833 | - | 775,000 | 4,006 | - | 33,833 | 485,000 | 2,223,339 |
| Cash Flow | 63,761 | (615,877) | (128,070) | 525,600 | (757,800) | (47,229) | (348,292) | 1,203,009 | (1,528,865) | 105,379 | (297,812) | 830,724 | (1,450,868) | (2,446,341) |
| Beginning Cash Balance | $ 1,649,323 | $ 1,713,084 | $ 1,097,208 | $ 969,138 | $ 1,494,737 | $ 56,937 | $ 59,708 | $ 51,416 | $ 725,425 | $ 56,559 | $ 51,939 | $ 54,126 | $ 54,850 | $ 1,649,323 |
| Cash Flow | 63,761 | (615,877) | (128,070) | 525,600 | (757,800) | (47,229) | (348,292) | 1,203,009 | (1,528,865) | 105,379 | (297,812) | 830,724 | (1,450,868) | (2,446,341) |
| Borrowing / (Repayment) | - | - | - | - | (680,000) | 50,000 | 340,000 | (529,000) | 860,000 | (110,000) | 300,000 | (830,000) | 1,450,000 | 851,000 |
| Ending Cash Balance | $ 1,713,084 | $ 1,097,208 | $ 969,138 | $ 1,494,737 | $ 56,937 | $ 59,708 | $ 51,416 | $ 725,425 | $ 56,559 | $ 51,939 | $ 54,126 | $ 54,850 | $ 53,982 | $ 53,982 |
| Max Borrowing | | | $ 1,670,000 | | | | | | | | | | | |

10/3/2019

**Exhibit B**

**(Budget to Actual Reconciliation)**

**ABSOLUT WEEKLY CASH FLOW**
**BUDGET VS ACTUAL**

| | Week Ending 9/20/2019 | | | Week Ending 9/27/18 | | | Cumulative Budget Fav/(Unfav) | Cumulative Variance Fav/(Unfav) |
|---|---|---|---|---|---|---|---|---|
| | Budget | Actual | Variance Fav/(Unfav) | Budget | Actual | Variance Fav/(Unfav) | | |
| Opening Cash Balance | $ 209,967 | $ 209,967 | | $ 55,903 | $ 275,088 | $ 219,185 | $ 265,870 | $ 219,185 |
| Anticipated DIP Funding | 610,000 | 610,000 | | (819,000) | - | 819,000 | - | 819,000 |
| **Receipts** | | | | | | | | |
| Medicare | - | 87 | 87 | 557,900 | 299,866 | (258,034) | 557,900 | (257,947) |
| Medicaid | 310,480 | 310,481 | 1 | 230,202 | 230,203 | 1 | 540,682 | 2 |
| Insurance, Self Pay | 369,545 | 662,816 | 293,271 | 1,285,623 | 1,849,510 | 563,887 | 1,655,168 | 857,158 |
| Miscellaneous | 35,000 | | (35,000) | 35,000 | | (35,000) | 70,000 | (70,000) |
| Total Receipts | 715,025 | 973,384 | 258,359 | 2,108,725 | 2,379,579 | 270,854 | 2,823,750 | 529,213 |
| **Disbursements** | | | | | | | | |
| Payroll/ Taxes | 835,855 | 936,860 | (101,005) | 814,623 | 714,553 | 100,070 | 1,650,478 | (935) |
| Insurance | 149,821 | 149,821 | - | 14,574 | 123,529 | (108,955) | 164,395 | (108,955) |
| Pharmacy | 35,000 | 35,000 | - | 35,000 | 35,000 | - | 70,000 | - |
| Utilities | - | | - | - | 7,351 | | - | - |
| Food | 44,574 | 9,374 | 35,200 | 44,574 | 38,584 | 5,990 | 89,148 | 41,190 |
| Supplies | 15,000 | 4,720 | 10,280 | 39,204 | 1,099 | 38,105 | 54,204 | 48,385 |
| Vendors | 30,600 | 33,888 | (3,288) | 111,529 | 61,879 | 49,650 | 142,129 | 46,362 |
| Assessment (paid monthly - 15th) | - | | - | - | - | - | - | - |
| Back Office Support - Payroll | 63,600 | 63,600 | - | - | - | - | 63,600 | - |
| Back Office Support-Rent/Phone/Con Svc/Oth | 19,639 | | 19,639 | 3,710 | 23,349 | (19,639) | 23,349 | 0 |
| Rent | - | | - | - | - | - | - | - |
| Medical Claims Funding | 285,000 | 285,000 | - | - | - | - | 285,000 | - |
| Capital Lease on AP Renovation | - | | - | - | - | - | - | - |
| Total Operating Disbursements | 1,479,089 | 1,518,263 | (39,174) | 1,063,214 | 1,005,344 | 57,870 | 2,542,303 | 18,696 |
| Operating Cash Flow | (764,064) | (544,879) | 219,185 | 1,045,511 | 1,374,235 | 328,724 | 281,447 | 547,909 |
| **Restructuring/Non-Recurring Disbursements** | | | | | | | | |
| Total Restructuring Disbursements | - | - | - | 167,095 | - | 167,095 | 167,095 | 167,095 |
| Cash Flow | $(764,064) | $(544,879) | $ 219,185 | $ 878,416 | $ 1,374,235 | $ 161,629 | $ 114,352 | $ 380,814 |
| Beginnging Cash Balance | $ 209,967 | $ 209,967 | $ - | $ 55,903 | $ 275,088 | $ 219,185 | | |
| Cash Flow | (764,064) | (544,879) | 219,185 | 878,416 | 1,374,235 | 495,819 | | |
| Borrowing/Repayment | 610,000 | 610,000 | - | (819,000) | - | 819,000 | | |
| Ending Cash Balance | $ 55,903 | $ 275,088 | $ 219,185 | $ 115,319 | $ 1,649,323 | $ 1,534,004 | | |
| **Compliance** | | | | | | | | |
| Total Disbursements | 1,479,089 | 1,518,263 | | 1,230,309 | 1,005,344 | | 2,709,398 | 2,523,607 |
| Variance % | | | 3% | | | -18% | | -7% |

10/3/2019