

**Schuyler G. Carroll**
Partner

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4820
**Main**  212.407.4000
**Fax**  212.202.5431
scarroll@loeb.com

October 7, 2019

Hon. Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  *In re Absolut Facilities Management, et al.*, Case No. 19-76260 (AST)

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its affiliated debtor entities (collectively, the "**Debtors**"), as debtors-in-possession in the above-referenced chapter 11 cases.

  **PLEASE TAKE NOTICE** that a continued hearing on the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (D) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* (Dkt. No. 4) and an initial hearing on the *Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors* (Dkt. No. 10), will be held before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, Courtroom 960 on October 10, 2019, at 1:30 p.m.

  **PLEASE TAKE FURTHER NOTICE** that anyone wishing to be heard respecting any of the foregoing matters must attend the hearing.  The hearing may be adjourned from time to time in open court without further notice.

  **PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive copies of any of the motions set forth above, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq. at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; nweingarten@loeb.com.

Los Angeles    New York    Chicago    Nashville    Washington, DC    San Francisco    Beijing    Hong Kong    www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

18236835



We thank the Court for its attention to this matter.

Respectfully yours,

Schuyler G. Carroll
Partner

18236835