**SILVERMANACAMPORA LLP**
Proposed Counsel to Joseph J. Tomaino,
  Patient Care Ombudsman
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
In re:

ABSOLUT FACILITIES MANAGEMENT, LLC, *et al.*,

Debtors.
---------------------------------------------------------------------------x

Chapter 11
Case No: 19-76260 (AST)
(Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance as proposed counsel to Joseph J. Tomaino, Patient Care Ombudsman, and demand, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned attorneys, at the address set forth below:

SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Ronald J. Friedman, Esq.
RFriedman@SilvermanAcampora.com

Dated: Jericho, New York
       October 8, 2019

                        **SILVERMANACAMPORA LLP**
                        Proposed Counsel to Joseph J. Tomaino, Patient
                        Care Ombudsman

By:  *s/Ronald J. Friedman*
       Ronald J. Friedman
       A Member of the Firm
       100 Jericho Quadrangle - Suite 300
       Jericho, New York 11753
       (516) 479-6300

LMM/2339605.1/099990