**SILVERMANACAMPORA LLP**
Proposed Counsel to Joseph J. Tomaino,
 Patient Care Ombudsman
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No: 19-76260 (AST)<br>Case No. 19-76263 (AST)<br>Case No. 19-76267 (AST)<br>Case No. 19-76268 (AST)<br>Case No. 19-76269 (AST)<br>Case No. 19-76270 (AST)<br>Case No. 19-76271 (AST)<br>Case No. 19-76272 (AST)<br><br>(Jointly Administered) |

------------------------------------------------------------------------x

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NASSAU   )

     I, **Christine M. Tiso**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SILVERMANACAMPORA LLP.

     On October 8, 2019, deponent served the within **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** by **First Class Mail** to the address listed below, said address designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    **\* Please see attached Service List \***

                                      *s/Christine M. Tiso*
                                      CHRISTINE M. TISO

Sworn to before me this
8th day of October, 2019.

*s/Lynne M. Manzolillo*
Notary Public

LYNNE M. MANZOLILLO
NOTARY PUBLIC, State of New York
No.01MA6204014
Qualified in Suffolk County
Commission Expires April 13, 2021

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).


# **SERVICE LIST**

**DEBTOR**
Absolut Facilities Management, LLC
255 Warner Avenue
Roslyn Heights, NY 11577

**COUNSEL TO THE DEBTOR**
Daniel B Besikof, Esq.
Schuyler G. Carroll, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**OFFICE OF THE U.S. TRUSTEE**
Christine H Black, Esq.
US Department of Justice
Office of the U.S. Trustee
560 Federal Plaza
Central Islip, NY 11722

**Claims and Noticing Agent**
Benjamin J, Steele, Vice President
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, New York  10165

**Counsel to the Committee**
Avery Samet, Esq.
Jeffrey Chubak, Esq.
AMINI LLC
140 East 45th Street, 25th Floor
New York, New York 10017


**PARTIES HAVING FILED A
NOTICE OF APPEARANCE**

***Attorney for ABS DIP, LLC
(Creditor)***
Bodner Law PLLC
Attn: Jonathan S. Bodner, Esq.
Attn: Harry M. Gutfleish, Esq.
40 Cutter Mill Road, Suite 301
Great Neck, New York 11021

***Counsel to Arba Group
(Creditor)***
Andrew I. Silfen
George P. Angelich
Jordana L. Renert
Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019

**Attorneys for Capital Finance, LLC**
**_(Creditor)_**
Kenneth J. Ottaviano, Esq.
Paige Barr Tinkham, Esq.
Blank Rome LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606

Evan J. Zucker, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, New York 10020

**Attorneys for 1199SEIU**
**Healthcare Workers East**
**_(Creditor)_**
Suzanne Hepner, Esq.
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011-7175

**Attorneys for the Creditor**
**Clinical Staffing Resources Corp.**
**_Creditor_**
Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

**Attorneys for Kaufman**
**Borgeest & Ryan LLP**
**_(Creditor)_**
Robert A. Benjamin, Esq.
Kaufman Borgeest & Ryan LLP
200 Summit Lake Drive, 1st Floor
Valhalla, New York 10595

**Counsel for Specialty RX,**
**Inc. and Specialty RX NY, Inc.**
**_(Creditors)_**
Aviva Francis, Esq.
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

Evan M. Newman, Esq.
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

*Attorneys for*
*Cass Development Company*
*(Creditor)*
Garry M. Graber, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202

*Attorneys for*
*Capital Funding, LLC*
*Interested Party*
Kenneth M. Lewis, Esq.
Whiteford, Taylor & Preston LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591

Whiteford, Taylor & Preston LLP
200 First Avenue, Floor 3
Pittsburgh, PA 15222
Attn.: Daniel R. Schimizzi, Esq.

**Counsel to EDRNC Operating, LLC,**
**HORNC Operating, LLC, DURNC Operating, LLC,**
**SARNC Operating, LLC, EDRNC Realty, LLC,**
**HORNC Realty, LLC, DURNC Realty, LLC, COTRNC**
**Realty, LLC, and SARNC Realty, LLC**
**(Interested Parties)**
Camille W. Hill, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, New York 13202

*Attorneys for Latina Boulevard Foods LLC*
*(Creditor)*
James C. Thoman, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040

**Attorneys for 777 Equipment Finance LLC**
**(Creditor and Interested Party)**
Paul A. De Genaro, Esq.
Benanti & Associates
350 Bedford Street, Suite 201
Stamford, Connecticut 06901

**Attorneys for Sterling Bank**
**(Creditor)**
Peter B Foster, Esq.
Foster & Wolkind, P.C.
80 Fifth Avenue, Suite 1401
New York, New York 10011

**Attorneys for Designed for Healthcare Ltd.
d/b/a Paterson Healthcare Interior Design
(Creditor and Interested Party)**
Menachem O. Zelmanovitz, Esq.
Zelmanovitz & Associates PLLC
1211 Avenue of the Americas
40th Floor
New York, New York 10036

**Counsel to EDRNC Operating, LLC, HORNC Operating, LLC, DURNC Operating, LLC, SARNC Operating, LLC, EDRNC Realty, LLC, HORNC Realty, LLC, DURNC Realty, LLC, COTRNC. Realty, LLC, and SARNC Realty, LLC
(Interested Parties)**
Stephen A. Donato, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, New York 13202

**Attorneys for Signature Financial, LLC
(Creditor)**
Andrew B. Helfand, Esq.
Bradshaw Law Group PC 321 Broadway, 5th Floor
New York, New York 10007

**Attorneys for New York State Electric and Gas Corporation
*(Creditor)***
Thomas R. Slome, Esq.
Cullen and Dykman LLP
100 Quentin Roosevelt Blvd.
Garden City, NY 11530