UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-76260-ast |
| | ) | Case No. 19-76263-ast |
| | ) | Case No. 19-76267-ast |
| | ) | Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al.* | ) | Case No. 19-76269-ast |
| | ) | Case No. 19-76270-ast |
| Debtors.[1] | ) | Case No. 19-76271-ast |
| | ) | Case No. 19-76272-ast |
| | ) | |
| | ) | (Jointly Administered) |

## SCHEDULING ORDER

On September 10, 2019, Absolut Facilities Management, LLC, et al. ("Debtors") filed petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since that time, Debtors have operated as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

No examiner or trustee has been appointed in Debtors' jointly administered cases.

On September 20, 2019, Debtors filed a Motion to Approve Debtors' Plan of Closure for the Orchard Park Facility. [dkt item 51].

On September 20, 2019, the Court entered an Order Scheduling Initial Case Management Conference (the "Scheduling Order") for October 3, 2019 at 1:30 p.m. (the "Conference"). [dkt item 50]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

Various other motions have been pending or filed, as outlined below.

On October 3, 2019, the Court conducted the Conference, at which Debtors' Counsel, Counsel for the Office of the United States Trustee and other parties of interest appeared. The Court adjourned the Conference and certain matters described herein to November 4, 2019 at 2:00 p.m.

Based thereon, and in accordance with 11 U.S.C. § 105(d) and Bankruptcy Rule 1001, and the Conference, the transcripts of which are incorporated herein by reference, it is hereby

**ORDERED**, that the following matters for the above captioned case are adjourned to **November 4, 2019 at 2:00 p.m.**:

1. (Final) Utilities Motion [dkt item 5];
2. (Final) Cash Management Motion [dkt item 11];
3. (Final) Insurance Motion [dkt item 12];
4. (Final) Wages, Employee Obligations and Taxes Motion [dkt item 13];
5. (Initial) Prepetition Taxes Motion [dkt item 14];
6. (Initial) Motion to Approve Closure Plan of Orchard Park Facility [dkt item 51];
7. (Status Only) Motions to Appoint Chapter 11 Trustee [dkt items 69 and 102];
8. Status Conference;
9. (Final) DIP and Cash collateral [dkt item 4];
10. (Final) Critical Vendors [dkt item 10]; and
11. (Initial) Motion to Reject Orchard Park Facility Lease [dkt item 85].

and it is further

**ORDERED**, that Debtors, or an authorized representative of Debtors, and counsel for Debtors, shall appear before the undersigned on **November 4, 2019 at 2:00 p.m.**, at Courtroom 2554, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York, for all adjourned matters; and it is further

**ORDERED**, that any response to the following matters must be filed by **October 23, 2019 at 4:00 p.m.**:

1. (Final) Utilities Motion [dkt item 5];
2. (Final) Insurance Motion [dkt item 12];
3. (Final) Motion to Approve Closure Plan of Orchard Park Facility [dkt item 51];
4. (Status Only) Motions to Appoint Chapter 11 Trustee [dkt item 69 and 102];
5. (Final) DIP and Cash Collateral Motion [dkt item 4]; and
6. (Final) Critical Vendors Motion [dkt item 10].

and it is further

**ORDERED**, that any reply to any response to the following matters must be filed by **October 30, 2019 at 4:00 p.m.**:

1. (Final) Utilities Motion [dkt item 5];
2. (Final) Insurance Motion [dkt item 12];
3. (Final) Motion to Approve Closure Plan of Orchard Park Facility [dkt item 51];
4. (Status Only) Motions to Appoint Chapter 11 Trustee [dkt item 69 and 102];
5. (Final) DIP and Cash Collateral Motion [dkt item 4]; and
6. (Final) Critical Vendors Motion [dkt item 10].

and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to timely file monthly operating reports may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

**ORDERED**, that Debtors shall serve this Order on all parties in interest, all creditors, and the United States Trustee by **October 10, 2019**; and it is further

**ORDERED**, that Debtors shall file an affidavit of service of the same by **October 14, 2019**.



Dated: October 8, 2019
Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**