**LOEB & LOEB LLP**
Schuyler G. Carroll
Stephen A. Aschettino
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email:  scarroll@loeb.com
          saschettino@loeb.com
          dbesikof@loeb.com
          nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 19-76260 (AST) <br> ) Case No. 19-76263 (AST) <br> ) Case No. 19-76267 (AST) <br> ) Case No. 19-76268 (AST) <br> ) Case No. 19-76269 (AST) <br> ) Case No. 19-76270 (AST) <br> ) Case No. 19-76271 (AST) <br> ) Case No. 19-76272 (AST) <br> ) <br> ) (Jointly Administered) <br> ) |
| Absolut Facilities Management, LLC, *et al*. | |
| Debtors.[1] | |

**NOTICE OF FILING SCHEDULE OF**
**PREPETITION PAYROLL AND TAX OBLIGATIONS**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18245480

**PLEASE TAKE NOTICE** that pursuant to the Court's instruction (Dkt. No. 109), Absolut Facilities Management and its affiliated debtor entities, have herewith filed a schedule indicating the Debtors' prepetition payroll and tax obligations, attached hereto as **Exhibit A**.

Dated: October 9, 2019
       New York, New York

LOEB & LOEB LLP

*/s/* Schuyler G. Carroll
Schuyler G. Carroll
Stephen A. Aschettino
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
scarroll@loeb.com
saschettino@loeb.com
dbesikof@loeb.com
nweingarten@loeb.com

*Proposed Counsel to the Debtors
and Debtor-in-Possession*

**Exhibit A**

**(Schedule of Prepetition Payroll and Tax Obligations)**

**AFM**

**Pre-petition Payroll and Payroll Taxes**

|  | 13-Sep | 20-Sep | 27-Sep | 4-Oct |
|---|---|---|---|---|
| Payroll | $ (565,452.61) | $ (269,857.71) | $ - | $ - |
| Payroll Taxes | $ (185,159.59) | $ (198,565.32) | $ (193,293.31) | $ (27,175.24) |

*Payroll (above)*

| | | | | |
|---|---|---|---|---|
| Days Incurrred | 9/1 - 9/7 | 9/8, 9/9, 9/10 | | |
| Due to be paid | 9/13 | 9/20 | | |

*Payroll Taxes (above)*

Days Incurrred

| | | | | |
|---|---|---|---|---|
| State | 8/17 - 8/24 | 8/25 - 8/31 | 9/1 - 9/7 | 9/8 - 9/14 |
| Fed / FICA | 8/24 - 8/31 | 9/1 - 9/7 | 9/8 - 9/14 | |
| Due to be paid | 9/13 | 9/20 | 9/27 | 10/4 |