**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
         dbesikof@loeb.com
         nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-76260 |
|  | ) | Case No. 19-76263 |
| In re: | ) | Case No. 19-76267 |
|  | ) | Case No. 19-76268 |
| Absolut Facilities Management, LLC, *et al.* | ) | Case No. 19-76269 |
|  | ) | Case No. 19-76270 |
| Debtors.[1] | ) | Case No. 19-76271 |
|  | ) | Case No. 19-76272 |
|  | ) |  |
|  | ) | (Jointly Administered) |

**SCHEDULE OF ASSETS AND LIABILITIES FOR**
**ABSOLUT FACILITIES MANAGEMENT, LLC (CASE NO. 19-76260)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-76260-ast |
| | ) | Case No. 19-76263-ast |
| In re: | ) | Case No. 19-76267-ast |
| | ) | Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al.* | ) | Case No. 19-76269-ast |
| | ) | Case No. 19-76270-ast |
| Debtors.[1] | ) | Case No. 19-76271-ast |
| | ) | Case No. 19-76272-ast |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

Absolut Facilities Management, LLC and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example and without limitation, statements and representations concerning amounts owed to creditors and their addresses.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination,

recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On September 10, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 20, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 48].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of September 10, 2019.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on September 10, 2019, in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to, among other things, the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary, to the extent appropriate or to the extent additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition, whether claims are secured or unsecured or whether claims are entitled to priority or no priority.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made

reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or properly designated as a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, certain employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**.    Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) equity holders holding 1% or more of the equity interest of the Debtor entities; and (c) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intercompany and Other Transactions.** For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "***Intercompany Claims***"). Intercompany receivables reported on Schedule A/B 77 and Intercompany claims reported on Schedule E/F, part 2, are reported as of August 31, 2019. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in

fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements may not reflect all intercompany activity.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims, or contracts or leases, to file claim objections in respect of same, or to exercise their rights to setoff against or other rights with respect to such Claims.

12. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way

prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    **Undetermined Amounts.** The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19. **Resident Names and Addresses**. Resident and guardian names and addresses have been removed from the entries listed on the Schedules and Statements and have been replaced with reference to a unique resident number. Such redacted information is available upon entry of an order by the Bankruptcy Court authorizing the production of such redacted information.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## <u>Specific Disclosures with Respect to the Debtors' Schedules</u>

**<u>Schedule A/B</u>**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of September 10, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

> **<u>Schedule A/B 3</u>**. Cash values held in financial accounts are listed on Schedule A/B 3 as of September 10, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines; and (III) Granting Related Relief* [Docket No. 11] (the "**Cash Management Motion**").

> **<u>Schedule A/B 11</u>**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

> **<u>Schedule A/B 15</u>**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

> **<u>Schedule A/B 55</u>**. The Debtors do not own any real property. The Debtors have also listed their real property leases in Schedule A/B 55, along with the Debtors leasehold improvements, if any.

> **<u>Schedule A/B 63</u>**. The Debtors maintain a resident database/list. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **<u>Schedule A/B 74 & 75</u>**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**<u>Schedule D</u>**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D,

real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract, including by filing a claim objection or adversary proceeding in respect of same.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 may also include potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired, have been terminated or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**.  Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.   The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.   However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.   Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

| Fill in this information to identify the case: |
| :--- |
| Debtor name    **Absolut Facilities Management, LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK |
| Case number (if known)    **19-76260** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
| :--- | :--- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **20,985,927.27**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    **20,985,927.27**

---

| Part 2: | Summary of Liabilities |
| :--- | :--- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **5,640,379.32**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    **8,978,470.73**

4.    **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b    $    **14,618,850.05**

**Fill in this information to identify the case:**

Debtor name    **Absolut Facilities Management, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76260**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **M&T Bank** | **Corporate Checking** | **5087** | **$3,000.00** |
| 3.2. | **M&T Bank** | **Oper - Corporate Checking** | **1091** | **$591,932.94** |
| 3.3. | **M&T Bank** | **Payable - Corporate Checking** | **1837** | **$0.00** |
| 3.4. | **M&T Bank** | **PR  - Corporate Checking** | **1083** | **$0.00** |
| 3.5. | **M&T Bank** | **Coll - Corporate Checking** | **4265** | **$9,165.86** |
| 3.6. | **M&T Bank** | **Oper - Corporate Checking** | **5079** | **$3,236.31** |
| 3.7. | **M&T Bank** | **Payable - Corporate Checking** | **6953** | **$0.00** |

| Debtor | **Absolut Facilities Management, LLC** | Case number *(If known)* **19-76260** |
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.8. | **M&T Bank** | **PR - Corporate Checking** | 5095 | $0.00 |
| 3.9. | **M&T Bank** | **Coll - Corporate Checking** | 4595 | $0.02 |
| 3.10. | **M&T Bank** | **Corporate Checking** | 5426 | $81,242.97 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$688,578.10

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **WKL ADVISORS - BILL LENHART** | $25,000.00 |
|---|---|---|
| 8.2. | **LOEB & LOEB** | $132,359.00 |

9.      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$157,359.00

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.      **Mutual funds or publicly traded stocks not included in Part 1**

Debtor    **Absolut Facilities Management, LLC**                               Case number *(If known)* **19-76260**
                   Name

Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                                    % of ownership

| | | | | | |
|---|---|---|---|---|---|
| 15.1. | **Absolut Center for Nursing and Rehab at Dunkirk** | **54** | % | | **Unknown** |
| 15.2. | **Absolut Center for Nursing and Rehab at Eden** | **54** | % | | **Unknown** |
| 15.3. | **Absolut Center for Nursing and Rehab at Endicott** | **54** | % | | **Unknown** |
| 15.4. | **Absolut Center for Nursing and Rehab at Houghton** | **54** | % | | **Unknown** |
| 15.5. | **Absolut Center for Nursing and Rehab at Salamance** | **54** | % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                                    **$0.00**
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■  No.  Go to Part 6.
☐  Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■  No.  Go to Part 7.
☐  Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■  No.  Go to Part 8.
☐  Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
■  Yes Fill in the information below.

Debtor    **Absolut Facilities Management, LLC**          Case number *(If known)* **19-76260**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See Schedule A/B: Part 8, Questions 47-53 Attachment** | $281,294.00 | Book | $281,294.00 |

| | | | |
|---|---|---|---|
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | |
    |---|
    | $281,294.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☒ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☒ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill**<br>**Goodwill** | Unknown | Book | Unknown |

Debtor    **Absolut Facilities Management, LLC**
Name    Case number *(If known)* **19-76260**

66.    **Total of Part 10.**

|  | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No
☑ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Avante - Intercompany Claim** | $25,654.75 |
| **Concord Care Center Toledo - Intercompany Claim** | $46,430.89 |
| **Concord Care Center Cortland - Intercompany Claim** | $68,686.01 |
| **Fiddler's Green Manor - Intercompany Claim** | $75,000.00 |
| **Alternative Solutions Group, LLC - Intercompany Claim** | $270,277.17 |

Debtor    **Absolut Facilities Management, LLC**                          Case number *(If known)*  **19-76260**
          Name

**Sweet Brook of Williamstown - Intercompany Claim**                          **$288,808.34**

**Absolut at Eden, LLC - Intercompany Claim**                          **$950,600.00**

**Absolut at Orchard Brooke, LLC - Intercompany Claim**                          **$1,046,810.47**

**Absolut at Dunkirk Park, LLC - Intercompany Claim**                          **$1,260,700.00**

**Absolut at Houghton, LLC - Intercompany Claim**                          **$1,290,200.00**

**Absolut at Salamanca, LLC - Intercompany Claim**                          **$2,015,900.00**

**Absolut at Endicott, LLC - Intercompany Claim**                          **$4,405,708.11**

**Absolut at Orchard Park, LLC - Intercompany Claim**                          **$8,113,920.43**

78.    **Total of Part 11.**                                                  **$19,858,696.17**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       □ Yes

Debtor    **Absolut Facilities Management, LLC**                    Case number *(If known)* **19-76260**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $688,578.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $157,359.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $281,294.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $19,858,696.17 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,985,927.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,985,927.27 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule A/B:  Part 8, Questions 47-53 - Machinery, equipment and vehicles

