**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
        dbesikof@loeb.com
        nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) Chapter 11 |
| | ) |
| | ) Case No. 19-76260 |
| | ) Case No. 19-76263 |
| In re: | ) Case No. 19-76267 |
| | ) Case No. 19-76268 |
| Absolut Facilities Management, LLC, *et al.* | ) Case No. 19-76269 |
| | ) Case No. 19-76270 |
| Debtors.[1] | ) Case No. 19-76271 |
| | ) Case No. 19-76272 |
| | ) |
| | ) (Jointly Administered) |

**SCHEDULE OF ASSETS AND LIABILITIES FOR**
**ABSOLUT AT ORCHARD BROOKE, LLC (CASE NO. 19-76269)**

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ) | Chapter 11 |
| ) | |
| ) | Case No. 19-76260-ast |
| ) | Case No. 19-76263-ast |
In re: | ) | Case No. 19-76267-ast |
| ) | Case No. 19-76268-ast |
Absolut Facilities Management, LLC, *et al*. | ) | Case No. 19-76269-ast |
| ) | Case No. 19-76270-ast |
Debtors.[1] | ) | Case No. 19-76271-ast |
| ) | Case No. 19-76272-ast |
| ) | |
| ) | (Jointly Administered) |
| ) | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

Absolut Facilities Management, LLC and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example and without limitation, statements and representations concerning amounts owed to creditors and their addresses.

### <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination,

recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**.  On September 10, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 20, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 48].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of September 10, 2019.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on September 10, 2019, in the Debtors' books and records.  Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to, among other things, the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary, to the extent appropriate or to the extent additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition, whether claims are secured or unsecured or whether claims are entitled to priority or no priority.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors.  The Debtors have made

reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or properly designated as a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, certain employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) equity holders holding 1% or more of the equity interest of the Debtor entities; and (c) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intercompany and Other Transactions.** For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "*Intercompany Claims*"). Intercompany receivables reported on Schedule A/B 77 and Intercompany claims reported on Schedule E/F, part 2, are reported as of August 31, 2019. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in

fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements may not reflect all intercompany activity.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

   Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims, or contracts or leases, to file claim objections in respect of same, or to exercise their rights to setoff against or other rights with respect to such Claims.

12. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way

prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    **Undetermined Amounts.** The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19. **Resident Names and Addresses**. Resident and guardian names and addresses have been removed from the entries listed on the Schedules and Statements and have been replaced with reference to a unique resident number. Such redacted information is available upon entry of an order by the Bankruptcy Court authorizing the production of such redacted information.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B.** All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of September 10, 2019, unless otherwise noted below.  Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of September 10, 2019.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines; and (III) Granting Related Relief* [Docket No. 11] (the "**Cash Management Motion**").

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

> **Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

> **Schedule A/B 55**. The Debtors do not own any real property.  The Debtors have also listed their real property leases in Schedule A/B 55, along with the Debtors leasehold improvements, if any.

> **Schedule A/B 63**. The Debtors maintain a resident database/list. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D.**   The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D,

real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract, including by filing a claim objection or adversary proceeding in respect of same.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2.  Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  Schedule E/F part 2 may also include potential or threatened litigation claims.  Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.    Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.  Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable.   Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired, have been terminated or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**.  Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

| Fill in this information to identify the case: |
| --- |

Debtor name    **Absolut at Orchard Brooke, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76269**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................    $    **285,002.12**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................    $    **285,002.12**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **4,952,545.18**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **95,581.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **1,096,845.30**

4.    **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b    $    **6,144,971.98**

**Fill in this information to identify the case:**

Debtor name      **Absolut at Orchard Brooke, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **19-76269**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$150.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    | **$150.00** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **6060 Armor Road, LLC - Security Deposit with Landlord**      $13,646.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    | **$13,646.00** |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

Debtor  **Absolut at Orchard Brooke, LLC**                    Case number *(If known)* **19-76269**
        Name

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old:       **44,405.90**   -        **0.00**   =....        **$44,405.90**
                              face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                      **$44,405.90**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Food, Inventory done together with Orchard Park** | 8/31/19 | $6,281.81 | Recent cost | $6,281.81 |

23.   **Total of Part 5.**                                                      **$6,281.81**
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☐ No
      ■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ■ Yes. Book value      **Unknown** Valuation method   **Book** Current Value      **Unknown**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Absolut at Orchard Brooke, LLC**
Name    Case number *(if known)*  **19-76269**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<div style="background:black;color:white;">**Part 7:**</div>    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See Schedule A/B: Part 7, Questions 39-45 Attachment** | $104,142.27 | Book | $104,142.27 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $104,142.27 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white;">**Part 8:**</div>    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2008/ Ford / 3DC** | $1,500.00 | Book | $1,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Absolut at Orchard Brooke, LLC** | | Case number *(If known)* **19-76269** |
| --- | --- | --- | --- |
| | <br>Name | | |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $1,500.00 |
| --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

<h3 style="background:black;color:white;display:inline">Part 9:</h3> **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **6060 Armor Road, Orchard Park, New York** | Leasehold | Unknown | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
| --- |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

<h3 style="background:black;color:white;display:inline">Part 10:</h3> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

