UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-76260-ast |
|  | ) | Case No. 19-76263-ast |
|  | ) | Case No. 19-76267-ast |
|  | ) | Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al*. | ) | Case No. 19-76269-ast |
|  | ) | Case No. 19-76270-ast |
| Debtors.[1] | ) | Case No. 19-76271-ast |
|  | ) | Case No. 19-76272-ast |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |

**ORDER VACATING ORDER AT DOCKET ITEM 116 AND APPOINTMENT AT DOCKET ITEM 122**

The Court entered an Order on October 3, 2019 (the "October 3 Order") [dkt item 116], directing the United States Trustee to appoint a patient care ombudsman for Debtor Absolut Facilities Management, LLC, case no. 19-76260-ast ("Debtor AFM"). The U.S. Trustee entered the notice of the U.S. Trustee's Appointment of Patient Care Ombudsman on October 4, 2019 (the "October 4 Notice") for Debtor AFM. [dkt item 122].

The October 3 Order was erroneously entered as to Debtor AFM only; now therefore it is

**ORDERED**, that the October 3 Order is hereby vacated as to Debtor AFM only; and it is further

**ORDERED**, that the October 4 Notice is hereby vacated as to Debtor AFM only; and it is further

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

**ORDERED**, that the Clerk of Court shall serve this Order on the Debtor, the United States Trustee, and all creditors and parties in interest.



|  |  |
|---|---|
| **Dated: October 16, 2019**<br>**Central Islip, New York** | _____<br>**Alan S. Trust**<br>**United States Bankruptcy Judge** |