*Subject to On-going Change*

Absolut Facilities Management
Cash Projection - Consolidated

| Week Ended: | 1 10/11/19 | 2 10/18/19 | 3 10/25/19 | 4 11/01/19 | 5 11/08/19 | 6 11/15/19 | 7 11/22/19 | 8 11/29/19 | 9 12/06/19 | 10 12/13/19 | 11 12/20/19 | 12 12/27/19 | 13 01/03/20 | 10/11/19 - 01/03/20 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | $ 1,486,150 | $ 1,207,259 | 430,839 | $ 1,343,989 | $ 1,273,591 | $ 510,461 | $ 54,498 | $ 54,198 | $ 339,072 | $ 55,101 | $ 58,532 | $ 58,233 | $ 56,520 | $ 1,486,150 |
| Anticipated DIP Funding | - | - | - | - | - | (120,000) | (510,000) | (189,000) | 970,000 | 390,000 | (510,000) | (460,000) | 760,000 | 331,000 |
| **Receipts** | | | | | | | | | | | | | | |
| Medicare | $ - | $ 54,424 | $ 509,324 | $ - | $ - | $ 54,424 | $ - | $ 454,900 | $ - | $ 54,424 | $ - | $ 454,900 | $ - | 1,582,396 |
| Medicaid | 429,209 | 518,819 | 395,273 | 183,502 | 341,288 | 378,788 | 378,788 | 283,688 | 358,616 | 378,788 | 378,788 | 317,488 | 358,616 | 4,701,651 |
| Insurance, Self Pay | 563,965 | 764,854 | 1,058,628 | 1,036,278 | 718,860 | 946,841 | 1,058,644 | 1,009,578 | 739,032 | 894,680 | 1,058,644 | 925,778 | 689,032 | 11,464,813 |
| Miscellaneous | (96,133) | (119,548) | (147,238) | (25,000) | - | - | - | - | - | - | - | - | - | (387,919) |
| Total Receipts | 897,041 | 1,218,549 | 1,815,987 | 1,194,780 | 1,060,148 | 1,380,053 | 1,437,432 | 1,748,166 | 1,097,648 | 1,327,892 | 1,437,432 | 1,698,166 | 1,047,648 | 17,360,941 |
| **Disbursements** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 799,380 | 809,262 | 691,535 | 697,759 | 703,982 | 710,205 | 716,429 | 716,429 | 716,429 | 716,429 | 716,429 | 716,429 | 716,429 | 9,427,129 |
| Insurance | - | 95,221 | - | 93,005 | 108,020 | - | - | 93,005 | 108,020 | - | - | 93,005 | - | 590,276 |
| Pharmacy | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 367,913 |
| Utilities | - | 72,968 | - | - | - | 72,968 | - | - | - | - | 72,968 | - | - | 218,904 |
| Food | 36,000 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 414,240 |
| Supplies | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 472,654 |
| Vendors | 130,088 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 1,467,044 |
| Assessment (paid monthly - 15th) | - | 202,904 | - | - | - | 246,643 | - | - | - | 238,863 | - | - | - | 688,410 |
| Back Office Support - Payroll | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 123,968 | - | 743,810 |
| Back Office Support-Rent/Phone/Con Svc/Other | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 3,710 | 19,639 | 2,931 | 143,026 |
