Andrew I. Silfen
George P. Angelich
Jordana L. Renert
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY  10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: andrew.silfen@arentfox.com
        george.angelich@arentfox.com
        jordana.renert@arentfox.com

*Counsel for Arba Group*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | ) |
| | ) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| Absolut Facilities Management, LLC, *et al*., | ) |
| | ) |
| Debtors. [1] | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Chapter 11

Case No. 19-76260 (AST)
Case No. 19-76263 (AST)
Case No. 19-76267 (AST)
Case No. 19-76268 (AST)
Case No. 19-76269 (AST)
Case No. 19-76270 (AST)
Case No. 19-76271 (AST)
Case No. 19-76272 (AST)

(Jointly Administered)

<u>**NOTICE OF DEPOSITION OF ISRAEL SHERMAN**</u>[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

[2] This Notice of Deposition is served in connection with the pending contested matters concerning (i) *the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use of Cash Collateral* [ECF No. 4] (the "<u>DIP Motion</u>"); (ii) *the Debtors' Motion for Entry of Order Approving the Debtors' Plan of Closure for Orchard Park Facility* [ECF No. 51] (the "<u>Closure Motion</u>"); and (iii) *the Landlords' Motion for Entry of an Order Appointing Chapter 11 Trustee or, Alternatively, an Examiner, Pursuant to Section 1104* [ECF No. 69] (the "<u>Trustee Motion</u>").

AFDOCS/21154045.1

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Arba Group and its affiliates (collectively, the "Landlords"[3]), through their attorneys, will take the deposition upon oral examination of the Debtors' owner and CEO, **Israel Sherman**.  The deposition will take place on **Tuesday, October 29, 2019 at 10:00 a.m. EDT**, at the offices of Arent Fox LLP, 1301  Avenue of the Americas, Floor 42, New York, NY 10019, or at such other time and location as agreed to by the parties.

The deposition will take place before a notary public or any other officer authorized to administer oaths by the laws of the United States, and will continue day to day until completed. The deposition will be recorded by stenographic, audio, and/or audiovisual (*i.e.,* videotaped) means, and is being taken for all purposes permitted by the Federal Rules of Bankruptcy Procedure.

Dated:   New York, New York
         October 16, 2019                   ARENT FOX LLP

                                            *Counsel for Arba Group*

                                    By:     */s/ George P. Angelich*
                                            Andrew I. Silfen
                                            George P. Angelich
                                            Jordana L. Renert
                                            1301 Avenue of the Americas
                                            New York, New York 10019
                                            Telephone: (212) 484-3900
                                            Facsimile: (212) 484-3990

---

[3]  The Landlords are 292 Main Street, LLC; 6060 Armor Road, LLC; 2178 N. Fifth Street, LLC; 101 Creekside Drive, LLC; 4540 Lincoln Drive, LLC; and 26 Cass Street, LLC.