**BENANTI & ASSOCIATES**
350 Bedford Street, Suite 201
Stamford, CT 06901
(203) 324-9559
Paul A. De Genaro (pd6336)
*Attorneys for 777 Equipment Finance LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| ABSOLUT FACILITIES MANAGEMENT, LLC, | : CASE NO. 19-76260-AST |
| *ET AL.*, | : (Jointly Administered) |
| DEBTORS. | : |
-------------------------------------------------------------X    OCTOBER 21, 2019

**AMENDED NOTICE OF APPEARANCE AND DEMAND FOR**
**NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Benanti & Associates hereby appears in the above-captioned Chapter 11 case on behalf of 777 Equipment Finance LLC, a creditor and party-in-interest. Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code"), demand is hereby made for copies of all notices given or required to be given in the above-captioned case and all papers served in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in the above-captioned case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned at the following post office address and telephone number:

BENANTI & ASSOCIATES
350 Bedford Street, Suite 201
Stamford, Connecticut 06901
ATT: Paul A. De Genaro, Esq.
(203) 324-9559 Telephone
(203) 358-8582 Facsimile
Email: pdegenaro@benantilaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, demand, hearing, motion, petition, pleading, order or request, and any other document brought before the Court in the above-captioned case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise, which affects the debtor or property of the debtor.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the above-captioned case.

Dated at Stamford, Connecticut this 21st day of October 2019.

By: s/*Paul A. De Genaro*
Paul A. De Genaro (pd6336)
Benanti & Associates
350 Bedford Street, Suite 201
Stamford, Connecticut 06901
Telephone: (203) 324-9559
Facsimile: (203) 358-8582
E-Mail: pdegenaro@benantilaw.com
Attorneys for 777 Equipment Finance LLC