Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenanddykman.com
       mkwiatkowski@cullenanddykman.com

and

Russell R. Johnson III
John M. Craig
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
       john@russelljohnsonlawfirm.com

Co-Counsel for New York State Electric and Gas Corporation

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Absolut Facilities Management, LLC, *et al.*, | ) Case No. 19-76260 (AST) ) Case No. 19-76263 (AST) ) Case No. 19-76267 (AST) |
| Debtors. | ) Case No. 19-76268 (AST) ) Case No. 19-76269 (AST) ) Case No. 19-76270 (AST) ) Case No. 19-76271 (AST) ) Case No. 19-76272 (AST) ) ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Michael Kwiatkowski, hereby certify that on October 23, 2019, I caused a true and correct copy of the *Notice of Withdrawal of Objection of New York State Electric and Gas Corporation To Debtors' Emergency Motion For Order Under 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Companies From Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account As Adequate Assurance of Payment, and (III) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance of Payment* [ECF No. 191] to be served (i) via the Court's CM/ECF electronic notice on all parties who receive such notice, and (ii) upon the individuals listed below via electronic mail (email) at the email address indicated below.

Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Email: scarroll@loeb.com
       dbesikof@loeb.com
       nweingarten@loeb.com
*Debtors' Counsel*

                                                         /s/ Michael Kwiatkowski
                                                         Michael Kwiatkowski