

**SCHUYLER G. CARROLL**
Partner

345 Park Avenue
New York, NY 10154

**Direct**  212.407.4820
**Main**  212.407.4000
**Fax**  212.202.5431
scarroll@loeb.com

Via ECF

October 25, 2019

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  *In re: Absolut Facilities Management, LLC, et al.*, No. 19-76260 (AST)
  (Jointly Administered)

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its debtor affiliates, as debtors and debtors-in-possession (the "**Debtors**") in the above-referenced chapter 11 cases.

**PLEASE TAKE NOTICE** that the matters set forth below scheduled for a hearing on November 19, 2019 at 2:00 p.m. (Eastern Time) **have been adjourned to November 20, 2019 at 2:00 p.m. (Eastern Time)** before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Courthouse, 290 Federal Plaza, Central Islip, New York 11722, Courtroom 960.

- The Debtors' Application for Entry of Order Authorizing the Employment and Retention of Loeb & Loeb LLP as Counsel to the Debtors *Nunc Pro Tunc* to Petition Date [dkt item 195]; and

- The Debtors' Motion for Entry of Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [dkt item 197].

**PLEASE TAKE FURTHER NOTICE** that objections to the matters set forth above shall be filed and served so as to be actually received, on or before **November 13, 2019**.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive copies of the matters set forth above, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq. at Loeb & Loeb LLP, 345 Park Avenue, New York,

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.
18310176



Hon. Alan S. Trust<br>
October 25, 2019<br>
Page 2

New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; nweingarten@loeb.com.

Sincerely,

Schuyler G. Carroll
Partner