UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-76260-ast |
|  | ) | Case No. 19-76263-ast |
| In re: | ) | Case No. 19-76267-ast |
|  | ) | Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al*. | ) | Case No. 19-76269-ast |
|  | ) | Case No. 19-76270-ast |
| Debtors.[1] | ) | Case No. 19-76271-ast |
|  | ) | Case No. 19-76272-ast |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |

## STIPULATION AND ORDER REGARDING BRIEFING
## DEADLINES FOR NOVEMBER 4, 2019 HEARING

This stipulation and order (this "Stipulation") regarding briefing deadlines for November 4, 2019 hearing is made between the above-referenced debtors and debtors-in-possession (the "Debtors") and the Arba Group and their affiliates (the "Landlord Group").

**WHEREAS,** by Scheduling Order entered October 8, 2019 (the "Scheduling Order"), the deadline for the Landlord Group to respond to the following motions was due October 23, 2019 (the "Response Deadline"):  (i) (Final) Utilities Motion [dkt item 5]; (ii) (Final) Insurance Motion [dkt item 12]; (iii) (Final) Motion to Approve Closure Plan of Orchard Park Facility [dkt item 51]; (iv) (Status Only) Motion to Appoint Chapter 11 Trustee [dkt item 69 and 102]; (v) (Final) DIP and Cash Collateral Motion [dkt item 4]; and (vi) (Final) Critical Vendors Motion [dkt item 10] (the "Pending Motions");

**WHEREAS**, in order to facilitate discussion among the parties and at the request of the Landlord Group, the Debtors voluntarily extended the Response Deadline to October 25, 2019;

**WHEREAS**, the parties desire to extend further the Response Deadline to October 28, 2019 at 12:00 p.m.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

**WHEREAS**, pursuant to the Scheduling Order, the deadline for the filing of replies in respect of the Pending Motions is October 30, 2019 at 4:00 p.m. (the "Reply Deadline").

**WHEREAS**, the parties desire to extend the Reply Deadline to November 1, 2019 at 4:00 p.m.

**NOW WHEREFORE**, the Debtors and the Landlord Group stipulate and agree:

1. The Landlord Group and the United States Trustee's Response Deadline is hereby extended to **October 28, 2019 at 4:00 p.m.**

2. The Reply Deadline is hereby extended to **November 1, 2019 at 12:00 p.m.**

Dated:  October 25, 2019           LOEB & LOEB LLP
        New York, New York

                                   */s/ Schuyler G. Carroll*
                                   Schuyler G. Carroll
                                   Daniel B. Besikof
                                   Noah Weingarten
                                   345 Park Avenue
                                   New York, NY 10154
                                   Tel: (212) 407-4000
                                   Fax: (212) 407-4990
                                   scarroll@loeb.com
                                   dbesikof@loeb.com
                                   nweingarten@loeb.com

                                   *Proposed Counsel to the Debtors*
                                   *and Debtors-in-Possession*

Dated:  October 25, 2019                    ARENT FOX LLP
        New York, New York

                                                    */s/ Jordana L. Renert*
                                                    Andrew I. Silfen
                                                    George P. Angelich
                                                    Jordana L. Renert
                                                    1301 Avenue of the Americas
                                                    Floor 42
                                                    New York, New York  10019
                                                    Tel:  (212) 484-3900
                                                    Fax:  (212) 484-3990
                                                    Andrew.silfen@arentfox.com
                                                    George.angelich@arentfox.com
                                                    jordana.renert@arentfox.com

                                                    *Counsel for Landlord Group*

**SO ORDERED:**



**Dated: October 25, 2019**　　　　　　　　　　　　　　**Alan S. Trust**
**Central Islip, New York**　　　　　　　　　　　　　　**United States Bankruptcy Judge**