**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-76260-ast |
|  | ) | Case No. 19-76263-ast |
| In re: | ) | Case No. 19-76267-ast |
|  | ) | Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al.* | ) | Case No. 19-76269-ast |
|  | ) | Case No. 19-76270-ast |
| Debtors.[1] | ) | Case No. 19-76271-ast |
|  | ) | Case No. 19-76272-ast |
|  | ) |  |
|  | ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Mary Susan McAndrew, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Application for Entry of Order Authorizing the Employment and Retention of Loeb & Loeb LLP as Counsel to the Debtors *nunc pro tunc* to Petition Date [Docket No. 195]

- Notice of Debtors' Motion for Entry of Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 197]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut Center for Nursing and Rehabilitation at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

Dated: October 28, 2019

_____
Mary Susan McAndrew

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 28, 2019, by Mary Susan McAndrew, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 36958

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | 101 Creekside Drive, LLC | 6300 Wilshire Boulevard, Suite 1800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | 101 Creekside Drive, LLC | 6380 Wilshire Boulevard, Suite 800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | 292 Main Street, LLC | 6380 Wilshire Boulevard, Suite 800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | 4540 Lincoln Drive, LLC | 6300 Wilshire Boulevard, Suite 1800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | 4540 Lincoln Drive, LLC | 6380 Wilshire Boulevard, Suite 800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | 6060 Armor Road, LLC | 6300 Wilshire Boulevard, Suite 1800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | 6060 Armor Road, LLC | 6380 Wilshire Boulevard, Suite 800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | A Plus Quality Medical Staffing Agency, LLC | PO Box 915183<br>Dallas TX 75391 | | First Class Mail |
| Top 30 Unsecured Creditor | Abe Schonfeld | 1146 East 27th Street<br>Brooklyn NY 11210 | | First Class Mail |
| Top 30 Unsecured Creditor | Accountable Healthcare Staffing, Inc | Attn: Officer Director<br>PO Box 732800<br>Dallas TX 75373 | | First Class Mail |
| Top 30 Unsecured Creditor | Affiliates of Arba Group | Attn: Ira Smedra<br>6300 Wilshire Boulevard, Suite 1800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | AIG Domestic Claims, Inc | Attn: Healthcare Malpractice Claims<br>101 Hudson Street, 28th floor<br>Jersey City NJ 07302 | | First Class Mail |
| Interested Party | Alice M. Dunlap, Individually and as Administratrix of The Estate of Eileen M. Dunlap | 10232 West Lake Rd.<br>Ripley NY 14775 | | First Class Mail |
| Top 30 Unsecured Creditor | Allstate Medical | Attn: Officer Director<br>34 35th St. Bldg. #6<br>Brooklyn NY 11232 | | First Class Mail |
| Top 30 Unsecured Creditor | American Express | Attn: Officer Director<br>200 Vesey St<br>New York NY 10285 | | First Class Mail |
| Top 30 Unsecured Creditor | American Plan Administrators | Attn: Officer Director<br>18 Heyward St<br>Brooklyn NY 11249 | | First Class Mail |
| Proposed counsel for the Official Committee of Unsecured Creditors | AMINI LLC | Attn: Avery Samet & Jeffrey Chubak<br>140 East 45th Street<br>25th Floor<br>New York NY 10017 | asamet@aminillc.com<br>jchubak@aminillc.com | First Class Mail and Email |
