# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

October 29, 2019

**VIA ECF**

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**George Angelich**
Partner
212.457.5423 DIRECT
212.484.3990 FAX
george.angelich@arentfox.com

Re:  *In re: Absolut Facilities Management, LLC, et al.*, No. 19-76260 (AST)
(Jointly Administered)

Dear Judge Trust:

We represent Arba Group and its affiliates (collectively, the "Landlords"[1]) for the six skilled nursing facilities and one assisted living facility (collectively, the "Senior Care Facilities") operated by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

We write pursuant to the Court's instruction to notify all interested parties that in response to the Landlord's request for a telephonic status conference to discuss certain scheduling and discovery matters [Docket No. 204], the Court has scheduled a telephonic status conference.

**PLEASE TAKE NOTICE** that the Court has scheduled a telephonic status conference for **Friday, November 1, 2019 at 11:00 a.m. Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to participate in the telephonic status conference may do so in accordance with the following call-in instructions:

  Call-in number: 1-855-512-5036
  Passcode: 94818799#

Respectfully submitted,

George Angelich

---

[1] The Landlords are 292 Main Street, LLC; 6060 Armor Road, LLC; 2178 N. Fifth Street, LLC; 101 Creekside Drive, LLC; 4540 Lincoln Drive, LLC; and 26 Cass Street, LLC.

Smart In Your World

1301 Avenue of the Americas, 42nd Floor / New York, NY 10019-6040 / arentfox.com

AFDOCS/21196931.7