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories; Aircraft and Accessories; Other Machinery, Fixtures, and Equipment) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| 2016/Ford/E350 Transit | $19,000.00 | Book | $19,000.00 |
| 2016/Ford/E350 Transit | $19,000.00 | Book | $19,000.00 |
| 2016/Toyota Prius | $13,320.00 | Book | $13,320.00 |
| 2016/Toyota Prius | $15,882.00 | Book | $15,882.00 |
| 2017/Ford/TCN | $12,695.00 | Book | $12,695.00 |
| 2017/Ford/TCN | $17,600.00 | Book | $17,600.00 |
| 2017/Ford/TCN | $17,600.00 | Book | $17,600.00 |
| 2017/Nissan Pathfinder | $17,127.00 | Book | $17,127.00 |
| 2017/Nissan Rogue | $17,124.00 | Book | $17,124.00 |
| 2017/Toyota Prius | $13,320.00 | Book | $13,320.00 |
| 2017/Toyota Prius | $13,320.00 | Book | $13,320.00 |
| 2017/Toyota Prius | $13,320.00 | Book | $13,320.00 |
| 2018/Toyota Prius C | $15,125.00 | Book | $15,125.00 |
| 2019/Chevy Traverse | $34,095.00 | Book | $34,095.00 |
| 2020/Toyota Corolla | $21,383.00 | Book | $21,383.00 |
| 2020/Toyota Corolla | $21,383.00 | Book | $21,383.00 |
| | | Total: | $281,294.00 |

**Fill in this information to identify the case:**

Debtor name      **Absolut Facilities Management, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76260**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1  See D: Part 1 Attachment**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$5,640,379.32** | **Unknown** |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$5,640,379.32**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

In re Absolut Facilities Management, LLC

Case No. 19-76260

Schedule D:  Part 1 - Creditors Who Have Claims Secured by Property

| Creditor Name and Mailing Address | Email | Last 4 Digits of Account Number | Insider or Related Party? | CoDebtor | Date Debt was Incurred, Description of Debtor's Property Subject to the Lien and the Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| CAPITAL FINANCE LLC<br>ATTN: CHIP WOELPER<br>1422 CLARKVIEW ROAD<br>BALTIMORE MD 21209 | cwoelper@capfundinc.com | 0003 | | | Various, Line of Credit Accounts Receivable | X | X | | $4,951,478.58 | Unknown |
| CAPITAL FINANCE LLC<br>ATTN: CHIP WOELPER<br>1422 CLARKVIEW ROAD<br>BALTIMORE MD 21209 | cwoelper@capfundinc.com | 0014 | | | Various, Line of Credit Accounts Receivable | X | X | | $688,900.74 | Unknown |
| CAPITAL FINANCE, LLC<br>1422 CLARKVIEW ROAD<br>BALTIMORE MD 21209 | | | | | 2/26/2009 | | X | | Unknown | Unknown |
| CAPITAL FUNDING GROUP, INC.<br>1422 CLARKVIEW ROAD<br>BALTIMORE MD 21209 | | | | | 5/14/2009 | X | X | | Unknown | Unknown |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>ATTN: ELIZABETH FOX-SOLOMON<br>300 PEARL STREET, SUITE 450<br>BUFFALO NY 14202 | | | | | 10/19/2018 | X | X | X | Unknown | Unknown |
| FIRST STATE BANK OF NEWCASTLE<br>24 NORTH SUMNER STREET<br>NEWCASTLE WY 82701 | | | | | 10/4/2011 | X | X | X | Unknown | Unknown |
| MARUETTE EQUIPMENT FINANCE, LLC<br>6975 UNION PARK CENTER, 2ND FLOOR<br>MIDVALE UT 84047 | | | | | 2/10/2012 | X | X | | Unknown | Unknown |
| MARUETTE EQUIPMENT FINANCE, LLC<br>6975 UNION PARK CENTER, 2ND FLOOR<br>MIDVALE UT 84047 | | | | | 10/25/2010 | X | X | | Unknown | Unknown |
| MARUETTE EQUIPMENT FINANCE, LLC<br>6975 UNION PARK CENTER, 2ND FLOOR<br>MIDVALE UT 84047 | | | | | 10/26/2010 | X | X | X | Unknown | Unknown |
| MARUETTE EQUIPMENT FINANCE, LLC<br>6975 UNION PARK CENTER, 2ND FLOOR<br>MIDVALE UT 84047 | | | | | 2/25/2011 | X | X | X | Unknown | Unknown |
| NAVITAS LEASE CORP. ISAOA<br>203 FORT WADE RD UNIT 300<br>PONTE VERDE FL 32081-5159 | | | | | 11/23/2015 | X | X | | Unknown | Unknown |
| SPECIALTY RX INC.<br>209 EAST 11TH STREET<br>ROSELLE NJ 7203 | | | | | 6/17/2019 | X | X | X | Unknown | Unknown |
| STERLING NATIONAL BANK<br>42 BROADWAY<br>NEW YORK NY 10004 | | | | | 7/13/2011 | X | X | | Unknown | Unknown |
| TCF EQUIPMENT FINANCE, INC.<br>11100 WAYZATA BOULEVARD, SUITE 801<br>MINNETONKA MN 55305 | | | | | 2/10/2012 | X | X | | Unknown | Unknown |
| U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>MARSHALL MN 56258 | | | | | 3/23/2016 | X | X | | Unknown | Unknown |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule D:  Part 1 - Creditors Who Have Claims Secured by Property

| Creditor Name and Mailing Address | Email | Last 4 Digits of Account Number | Insider or Related Party? | CoDebtor | Date Debt was Incurred, Description of Debtor's Property Subject to the Lien and the Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK<br>1310 MADRID STREET<br>MARSHALL MN 56258 | | | | | 3/27/2015 | X | X | X | Unknown | Unknown |
| U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK<br>1310 MADRID STREET<br>MARSHALL MN 56258 | | | | | 12/30/2015 | X | X | X | Unknown | Unknown |
| | | | | | | | | Total: | $5,640,379.32 | Unknown |

**Fill in this information to identify the case:**

Debtor name   **Absolut Facilities Management, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **19-76260**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**See EF: Part 2 Attachment**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,978,470.73** |

### Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 8,978,470.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,978,470.73 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 777 Equipment Finance | P.O. Box 75295 | | Chicago | IL | 60675-5295 | | 8/14/2019 | | X | | | $293.33 |
| Abe Schonfeld | 1146 East 27th Street | | Brooklyn | NY | 11210 | | 9/1/2018 | | X | | | $66,447.00 |
| Abe Schonfeld | 1146 East 27th Street | | Brooklyn | NY | 11210 | | 12/1/2018 | | X | | | $63,323.50 |
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC | 2178 N. 5th Street | | Allegany | NY | 14706 | | | | X | | | $1,958,775.94 |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC | 292 Main Street | | East Aurora | NY | 14052 | | | | X | | | $162,347.60 |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC | 4540 Lincoln Drive | | Gasport | NY | 14067 | | | | X | | | $254,446.69 |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC | 101 Creekside Drive | | Painted Post | NY | 14870 | | | | X | | | $1,922,623.30 |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC | 26 Cass Street | | Westfield | NY | 14787 | | | | X | | | $1,425,943.32 |
| Accelerated Care Plus Leasing Inc. | c/o Greenberg, Grant & Richards,Inc | | Houston | TX | 77057 | | 8/21/2019 | | X | | | $3,000.00 |
| Accelerated Care Plus Leasing Inc. | c/o Greenberg, Grant & Richards,Inc | | Houston | TX | 77057 | | 9/25/2019 | | X | | | $3,000.00 |
| Accelerated Care Plus Leasing Inc. | c/o Greenberg, Grant & Richards,Inc | | Houston | TX | 77057 | | 10/23/2019 | | X | | | $3,000.00 |
| All Square Media, LLC | 61 Rehm Road | | Lancaster | NY | 14086 | | 3/7/2019 | | X | | | $1,500.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 4/19/2016 | | X | | | $93,412.72 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 5/17/2016 | | X | | | $92,056.44 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 9/1/2016 | | X | | | $24,000.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 10/1/2016 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 11/1/2016 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 12/1/2016 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 1/1/2017 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 2/1/2017 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 2/7/2017 | | X | | | $34.69 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 2/15/2017 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 3/15/2017 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 4/15/2017 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 5/15/2017 | | X | | | $9,600.00 |
| Allstate Administrators LLC | 202 Caton Avenue | | Brooklyn | NY | 11218 | | 6/19/2017 | | X | | | $9,600.00 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 8/27/2018 | | X | | | $898.27 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 9/21/2018 | | X | | | $1,116.43 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 5/7/2019 | | X | | | $1,125.99 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 7/1/2019 | | X | | | $3,292.31 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 7/10/2019 | | X | | | $2,900.36 |
| American Express | 200 Vesey Street | | New York | NY | 10281 | | Various Dates | | X | | | $461,965.76 |
| AT&T | P.O. Box 5019 | | Carol Stream | IL | 60197-5019 | | 8/11/2019 | | X | | | $319.59 |
| AT&T | P.O. Box 6463 | | Carol Stream | IL | 60197-6463 | | 8/17/2019 | | X | | | $336.02 |
| Avalon Document Services | 741 Main Street | | Buffalo | NY | 14203 | | 2/21/2019 | | X | | | $758.37 |
| AXIS Surplus Insurance Co. | 11680 Great Oaks Way, Ste 500 | | Alpharetta | GA | 30022 | | 5/31/2019 | | X | | | $11,250.00 |
| Barclay Damon, LLP | Avant Bld. Suite 1200 | | Buffalo | NY | 14202-5510 | | 6/21/2018 | | X | | | $528.00 |
| Barclay Damon, LLP | Avant Bld. Suite 1200 | | Buffalo | NY | 14202-5510 | | 7/20/2018 | | X | | | $600.00 |
| Barclay Damon, LLP | Avant Bld. Suite 1200 | | Buffalo | NY | 14202-5510 | | 8/16/2018 | | X | | | $376.25 |
| Barclay Damon, LLP | Avant Bld. Suite 1200 | | Buffalo | NY | 14202-5510 | | 9/24/2018 | | X | | | $1,632.00 |
| Barclay Damon, LLP | Avant Bld. Suite 1200 | | Buffalo | NY | 14202-5510 | | 10/16/2018 | | X | | | $408.00 |
| Barclay Damon, LLP | Avant Bld. Suite 1200 | | Buffalo | NY | 14202-5510 | | 11/21/2018 | | X | | | $288.00 |
| Barclay Damon, LLP | Avant Bld. Suite 1200 | | Buffalo | NY | 14202-5510 | | 12/10/2018 | | X | | | $312.00 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 6/25/2019 | | X | | | $49.97 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 6/27/2019 | | X | | | $99.72 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 7/10/2019 | | X | | | $70.47 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 7/23/2019 | | X | | | $1,133.97 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 7/31/2019 | | X | | | $10.00 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 8/7/2019 | | X | | | $53.22 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 8/8/2019 | | X | | | $525.02 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 8/9/2019 | | X | | | $47.80 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 8/12/2019 | | X | | | $21.00 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 8/19/2019 | | X | | | $21.75 |
| Bartsch's Auto Service, Inc. | 900 Maple Rd. | | Elma | NY | 14059 | | 8/31/2019 | | X | | | $1,215.92 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 3/29/2019 | | X | | | $304.96 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 4/17/2019 | | X | | | $411.75 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 4/26/2019 | | X | | | $330.23 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 5/17/2019 | | X | | | $543.68 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 5/28/2019 | | X | | | $259.89 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 5/31/2019 | | X | | | $253.13 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 6/28/2019 | | X | | | $331.51 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 7/12/2019 | | X | | | $232.61 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 7/29/2019 | X | | | | $335.82 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 7/31/2019 | X | | | | $208.06 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 8/31/2019 | X | | | | $600.74 |
| Biels Information Technology Sytems | 1201 Indian Church Rd. | | Buffalo | NY | 14224 | | 9/23/2019 | X | | | | $346.30 |
| Billit AIT, LLC | 300 GLEED AVE. | | EAST AURORA | NY | 14052 | | 6/30/2019 | X | | | | $489.56 |
| Billit AIT, LLC | 300 GLEED AVE. | | EAST AURORA | NY | 14052 | | 7/31/2019 | X | | | | $879.96 |
| Billit AIT, LLC | 300 GLEED AVE. | | EAST AURORA | NY | 14052 | | 8/31/2019 | X | | | | $453.39 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 7/19/2019 | X | | | | $867.81 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 7/26/2019 | X | | | | $867.83 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 8/2/2019 | X | | | | $807.81 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 8/9/2019 | X | | | | $807.83 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 8/16/2019 | X | | | | $807.81 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 8/23/2019 | X | | | | $807.83 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 8/30/2019 | X | | | | $807.81 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 9/6/2019 | X | | | | $807.83 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 9/27/2019 | X | | | | $782.81 |
| Billit AIT, LLC | Flex Account | 300 Gleed Ave. | East Aurora | NY | 14052 | | 10/4/2019 | X | | | | $782.83 |
| Bison Fleet Specialists | 1615 William Street | | Buffalo | NY | 14206 | | 7/11/2019 | X | | | | $3,186.18 |
| Bison Fleet Specialists | 1615 William Street | | Buffalo | NY | 14206 | | 7/16/2019 | X | | | | $3,580.90 |
| Bonezzi Switzer Polito & Hupp Co., LPA | 312 Walnut Street, Suite 2530 | | Cincinnati | OH | 45202-9914 | | 4/12/2019 | X | | | | $175.00 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 7/2/2019 | X | | | | $15.77 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 7/10/2019 | X | | | | $14.57 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 7/12/2019 | X | | | | $31.46 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 7/26/2019 | X | | | | $17.59 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 7/31/2019 | X | | | | $1,968.46 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 8/5/2019 | X | | | | $14.57 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 8/30/2019 | X | | | | $2,060.94 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 9/10/2019 | X | | | | $17.56 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 10/2/2019 | X | | | | $17.59 |