Debtor    **Absolut at Orchard Brooke, LLC**                                    Case number *(if known)* **19-76269**
          Name

| 63. | Customer lists, mailing lists, or other compilations | | | |
| | **Patient List** | **Unknown** | **Book** | **Unknown** |

| 64. | Other intangibles, or intellectual property | | | |

| 65. | Goodwill | | | |
| | **Goodwill** | **Unknown** | **Book** | **Unknown** |

| 66. | **Total of Part 10.** | | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |

| 71. | Notes receivable | |
| | Description (include name of obligor) | |

| 72. | Tax refunds and unused net operating losses (NOLs) | |
| | Description (for example, federal, state, local) | |

| 73. | Interests in insurance policies or annuities | |

| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
| | **Private Pay (14 Resident Claims) Attorney Referrals/Negotiations with Families/Collection Agency** | **$114,876.14** |
| | Nature of claim | **See Attached Schedule A/B , Q74** |
| | Amount requested | **$114,876.14** |

| | **6060 Armor Road, LLC and its affiliates** | **Unknown** |
| | Nature of claim | **Claims including breach of contract, tort** |
| | Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of**

Debtor    **Absolut at Orchard Brooke, LLC**                    Case number *(If known)* **19-76269**
_____
Name

**every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                    | **$114,876.14** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Absolut at Orchard Brooke, LLC**                    Case number *(If known)*  **19-76269**
_____
Name

<table>
<tr><td colspan="3">Part 12:     Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$150.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$13,646.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$44,405.90** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$6,281.81** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$104,142.27** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$114,876.14** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$285,002.12** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$285,002.12** |

In re Absolut at Orchard Brooke, LLC

Case No. 19-76269

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| (2) Acer Chromebooks | $0.00 | Book | $0.00 |
| (2) Mattresses | $617.35 | Book | $617.35 |
| (2) Mattresses | $712.33 | Book | $712.33 |
| (2) PTAC Units | $725.39 | Book | $725.39 |
| (29) Coffee Servers w/lids | $0.00 | Book | $0.00 |
| (3)Wheelchairs/(2)Transpt Chrs | $90.60 | Book | $90.60 |
| (4) 22" LCD TVs & Wall Mounts | $0.00 | Book | $0.00 |
| (4) Mattresses | $562.69 | Book | $562.69 |
| (4) PVC Shower Chairs | $301.19 | Book | $301.19 |
| (4) Vertical File Cabinets | $785.17 | Book | $785.17 |
| (5) Mattresses | $687.64 | Book | $687.64 |
| (5) Mattresses | $694.71 | Book | $694.71 |
| (5) Mattresses | $1,263.70 | Book | $1,263.70 |
| 2 Vibrance Premium Vacuums | $339.85 | Book | $339.85 |
| 2 Vibrance Vacuums | $0.00 | Book | $0.00 |
| 2sided/Entrance Facility Signs | $1,458.83 | Book | $1,458.83 |
| 3 Dyson Vacumm Cleaners | $0.00 | Book | $0.00 |
| 3 Vibrance Premium Vacuums | $91.75 | Book | $91.75 |
| 3.3cuft Top Load Washer | $595.88 | Book | $595.88 |
| 4 Mattresses | $238.52 | Book | $238.52 |
| 40" TV w/Mount-Inlighten | $65.44 | Book | $65.44 |
| 5 Mattresses | $292.02 | Book | $292.02 |
| 52 PTAC Units | $0.00 | Book | $0.00 |
| AC Unit | $391.25 | Book | $391.25 |
| Air Conditioner | $0.00 | Book | $0.00 |
| Bedspreads | $105.27 | Book | $105.27 |
| Beverage servers | $0.00 | Book | $0.00 |
| Carecom | $0.00 | Book | $0.00 |
| Carpet - Room 103 | $0.00 | Book | $0.00 |
| Carpet extractor | $0.00 | Book | $0.00 |

In re Absolut at Orchard Brooke, LLC

Case No. 19-76269

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Carpet Install Rms 111,120,253 | $914.80 | Book | $914.80 |
| Chairs/Buffet/Sofa/TV Stand | $2,660.99 | Book | $2,660.99 |
| Copier Print / Scan Kit | $0.00 | Book | $0.00 |
| Create Fire Barrier-2nd Floor | $1,194.62 | Book | $1,194.62 |
| Door Crash Bar Assembly | $127.89 | Book | $127.89 |
| Dryer | $351.37 | Book | $351.37 |
| Extend fire wall-OB | $885.67 | Book | $885.67 |
| Fndtn Waterproof Vapor Barrier | $1,498.30 | Book | $1,498.30 |
| Gas Grill | $0.00 | Book | $0.00 |
| High Wtr Temp shut off System | $616.92 | Book | $616.92 |
| HP Thin Client/Printer-DON | $0.00 | Book | $0.00 |
| HVAC - 15 Ton Units | $13,392.98 | Book | $13,392.98 |
| Inst 3 New LED Light Fixtures | $348.23 | Book | $348.23 |
| Inst 4" Watts Backflow Device | $5,076.58 | Book | $5,076.58 |
| Inst 40-gal Elect Water Heater | $0.00 | Book | $0.00 |
| Inst Circ Pump on Wtr Line | $170.87 | Book | $170.87 |
| Inst Flooring (5) Bathrooms | $636.17 | Book | $636.17 |
| Inst Flooring (5) Bathrooms | $636.17 | Book | $636.17 |
| Inst Temp/Reducing Vlvs-HW Sys | $3,865.81 | Book | $3,865.81 |
| Install (8) Res Rm Receptacles | $1,746.46 | Book | $1,746.46 |
| Install Door | $1,087.90 | Book | $1,087.90 |
| Install Elevator Starter OB | $1,815.29 | Book | $1,815.29 |
| Install Kitchen Door | $165.00 | Book | $165.00 |
| Install New Carpet Rm 250 | $99.18 | Book | $99.18 |
| Install New Carpet-Rm 115 | $0.00 | Book | $0.00 |
| Install New Door | $368.90 | Book | $368.90 |
| Install Outlets & Wire Mold | $565.50 | Book | $565.50 |
| Install Panic Bar | $1,443.89 | Book | $1,443.89 |
| Install Receptacles in Res rms | $1,027.94 | Book | $1,027.94 |
| Install Sewer & Drain Pipe | $766.64 | Book | $766.64 |