| Rent | - | 300,000 | - | - | 799,974 | - | - | - | 799,974 | - | - | - | 799,974 | 2,699,922 |
| Medical Claims Funding | - | 125,000 | - | - | - | 125,000 | - | - | - | 125,000 | - | - | - | 375,000 |
| Capital Lease on AP Renovation | - | - | - | - | - | - | - | - | - | - | - | 79,245 | - | 237,736 |
| Total Operating Disbursements | 1,033,837 | 1,956,555 | 902,837 | 1,221,209 | 1,823,278 | 1,506,016 | 927,731 | 1,239,879 | 1,835,725 | 1,504,460 | 927,731 | 1,239,879 | 1,726,926 | 17,846,065 |
| Operating Cash Flow | (136,796) | (738,006) | 913,150 | (26,429) | (763,130) | (125,963) | 509,701 | 508,287 | (738,077) | (176,568) | 509,701 | 458,287 | (679,278) | (485,124) |
| Utility Deposit - All Buildings | 61,000 | - | - | - | - | - | - | - | - | - | - | - | - | 61,000 |
| First day Relief | 81,095 | - | - | - | - | - | - | - | - | - | - | - | - | 81,095 |
| Debtor | - | - | - | - | - | - | - | - | 385,000 | - | - | - | - | 385,000 |
| Ombudsman | - | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | 50,000 | 150,000 |
| Lender | - | - | - | - | - | 135,000 | - | - | - | 135,000 | - | - | - | 270,000 |
| UCC | - | - | - | - | - | - | - | - | 125,000 | - | - | - | - | 125,000 |
| Chapter 11 Fees | - | 4,000 | - | - | - | - | - | - | - | - | - | - | - | 4,000 |
| Adequate Protection | - | 34,413 | - | 34,413 | - | - | - | 34,413 | - | - | - | - | 34,413 | 137,653 |
| DIP Interest & Fees | - | - | - | 9,555 | - | 25,000 | - | - | 5,894 | 25,000 | - | - | - | 65,449 |
| Total Restructuring Disbursements | 142,095 | 38,413 | - | 43,968 | - | 210,000 | - | 34,413 | 515,894 | 210,000 | - | - | 84,413 | 1,279,197 |
| Cash Flow | (278,891) | (776,420) | 913,150 | (70,397) | (763,130) | (335,963) | 509,701 | 473,874 | (1,253,971) | (386,568) | 509,701 | 458,287 | (763,692) | (1,764,321) |
| Beginning Cash Balance | $ 1,486,150 | $ 1,207,259 | $ 430,839 | $ 1,343,989 | $ 1,273,591 | $ 510,461 | $ 54,498 | $ 54,198 | $ 339,072 | $ 55,101 | $ 58,532 | $ 58,233 | $ 56,520 | $ 1,486,150 |
| Cash Flow | (278,891) | (776,420) | 913,150 | (70,397) | (763,130) | (335,963) | 509,701 | 473,874 | (1,253,971) | (386,568) | 509,701 | 458,287 | (763,692) | (1,764,321) |
| Borrowing / (Repayment) | - | - | - | - | - | (120,000) | (510,000) | (189,000) | 970,000 | 390,000 | (510,000) | (460,000) | 760,000 | 331,000 |
| Ending Cash Balance | $ 1,207,259 | $ 430,839 | $ 1,343,989 | $ 1,273,591 | $ 510,461 | $ 54,498 | $ 54,198 | $ 339,072 | $ 55,101 | $ 58,532 | $ 58,233 | $ 56,520 | $ 52,828 | $ 52,828 |