| Counsel to Arba Group | Arent Fox LLP | Attn: Andrew I. Silfen, George P. Angelich, Jordana L. Renert<br>1301 Avenue of the Americas, Floor 42<br>New York NY 10019 | andrew.silfen@arentfox.com<br>george.angelich@arentfox.com<br>jordana.renert@arentfox.com | First Class Mail and Email |
| Ascentium Capital LLC | Ascentium Capital LLC | Attn: Ronika Robinson<br>23970 Hwy 59N<br>Kingwood TX 77339 | RonikaRobinson@AscentiumCapital.com | First Class Mail and Email |
| Interested Party | ASI/RiverStone Claims Management LLC - Ohio | 250 Commercial Street<br>Suite 5000<br>Manchester NH 03101 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Axis Capital, Inc | 308 N Locust Street, Suite 100<br>Grand Island NE 68801 | | First Class Mail |
| Interested Party | AXIS US Insurance | Attn: Claims Administrator<br>11680 Great Oaks Way, Suite 500<br>Alpharetta GA 30022 | | First Class Mail |
| Counsel to 777 Equipment Finance LLC | Benanti & Associates | Attn: Paul A. De Genaro<br>350 Bedford Street, Suite 201<br>Stamford CT 06901 | pdegenaro@benantilaw.com | First Class Mail and Email |
| Counsel to 777 Equipment Finance LLC | Benanti & Associates | Attn: Paul A. De Genaro<br>350 Bedford Street, Suite 201<br>Stamford CT 06901 | pdegenaro@benantilaw.com | First Class Mail and Email |
| Interested Party | Bethann Schrader-Giancarlo, as Administratix of The Estate of Donald A. Cunningham A/K/A Donald Alan Cunningham | 4241 Reiter Road<br>East Aurora NY 14052 | | First Class Mail |
| Interested Party | Beverly Harris | 23 Grifford Avenue<br>Apt 1<br>Lakewood NY 14750 | | First Class Mail |
| Counsel to Capital Finance, LLC | Blank Rome LLP | Attn: Evan J. Zucker<br>1271 Avenue of the Americas<br>New York NY 10020 | EZucker@BlankRome.com | First Class Mail and Email |
| Counsel to Capital Finance, LLC | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham<br>444 West Lake Street, Suite 1650<br>Chicago IL 60606 | Kottaviano@BlankRome.com<br>Ptinkham@BlankRome.com | First Class Mail and Email |
| Counsel for the Proposed DIP Lender | BODNER LAW PLLC | Attn: Jonathan S. Bodner, Harry M. Gutfleish<br>40 Cutter Mill Road, Suite 301<br>Great Neck NY 11021 | jbodner@bodnerlawpllc.com<br>hgutfleish@bodnerlawpllc.com | First Class Mail and Email |
| Counsel to EDRNC Operating, LLC, HORNC Operating, LLC, DURNC Operating, LLC, SARNC Operating, LLC, EDRNC Realty, LLC, HORNC Realty, LLC, DURNC Realty, LLC, COTRNC Realty, LLC, and SARNC Realty, LLC | Bond, Schoeneck & King, PLLC | Attn: Camille W. Hill & Stephen A. Donato<br>One Lincoln Center, 18th Floor<br>Syracuse NY 13202 | chill@bsk.com<br>sdonato@bsk.com | First Class Mail and Email |
| Counsel to Signature Financial, LLC | Bradshaw Law Group PC | Attn: Andrew B. Helfand<br>321 Broadway, 5th Floor<br>New York NY 10007 | ahelfand@bradshawlawgrouppc.com | First Class Mail and Email |
| Counsel to Alice M. Dunlap, Individually and as Administratrix of The Estate of Eileen M. Dunlap, Beverly Harris, Deborah Phillips, Karen S. Modlich as Executrix of Estate of Ann M. Keller, Kathryn J. Wilfert, as Executrix of the Estate of Rosemary S. Bova, and Terry Douglas as Proposed Administratrix of the Estate of Judy Archer | Brown Chiari | Attn: Angelo S. Gambino, Theresa M. Walsh, Timothy M. Hudson, Michael C. Lancer & Michael C. Scinta<br>2470 Walden Avenue<br>Buffalo NY 14225-4751 | | First Class Mail |