| Buffalo Envelope | 2914 Walden Ave. | | Depew | NY | 14043 | | 7/31/2019 | X | | | | $513.84 |
| Buffalo Envelope | 2914 Walden Ave. | | Depew | NY | 14043 | | 8/16/2019 | X | | | | $244.56 |
| Buffalo Envelope | 2914 Walden Ave. | | Depew | NY | 14043 | | 8/30/2019 | X | | | | $131.09 |
| Buffalo Transportation Inc. | 289 Ramsdell Ave. | | Buffalo | NY | 14216 | | 3/10/2017 | X | | | | $6,566.50 |
| Buffalo Transportation Inc. | 289 Ramsdell Ave. | | Buffalo | NY | 14216 | | 4/6/2017 | X | | | | $3,011.50 |
| Buffalo Transportation Inc. | 289 Ramsdell Ave. | | Buffalo | NY | 14216 | | 5/5/2017 | X | | | | $555.00 |
| Buffalo Transportation Inc. | 289 Ramsdell Ave. | | Buffalo | NY | 14216 | | 6/12/2017 | X | | | | $312.25 |
| Buffalo Transportation Inc. | 289 Ramsdell Ave. | | Buffalo | NY | 14216 | | 6/13/2017 | X | | | | $700.00 |
| Cascades Recovery U.S., Inc. | 1845 Emerson St. | | Rochester | NY | 14606 | | 7/31/2019 | X | | | | $6.72 |
| Cascades Recovery U.S., Inc. | 1845 Emerson St. | | Rochester | NY | 14606 | | 8/31/2019 | X | | | | $6.72 |
| CIOX Health | P.O. Box 409740 | | Atlanta | GA | 30384-9740 | | 5/11/2018 | X | | | | $2,729.75 |
| CIOX Health | P.O. Box 409740 | | Atlanta | GA | 30384-9740 | | 3/18/2019 | X | | | | $707.79 |
| CIOX Health | P.O. Box 409875 | | Atlanta | GA | 30384 | | 10/6/2017 | X | | | | $2,600.43 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 9/30/2017 | X | | | | $20,880.52 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 10/31/2017 | X | | | | $3,951.17 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 11/30/2017 | X | | | | $15,257.02 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 12/31/2017 | X | | | | -$3,063.24 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 1/31/2018 | X | | | | -$428.74 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 2/28/2018 | X | | | | $3,821.08 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 3/31/2018 | X | | | | $2,103.00 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 4/30/2018 | X | | | | $5,093.97 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 5/31/2018 | X | | | | $2,910.04 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 6/30/2018 | X | | | | $6,740.50 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 7/31/2018 | X | | | | $1,997.43 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 8/31/2018 | X | | | | $2,948.00 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 9/30/2018 | X | | | | $1,586.27 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 10/31/2018 | X | | | | $8,811.49 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 11/30/2018 | X | | | | $4,250.50 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 12/31/2018 | X | | | | $2,734.05 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 1/31/2019 | X | | | | $2,042.73 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 2/28/2019 | X | | | | $3,468.26 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 3/31/2019 | X | | | | $3,070.50 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 4/30/2019 | X | | | | $4,854.40 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F:  Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 5/31/2019 | | X | | | $3,773.00 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 6/30/2019 | | X | | | $1,643.81 |
| Cub Aviation, LLC | c/o Craig Glasser | | Yonkers | NY | 10710 | | 7/31/2019 | | X | | | $2,369.68 |
| E-3 Communications | 551 Franklin St. | | Buffalo | NY | 14202 | | 11/1/2015 | | X | | | $3,000.00 |
| E-3 Communications | 551 Franklin St. | | Buffalo | NY | 14202 | | 12/31/2015 | | X | | | $3,000.00 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/3/2019 | | X | | | $409.85 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/9/2019 | | X | | | $43.94 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/20/2019 | | X | | | $1,781.72 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/23/2019 | | X | | | $423.16 |
| Esquire Deposition Solutions, LLC | P.O. Box 846099 | | Dallas | TX | 75284-6099 | | 9/5/2019 | | X | | | $492.92 |
| E-Telmed, Inc. | 5489 Wiles Rd. | | Coconut Creek | FL | 33073 | | 4/15/2016 | | X | | | $1,727.32 |
| E-Telmed, Inc. | 5489 Wiles Rd. | | Coconut Creek | FL | 33073 | | 5/15/2016 | | X | | | $1,727.32 |
| E-Telmed, Inc. | 5489 Wiles Rd. | | Coconut Creek | FL | 33073 | | 6/15/2016 | | X | | | $1,727.32 |
| Evenhouse Printing | 4783 Southwestern Blvd. | | Hamburg | NY | 14075 | | 2/28/2019 | | X | | | $61.99 |
| Evenhouse Printing | 4783 Southwestern Blvd. | | Hamburg | NY | 14075 | | 3/18/2019 | | X | | | $1,135.46 |
| Evenhouse Printing | 4783 Southwestern Blvd. | | Hamburg | NY | 14075 | | 3/20/2019 | | X | | | $530.83 |
| Evenhouse Printing | 4783 Southwestern Blvd. | | Hamburg | NY | 14075 | | 4/19/2019 | | X | | | $242.75 |
| Evenhouse Printing | 4783 Southwestern Blvd. | | Hamburg | NY | 14075 | | 5/13/2019 | | X | | | $939.82 |
| Evenhouse Printing | 4783 Southwestern Blvd. | | Hamburg | NY | 14075 | | 5/24/2019 | | X | | | $2,198.06 |
| Evenhouse Printing | 4783 Southwestern Blvd. | | Hamburg | NY | 14075 | | 6/5/2019 | | X | | | $97.11 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 3/31/2018 | | X | | | $6,005.00 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 6/30/2018 | | X | | | $14,260.46 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 9/30/2018 | | X | | | $17,772.26 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 12/12/2018 | | X | | | $472.50 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 12/31/2018 | | X | | | $17,553.01 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 3/31/2019 | | X | | | $18,315.77 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 5/31/2019 | | X | | | $4,643.20 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 6/30/2019 | | X | | | $38,897.50 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 7/31/2019 | | X | | | $345.00 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 8/1/2019 | | X | | | $8,096.97 |
| Feldman, Kieffer & Herman, LLP | The Dun Building | | Buffalo | NY | 14202 | | 8/31/2019 | | X | | | $12,497.51 |
| First UNUM Life Insurance Co. | P.O. Box 406919 | | Atlanta | GA | 30384-6919 | | 9/17/2019 | | X | | | $346.00 |
| Goodyear Auto Service Center | 120 Grey St. | | East Aurora | NY | 14052-2137 | | 12/15/2017 | | X | | | $627.87 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 3/9/2016 | | X | | | $36,719.51 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 4/4/2016 | | X | | | $206,719.51 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 8/30/2016 | | X | | | $206,719.51 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 6/21/2018 | | X | | | $29,460.00 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 8/9/2018 | | X | | | $820.00 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 8/20/2018 | | X | | | $14,822.00 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 5/8/2019 | | X | | | $130,390.80 |
| Grandview Brokerage | P.O. Box 40317 | | Brooklyn | NY | 11204 | | 8/7/2019 | | X | | | -$2,475.00 |
| GuideOne Insurance | c/o Alan Gray LLC | | Boston | MA | 02110 | | 3/3/2017 | | X | | | $25,000.00 |
| GuideOne Insurance | c/o Alan Gray LLC | | Boston | MA | 02110 | | 9/25/2017 | | X | | | $50,000.00 |
| GuideOne Insurance | c/o Alan Gray LLC | | Boston | MA | 02110 | | 11/13/2017 | | X | | | $50,000.00 |
| GuideOne Insurance | c/o Alan Gray LLC | | Boston | MA | 02110 | | 11/30/2017 | | X | | | $50,000.00 |
| GuideOne Insurance | c/o Alan Gray LLC | | Boston | MA | 02110 | | 7/30/2018 | | X | | | $50,000.00 |
| Hampton Inn | 248 Town Center Road | | Painted Post | NY | 14870 | | 7/29/2019 | | X | | | $146.85 |
| Hampton Inn | 248 Town Center Road | | Painted Post | NY | 14870 | | 8/26/2019 | | X | | | $300.16 |
| Hampton Inn | 248 Town Center Road | | Painted Post | NY | 14870 | | 8/29/2019 | | X | | | $141.93 |
| Hampton Inn | 248 Town Center Road | | Painted Post | NY | 14870 | | 8/30/2019 | | X | | | $592.17 |
| Hampton Inn | 248 Town Center Road | | Painted Post | NY | 14870 | | 9/9/2019 | | X | | | $300.16 |
| Hampton Inn | 248 Town Center Road | | Painted Post | NY | 14870 | | 9/12/2019 | | X | | | $150.08 |