In re Absolut at Orchard Brooke, LLC

Case No. 19-76269

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Install Smoke/Heat Detectors | $1,138.57 | Book | $1,138.57 |
| Instll Circuit for Steam Table | $390.82 | Book | $390.82 |
| Locks/Keyed | $0.00 | Book | $0.00 |
| MODERNIZE ELEVATOR | $21,479.07 | Book | $21,479.07 |
| Nintendo Wii Game System | $0.00 | Book | $0.00 |
| Outdoor Signs | $0.00 | Book | $0.00 |
| Panacea Mattress | $0.00 | Book | $0.00 |
| Patio Tables & Chairs | $489.19 | Book | $489.19 |
| PCC Software | $1,465.83 | Book | $1,465.83 |
| Pictures for Walls | $0.00 | Book | $0.00 |
| PT A/C Units | $0.00 | Book | $0.00 |
| PTAC Unit Heat/AC | $0.00 | Book | $0.00 |
| PTAC unit Heat/AC | $0.00 | Book | $0.00 |
| Refrigerator | $417.49 | Book | $417.49 |
| Repl Heat Exchanger/Plates | $1,042.64 | Book | $1,042.64 |
| Replace Roof Over Dining Room | $0.00 | Book | $0.00 |
| Replace Sewer Main | $6,106.01 | Book | $6,106.01 |
| Replace Wall/Wainscot | $1,013.74 | Book | $1,013.74 |
| Sandblasted Signs | $0.00 | Book | $0.00 |
| Shower Valve | $0.00 | Book | $0.00 |
| Smoke Barrier/Smoke Seal | $1,118.83 | Book | $1,118.83 |
| TRAP WRAPS & LEVERS | $967.09 | Book | $967.09 |
| Tub & Shower Valve | $384.08 | Book | $384.08 |
| Vacuums | $0.00 | Book | $0.00 |
| Vertical File Cabinet | $452.72 | Book | $452.72 |
| Vinyl Flooring-Dining room | $12,730.67 | Book | $12,730.67 |
| Vinyl Flooring-Lounge/Elevator | $3,006.39 | Book | $3,006.39 |
| Vodavi Telephones (4) | $0.00 | Book | $0.00 |
| Washer | $54.10 | Book | $54.10 |
| Washer & Dryer | $0.00 | Book | $0.00 |

In re Absolut at Orchard Brooke, LLC

Case No. 19-76269

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Website design | $0.00 | Book | $0.00 |
| Windows | $401.38 | Book | $401.38 |
| **Total:** | **$104,142.27** | | **$104,142.27** |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule A/B:  Part 11, Question 74 - Causes of action against third parties

| Patient Number | Nature of Claim | Amount requested | Current Value of Debtor's Interest |
|---|---|---|---|
| PATIENT 1591 | Self Pay | $22,369.83 | $22,369.83 |
| PATIENT 5514 | Self Pay | $3,609.65 | $3,609.65 |
| PATIENT 5517 | Self Pay | $25,549.00 | $25,549.00 |
| PATIENT 1697 | Self Pay | $6,290.46 | $6,290.46 |
| PATIENT 1759 | Self Pay | $4,479.36 | $4,479.36 |
| PATIENT 349 | Self Pay | $1,903.92 | $1,903.92 |
| PATIENT 5522 | Self Pay | $20,000.00 | $20,000.00 |
| PATIENT 5528 | Self Pay | $3,247.79 | $3,247.79 |
| PATIENT 2018 | Self Pay | $1,900.77 | $1,900.77 |
| PATIENT 770 | Self Pay | $539.70 | $539.70 |
| PATIENT 992 | Self Pay | $5,881.70 | $5,881.70 |
| PATIENT 2380 | Self Pay | $5,552.25 | $5,552.25 |
| PATIENT 1510 | Self Pay | $7,845.98 | $7,845.98 |
| PATIENT 5711 | Self Pay | $5,705.73 | $5,705.73 |
| | | **Total:** | **$114,876.14** |

**Fill in this information to identify the case:**

Debtor name    **Absolut at Orchard Brooke, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76269**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1**  **See D: Part 1 Attachment** | Describe debtor's property that is subject to a lien | **$4,952,545.18** | **Unknown** |

Creditor's Name

Creditor's mailing address    **Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply

☑ No    ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,952,545.18**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule D: Part 1 - Creditors Who Have Claims Secured by Property

| Creditor Name and Mailing Address | Email | Last 4 Digits of Account Number | Insider or Related Party? | CoDebtor | Date Debt was Incurred, Description of Debtor's Property Subject to the Lien and the Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AXIS CAPITAL, INC. 308 N LOCUST STREET, SUITE 100 GRAND ISLAND NE 68801 | | | | | 6/19/2013; Blanket lien | X | X | X | Unknown | Unknown |
| AXIS CAPITAL, INC. 308 N LOCUST STREET, SUITE 100 GRAND ISLAND NE 68801 | | | | | 8/6/2013 | X | X | X | Unknown | Unknown |
| CAPITAL FINANCE LLC ATTN: CHIP WOELPER 1422 CLARKVIEW ROAD BALTIMORE MD 21209 | cwoelper@capfundinc.com | 0003 | | | Various, Line of Credit - Guarantor, Accounts Receivable | X | X | | $4,951,478.58 | Unknown |
| CAPITAL FUNDING, LLC AND ITS SUCCESSORS AND ASSIGNS 1422 CLARKVIEW ROAD BALTIMORE MD 21209 | | | | | 4/13/2016 | X | X | X | Unknown | Unknown |
| CFG MADISON NY, LLC 1422A CLARKVIEW ROAD BALTIMORE MD 21209 | | | | | 3/28/2012 | X | X | X | Unknown | Unknown |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION NEW YORK DISTRICT OFFICE 33 WHITEHALL STREET 5TH FLOOR NEW YORK NY 10004 | | | | | 10/19/2018 | X | X | X | Unknown | Unknown |
| GE BUSINESS FINANCIAL SERVICES, INC. 2 BETHESDA METRO CENTER, SUITE 600 BETHESDA MD 20814 | | | | | 5/22/2009 | X | X | | Unknown | Unknown |
| GE BUSINESS FINANCIAL SERVICES, INC. 2 BETHESDA METRO CENTER, SUITE 600 BETHESDA MD 20814 | | | | | 8/29/2011 | X | X | X | Unknown | Unknown |
| GE BUSINESS FINANCIAL SERVICES, INC. 2 BETHESDA METRO CENTER, SUITE 600 BETHESDA MD 20814 | | | | | 3/28/2012 | X | X | X | Unknown | Unknown |
| SPECIALTY RX ATTN: SHIMON ROSENBERG 2 BERGEN TURNPIKE RIDGEFIELD PARK NJ 07660 | srosenberg@srxltc.com | | | | Monthly | X | X | | $533.30 | Unknown |
| THE ARBA GROUP, INC. ATTN: SCOTT KRIEGER 6306 WILSHIRE BLVD, SUITE 1800 LOS ANGELES CA 90054 | Scott@thearbagroup.com | | | | Monthly | X | X | X | $533.30 | Unknown |
| WILLINK PROPERTIES, LLC 280 MAIN STREET EAST AURORA NY 14052 | | | | | 6/07/2007; Blanket lien | X | X | X | Unknown | Unknown |
| | | | | | | | | Total: | $4,952,545.18 | Unknown |

**Fill in this information to identify the case:**

Debtor name    **Absolut at Orchard Brooke, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76269**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**See EF: Part 1 Attachment** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$95,581.50** | **$95,581.50** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**See EF: Part 2 Attachment** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,096,845.30** |
| | **Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | Basis for the claim: _<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the<br>related creditor (if any) listed? | Last 4 digits of<br>account number, if<br>any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