Max Borrowing  $ 1,360,000

*Subject to On-going Change*

Cash Projection - Aurora Park

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/11/19 | 10/18/19 | 10/25/19 | 11/1/19 | 11/8/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/6/19 | 12/13/19 | 12/20/19 | 12/27/19 | 1/3/20 | |
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ 28,000 | $ 160,000 | $ - | $ - | $ 28,000 | $ - | $ 132,000 | $ - | $ 28,000 | $ - | $ 132,000 | $ - | $ 508,000 |
| Medicaid | 192,290 | 195,629 | 151,484 | 106,902 | 203,788 | 241,288 | 241,288 | 156,488 | 241,383 | 241,288 | 241,288 | 190,288 | 241,383 | 2,644,787 |
| Insurance, Self Pay | 115,308 | 487,370 | 478,916 | 360,126 | 211,598 | 537,215 | 496,557 | 373,926 | 211,503 | 537,215 | 496,557 | 340,126 | 211,503 | 4,857,916 |
| Miscellaneous | - | | | | | | | | | | | | | |
| | 307,598 | 710,999 | 790,400 | 467,028 | 415,386 | 806,503 | 737,845 | 662,414 | 452,886 | 806,503 | 737,845 | 662,414 | 452,886 | 8,010,703 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll// Taxes | 336,211 | 330,037 | 336,260 | 342,484 | 348,707 | 354,930 | 361,154 | 361,154 | 361,154 | 361,154 | 361,154 | 361,154 | 361,154 | 4,576,707 |
| Insurances | 71,512 | - | - | - | 71,512 | - | - | - | 71,512 | - | - | - | 71,512 | 286,048 |
| pharmacy | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 182,195 |
| utilities | - | 27,368 | - | - | - | 27,368 | - | - | - | 27,368 | - | - | - | 82,104 |
| food | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 183,105 |
| supplies | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 202,293 |
| Vendors | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 636,688 |
| Assessment (paid monthly - 15th) | - | - | - | - | - | 113,863 | - | - | - | 113,863 | - | - | - | 298,393 |
| Back Office Support - Payroll | - | 40,130 | - | 40,130 | - | 40,130 | - | 40,130 | - | 40,130 | - | 40,130 | - | 240,781 |
| Back Office Support-Rent/Phone/Con Svc/C | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 47,836 |
| Rent | - | - | - | - | 382,744 | - | - | - | 382,744 | - | - | - | 382,744 | 1,148,232 |
| Capital Lease on AP Renovation | - | - | - | 79,245 | - | - | - | 79,245 | - | - | - | 79,245 | - | 237,736 |
| | 501,594 | 567,372 | 430,131 | 561,029 | 896,834 | 635,461 | 455,025 | 579,699 | 909,281 | 641,685 | 455,025 | 579,699 | 909,281 | 8,122,118 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | (193,996) | 143,627 | 360,269 | (94,002) | (481,448) | 171,042 | 282,820 | 82,714 | (456,395) | 164,818 | 282,820 | 82,714 | (456,395) | (111,414) |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | (193,996) | (50,369) | 309,899 | 215,898 | (265,551) | (94,509) | 188,311 | 271,025 | (185,371) | (20,553) | 262,267 | 344,981 | (111,414) | |

*Subject to On-going Change*

Cash Projection - Orchard Park

| Week of: | 1 10/11/19 | 2 10/18/19 | 3 10/25/19 | 4 11/01/19 | 5 11/08/19 | 6 11/15/19 | 7 11/22/19 | 8 11/29/19 | 9 12/06/19 | 10 12/13/19 | 11 12/20/19 | 12 12/27/19 | 13 01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Medicaid | 75,533 | 43,548 | 90,238 | 25,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 378,319 |
| Insurance, Self Pay | 31,281 | 76,000 | 57,000 | - | - | - | - | - | - | - | - | - | - | 164,281 |
| Miscellaneous | (96,133) | (119,548) | (147,238) | (25,000) | - | - | - | - | - | - | - | - | - | (387,919) |
| | 10,681 | - | - | - | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 154,681 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 107,894 | 123,950 | - | - | - | - | - | - | - | - | - | - | - | 231,844 |
| Insurances | 44,244 | - | - | - | 44,244 | - | - | - | 44,244 | - | - | - | 44,244 | 176,976 |
| pharmacy | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| utilities | - | 17,500 | - | - | - | 17,500 | - | - | - | 17,500 | - | - | - | 52,500 |
| food | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vendors | 18,675 | - | - | - | - | - | - | - | - | - | - | - | - | 18,675 |
| Assessment (paid monthly - 15th) | - | 48,904 | - | - | - | 7,780 | - | - | - | - | - | - | - | 56,684 |
| Back Office Support - Payroll | - | 25,332 | - | 25,332 | - | 25,332 | - | 25,332 | - | 25,332 | - | 25,332 | - | 151,993 |
| Back Office Support-Rent/Phone/Con Svc/C | 779 | 4,124 | 779 | 4,124 | 779 | 4,124 | 779 | 4,124 | 779 | 4,124 | 779 | 4,124 | (0) | 29,417 |
| Rent | | | | | | | | | | | | | | - |
| | 171,592 | 219,810 | 779 | 29,456 | 45,023 | 54,736 | 779 | 29,456 | 45,023 | 46,956 | 779 | 29,456 | 44,244 | 718,089 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | (160,911) | (219,810) | (779) | (29,456) | (29,023) | (38,736) | 15,221 | (13,456) | (29,023) | (30,956) | 15,221 | (13,456) | (28,244) | (563,407) |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | (160,911) | (380,721) | (381,500) | (410,956) | (439,978) | (478,714) | (463,493) | (476,949) | (505,972) | (536,928) | (521,707) | (535,163) | (563,407) | |