| Counsel to Rose Mary Sanmarco-Yuschak, Individually and as Executrix of The Estate of Stephene Ann Sanmarco, and Ruthann Bently Foster, as Executrix of the Estate of Stephene Ann Sanmarco | Brown Chiari | Attn: Michael C Scinta<br>5775 Broadway<br>Lancaster NY 14086-2360 | | First Class Mail |
| Interested Party | Chubb | Attn: Judy Fettner<br>10 Exchange Place<br>9th Floor<br>Jersey City NJ 07302 | judith.fettner@chubb.com | First Class Mail and Email |
| Counsel to Donnie Carson, as Administrrator of The Estate of Theresa Carson | Campbell & Associates | Attn: Jason M. Telaak<br>8274 North Main Street<br>Eden NY 14057 | | First Class Mail |
| Counsel to Rebecca Danser | Campbell & Shelton LLP | Attn: Eric M. Shelton<br>8274 North Main Street<br>Eden NY 14057 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Capital Finance, LLC and Capital Funding Group, Inc. and Its Successors and Assigns | 1422 Clarkview Road<br>Baltimore MD 21209 | | First Class Mail |
| Interested Party | CFG Madison Ny, LLC | 1422A Clarkview Road<br>Baltimore MD 21209 | | First Class Mail |
| Interested Party | Christina Maldonado, as Administrator of The Estate of Camilla J. Finch | 319 Hoyt Street<br>Dunkirk NY 14048 | | First Class Mail |
| Interested Party | Corporation Service Company, as Representative | P.O Box 2576<br>Springfield IL 62708 | uccsprep@cscinfo.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Clinical Staffing Resources | Attn: Officer Director<br>co Wells Fargo Bank, N.A.<br>Boston MA 02284-2932 | | First Class Mail |
| Counsel to Mary Jo Cancilla, as Temporary Administrator of The Estate of Joan L. Linhart, Deceased, and Favorite Healthcare Staffing, Inc. | Connors LLP | Attn: Joseph D. Morath, Jr & Cailtlin M. Higgins<br>1000 Liberty Building<br>Buffalo NY 14202 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | Leopold.matt@Epa.gov | Email |
| Interested Party | CRC Insurance Services, Inc | One Metroplex Drive, Suite 400<br>Birmingham AL 35209 | | First Class Mail |
| Top 30 Unsecured Creditor | Crown Energy Services, Inc. | Attn: Officer Director<br>P.O. Box 260<br>West Seneca NY 14224-0260 | | First Class Mail |
| Interested Party | Cubex Financial Services | 8400 Normandale Lake Blvd, Suite 920<br>Bloomington MN 55437 | | First Class Mail |
| Interested Party | Deborah Fetterly | 7417 Heinrich Road<br>Hamburg NY 14075 | | First Class Mail |
| Interested Party | Deborah Phillips | 13 Jackson Street<br>Westfield NY 14787 | | First Class Mail |
| Interested Party | Donnie Carson, as Administrrator of The Estate of Theresa Carson | 15 Linden Avenue<br>Jamestown NY 14701 | | First Class Mail |
| Interested Party | Elizabeth M. Ambrose, Individually and as Administratrix For The Estate of Mary Jane Baco | 73 Greenhill Terrace<br>West Seneca NY 14224 | | First Class Mail |
| Interested Party | Equal Employment Opportunity Commission | Attn: Elizabeth Fox-Solomon<br>300 Pearl Street, Suite 450<br>Buffalo NY 14202 | elizabeth.fox-solomon@eeoc.gov | First Class Mail and Email |
| Top 30 Unsecured Creditor | Favorite Healthcare Staffing, Inc. | Attn: Christopher Brink, COO<br>7255 W 98th Terrace<br>Bldg 5, Suite 150<br>Overland Park KS 66212 | Corporate@FavoriteStaffing.com | First Class Mail and Email |