| Hudson Energy-NY | P.O. Box 29193 | | New York | NY | 10087 | | 6/19/2019 | | X | | | $2,500.00 |
| Hudson Energy-NY | P.O. Box 29193 | | New York | NY | 10087 | | 7/24/2019 | | X | | | $2,500.00 |
| Hudson Energy-NY | P.O. Box 29193 | | New York | NY | 10087 | | 8/21/2019 | | X | | | $2,500.00 |
| Hudson Energy-NY | P.O. Box 29193 | | New York | NY | 10087 | | 9/18/2019 | | X | | | $2,500.00 |
| Hudson Energy-NY | P.O. Box 29193 | | New York | NY | 10087 | | 10/23/2019 | | X | | | $2,500.00 |
| Hudson Energy-NY | P.O. Box 29193 | | New York | NY | 10087 | | 11/20/2019 | | X | | | $2,500.00 |
| HyperDoc, LLC | 2865 West River Road | | Grand Island | NY | 14072 | | 7/12/2019 | | X | | | $8,500.00 |
| Indeed, Inc. | Mail Code 5160 | | Dallas | TX | 75266-0367 | | 7/31/2019 | | X | | | $1,320.01 |
| InLighten | 9645 Wehrle Dr. | | Clarence | NY | 14031 | | 7/3/2017 | | X | | | $2,986.00 |
| InLighten | 9645 Wehrle Dr. | | Clarence | NY | 14031 | | 8/1/2017 | | X | | | $6,656.25 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insight | P.O. Box 731069 | | Dallas | TX | 75373-1069 | | 3/25/2019 | | X | | | $572.79 |
| Insight | P.O. Box 731069 | | Dallas | TX | 75373-1069 | | 4/24/2019 | | X | | | $7,837.74 |
| Insight | P.O. Box 731069 | | Dallas | TX | 75373-1069 | | 7/1/2019 | | X | | | $1,260.70 |
| Insight | P.O. Box 731069 | | Dallas | TX | 75373-1069 | | 8/8/2019 | | X | | | $4,859.47 |
| Interstate Gourmet Coffee Roasters, Inc* | 43 Norfolk Ave. | | South Easton | MA | 02375 | | 6/30/2019 | | X | | | $74.01 |
| Interstate Gourmet Coffee Roasters, Inc* | 43 Norfolk Ave. | | South Easton | MA | 02375 | | 7/31/2019 | | X | | | $191.96 |
| Interstate Gourmet Coffee Roasters, Inc* | 43 Norfolk Ave. | | South Easton | MA | 02375 | | 8/31/2019 | | X | | | $122.95 |
| Ira Smedra | 6300 Wilshire Blvd., Suite 1800 | | Los Angeles | CA | 90048 | | 9/1/2018 | | X | | | $44,401.50 |
| Ira Smedra | 6300 Wilshire Blvd., Suite 1800 | | Los Angeles | CA | 90048 | | 12/1/2018 | | X | | | $43,650.75 |
| Jack W Hunt & Assoc., Inc | 1120 Liberty Bldg | | Buffalo | NY | 14202 | | 2/26/2019 | | X | | | $540.42 |
| Jackson Lewis P.C. | 666 Third Avenue | | New York | NY | 10017 | | 4/23/2019 | | X | | | $2,276.85 |
| Jackson Lewis P.C. | 666 Third Avenue | | New York | NY | 10017 | | 8/27/2019 | | X | | | $3,035.80 |
| Jackson Lewis P.C. | 677 Broadway | | Albany | NY | 12207 | | 11/23/2018 | | X | | | $2,554.20 |
| Jackson Lewis P.C. | 677 Broadway | | Albany | NY | 12207 | | 2/8/2019 | | X | | | $2,170.60 |
| Jackson Lewis P.C. | P.O. Box 416019 | | Boston | MA | 02241-6019 | | 3/15/2019 | | X | | | $2,147.50 |
| Jacob Wintner | 6300 Wilshire Blvd., Suite1800 | | Los Angeles | CA | 90048 | | 9/1/2018 | | X | | | $44,401.50 |
| Jacob Wintner | 6300 Wilshire Blvd., Suite1800 | | Los Angeles | CA | 90048 | | 12/1/2018 | | X | | | $43,650.75 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 12/17/2018 | | X | | | $2,247.79 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 12/19/2018 | | X | | | $6,268.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 1/2/2019 | | X | | | $917.36 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 1/25/2019 | | X | | | $8,196.02 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 1/31/2019 | | X | | | $7,300.45 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 2/21/2019 | | X | | | $43.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 2/25/2019 | | X | | | $180.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 2/28/2019 | | X | | | $75,008.66 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 3/18/2019 | | X | | | $2,151.50 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 3/20/2019 | | X | | | $9,555.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 3/26/2019 | | X | | | $46,783.59 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 4/18/2019 | | X | | | $13,613.70 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 4/19/2019 | | X | | | $739.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 4/23/2019 | | X | | | $21,687.99 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 4/24/2019 | | X | | | $46,790.03 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 4/26/2019 | | X | | | $5,254.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 5/28/2019 | | X | | | $728.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 5/30/2019 | | X | | | $2,190.50 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 5/31/2019 | | X | | | $4,685.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 6/3/2019 | | X | | | $34,163.68 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 6/20/2019 | | X | | | $2,151.50 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 6/24/2019 | | X | | | $365.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 6/26/2019 | | X | | | $28,841.35 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 7/18/2019 | | X | | | $7,559.60 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 7/24/2019 | | X | | | $52,315.83 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 8/15/2019 | | X | | | $1,683.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 8/19/2019 | | X | | | $1,680.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 8/27/2019 | | X | | | $253.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 8/28/2019 | | X | | | $4,177.00 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 8/29/2019 | | X | | | $60,852.25 |
| Kaufman Borgeest & Ryan LLP | 120 Broadway | | New York | NY | 10271 | | 9/30/2019 | | X | | | $12,378.00 |
| Kenney, Shelton, Liptak & Nowak, LLP | The Calumet Building | | Buffalo | NY | 14202 | | 8/30/2019 | | X | | | $3,150.00 |
| Kenney, Shelton, Liptak & Nowak, LLP | The Calumet Building | | Buffalo | NY | 14202 | | 9/30/2019 | | X | | | $150.00 |
| Kling Bros. Auto Service | 4744 Clinton St. | | West Seneca | NY | 14224 | | 2/23/2018 | | X | | | $2,388.19 |
| Kling Bros. Auto Service | 4744 Clinton St. | | West Seneca | NY | 14224 | | 5/22/2018 | | X | | | $1,000.00 |
| Lawley Service, Inc. | 361 Delaware Avenue | | Buffalo | NY | 14202 | | 6/29/2018 | | X | | | $27,000.00 |
| Level 3 Communications, LLC | P.O. Box 910182 | | Denver | CO | 80291-0182 | | 8/17/2019 | | X | | | $8.36 |
| Level 3 Communications, LLC | P.O. Box 910182 | | Denver | CO | 80291-0182 | | 9/17/2019 | | X | | | $0.66 |
| Lexington Insurance Company | c/o Global Recovery Services | | Atlanta | GA | 30348-5795 | | 1/17/2018 | | X | | | $150,000.00 |
| Lifetime Benefit Solutions | Dept. 116039 | | Binghamton | NY | 13902-5211 | | 5/24/2019 | | X | | | $561.20 |
| Lifetime Benefit Solutions | Dept. 116039 | | Binghamton | NY | 13902-5211 | | 6/20/2019 | | X | | | $538.20 |
| Lifetime Benefit Solutions | Dept. 116039 | | Binghamton | NY | 13902-5211 | | 7/17/2019 | | X | | | $538.20 |
| Lifetime Benefit Solutions | Dept. 116039 | | Binghamton | NY | 13902-5211 | | 8/20/2019 | | X | | | $529.00 |
| Lifetime Benefit Solutions | P.O. Box 422 | | Liverpool | NY | 13088-0422 | | 3/21/2018 | | X | | | $648.16 |
| Lifetime Benefit Solutions | P.O. Box 422 | | Liverpool | NY | 13088-0422 | | 4/25/2018 | | X | | | $6,318.12 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F:  Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lifetime Benefit Solutions | P.O. Box 422 | | Liverpool | NY | 13088-0422 | | 5/24/2019 | | X | | | $6,318.12 |
| Lifetime Benefit Solutions | P.O. Box 422 | | Liverpool | NY | 13088-0422 | | 6/7/2019 | | X | | | $6,240.52 |
| Lifetime Benefit Solutions | P.O. Box 422 | | Liverpool | NY | 13088-0422 | | 7/26/2019 | | X | | | $6,196.88 |
| Lipsius Benhaim Law, LLP | 80-02 Kew Gardens Rd. | | Kew Gardens | NY | 11415 | | 8/18/2016 | | X | | | $3,889.22 |
| Lipsius Benhaim Law, LLP | 80-02 Kew Gardens Rd. | | Kew Gardens | NY | 11415 | | 2/6/2019 | | X | | | $6,366.14 |
| M.Catherine Wollman DNP, CRNP | Geriatric Nursing Consultation Svc | | Ponte Vedra | FL | 32081 | | 5/16/2018 | | X | | | $2,850.00 |
| M.Catherine Wollman DNP, CRNP | Geriatric Nursing Consultation Svc | | Ponte Vedra | FL | 32081 | | 2/3/2019 | | X | | | $900.00 |
| Med-Pass, Inc. | L-3495 | | Columbus | OH | 43260-0001 | | 8/21/2019 | | X | | | $84.19 |
| Metschl and Associates | Ellicott Square Building | | Buffalo | NY | 14203 | | 7/18/2018 | | X | | | $507.20 |
| Metschl and Associates | Ellicott Square Building | | Buffalo | NY | 14203 | | 2/18/2019 | | X | | | $594.30 |