Debtor **Absolut at Orchard Brooke, LLC**
Name

Case number (*if known*)  **19-76269**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $       95,581.50 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 1,096,845.30 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.   $ | 1,192,426.80 |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| BABKIEWICZ, FLORENCE 335 BUFFALO ST APT. 9 HAMBURG NY 14075 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $5,299.67 | $5,299.67 |
| BLAUSER, MARY 77 EDGEBROOK ESTATES APT. 19 BUFFALO NY 14227 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,007.75 | $1,007.75 |
| BOCZAR, MELANIE 4582 WOODS RD. EAST AURORA NY 14052 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $7,320.59 | $7,320.59 |
| BROGAN, PATRICK 16 CARLTON DR. ORCHARD PARK NY 14127 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,749.98 | $3,749.98 |
| COBURN, BRITTANY 3684 BIGTREE ROAD APT. 7 HAMBURG NY 14075 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $6,206.76 | $6,206.76 |
| CONFORTI, ARLENE 3360 MCKINLEY PARKWAY #3 BLASDELL NY 14219 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,611.08 | $3,611.08 |
| CZOSNYKA, JOHN 2713 WEST CHURCH ST. EDEN NY 14057 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,823.83 | $1,823.83 |
| FED INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3500 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,486.22 | $1,486.22 |
| FED INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3500 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,346.38 | $1,346.38 |
| FED INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3500 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,336.50 | $1,336.50 |
| FED INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3500 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,236.16 | $1,236.16 |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| FED<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3500 | 8/30/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,257.95 | $1,257.95 |
| FUCINA, CATHERINE<br>3280 SOUTH PARK AVE<br>APT. 2<br>LACKAWANNA NY 14218 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $4,132.05 | $4,132.05 |
| GRONACHAN, CAROLINE<br>51 FISHER RD<br>LACKAWANNA NY 14218 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,699.36 | $3,699.36 |
| HADZIC, ADISA<br>5439 LAKE AVENUE<br>ORCHARD PARK NY 14127 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,903.08 | $3,903.08 |
| HICKS, SHAWNDRINA<br>148 HEWITT<br>BUFFALO NY 14215 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $83.01 | $83.01 |
| HIDER, DESIREE<br>15 ELM ST<br>SILVER CREEK NY 14136 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $18.57 | $18.57 |
| JONES, CHIQUITA<br>34 SCHILLER STREET<br>BUFFALO NY 14206 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $67.76 | $67.76 |
| MARILLA, DARLENE<br>236 GEORGE STREET<br>HAMBURG NY 14075 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $362.23 | $362.23 |
| MCGINNIS, SANOVIA<br>192 MAPLE<br>BUFFALO NY 14204 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $51.10 | $51.10 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $418.80 | $418.80 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $423.82 | $423.82 |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule E/F:  Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $464.16 | $464.16 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $415.38 | $415.38 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/30/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $409.78 | $409.78 |
| MILLER, NATIKA<br>28 KAMPER AVE<br>BUFFALO NY 14210 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $132.19 | $132.19 |
| NORRIS, ADA<br>305 FRENCH STREET<br>BUFFAFLO NY 14211 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3.51 | $3.51 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 7/26/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $565.66 | $565.66 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $623.93 | $623.93 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $623.92 | $623.92 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $694.60 | $694.60 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $593.04 | $593.04 |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| PANZETTA, JANICE<br>3620 ABBOT ROAD<br>ORCHARD PARK NY 14127 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $2,619.44 | $2,619.44 |
| PAYNE, CHINITTA<br>94 WEBER<br>BUFFALO NY 14215 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $5.08 | $5.08 |
| PILLATH, STACEY<br>30 HILLVIEW PLACE<br>HAMBURG NY 14075 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $15,787.91 | $15,787.91 |
| ROCKEY, DOROTHY<br>4486 SHADYRIDGE DRIVE<br>HAMBURG NY 14075 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $5,404.41 | $5,404.41 |
| SST<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,790.38 | $1,790.38 |
| SST<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,812.22 | $1,812.22 |
| SST<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,984.62 | $1,984.62 |
| SST<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,776.30 | $1,776.30 |
| SST<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/30/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,752.20 | $1,752.20 |
| TODD, KAREN L<br>4381 PARKER ROAD<br>HAMBURG NY 14075 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $5,682.83 | $5,682.83 |
| WELSHANS, MICHELLE<br>1273 GOWANS RD.<br>ANGOLA NY 14006 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,597.29 | $3,597.29 |
| | | | | | | | Total: | $95,581.50 | $95,581.50 |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199 SEIU | Dues Department | | New York | NY | 10108 | | 8/31/2019 | X | | | | $604.10 |
| 1199 SEIU | Political Action Fund | | New York | NY | 10108 | | 8/31/2019 | X | | | | $0.23 |