*Subject to On-going Change*

Cash Projection - Three Rivers

| | 1 10/11/19 | 2 10/18/19 | 3 10/25/19 | 4 11/01/19 | 5 11/08/19 | 6 11/15/19 | 7 11/22/19 | 8 11/29/19 | 9 12/06/19 | 10 12/13/19 | 11 12/20/19 | 12 12/27/19 | 13 01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $    - | $ 12,100 | $ 168,000 | $    - | $    - | $ 12,100 | $    - | $ 155,900 | $    - | $ 12,100 | $    - | $ 155,900 | $    - | $ 516,100 |
| Medicaid | 52,270 | 102,897 | 51,293 | 15,000 | 42,000 | 42,000 | 42,000 | 27,000 | 33,139 | 42,000 | 42,000 | 27,000 | 33,139 | 551,738 |
| Insurance, Self Pay | 203,099 | 39,598 | 4,621 | 240,599 | 213,369 | 100,495 | 106,914 | 147,699 | 222,230 | 100,495 | 106,914 | 147,699 | 222,230 | 1,855,963 |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 255,369 | 154,595 | 223,914 | 255,599 | 255,369 | 154,595 | 148,914 | 330,599 | 255,369 | 154,595 | 148,914 | 330,599 | 255,369 | 2,923,801 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 1,447,953 |
| Insurances | 25,838 | | | | 25,838 | | | | 25,838 | | | | 25,838 | 103,352 |
| pharmacy | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 61,906 |
| utilities | | 8,108 | | | | 8,108 | | | | 8,108 | | | | 24,324 |
| food | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 63,102 |
| supplies | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 91,052 |
| Vendors | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 190,372 |
| Assessment (paid monthly - 15th) | - | | | | | 43,000 | | | | 43,000 | | | | 114,667 |
| Back Office Support - Payroll | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 90,292 |
| Back Office Support-Rent/Phone/Con Svc/Ot | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 17,939 |
| Rent | | | | - | 161,513 | | | - | 161,513 | | | | 161,513 | 484,539 |
| | 168,946 | 196,918 | 143,108 | 160,144 | 330,459 | 211,252 | 143,108 | 160,144 | 330,459 | 211,252 | 143,108 | 160,144 | 330,459 | 2,689,498 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | 86,423 | (42,323) | 80,806 | 95,456 | (75,090) | (56,656) | 5,806 | 170,456 | (75,090) | (56,656) | 5,806 | 170,456 | (75,090) | 234,303 |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | 86,423 | 44,101 | 124,906 | 220,362 | 145,272 | 88,616 | 94,422 | 264,877 | 189,788 | 133,132 | 138,937 | 309,393 | 234,303 | |