| Interested Party | Favorite Healthcare Staffing, Inc. | Attn: David J. Noonan<br>228 Triangle Street<br>Amherst MA 01002 | noonan@law-djn.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Feldman, Kieffer & Herman, LLP | Attn: Officer Director, Stephen Manuele, Marcy A. Klizak<br>The Dun Bldg<br>Buffalo NY 14202 | info@feldmankieffer.com<br>smanuele@feldmankieffer.com<br>mkliszak@feldmankieffer.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Favorite Healthcare Staffing, Inc. | Attn: David Noonan, Esq.<br>228 Triangle Street<br>Amherst MA 01002 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Favorite Healthcare Staffing, Inc. | Contracts & Rates Administration<br>7255 W 98Th Terrace<br>Building 5, Suite 150<br>Overland Park KS 66212 | | First Class Mail |
| Counsel to Sterling National Bank | Foster & Wolkind, P.C. | Attn: Bryan E. Wolkind<br>80 Fifth Avenue, Suite 1401<br>New York NY 10011 | bwolkind@foster-wolkind.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Fidelis | Attn: Officer Director<br>PO Box 955502<br>St Louis MO 63195-5502 | | First Class Mail |
| Counsel to Dolly Brant, by Alan P. Brant, as Her Attorney-In-Fact | Finkelstein & Partners | 1279 NY-300 | | First Class Mail |
| Interested Party | First State Bank of Newcastle | 24 North Sumner Street<br>Newcastle WY 82701 | | First Class Mail |
| Interested Party | Fitzpatrick & Hunt Pagano, Aubert, LLP | Attn: Matthew Kennedy<br>1 Landmark Square<br>21st Floor<br>Stamford CT 06901- | | First Class Mail |
| Top 30 Unsecured Creditor | Grandview Brokerage | Attn: Officer Director<br>P. O. Box 40317<br>Brooklyn NY 11204 | michael@gvwins.com | First Class Mail and Email |
| Interested Party | Gail M. Dressel, Individually, as Administrator of The Estate of David L. Kolpack | 93 Huth Road<br>Cheektowaga NY 14225 | | First Class Mail |
| Interested Party | Grace Humphrey, as Administratix of The Estate of Thomas Humphrey | 69 Harbour Lane<br>Buffalo NY 14225 | | First Class Mail |
| Top 30 Unsecured Creditor | Grandison Management Inc. | Attn: Officer Director<br>1413 38th St.<br>Brooklyn NY 11218 | | First Class Mail |
| Top 30 Unsecured Creditor | GuideOne Insurance | Attn: Officer Director<br>co Alan Gray LLC<br>88 Broad Street<br>Boston MA 02110 | info@alangray.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Harter, Secrest & Emery LLP | Attn: Officer Director<br>1600 Bausch & Lomb Place<br>Rochester NY 14604-2711 | cwittlin@hselaw.com | First Class Mail and Email |
| HMS (OMIG audits) | HMS (OMIG audits) | Attn: Gina Scrivano | gina.scrivano@hms.com | Email |
| Interested Party | Hewlett-Packard Financial Services Company | 200 Connell Drive<br>Berkeley Heights NJ 07922 | | First Class Mail |
| Counsel to Latina Boulevard Foods LLC | Hodgson Russ LLP | Attn: James C. Thoman<br>140 Pearl Street, Suite 100<br>Buffalo NY 14202-4040 | jthoman@hodgsonruss.com | First Class Mail and Email |
| Counsel to Cass Development Company | Hodgson Russ LLP | Attn: Garry M. Garber<br>140 Pearl Street, Suite 100<br>Buffalo NY 14202 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Interested Party | Hvb Equipment Capital LLC | 489 Fifth Avenue, 17Th Floor<br>New York NY 10017 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Interested Party | Jackson Lewis P.C. | Attn: Clemente J. Parente<br>677 Broadway<br>9th Floor<br>Albany NY 12207 | Clemente.Parente@jacksonlewis.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Internal Revenue Service | Attn: IRS Insolvency Section<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Top 30 Unsecured Creditor | Interstate Capital Corporation | Attn: Officer Director<br>Quality Medical Staffing Agency,LLC<br>Dallas TX 75391-5183 | | First Class Mail |