| Metschl and Associates | Ellicott Square Building | | Buffalo | NY | 14203 | | 5/6/2019 | | X | | | $592.02 |
| Naness, Chaiet & Naness, LLC | 375 North Broadway, Suite 202 | | Jericho | NY | 11753 | | 10/1/2018 | | X | | | $340.00 |
| Naness, Chaiet & Naness, LLC | 375 North Broadway, Suite 202 | | Jericho | NY | 11753 | | 11/1/2018 | | X | | | $3,635.40 |
| Naness, Chaiet & Naness, LLC | 375 North Broadway, Suite 202 | | Jericho | NY | 11753 | | 5/1/2019 | | X | | | $225.00 |
| Novack Burnbaum Crystal LLP | 8th Floor | | New York | NY | 10017 | | 5/21/2018 | | X | | | $28,690.36 |
| Novack Burnbaum Crystal LLP | 8th Floor | | New York | NY | 10017 | | 11/27/2018 | | X | | | $1,029.16 |
| Novack Burnbaum Crystal LLP | 8th Floor | | New York | NY | 10017 | | 3/11/2019 | | X | | | $2,814.14 |
| Novack Burnbaum Crystal LLP | 8th Floor | | New York | NY | 10017 | | 6/7/2019 | | X | | | -$30,000.00 |
| OneSpan North America, Inc. | 121 West Wacker Drive | | Chicago | IL | 60601 | | 7/31/2019 | | X | | | $241.43 |
| OnShift, Inc. | P.O. Box 207856 | | Dallas | TX | 75320-7856 | | 9/1/2017 | | X | | | $29,029.57 |
| OnShift, Inc. | P.O. Box 207856 | | Dallas | TX | 75320-7856 | | 10/1/2017 | | X | | | -$50,389.44 |
| OnShift, Inc. | P.O. Box 207856 | | Dallas | TX | 75320-7856 | | 12/1/2017 | | X | | | -$10,000.00 |
| Optima Healthcare Solutions, Inc. | P.O. BOX 531734 | | Atlanta | GA | 30353 | | 10/1/2019 | | X | | | $3,985.07 |
| PATIENT 18 | Brown Chiari LLP (Angelo Gambino) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 294 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 38 | Finkelstein & Partners LLP (Mary Ellen Wright) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 45 | Finkelstein & Partners LLP (Mary Ellen Wright) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 50 | Brown Chiari LLP (Angelo Gambino) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5749 | Brown Chiari LLP (Angelo Gambino) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5750 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5751 | Brown Chiari LLP (Michele Braun) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5752 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5753 | Brown Chiari LLP (Angelo Gambino) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5754 | Brown Chiari LLP (Nicole Marques) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5755 | LoTempio P.C. Law Group (Brian Knauth) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5756 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5757 | Brown Chiari LLP (Colleen Fahey) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5758 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5761 | Brown Chiari LLP (Angelo S. Gambino) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5762 | Campbell & Associates (Jason Telaak) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5763 | Brown Chiari LLP (Timothy Hudson) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5766 | Brown Chiari LLP (Michael Drumm) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5767 | Brown Chiari LLP (David Olson) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5768 | Brown Chiari LLP (Michael Scinta) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5770 | Brown Chiari LLP (Michael Lancer) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5771 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5772 | Brown Chiari LLP (Jeffrey Shalke) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5773 | Ramos & Ramos (Dean Smith) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5774 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5775 | Brown Chiari LLP (Michelle Braun) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5776 | Brown Chiari LLP (Mike Scinta) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5777 | Brown Chiari LLP (Angelo Gambino) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5778 | Brown Chiari LLP (Eleanor Bliss Ferry) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5779 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5780 | Brown Chiari LLP (Michele Braun) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5782 | Brown Chiari LLP (Tim Hudson) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5783 | Brown Chiari LLP (Colleen Fahey) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5786 | Brown Chiari LLP (David Olson) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5787 | Finkelstein & Partners LLP (Mary Ellen Wright) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5788 | Brown Chiari LLP (Michele Braun) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5789 | Brown Chiari LLP (Nicole Marques) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5790 | Brown Chiari LLP (Theresa M. Walsh Esq.) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT 5791 | Brown Chiari LLP (Colleen Fahey) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5792 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5793 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5794 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5795 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5796 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5798 | Brown Chiari LLP (Nicole T.C. Marques) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 5799 | Brown Chiari LLP (Timothy Hudson) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 6 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PATIENT 9 | Brown Chiari LLP (Theresa Walsh) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 5/12/2017 | X | | | | $2,739.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 8/23/2018 | X | | | | $812.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 9/17/2018 | X | | | | $456.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 12/14/2018 | X | | | | $383.00 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 1/16/2019 | X | | | | $1,479.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 2/18/2019 | X | | | | $676.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 3/13/2019 | X | | | | $846.00 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 4/26/2019 | X | | | | $873.00 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 5/13/2019 | X | | | | $4,362.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 6/17/2019 | X | | | | $3,879.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 7/15/2019 | X | | | | $325.50 |
| Phillips Lytle LLP | One Canalside | | Buffalo | NY | 14203-2887 | | 8/21/2019 | X | | | | $2,080.00 |
| PointClickCare Technologies, Inc. | P.O. Box 674802 | | Detroit | MI | 48267-4802 | | 3/1/2018 | X | | | | $122.34 |
| PointClickCare Technologies, Inc. | P.O. Box 674802 | | Detroit | MI | 48267-4802 | | 3/31/2018 | X | | | | $600.00 |
| PointClickCare Technologies, Inc. | P.O. Box 674802 | | Detroit | MI | 48267-4802 | | 4/1/2018 | X | | | | $285.47 |
| Preferred Leasing | P.O. Box 816 | | Englewood | NJ | 07631 | | 7/24/2019 | X | | | | $1,331.94 |
| ProQuest, LLC | 6216 Paysphere Circle | | Chicago | IL | 60674 | | 8/7/2019 | X | | | | $661.20 |
| Radio One Buffalo, LLC | 2900 Genesee Street | | Cheektowaga | NY | 14225 | | 7/29/2018 | X | | | | $2,125.00 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 7/5/2018 | X | | | | $3,500.00 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 8/7/2018 | X | | | | $2,169.00 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 9/10/2018 | X | | | | $2,169.00 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 2/18/2019 | X | | | | $2,175.00 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 3/6/2019 | X | | | | $2,175.00 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 4/16/2019 | X | | | | $2,175.00 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 5/15/2019 | X | | | | $3,903.75 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 6/15/2019 | X | | | | $3,153.75 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 7/15/2019 | X | | | | $3,147.75 |
| Real Time Medical Systems, LLC | P.O. Box 645852 | | Pittsburgh | PA | 15264-5256 | | 9/13/2019 | X | | | | $3,147.75 |
| Rehab Management Alliance, LLC | 5 Knollwood Court | | Manalapan | NJ | 07726 | | 5/21/2019 | X | | | | $3,525.00 |
| Rehab Management Alliance, LLC | 5 Knollwood Court | | Manalapan | NJ | 07726 | | 6/15/2019 | X | | | | $10,500.00 |
| Rehab Management Alliance, LLC | 5 Knollwood Court | | Manalapan | NJ | 07726 | | 7/19/2019 | X | | | | $1,800.00 |