| 1199 SEIU | Regional Pension Plan | | Buffalo | NY | 14214 | | 7/31/2019 | X | | | | $347.30 |
| 1199 SEIU | Regional Pension Plan | | Buffalo | NY | 14214 | | 8/31/2019 | X | | | | $433.38 |
| 1199 SEIU Greater NY Education Fund | 330 West 42nd St., 28th Floor | | New York | NY | 10036 | | 7/31/2019 | X | | | | $172.41 |
| 1199 SEIU Greater NY Education Fund | 330 West 42nd St., 28th Floor | | New York | NY | 10036 | | 8/31/2019 | X | | | | $208.85 |
| Absolut Facilities Management, LLC | 300 Gleed Avenue | | East Aurora | NY | 14052 | | | X | | | | $1,046,810.47 |
| American Express | 200 Vesey Street | | New York | NY | 10281 | | Various Dates | X | | | | $25,770.39 |
| Amtrust North America, Inc. | P.O. Box 6939 | | Cleveland | OH | 44101-0849 | | 6/30/2019 | X | | | | $942.77 |
| Billit AIT, LLC | 300 GLEED AVE. | | EAST AURORA | NY | 14052 | | 7/31/2019 | X | | | | $71.50 |
| Billit AIT, LLC | 300 GLEED AVE. | | EAST AURORA | NY | 14052 | | 8/31/2019 | X | | | | $77.60 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 7/22/2019 | X | | | | $7.93 |
| Brian Parisi Copier Systems, Inc. | 8316 Main St. | | Williamsville | NY | 14221 | | 8/21/2019 | X | | | | $8.29 |
| Chudy Paper Company Inc. | 2615 Walden Ave. | | Cheektowaga | NY | 14225 | | 8/2/2019 | X | | | | $583.68 |
| Chudy Paper Company Inc. | 2615 Walden Ave. | | Cheektowaga | NY | 14225 | | 8/20/2019 | X | | | | $140.89 |
| Compliance Consulting Group, LLC | 2623 Hooper Ave | | Brick | NJ | 08723 | | 10/1/2019 | X | | | | $700.00 |
| Diversified Services, LLC | 2900 Delaware Ave. | | Kenmore | NY | 14217 | | 12/6/2018 | X | | | | $50.00 |
| Diversified Services, LLC | 2900 Delaware Ave. | | Kenmore | NY | 14217 | | 6/6/2019 | X | | | | $50.00 |
| Diversified Services, LLC | 2900 Delaware Ave. | | Kenmore | NY | 14217 | | 7/3/2019 | X | | | | $100.00 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/4/2019 | X | | | | $226.97 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/25/2019 | X | | | | $108.01 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/30/2019 | X | | | | $162.82 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 10/3/2019 | X | | | | $54.16 |
| Empire State Association of Assisted Living | 646 Plank Rd, Suite 207 | | Clifton Park | NY | 12065 | | 2/1/2018 | X | | | | $240.00 |
| Empire State Association of Assisted Living | 646 Plank Rd, Suite 207 | | Clifton Park | NY | 12065 | | 1/1/2019 | X | | | | $2,240.00 |
| Erie County Sheriffs Office | Dept 831 | | Buffalo | NY | 14267 | | 10/5/2019 | X | | | | $52.75 |
| Ferguson Electric Services, Inc. | 321 Ellicott Street | | Buffalo | NY | 14203 | | 8/31/2019 | X | | | | $783.95 |
| Harbor Linen | P.O. Box 3510 | | Cherry Hill | NJ | 08034 | | 7/25/2019 | X | | | | $356.14 |
| HD Supply Facilities Maintenance, LTD | P.O. Box 509058 | | San Diego | CA | 92150-9058 | | 8/28/2019 | X | | | | $110.27 |
| HD Supply Facilities Maintenance, LTD | P.O. Box 509058 | | San Diego | CA | 92150-9058 | | 9/9/2019 | X | | | | $107.55 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 10/6/2017 | X | | | | $1,073.33 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 11/6/2017 | X | | | | $521.79 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 12/11/2017 | X | | | | $63.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 1/5/2018 | X | | | | $18.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 2/6/2018 | X | | | | $189.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 3/6/2018 | X | | | | $231.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 4/6/2018 | X | | | | $396.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 5/7/2018 | X | | | | $657.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 6/4/2018 | X | | | | $126.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 7/6/2018 | X | | | | $132.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 8/3/2018 | X | | | | $201.11 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 9/7/2018 | X | | | | $6.45 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 10/3/2018 | X | | | | $40.51 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 10/4/2018 | X | | | | $96.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 11/7/2018 | X | | | | $355.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 12/5/2018 | X | | | | $423.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 1/8/2019 | X | | | | $114.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 3/8/2019 | X | | | | $102.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 4/10/2019 | X | | | | $1,010.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 5/6/2019 | X | | | | $234.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 7/2/2019 | X | | | | $136.00 |
| Hinman Straub | 121 State St. | | Albany | NY | 12207-1693 | | 8/5/2019 | X | | | | $102.00 |
| Kohler Awning, Inc. | 2600 Walden Ave. | | Cheektowaga | NY | 14225 | | 5/31/2019 | X | | | | $504.74 |
| Krystal Klear Water Centers of Buffalo | 8828 Main St. | | Williamsville | NY | 14221 | | 3/1/2019 | X | | | | $260.67 |
| Krystal Klear Water Centers of Buffalo | 8828 Main St. | | Williamsville | NY | 14221 | | 6/1/2019 | X | | | | $260.67 |
| Liturgical Publications, Inc. | 4560 East 71 St. | | Cuyahoga Heights | OH | 44105-5604 | | 12/2/2016 | X | | | | $650.00 |
| Lyle Stang | 3159 Bieler Rd | | Orchard Park | NY | 14127 | | 8/7/2019 | X | | | | $50.00 |
| Lyle Stang | 3159 Bieler Rd | | Orchard Park | NY | 14127 | | 9/2/2019 | X | | | | $110.00 |
| Lyle Stang | 3159 Bieler Rd | | Orchard Park | NY | 14127 | | 10/23/2019 | X | | | | $100.00 |
| Omnicare Pharmacy Of New York LLC | Dept 781668 | | Detroit | MI | 48278-1668 | | 4/30/2017 | X | | | | $154.25 |
| Omnicare Pharmacy Of New York LLC | Dept 781668 | | Detroit | MI | 48278-1668 | | 5/31/2017 | X | | | | $169.21 |
| PATIENT 5790 | Brown Chiari LLP (Theresa M. Walsh Esq.) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |

In re Absolut at Orchard Brooke, LLC
Case No. 19-76269
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peter Van Scozza | 30 Briggs Dr. | | Orchard Park | NY | 14127 | | 10/16/2019 | X | | | | $100.00 |
| Plumb Master, Inc. | P.O. Box 117187 | | Atlanta | GA | 30368-7187 | | 1/11/2019 | X | | | | $1,047.07 |
| Plumb Master, Inc. | P.O. Box 117187 | | Atlanta | GA | 30368-7187 | | 1/15/2019 | X | | | | $285.09 |
| Plumb Master, Inc. | P.O. Box 117187 | | Atlanta | GA | 30368-7187 | | 3/27/2019 | X | | | | $531.92 |
| Plumb Master, Inc. | P.O. Box 117187 | | Atlanta | GA | 30368-7187 | | 8/21/2019 | X | | | | $935.17 |
| Plumb Master, Inc. | P.O. Box 117187 | | Atlanta | GA | 30368-7187 | | 10/4/2019 | X | | | | $1,383.21 |
| Praxair Distribution, Inc. | P.O. Box 120812 Dept 0812 | | Dallas | TX | 75312-0812 | | 7/22/2019 | X | | | | $40.51 |
| Praxair Distribution, Inc. | P.O. Box 120812 Dept 0812 | | Dallas | TX | 75312-0812 | | 8/21/2019 | X | | | | $41.44 |
| Richard S. Young | Window Cleaning Service, Inc. | | Hamburg | NY | 14075 | | 4/29/2017 | X | | | | $413.25 |
| Savilles Country Florist | 4020 N. Buffalo Rd. | | Orchard Park | NY | 14127 | | 6/30/2019 | X | | | | $74.98 |
| Savilles Country Florist | 4020 N. Buffalo Rd. | | Orchard Park | NY | 14127 | | 7/31/2019 | X | | | | $65.20 |
| Schwartz Sladkus Reich Greenberg Atlas | 444 Madison Avenue, 6th Floor | | New York | NY | 10022 | | 7/19/2019 | X | | | | $192.50 |
| The Catholic Reader | 25 N. Maddy St. P.O. Box 5 | | McGregor | MN | 55760 | | 11/27/2017 | X | | | | $249.00 |
| Tony Pedulla | 2174 Amy Dr #3 | | Niagara Falls | NY | 14304 | | 10/1/2019 | X | | | | $110.00 |
| TwinMed LLC | P.O. Box 847340 | | Los Angeles | CA | 90084 | | 10/7/2019 | X | | | | $214.54 |
| W.G. Arthur Co., Inc. | 6471 West Quaker Street | | Orchard Park | NY | 14127 | | 5/25/2019 | X | | | | $343.97 |
| W.G. Arthur Co., Inc. | 6471 West Quaker Street | | Orchard Park | NY | 14127 | | 6/25/2019 | X | | | | $177.72 |
| W.G. Arthur Co., Inc. | 6471 West Quaker Street | | Orchard Park | NY | 14127 | | 7/25/2019 | X | | | | $329.13 |
| W.G. Arthur Co., Inc. | 6471 West Quaker Street | | Orchard Park | NY | 14127 | | 8/25/2019 | X | | | | $291.46 |
| | | | | | | | | | | | Total: | $1,096,845.30 |