*Subject to On-going Change*

Cash Projection - Westfield

| | 1 10/11/19 | 2 10/18/19 | 3 10/25/19 | 4 11/01/19 | 5 11/08/19 | 6 11/15/19 | 7 11/22/19 | 8 11/29/19 | 9 12/06/19 | 10 12/13/19 | 11 12/20/19 | 12 12/27/19 | 13 01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ 10,100 | $ 103,600 | $ - | $ - | $ 10,100 | $ - | $ 93,500 | $ - | $ 10,100 | $ - | $ 93,500 | $ - | $ 320,900 |
| Medicaid | 34,103 | 32,893 | 52,425 | 20,000 | 43,000 | 43,000 | 43,000 | 45,000 | 39,769 | 43,000 | 43,000 | 45,000 | 39,769 | 523,959 |
| Insurance, Self Pay | 45,767 | 44,261 | 336,862 | 187,467 | 36,870 | 34,154 | 256,387 | 262,467 | 40,101 | 34,154 | 256,387 | 262,467 | 40,101 | 1,837,450 |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 79,870 | 87,254 | 492,887 | 207,467 | 79,870 | 87,254 | 299,387 | 400,967 | 79,870 | 87,254 | 299,387 | 400,967 | 79,870 | 2,682,309 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 1,297,517 |
| Insurances | 23,350 | | | | 23,350 | | | | 23,350 | | | | 23,350 | 93,400 |
| pharmacy | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 61,906 |
| utilities | | 5,956 | | | | 5,956 | | | | 5,956 | | | | 17,868 |
| food | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 62,101 |
| supplies | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 70,603 |
| Vendors | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 210,704 |
| Assessment (paid monthly - 15th) | - | | | | | 40,000 | | | | 40,000 | | | | 106,667 |
| Back Office Support - Payroll | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 90,292 |
| Back Office Support-Rent/Phone/Con Svc/C | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 17,939 |
| Rent | | | | - | 88,483 | | | - | 88,483 | | | | 88,483 | 265,449 |
| | 154,800 | 181,108 | 131,450 | 148,486 | 243,283 | 194,442 | 131,450 | 148,486 | 243,283 | 194,442 | 131,450 | 148,486 | 243,283 | 2,294,446 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | (74,930) | (93,854) | 361,438 | 58,982 | (163,413) | (107,187) | 167,938 | 252,482 | (163,413) | (107,187) | 167,938 | 252,482 | (163,413) | 387,863 |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | (74,930) | (168,783) | 192,654 | 251,636 | 88,224 | (18,963) | 148,974 | 401,456 | 238,044 | 130,856 | 298,794 | 551,276 | 387,863 | |

*Subject to On-going Change*

Cash Projection - Allegany

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 12/13/19 | 12/20/19 | 12/27/19 | 01/03/20 | |
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | | $ 700 | $ 49,200 | | | $ 700 | | $ 48,500 | | $ 700 | | $ 48,500 | | ###### |
| Medicaid | 8,047 | 58,188 | 10,990 | 1,600 | 8,500 | 8,500 | 8,500 | 7,200 | 6,422 | 8,500 | 8,500 | 7,200 | 6,422 | 148,569 |
| Insurance, Self Pay | 10,487 | 20,563 | 56,653 | 55,857 | 10,034 | 70,251 | 59,843 | 50,257 | 12,112 | 70,251 | 59,843 | 50,257 | 12,112 | 538,523 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18,534 | 79,451 | 116,843 | 57,457 | 18,534 | 79,451 | 68,343 | 105,957 | 18,534 | 79,451 | 68,343 | 105,957 | 18,534 | 835,392 |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 491,790 |
| Insurances | 7,964 | | | | 7,964 | | | | 7,964 | | | | 7,964 | 31,856 |
| pharmacy | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 19,084 |
| utilities | | 2,892 | | | | 2,892 | | | | 2,892 | | | | 8,676 |
| food | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 20,969 |
| supplies | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 24,089 |
| Vendors | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 76,960 |
| Assessment (paid monthly - 15th) | | 9,333 | | | | 14,000 | | | | 14,000 | | | | 37,333 |
| Back Office Support - Payroll | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 27,841 |
| Back Office Support-Rent/Phone/Con Svc/O | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 5,531 |
| Rent | | | | 0 | 47,196 | | | 0 | 47,196 | | | | 47,196 | 141,588 |
| | 56,791 | 66,305 | 48,827 | 54,080 | 103,987 | 70,972 | 48,827 | 54,080 | 103,987 | 70,972 | 48,827 | 54,080 | 103,987 | 885,717 |
| Weekly Excess/(Shortfall) Cash | (38,256) | 13,147 | 68,016 | 3,377 | (85,452) | 8,480 | 19,516 | 51,877 | (85,452) | 8,480 | 19,516 | 51,877 | (85,452) | (50,325) |
| Cumulative Excess/(Shortfall) Cash | (38,256) | (25,110) | 42,907 | 46,284 | (39,168) | (30,688) | (11,172) | 40,706 | (44,747) | (36,267) | (16,750) | 35,127 | (50,325) | |