| Counsel to Specialty RX, Inc. and Specialty RX NY, Inc | Jacobowitz Newman Tversky LLP | Attn: Aviva Francis, Evan M. Newman<br>377 Pearsall Avenue, Suite C<br>Cedarhurst NY 11516 | afrancis@jntllp.com<br>enewman@jntllp.com | First Class Mail and Email |
| Counsel to Kaufman Borgeest & Ryan LLP | Kaufman Borgeest & Ryan LLP | Attn: Robert A. Benjamin<br>200 Summit Lake Drive<br>1st Floor<br>Valhalla NY 10595 | rbenjamin@kbrlaw.com | First Class Mail and Email |
| Interested Party | Janette Busch, as Administratrix of The Estate of Lois M. Dolbow | 3712 Columbia Street<br>Hamburg NY 14075 | | First Class Mail |
| Interested Party | Julie Hall | 6047 Route 474<br>Ashville NY 14710 | | First Class Mail |
| Interested Party | Karen S. Modlich as Executrix of Estate of Ann M. Keller | 2855 Hopkins Rd<br>Amherst NY 14228 | | First Class Mail |
| Interested Party | Kathryn J. Wilfert, as Executrix of The Estate of Rosemary S. Bova Aka Rosemary Bova | 5 Mary Lou Circle<br>Westborough MA 01581 | | First Class Mail |
| Interested Party | Kenney Shelton Liptak Nowak LLP | Attn Judith Treger Shelton<br>The Calumet Building<br>233 Franklin Street<br>Buffalo NY 14202 | jtshelton@kslnlaw.com | First Class Mail and Email |
| Counsel to Clinical Staffing Resources Corp. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus<br>240 Madison Avenue<br>8th Floor<br>New York NY 10016 | hlazarus@lazarusandlazarus.com<br>ysutton@lazarusandlazarus.com | First Class Mail and Email |
| Interested Party | Kenney Shelton Liptak Nowak LLP | Attn: Judith Treger Shelton<br>The Calumet Building<br>233 Franklin Street<br>Buffalo NY 14202 | | First Class Mail |
| Counsel to A Plus Quality Medical Staffing Agency | Law Office Of Baruch S. Gottesman | Attn: Baruch S. Gottesman<br>185-12 Union Turnpike<br>Fresh Meadows NY 11366 | | First Class Mail |
| Counsel to 1199SEIU United Healthcare Workers East | LEVY RATNER, P.C. | Attn: Suzanne Hepner<br>80 Eighth Avenue<br>8th Floor<br>New York NY 10011-7175 | shepner@levyratner.com | First Class Mail and Email |
| Counsel to Debtors | Loeb & Loeb | Attn: Schuyler G. Carroll, Daniel B. Besikof, Noah Weingarten<br>345 Park Avenue<br>New York NY 10154 | scarroll@loeb.com<br>dbesikof@loeb.com<br>nweingarten@loeb.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Lexington Insurance Compant | 175 Water Street<br>New York NY 10039 | | First Class Mail |
| Interested Party | Lexington Insurance Compant | 99 High Street<br>Boston MA 02110 | | First Class Mail |
| Top 30 Unsecured Creditor | Lexington Insurance Company | Attn: Officer Director<br>co Global Recovery Services<br>Atlanta GA 30348-5795 | | First Class Mail |
| Top 30 Unsecured Creditor | Lexington Insurance Company | co Fitzpatrick & Hunt, Pagano, Aubert, LLP<br>Attn: Matthew D. Kennedy<br>One Landmark Square, 21st Floor<br>Stamford CT 06901 | | First Class Mail |
| Interested Party | Lloyds of London | The ST Botolph Building<br>138 Houndsditch<br>London EC3A7AW United Kingdom | | First Class Mail |
| Counsel to Grandison Management, Inc. | McCarter & English LLP | Attn: John R. Stoelker<br>100 Mulberry Street<br>Four Gateway Center<br>Newark NJ 07102 | jstoelker@mccarter.com | First Class Mail and Email |
| Interested Party | Lorraine S Krajewski Individually and as Administrartrix of The Estate of Jamie L. Krajewski | 3646 Gowanda Zoar Road<br>Gowanda NY 14070 | | First Class Mail |
| Interested Party | Maplevale Farms Inc. | 2063 Allen Street Ext.<br>Falconer NY 14733 | | First Class Mail |