| Rehab Management Alliance, LLC | 5 Knollwood Court | | Manalapan | NJ | 07726 | | 8/11/2019 | X | | | | $2,175.00 |
| Rehab Management Alliance, LLC | 5 Knollwood Court | | Manalapan | NJ | 07726 | | 9/7/2019 | X | | | | $3,450.00 |
| RiverStone Claims Mgt, LLC | Accounting Department | | Manchester | NH | 03101 | | 7/29/2016 | X | | | | $9,180.00 |
| RiverStone Claims Mgt, LLC | Accounting Department | | Manchester | NH | 03101 | | 3/22/2017 | X | | | | $7,937.23 |
| Schwartz Sladkus Reich Greenberg Atlas | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 | | 3/18/2019 | X | | | | $10,374.00 |
| Schwartz Sladkus Reich Greenberg Atlas | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 | | 4/16/2019 | X | | | | $3,192.00 |
| Schwartz Sladkus Reich Greenberg Atlas | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 | | 5/21/2019 | X | | | | $3,194.00 |
| Schwartz Sladkus Reich Greenberg Atlas | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 | | 6/14/2019 | X | | | | -$8,572.11 |
| Schwartz Sladkus Reich Greenberg Atlas | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 | | 7/19/2019 | X | | | | $192.50 |
| Schwartz Sladkus Reich Greenberg Atlas | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 | | 8/19/2019 | X | | | | $114.00 |
| Sedgwick Claims Managment Svc, Inc. | P.O. Box 102514 | | Atlanta | GA | 30368-2514 | | 7/15/2016 | X | | | | $3,500.00 |
| Sedgwick Claims Managment Svc, Inc. | P.O. Box 102514 | | Atlanta | GA | 30368-2514 | | 8/12/2016 | X | | | | $3,500.00 |
| Sedgwick Claims Managment Svc, Inc. | P.O. Box 102514 | | Atlanta | GA | 30368-2514 | | 11/14/2016 | X | | | | $3,500.00 |
| Sedgwick Claims Managment Svc, Inc. | P.O. Box 102514 | | Atlanta | GA | 30368-2514 | | 6/12/2017 | X | | | | $3,275.00 |
| Sedgwick Claims Managment Svc, Inc. | P.O. Box 102514 | | Atlanta | GA | 30368-2514 | | 9/14/2017 | X | | | | $3,275.00 |
| Sedgwick Claims Managment Svc, Inc. | P.O. Box 102514 | | Atlanta | GA | 30368-2514 | | 1/30/2018 | X | | | | $6,725.00 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 11/30/2017 | X | | | | $244.69 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 12/31/2017 | X | | | | $244.69 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 1/31/2018 | X | | | | $244.69 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 2/28/2018 | X | | | | $244.69 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 3/31/2018 | X | | | | $195.75 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 4/30/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 5/31/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 6/30/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 7/31/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 8/31/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 9/30/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 10/31/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 11/30/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 12/31/2018 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 1/31/2019 | X | | | | $195.75 |
| SolaMed 02, LLC | 5308-13th Ave. | | Brooklyn | NY | 11219 | | 2/28/2019 | X | | | | $195.75 |
| SolEx | P.O. Box 512402 | | Los Angeles | CA | 90051-0402 | | 8/25/2019 | X | | | | $170.72 |
| Sparta, Inc. | 8086 S. Yale Ave., Suite 225 | | Tulsa | OK | 74136 | | 11/1/2017 | X | | | | $30,843.60 |
| Sparta, Inc. | 8086 S. Yale Ave., Suite 225 | | Tulsa | OK | 74136 | | 11/2/2017 | X | | | | $30,190.56 |
| Speno MacLeod, PLLC | 136 E. Genesee St. | | Baldwinsville | NY | 13027 | | 8/1/2019 | X | | | | $38.60 |
| Streamline Verify | 100 Boulevard of the Americas | | Lakewood | NJ | 08701 | | 6/4/2019 | X | | | | $4,450.00 |
| Susan Banks Consulting Services | 53 Old Tower Lane | | Williamsville | NY | 14221 | | 6/30/2019 | X | | | | $2,000.00 |
| Susan Banks Consulting Services | 53 Old Tower Lane | | Williamsville | NY | 14221 | | 7/31/2019 | X | | | | $2,000.00 |
| Susan Banks Consulting Services | 53 Old Tower Lane | | Williamsville | NY | 14221 | | 8/31/2019 | X | | | | $2,000.00 |
| Susan Banks Consulting Services | 53 Old Tower Lane | | Williamsville | NY | 14221 | | 10/11/2019 | X | | | | $2,000.00 |
| Susan Banks Consulting Services | 53 Old Tower Lane | | Williamsville | NY | 14221 | | 11/11/2019 | X | | | | $2,000.00 |
| Susan Banks Consulting Services | 53 Old Tower Lane | | Williamsville | NY | 14221 | | 12/11/2019 | X | | | | $2,000.00 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 12/1/2017 | X | | | | $14,137.98 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 1/10/2018 | X | | | | $2,089.60 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 1/30/2018 | X | | | | $5,424.68 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 3/8/2018 | X | | | | $992.09 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 3/12/2018 | X | | | | $292.00 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 3/13/2018 | X | | | | $959.25 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 4/5/2018 | X | | | | $61.00 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 8/14/2018 | X | | | | -$10,000.00 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 8/29/2018 | X | | | | -$10,000.00 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 9/10/2018 | X | | | | -$9,972.31 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 2/19/2019 | X | | | | $1,371.99 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 3/29/2019 | X | | | | $3,105.81 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 4/10/2019 | X | | | | $682.12 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 5/10/2019 | X | | | | $1,791.80 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 6/10/2019 | X | | | | $3,272.69 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 7/10/2019 | X | | | | $1,152.06 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 8/10/2019 | X | | | | $3,427.33 |
| TALX Corporation | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 9/10/2019 | X | | | | $2,592.49 |
| TALX UC Express | 4076 Paysphere Circle | | Chicago | IL | 60674 | | 8/8/2019 | X | | | | $3,441.49 |
| Time Warner | P.O. Box 223085 | | Pittsburgh | PA | 15251-2085 | | 8/1/2019 | X | | | | $1,036.88 |
| Time Warner | P.O. Box 223085 | | Pittsburgh | PA | 15251-2085 | | 9/1/2019 | X | | | | $425.63 |
| U.S. Bank | P.O. Box 790448 | | St. Louis | MO | 63179-0448 | | 5/20/2019 | X | | | | $324.07 |
| U.S. Bank | P.O. Box 790448 | | St. Louis | MO | 63179-0448 | | 5/31/2019 | X | | | | $5,601.64 |
| U.S. Bank | P.O. Box 790448 | | St. Louis | MO | 63179-0448 | | 6/19/2019 | X | | | | $324.07 |
| U.S. Bank | P.O. Box 790448 | | St. Louis | MO | 63179-0448 | | 7/1/2019 | X | | | | $5,601.70 |
| U.S. Bank | P.O. Box 790448 | | St. Louis | MO | 63179-0448 | | 7/19/2019 | X | | | | $324.07 |
| U.S. Bank | P.O. Box 790448 | | St. Louis | MO | 63179-0448 | | 8/1/2019 | X | | | | $5,603.48 |
| United Specialty Insurance Co. | P.O. Box 14543 | | Des Moines | IA | 50306-3538 | | 2/28/2017 | X | | | | $13,162.12 |
| United Specialty Insurance Co. | P.O. Box 14543 | | Des Moines | IA | 50306-3538 | | 3/3/2017 | X | | | | $16,330.08 |
| Verizon | P.O. Box 15043 | | Albany | NY | 12212-5043 | | 9/8/2019 | X | | | | $2,313.94 |
| Verizon | P.O. Box 15124 | | Albany | NY | 12212-5124 | | 8/31/2019 | X | | | | $526.99 |
| Verizon Connect Fleet USA, LLC | 1100 Winter Street | | Waltham | MA | 02451 | | 8/15/2019 | X | | | | $146.81 |
| West Unified Communications Svcs, Inc | P.O. Box 281866 | | Atlanta | GA | 30384-1866 | | 8/31/2019 | X | | | | $122.96 |
| West Unified Communications Svcs, Inc | P.O. Box 281866 | | Atlanta | GA | 30384-1866 | | 9/30/2019 | X | | | | $23.82 |
| Wex Bank | P.O. Box 6293 | | Carol Stream | IL | 60197-6293 | | 9/23/2019 | X | | | | $893.92 |
| Windstream | P.O. Box 9001013 | | Louisville | KY | 40290-1013 | | 9/8/2018 | X | | | | $743.13 |
| Windstream | P.O. Box 9001013 | | Louisville | KY | 40290-1013 | | 4/15/2019 | X | | | | $4,427.30 |
| Windstream | P.O. Box 9001013 | | Louisville | KY | 40290-1013 | | 5/15/2019 | X | | | | -$5,068.66 |
| Windstream | P.O. Box 9001013 | | Louisville | KY | 40290-1013 | | 8/8/2019 | X | | | | $7,332.29 |
| Windstream | P.O. Box 9001013 | | Louisville | KY | 40290-1013 | | 9/1/2019 | X | | | | $103.75 |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule E/F:  Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Total: | $8,978,470.73 |