| Fill in this information to identify the case: |

Debtor name    **Absolut at Orchard Brooke, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76269**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.1.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **See Attached Schedule G**
government contract

In re Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC
Case No. 19-76270
Schedule G:  Executory Contracts and Unexpired Leases

| Counterparty Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease |
|---|---|---|---|---|---|---|---|---|---|
| 6060 ARMOR ROAD LLC | ATTN: GENERAL COUNSEL | 6380 WILSHIRE BOULEVARD | SUITE 1106 | LOS ANGELES | CA | 90048 | | REGULATORY AGREEMENT FOR MULTIFAMILY HOUSING PROJECTS | 6/1/11 |
| 6060 ARMOR ROAD LLC | ATTN: GENERAL COUNSEL | 6380 WILSHIRE BOULEVARD | SUITE 1106 | LOS ANGELES | CA | 90048 | | LEAN RIDER TO REGULATORY AGREEMENT FOR MULTIFAMILY HOUSING PROJECTS | |
| 6060 ARMOR ROAD LLC | C/O THE ARBA GROUP, INC. | ATTN: IRA SMEDRA | 6380 WILSHIRE BOULEVARD, SUITE 800 | LOS ANGELES | CA | 90048 | | LEASE: BUILDING AND LAND | 6/7/07 |
| ALL STATE FIRE EQUIPMENT OF WNY LLC | ATTN: GENERAL COUNSEL | 400 MINERAL SPRINGS ROAD | | WEST SENECA | NY | 14224 | | SETTLEMENT AGREEMENT | 3/13/2019 |
| AMERICAN HEALTH TECH INC | ATTN: GENERAL COUNSEL | 805 SOUTH WHEATLEY STREET | SUITE 600 | RIDGELAND | MS | 39157 | | SERVICE CONTRACT | 6/1/07 |
| ARBOR PARK 2806, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| BEILS INFORMATION TECHNOLOGY SYSTEMS CORPORATION | ATTN: GENERAL COUNSEL | 1201 INDIAN CHURCH ROAD | | BUFFALO | NY | 14224-1383 | | SERVICE CONTRACT | 4/28/19 |
| BILLIT ACCOUNTING & INFORMATION TECHNOLOGY LLC | ATTN: GENERAL COUNSEL | 300 GLEED AVENUE | | EAST AURORA | NY | 14052 | | SERVICE CONTRACT | 6/1/07 |
| BILLIT ACCOUNTING & INFORMATION TECHNOLOGY LLC | ATTN: GENERAL COUNSEL | 300 GLEED AVENUE | | EAST AURORA | NY | 14052 | | LICENSING AGREEMENT | 6/23/07 |
| HEALTH SYSTEM SERVICES, LTD | ATTN: ROBERT A. MINICUCCI, SR., PRESIDENT | 6867 WILLIAMS ROAD | | NIAGARA FALLS | NY | 14304 | | SERVICE CONTRACT | 4/4/16 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| INTEGRA SCRIPTS LLC | ATTN: GENERAL COUNSEL | 160 AIRPORT ROAD | | LAKEWOOD | NJ | 08701 | | SOFTWARE LICENSING AGREEMENT | 8/7/2017 |
| JAMESTOWN PSYCHIATRIC, PC | ATTN: GENERAL COUNSEL | 305 EAST FAIRMOUNT AVENUE | | LAKEWOOD | NY | 14750 | | SERVICE CONTRACT | 7/10/2019 |
| KRYSTAL KLEAR WATER CENTERS OF BUFFALO | ATTN: GENERAL COUNSEL | 8828 MAIN STREET | | WILLIAMSVILLE | NY | 14221 | | LEASE: EQUIPMENT | Not dated |
| LIGHTOWER FIBER NETWORKS | ATTN: GENERAL COUNSEL | PO BOX 27135 | | NEW YORK | NY | 10087-7135 | | SERVICE CONTRACT | 10/27/2016 |
| LIGHTOWER FIBER NETWORKS | ATTN: GENERAL COUNSEL | 80 CENTRAL STREET | | BOXBOROUGH | MA | 01719 | | SERVICE CONTRACT | 10/27/2016 |
| LIGHTOWER FIBER NETWORKS I LLC | ATTN: GENERAL COUNSEL | PO BOX 27135 | | NEW YORK | NY | 10087-7135 | | SERVICE CONTRACT | 10/27/2016 |
| LIGHTOWER FIBER NETWORKS I LLC | ATTN: GENERAL COUNSEL | PO BOX 27135 | | NEW YORK | NY | 10087-7135 | | SERVICE CONTRACT | 10/27/2016 |
| MEDLINE INDUSTRIES INC | ATTN: GENERAL COUNSEL | 3 FINGER LAKES DRIVE | | NORTHFIELD | IL | 60093 | | FINANCE AGREEMENT (SECURED LENDERS, BONDS, MORTGAGES, ETC.) | 8/10/2018 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/1/16 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/11/16 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/13/16 |
| ORCHARD PARK 6060, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| OTIS ELEVATOR COMPANY | ATTN: GENERAL COUNSEL | 354 SONWIL DRIVE | | BUFFALO | NY | 14225 | | SERVICE CONTRACT | 10/1/2012 |
| PATIENT 1787 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 6/6/2019 |
| PREVENTIVE DIAGNOSTICS INC | ATTN: GENERAL COUNSEL | 544 PARK AVENUE | | BROOKLYN | NY | 11205 | | SERVICE CONTRACT | 7/25/12 |
| SULLIVAN PARK 301, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| THE PARK ASSOCIATES INC | ATTN: GENERAL COUNSEL | 1181 QUAKER ROAD | | EAST AURORA | NY | 14052 | | LICENSING AGREEMENT | 6/23/07 |
| THREE RIVERS 101, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| TIME WARNER CABLE ENTERPRISES LLC | ATTN: GENERAL COUNSEL | 2620 WEST HENRIETTA ROAD | | ROCHESTER | NY | 14623 | | SERVICE AND MARKETING AGREEMENT FOR 6060 ARMOR DUELLS ROAD | 9/12/16 |
| TIME WARNER CABLE ENTERPRISES LLC | ATTN: GENERAL COUNSEL | 2620 WEST HENRIETTA ROAD | | ROCHESTER | NY | 14623 | | EASEMENT AND MEMORANDUM OF AGREEMENT FOR 6060 ARMOR DUELLS ROAD | 9/12/16 |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | ATTN: GENERAL COUNSEL | 465 MAIN STREET | LAFAYETTE COURT, 22ND FLOOR | BUFFALO | NY | 14203-1780 | | LEASE: BUILDING AND LAND | 6/9/11 |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | ATTN: DIANE SCHWACH | 465 MAIN STREET | | BUFFALO | NY | 14202 | | LEASE: BUILDING AND LAND | 6/1/11 |
| VILLAGE PARK 4540, LLC | C/O HARTER SECREST & EMERY LLP | ATTN: GENERAL COUNSEL | 1600 BAUCH AND LOMB PLACE | ROCHESTER | NY | 14604-2711 | | SETTLEMENT AGREEMENT | 7/11/2019 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |

In re Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC
Case No. 19-76270
Schedule G:  Executory Contracts and Unexpired Leases

| Counterparty Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease |
|---|---|---|---|---|---|---|---|---|---|
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 7/29/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 11/12/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 12/30/15 |
| WESCOM SOLUTIONS INC D/B/A POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC D/B/A POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC. DBA AS POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 1/28/15 |
| ZOLL SERVICES LLC | ATTN: GENERAL COUNSEL | 121 GAMMA DRIVE | | PITTSBURGH | PA | 15238-2919 | | SERVICE CONTRACT | 5/23/18 |

**Fill in this information to identify the case:**

Debtor name        **Absolut at Orchard Brooke, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76269**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                            *Column 2: Creditor*

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Absolut at Orchard Brooke, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **19-76269**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 16, 2019**          X **/s/ Michael Wyse**
                                              Signature of individual signing on behalf of debtor

                                           **Michael Wyse**
                                           Printed name

                                           **Chief Restructuring Officer**
                                           Position or relationship to debtor