*Subject to On-going Change*

Cash Projection - Gasport

| | 1<br>10/11/19 | 2<br>10/18/19 | 3<br>10/25/19 | 4<br>11/01/19 | 5<br>11/08/19 | 6<br>11/15/19 | 7<br>11/22/19 | 8<br>11/29/19 | 9<br>12/06/19 | 10<br>12/13/19 | 11<br>12/20/19 | 12<br>12/27/19 | 13<br>01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming Cash: | | | | | | | | | | | | | | |
| Medicare | | $ 3,524 | $ 28,524 | | | $ 3,524 | | $ 25,000 | | $ 3,524 | | $ 25,000 | | $ 89,096 |
| Medicaid | 66,966 | 85,664 | 38,843 | 15,000 | 28,000 | 28,000 | 28,000 | 32,000 | 21,903 | 28,000 | 28,000 | 32,000 | 21,903 | 454,279 |
| Insurance, Self Pay | 70,466 | 82,864 | 95,427 | 121,757 | 109,432 | 140,528 | 109,794 | 104,757 | 115,529 | 140,528 | 109,794 | 104,757 | 115,529 | 1,421,160 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| | 137,432 | 172,052 | 162,794 | 136,757 | 137,432 | 172,052 | 137,794 | 161,757 | 137,432 | 172,052 | 137,794 | 161,757 | 137,432 | 1,964,535 |
| | | | | | | | | | | | | | | |
| Outgoing Cash: | | | | | | | | | | | | | | |
| Payroll/ Taxes | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 1,067,716 |
| Insurances | 17,489 | | | | 17,489 | | | | 17,489 | | | | 17,489 | 69,956 |
| pharmacy | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 42,822 |
| utilities | | 5,616 | | | 5,616 | | | | 5,616 | | | | | 16,848 |
| food | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 41,236 |
| supplies | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 45,864 |
| Vendors | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 197,951 |
| Assessment (paid monthly - 15th) | 0 | | | | | 28,000 | | | | 28,000 | | | | 74,667 |
| Back Office Support - Payroll | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 72,618 |
| Back Office Support-Rent/Phone/Con Svc/O | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 12,407 |
| Rent | | | | 0 | 46,208 | | | 0 | 46,208 | | | | 46,208 | 138,624 |
| | 125,162 | 145,433 | 107,673 | 121,150 | 171,370 | 154,766 | 107,673 | 121,150 | 171,370 | 154,766 | 107,673 | 121,150 | 171,370 | 1,780,708 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | 12,270 | 26,619 | 55,121 | 15,606 | (33,938) | 17,286 | 30,121 | 40,606 | (33,938) | 17,286 | 30,121 | 40,606 | (33,938) | 183,827 |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | 12,270 | 38,889 | 94,010 | 109,616 | 75,678 | 92,963 | 123,084 | 163,691 | 129,752 | 147,038 | 177,159 | 217,765 | 183,827 | |