| Interested Party | Mark Lasurk as Administrator of The Estate of Rhonda Lasurk | 35530 Joanne Drive<br>Millsboro DE 19966 | | First Class Mail |
| Interested Party | Maruette Equipment Finance, LLC | 6975 Union Park Center, 2Nd Floor<br>Midvale UT 84047 | | First Class Mail |
| Top 30 Unsecured Creditor | MAXIM Healthcare Service | Attn: Officer Director<br>7227 Lee Deforest Drive<br>Columbia MD 21046 | | First Class Mail |
| Counsel to Grandison Management, Inc. | McCarter & English LLP | Attn: Kate Roggio Buck<br>Renaissance Centre<br>405 N. King St., 8th Fl.<br>Wilmington DE 19801 | kbuck@mccarter.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | New York State Department of Health - Office of Health Insurance Programs (Cash Receipets Assessment) | Attn: Officer Director<br>One Commerce Plaza Rm 1432<br>Albany NY 12237 | richard.zahnleuter@health.ny.gov<br>Tracy.hennige@health.ny.gov | First Class Mail and Email |
| Top 30 Unsecured Creditor | Medical Staffing Network | Attn: Officer Director<br>P. O. Box 840292<br>Dallas TX 75284-0292 | | First Class Mail |
| Interested Party | Michael Isome, as Administrator of The Estate of Vivian L. Skinner-Isome | 369 Olympic Avenue<br>Buffalo NY 14215 | | First Class Mail |
| Interested Party | Miller Insurance Services, LLP | 70 Mark lane<br>London EC3R7NQ United Kingdom | | First Class Mail |
| Interested Party | Navitas Lease Corp. Isaoa | 203 Fort Wade Rd Unit 300<br>Ponte Verde FL 32081-5159 | | First Class Mail |
| Interested Party | NBLN Limited Partnership, a Georgia Limited Partnership | 280 Main Street<br>East Aurora NY 14052 | | First Class Mail |
| United States Trustee Eastern District of New York | Office of The United States Trustee for Region 2 | Attn: Christine H. Black<br>Alfonse D'Amato Federal Courthouse<br>560 Federal Plaza<br>Central Islip NY 11722-4456 | Christine.H.Black@usdoj.gov | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Office of Counsel<br>Building 9, W A Harriman Campus<br>Albany NY 12224-0341 | | First Class Mail |
| Top 30 Unsecured Creditor | New York State Department of Taxation and Finance | Attn: Office of Counsel<br>Building 9<br>W A Harriman Campus<br>Albany NY 12227 | | First Class Mail |
| Counsel to Norma Jones, Individually and as Executory/Fiduciary of The Estate of Vernan J. Spears | Nicholas, Perot, Smith, Bernhardt & Zosh, P. C. | Attn: Michaelangelo Cieri<br>12364 Main Road<br>Akron NY 14001 | | First Class Mail |
| Interested Party | Norma Jones, Individually and as Executory/Fiduciary of The Estate of Vernan J. Spears | 5272 Salt Works Road<br>Middleport NY 14105 | | First Class Mail |
| Top 30 Unsecured Creditor | Preventive Diagnostics, Inc. | Attn: Officer  Director<br>12 Spencer Street<br>Brooklyn NY 11205 | mark@pdihealth.com | First Class Mail and Email |
| Interested Party | Oxford Coverage, Inc | 2914 Avenue L<br>Brooklyn NY 11210 | | First Class Mail |
| Top 30 Unsecured Creditor | Paterson Healthcare Interior Design | Attn: Officer  Director<br>1167 East 26th St.<br>Brooklyn NY 11210 | | First Class Mail |
| Interested Party | Premier Claims Management, LLC | 2020 North Tustin Ave<br>Santa Ana CA 92705 | | First Class Mail |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Interested Party | Rebecca Danser | 216 North 11Th Street<br>Olean NY 14760 | | First Class Mail |
| Interested Party | Rose Mary Sanmarco-Yuschak, Individually and as Executrix of The Estate of Stephene Ann Sanmarco | 222 Suzan Place<br>Tuttle OK 73089 | | First Class Mail |