**Fill in this information to identify the case:**

Debtor name    **Absolut Facilities Management, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76260**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule G:  Executory Contracts and Unexpired Leases

| Counterparty Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease |
|---|---|---|---|---|---|---|---|---|---|
| 2178 N FIFTH STREET LLC | ATTN: IRA SMEDRA | C/O THE ARBA GROUP, INC. | 6380 WILSHIRE BOULEVARD | LOS ANGELES | CA | 90048 | | LEASE: BUILDING AND LAND | 5/14/09 |
| 2178 N FIFTH STREET LLC | ATTN: IRA SMEDRA | C/O THE ARBA GROUP, INC. | 6380 WILSHIRE BOULEVARD | LOS ANGELES | CA | 90048 | | LEASE: BUILDING AND LAND | 5/14/09 |
| ACCELERATED CARE PLUS | ATTN: GENERAL COUNSEL | 13828 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | | SETTLEMENT AGREEMENT | 5/20/2019 |
| AETNA HEALTH INC | ATTN: CONTRACT CONSULTING UNIT | ATTN: GENERAL COUNSEL | 1000 MIDDLE STREET, MC5E | MIDDLETOWN | CT | 06457 | | SERVICE CONTRACT | 11/15/17 |
| AMERICAN HEALTH TECH INC | ATTN: GENERAL COUNSEL | 805 SOUTH WHEATLEY STREET | SUITE 600 | RIDGELAND | MS | 39157 | | SERVICE CONTRACT | 6/1/07 |
| AMHERST PSYCHIATRY PC | ATTN: GENERAL COUNSEL | 65 VIA FORESTA LANE | | WILLIAMSVILLE | NY | 14221 | | SERVICE CONTRACT | 12/4/2015 |
| ARBOR PARK 2806, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| BEILS INFORMATION TECHNOLOGY SYSTEMS CORPORATION | ATTN: GENERAL COUNSEL | 1201 INDIAN CHURCH ROAD | | BUFFALO | NY | 14224-1383 | | SERVICE CONTRACT | 4/28/19 |
| BILLIT ACCOUNTING & INFORMATION TECHNOLOGY LLC | ATTN: GENERAL COUNSEL | 300 GLEED AVENUE | | EAST AURORA | NY | 14052 | | SERVICE CONTRACT | 6/1/07 |
| BILLIT ACCOUNTING & INFORMATION TECHNOLOGY LLC | ATTN: GENERAL COUNSEL | 300 GLEED AVENUE | | EAST AURORA | NY | 14052 | | LICENSING AGREEMENT | 6/23/07 |
| COMPLIANCE CONSULTING GROUP LLC | ATTN: GENERAL COUNSEL | 9906 METROPOLITAN AVENUE | | FOREST HILLS | NY | 11357 | | SERVICE CONTRACT | 8/1/2014 |
| CROSS COUNTRY HEALTHCARE | ATTN: GENERAL COUNSEL | 6551 PARK OF COMMERCE BOULEVARD | | BOCA RATON | FL | 33487 | | FINANCE AGREEMENT (SECURED LENDERS, BONDS, MORTGAGES, ETC.) | Not dated |
| EATON OFFICE SUPPLY CO INC | ATTN: GENERAL COUNSEL | 180 JOHN GLENN DRIVE | | AMHERST | NY | 14228 | | SERVICE CONTRACT | 2/17/2014 |
| GREENBERG G. & RICHARDS, INC. | ATTN: GENERAL COUNSEL | 5858 WESTHEIMER ROAD | SUITE 500 | HOUSTON | TX | 77057 | | SETTLEMENT AGREEMENT | 5/20/2019 |
| GSG FINANCIAL LLC | ATTN: GENERAL COUNSEL | 45 MAIN STREET | SUITE 537 | BROOKLYN | NY | 11201 | | GUARANTEES | Not dated |
| HEALTH SYSTEM SERVICES, LTD | ATTN: ROBERT A. MINICUCCI, SR., PRESIDENT | 6867 WILLIAMS ROAD | | NIAGARA FALLS | NY | 14304 | | SERVICE CONTRACT | 4/4/16 |
| HEALTH VALUE MANAGEMENT INC D/B/A CHOICECARE NETWORK | ATTN: PRESIDENT | PO BOX 19013 | | GREEN BAY | WI | 54307 | | SERVICE CONTRACT | 1/21/09 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| MORPHOTRUST USA, LLC | ATTN: GENERAL COUNSEL | 296 CONCORD ROAD | | BILLERICA | MA | 01821 | | SERVICE CONTRACT | 8/1/2016 |
| MORPHOTRUST USA, LLC | ATTN: GENERAL COUNSEL | 296 CONCORD ROAD | SUITE 300 | BILLERICA | MA | 01821 | | SERVICE CONTRACT | 12/15/2014 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: GENERAL COUNSEL | PO BOX 531734 | | ATLANTA | GA | 30353 | | SERVICE CONTRACT | 4/9/2018 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN MACKLE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | SERVICE CONTRACT | 2/1/2016 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN MACKLE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | SERVICE CONTRACT | 2/11/2016 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN MACKLE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | SERVICE CONTRACT | 2/13/2016 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/1/16 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/11/16 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/13/16 |
| ORCHARD PARK 6060, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| PENN POWER SYSTEMS,  A DIVISION OF PENN DETROIT DIESEL ALLISON, LLC | ATTN: GENERAL COUNSEL | 350 BAILEY AVENUE | | BUFFALO | NY | 14210 | | LEASE: EQUIPMENT | 10/1/2016 |
| POINTCLICKCARE TECHNOLOGIES INC. | ATTN: GENERAL COUNSEL | 5570 EXPLORER DRIVE | | MISSISSAUGA | ON | L4W 0C4 | Canada | MONTHLY QUOTE ORDER FORM | |
| PREVENTIVE DIAGNOSTICS INC | ATTN: GENERAL COUNSEL | 544 PARK AVENUE | | BROOKLYN | NY | 11205 | | SERVICE CONTRACT | 7/25/12 |
| RICOH | ATTN: GENERAL COUNSEL | 1310 MADRID STREET | SUITE 101 | MARSHALL | MN | 56258 | | LEASE: EQUIPMENT | 4/3/2013 |
| RICOH | ATTN: GENERAL COUNSEL | 1310 MADRID STREET | SUITE 101 | MARSHALL | MN | 56258 | | LEASE: EQUIPMENT | 8/28/2013 |
| RICOH | ATTN: GENERAL COUNSEL | 1310 MADRID STREET | SUITE 101 | MARSHALL | MN | 56258 | | LEASE: EQUIPMENT | 3/17/2015 |
| RICOH | ATTN: GENERAL COUNSEL | 1310 MADRID STREET | SUITE 101 | MARSHALL | MN | 56256 | | LEASE: EQUIPMENT | 12/22/2015 |
| RICOH | ATTN: GENERAL COUNSEL | 1310 MADRID STREET | SUITE 101 | MARSHALL | MN | 56256 | | LEASE: EQUIPMENT | 3/3/2016 |
| RICOH | ATTN: GENERAL COUNSEL | 1310 MADRID STREET | SUITE 101 | MARSHALL | MN | 56256 | | LEASE: EQUIPMENT | 3/15/2016 |
| SOLEX | ATTN: GENERAL COUNSEL | 245 SOUTH MAIN STREET | 4TH FLOOR | NEW CITY | NY | 10956 | | LEASE: EQUIPMENT | 3/25/2009 |
| SULLIVAN PARK 301, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| THE PARK ASSOCIATES INC | ATTN: GENERAL COUNSEL | 1181 QUAKER ROAD | | EAST AURORA | NY | 14052 | | LICENSING AGREEMENT | 6/23/07 |
| THREE RIVERS 101, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| TIME WARNER CABLE ENTERPRISES LLC | ATTN: GENERAL COUNSEL | 2620 WEST HENRIETTA ROAD | | ROCHESTER | NY | 14623 | | UTILTY AGREEMENT | 10/1/2017 |
| TIME WARNER CABLE ENTERPRISES LLC | ATTN: GENERAL COUNSEL | 2620 WEST HENRIETTA ROAD | | ROCHESTER | NY | 14623 | | UTILITY AGREEMENT | 10/3/2017 |
| TIME WARNER CABLE ENTERPRISES LLC | ATTN: GENERAL COUNSEL | 2620 WEST HENRIETTA ROAD | | ROCHESTER | NY | 14623 | | UTILITY AGREEMENT | 10/3/2017 |
| VERIZON BUSINESS NETWORK SERVICES | ATTN: GENERAL COUNSEL | ONE VERIZON WAY | | BASKING RIDGE | NJ | 07920 | | SERVICE CONTRACT | 12/12/2016 |
| VERIZON BUSINESS NETWORK SERVICES | ATTN: GENERAL COUNSEL | ONE VERIZON WAY | | BASKING RIDGE | NJ | 07920 | | SERVICE CONTRACT | Not Dated |
| VERIZON BUSINESS SERVICES | ATTN: GENERAL COUNSEL | C/O VERIZON BUSINESS NETWORK SERVICES | ONE VERIZON WAY | BASKING RIDGE | NJ | 07920 | | SERVICE CONTRACT | 10/11/2016 |
| VILLAGE PARK 4540, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 7/29/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 11/12/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 12/30/15 |
| WESCOM SOLUTIONS INC D/B/A POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC D/B/A POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC. DBA AS POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 1/28/15 |
| ZOLL SERVICES LLC | ATTN: GENERAL COUNSEL | 121 GAMMA DRIVE | | PITTSBURGH | PA | 15238-2919 | | SERVICE CONTRACT | 5/23/18 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Absolut Facilities Management, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-76260</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **See Schedule H Attachment** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

In re Absolut Facilities Management, LLC
Case No. 19-76260
Schedule H: CoDebtors

| Name of Codebtor | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Name of Creditor | Applicable Schedules (D, E/F, G) |
|---|---|---|---|---|---|---|---|---|---|---|
| Absolut at Orchard Brooke, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0014 | D |

**Fill in this information to identify the case:**

Debtor name     **Absolut Facilities Management, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **19-76260**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 16, 2019**         X **/s/ Michael Wyse**
                                                      Signature of individual signing on behalf of debtor

                                                      **Michael Wyse**
                                                      Printed name

                                                      **Chief Restructuring Officer**
                                                      Position or relationship to debtor