*Subject to On-going Change*

Cash Projection - Orchard Brooke

| | 1 10/11/19 | 2 10/18/19 | 3 10/25/19 | 4 11/01/19 | 5 11/08/19 | 6 11/15/19 | 7 11/22/19 | 8 11/29/19 | 9 12/06/19 | 10 12/13/19 | 11 12/20/19 | 12 12/27/19 | 13 01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Medicaid | - | | | | | | | | | | | | | - |
| Insurance, Self Pay | 87,557 | 14,197 | 29,149 | 20,472 | 87,557 | 14,197 | 29,149 | 20,472 | 87,557 | 12,036 | 29,149 | 20,472 | 87,557 | 539,519 |
| Miscellaneous | - | | | | | | | | | | | | | - |
| | 87,557 | 14,197 | 29,149 | 20,472 | 87,557 | 14,197 | 29,149 | 20,472 | 87,557 | 12,036 | 29,149 | 20,472 | 87,557 | 539,519 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 24,123 | 313,602 |
| Insurances | 10,628 | | | | 10,628 | | | | 10,628 | | | | 10,628 | 42,512 |
| pharmacy | - | | | | | | | | | | | | | - |
| utilities | | 5,528 | | | | 5,528 | | | | 5,528 | | | | 16,584 |
| food | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 3,019 | 39,247 |
| supplies | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 791 | 10,283 |
| Vendors | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 2,638 | 34,294 |
| Assessment (paid monthly - 15th) | - | - | | | - | | | | | | | | | - |
| Back Office Support - Payroll | - | 11,666 | | 11,666 | - | 11,666 | - | 11,666 | - | 11,666 | - | 11,666 | - | 69,993 |
| Back Office Support-Rent/Phone/Con Svc/O | 309 | 1,633 | 309 | 1,633 | 309 | 1,633 | 309 | 1,633 | 309 | 1,633 | 309 | 1,633 | 309 | 11,959 |
| Rent | | | | - | 23,830 | | | - | 23,830 | | | | 23,830 | 71,490 |
| | 41,508 | 49,398 | 30,880 | 43,870 | 65,338 | 49,398 | 30,880 | 43,870 | 65,338 | 49,398 | 30,880 | 43,870 | 65,338 | 609,964 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | 46,049 | (35,201) | (1,731) | (23,397) | 22,219 | (35,201) | (1,731) | (23,397) | 22,219 | (37,362) | (1,731) | (23,397) | 22,219 | (70,445) |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | 46,049 | 10,848 | 9,117 | (14,281) | 7,938 | (27,263) | (28,994) | (52,392) | (30,173) | (67,535) | (69,266) | (92,664) | (70,445) | |