| Interested Party | Ruthann Bently Foster, as Executrix of The Estate of Carrol E. Foster A.K.A Carol E Foster | 7524 East Route 20<br>Westfield NY 14787 | | First Class Mail |
| Equity | Samuel Sherman | c/o Absolute Facilities Management, LLC<br>225 Warner Avenue<br>Roselyn Heights NY 11577 | | First Class Mail |
| Top 30 Unsecured Creditor | Schwartz Sladkus Reich Greenberg Atlas | Attn: Officer  Director<br>444 Madison Avenue, 6th Floor<br>New York NY 10022 | | First Class Mail |
| Interested Party | SCI Underwriting Management, LLC | 10 New Driftway, Suite 302<br>Scitiate MA 02066- | | First Class Mail |
| Interested Party | Secretary of Housing and Urban Development | 451 7Th Street Sw<br>Washington DC 20410 | | First Class Mail |
| Interested Party | Secretary of Housing and Urban Development | 465 Main Street<br>Buffalo NY 14203-1780 | | First Class Mail |
| Secretary of Housing and Urban Development | Secretary of Housing and Urban Development | Attn: Secretary of Housing and Urban Development<br>451 7th Street SW<br>Washington DC 20014 | | First Class Mail |

Case 8-19-76260-ast    Doc 208    Filed 10/28/19    Entered 10/28/19 19:59:51

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Counsel to Joseph J. Tomaino, Patient Care Ombudsman | SilvermanAcampora LLP | Attn: Ronald J. Friedman<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho NY 11753 | RFriedman@SilvermanAcampora.com | First Class Mail and Email |
| Securities and Exchange Commission - Northeast Regional Office | Securities and Exchange Commission - Northeast Regional Office | Attn: Bankruptcy Department<br>233 Broadway<br>New York NY 10279 | | First Class Mail |
| Interested Party | Sedgwick CMS PL-MCU | P.O. Box 14478<br>Lexington KY 40512 | | First Class Mail |
| Interested Party | Signature Financial LLC | 225 Boradhollow Rd, Suite 132W<br>Melville NY 11747 | | First Class Mail |
| Top 30 Unsecured Creditor | Sysco Frozen Foods | Attn: Officer  Director<br>2508 Warners Rd<br>Warners NY 13164 | info@syr.sysco.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | SolaMed 02, LLC | Attn: Officer  Director<br>5308-13th Ave.<br>Brooklyn NY 11219 | | First Class Mail |
| Interested Party | Specialty Rx Inc. | 209 East 11Th Street<br>Roselle NJ 07203 | | First Class Mail |
| Attorney General of the State of New York | State of New York Office of the Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| Interested Party | Sterling National Bank | 42 Broadway<br>New York NY 10004 | | First Class Mail |
| Interested Party | Sterling National Bank | 500 7Th Avenue<br>New York NY 10018 | | First Class Mail |
| Top 30 Unsecured Creditor | TwinMed | Attn: Officer  Director<br>11333 Greenstone Avenue<br>Santa Fe Springs CA 90670 | twinmedbilling@twinmed.com<br>twinmedpurchasing@twinmed.com | First Class Mail and Email |
| Interested Party | Tammy Finnegan, as Proposed Administratrix of The Estate of Camille Franks | 305 Lindsey Lane<br>Orchard Park NY 14127 | | First Class Mail |
| Counsel to Julie Hall | Tang Law Firm, P.C. | Attn: Michelle Tang<br>11835 Queens Blvd<br>Ste 400<br>Queens NY 11375 | | First Class Mail |
| Interested Party | Tcf Equipment Finance, Inc. | 11100 Wayzata Boulevard, Suite 801<br>Minnetonka MN 55305 | | First Class Mail |
| Interested Party | Terry Douglas as Proposed Administratrix of The Estate of Judy Archer | 264 Garden Street<br>Lockport NY 14094 | | First Class Mail |