*Subject to On-going Change*

Cash Projection - Restructuring Fees

| Week of: | 1 10/11/19 | 2 10/18/19 | 3 10/25/19 | 4 11/01/19 | 5 11/08/19 | 6 11/15/19 | 7 11/22/19 | 8 11/29/19 | 9 12/06/19 | 10 12/13/19 | 11 12/20/19 | 12 12/27/19 | 13 01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accrual** | | | | | | | | | | | | | | |
| Debtor | | | | | | | | | | | | | | |
| Loeb | $ 250,000 | $  - | $  - | $ 250,000 | $  - | $  - | $  - | $ 300,000 | $  - | $  - | $  - | $  - | $ 250,000 | $ 1,050,000 |
| Robert Fedor, Special Counsel | 25,000 | - | - | 25,000 | - | - | - | - | - | - | - | - | - | 50,000 |
| WKL | 15,000 | - | - | 15,000 | - | - | - | 15,000 | - | - | - | - | 15,000 | 60,000 |
| WALLC | 60,000 | - | - | 60,000 | - | - | - | 75,000 | - | - | - | - | 60,000 | 255,000 |
| PC | 35,000 | - | - | 35,000 | - | - | - | 10,000 | - | - | - | - | 10,000 | 90,000 |
| | 385,000 | - | - | 385,000 | - | - | - | 400,000 | - | - | - | - | 335,000 | 1,505,000 |
| Ombudsman | | | | | | | | | | | | | | |
| FA | - | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | 50,000 | 150,000 |
| | - | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | 50,000 | 150,000 |
| Lender | | | | | | | | | | | | | | |
| Legal | - | - | - | 100,000 | - | - | - | 100,000 | - | - | - | - | 100,000 | 300,000 |
| FA | - | - | - | 35,000 | - | - | - | 35,000 | - | - | - | - | 35,000 | 105,000 |
| | - | - | - | 135,000 | - | - | - | 135,000 | - | - | - | - | 135,000 | 405,000 |
| UCC | | | | | | | | | | | | | | |
| Legal | - | - | - | 75,000 | - | - | - | 75,000 | - | - | - | - | 75,000 | 225,000 |
| FA | - | - | - | 50,000 | - | - | - | 50,000 | - | - | - | - | 50,000 | 150,000 |
| | - | - | - | 125,000 | - | - | - | 125,000 | - | - | - | - | 125,000 | 375,000 |
| Court Fees | | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | 4,000 | - | - | - | - | - | - | - | - | - | - | - | - | 4,000 |
| | 4,000 | - | - | - | - | - | - | - | - | - | - | - | - | 4,000 |
| DIP Lender | | | | | | | | | | | | | | |
| Legal | - | - | - | 25,000 | - | - | - | 25,000 | - | - | - | - | 25,000 | 75,000 |
| | - | - | - | 25,000 | - | - | - | 25,000 | - | - | - | - | 25,000 | 75,000 |
| **TOTAL** | **389,000** | **-** | **-** | **670,000** | **-** | **50,000** | **-** | **685,000** | **-** | **50,000** | **-** | **-** | **670,000** | **2,514,000** |
| | | | | | | | | | | | | | | |
| **Payment** | | | | | | | | | | | | | | |
| Debtor | | | | | | | | | | | | | | |
| Loeb | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $ 250,000 | $  - | $  - | $  - | $  - | $ 250,000 |
| Robert Fedor, Special Counsel | - | - | - | - | - | - | - | - | 25,000 | - | - | - | - | 25,000 |
| WKL | - | - | - | - | - | - | - | - | 15,000 | - | - | - | - | 15,000 |
| WALLC | - | - | - | - | - | - | - | - | 60,000 | - | - | - | - | 60,000 |
| PC | - | - | - | - | - | - | - | - | 35,000 | - | - | - | - | 35,000 |
| | - | - | - | - | - | - | - | - | 385,000 | - | - | - | - | 385,000 |
| Ombudsman | | | | | | | | | | | | | | |
| FA | - | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | 50,000 | 150,000 |
| | - | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | 50,000 | 150,000 |
| Lender | | | | | | | | | | | | | | |
| Legal | - | - | - | - | - | 100,000 | - | - | - | 100,000 | - | - | - | 200,000 |
| FA | - | - | - | - | - | 35,000 | - | - | - | 35,000 | - | - | - | 70,000 |
| | - | - | - | - | - | 135,000 | - | - | - | 135,000 | - | - | - | 270,000 |
| UCC | | | | | | | | | | | | | | |
| Legal | - | - | - | - | - | - | - | 75,000 | - | - | - | - | - | 75,000 |
| FA | - | - | - | - | - | - | - | 50,000 | - | - | - | - | - | 50,000 |
| | - | - | - | - | - | - | - | 125,000 | - | - | - | - | - | 125,000 |
| Court Fees | | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | 4,000 | - | - | - | - | - | - | - | - | - | - | - | 4,000 |
| | - | 4,000 | - | - | - | - | - | - | - | - | - | - | - | 4,000 |
| DIP Lender | | | | | | | | | | | | | | |
| Legal | - | - | - | - | - | 25,000 | - | - | - | 25,000 | - | - | - | 50,000 |
| | - | - | - | - | - | 25,000 | - | - | - | 25,000 | - | - | - | 50,000 |
| **TOTAL** | **-** | **4,000** | **-** | **-** | **-** | **210,000** | **-** | **-** | **510,000** | **210,000** | **-** | **-** | **50,000** | **984,000** |