| Interested Party | The Arba Group, Inc | Attn: Scott Krieger<br>6300 Wilshire Blvd. #1800<br>Los Angeles CA 90048 | | First Class Mail |
| Interested Party | Todd Johnson, as Administrator of The Estate of John H.W. Johnson, Sr | 10790 Hanover Road<br>Forestville NY 14062 | | First Class Mail |


In re: Absolut Facilities Management, LLC, *et al.*
Case No. 19-76260 (AST)

Page 8 of 9

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Trustaff Travel Nurses, LLC | Attn: Bonezzi, Switzer, Polito, & Hupp<br>312 Walnut Street, Suite 2530<br>Cincinnati OH 45202-9914 | | First Class Mail |
| Top 30 Unsecured Creditor | Trustaff Travel Nurses, LLC | Attn: Officer  Director<br>4675 Cornell Road<br>Cincinnati OH 45241 | | First Class Mail |
| U.S. Centers for Medicare & Medicaid Services | U.S. Centers for Medicare & Medicaid Services | | j6bnk@anthem.com<br>jkbankruptcy@anthem.com | Email |
| Interested Party | U.S. Bank Equipment Finance, a Division of U.S. Bank | 1310 Madrid Street<br>Marshall MN 56258 | | First Class Mail |
| U.S. Equal Employment Opportunity Commission | U.S. Equal Employment Opportunity Commission | 33 Whitehall Street, 5th Floor<br>New York NY 10004 | | First Class Mail |
| United States Department of Housing and Urban Development | United States Attorney Eastern District of New York | Attn: Richard P. Donoghue, Megan J. Freismuth<br>610 Federal Plaza, 5th Floor<br>Central Islip NY 11722 | megan.freismuth@usdoj.gov | First Class Mail and Email |
| United States Department of Labor | United States Department of Labor | Attn: Marita Lawrence<br>130 South Elmwood Avenue, Room 534<br>Buffalo  NY 14202 | | First Class Mail |
| United States Attorney's Office for the Eastern District of New York | US Attorney for Eastern District of New York | Attn: Bankruptcy Division<br>610 Federal Plaza<br>Central Islip NY 11722-4454 | | First Class Mail |
| Counsel to the Pre-Petition Lender Capital Funding Group, Inc. | Vedder Price P.C. | Attn: Michael L. Schein<br>805 Third Avenue<br>New York NY 10022 | mschein@vedderprice.com | First Class Mail and Email |
| Counsel to Douglas Taylor and Randy Talor On Behalf of The Estate of Joyce A. Brown | Welch, Donlon & Czarples | Attn: Anna Czarples<br>8 Denison Parkway East<br>Suite 203<br>Corning NY 14830 | anna@wdcinjurylaw.com | First Class Mail and Email |
| Interested Party | Western Litigation TPA Guideone Insurance | Attn:Alona  Croteau<br>1111 Ashworth Rd<br>West Des Moines IA 50265 | | First Class Mail |
| Attorneys for Capital Funding, LLC | Whiteford, Taylor & Preston LLP | Attn: Daniel R. Schimizzi, Esq.<br>200 First Avenue, Floor 3<br>Pittsburgh PA 15222 | dschimmizzi@wtplaw.com | First Class Mail and Email |
| Attorneys for Capital Funding, LLC | Whiteford, Taylor & Preston LLP | Attn: Kenneth M. Lewis, Esq.<br>220 White Plains Road, Second Floor<br>Tarrytown NY 10591 | klewis@wtplaw.com | First Class Mail and Email |
| Interested Party | William C. Erhardt, as Administrator of The Estate of Martha R. Erhardt | 13832 Route 78<br>South Wales NY 14139 | | First Class Mail |
| Interested Party | Willink Properties, LLC | 280 Main Street<br>East Aurora NY 14052 | | First Class Mail |
| Counsel to Designed for Healthcare Ltd. d/b/a Paterson Healthcare Interior Design | Zelmanovitz & Associates PLLC | Attn:  Menachem O. Zelmanovitz<br>1211 Avenue of the Americas<br>40th Floor<br>New York NY 10036 | mendy@zelmlaw.com | First Class Mail and Email |