

**SCHUYLER G. CARROLL**
Partner

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4820
**Main** 212.407.4000
**Fax** 212.202.5431
scarroll@loeb.com

Via ECF

October 30, 2019

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   *In re: Absolut Facilities Management, LLC, et al.*, No. 19-76260 (AST)
       (Jointly Administered)

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its debtor affiliates, as debtors and debtors-in-possession (the "**Debtors**") in the above-referenced chapter 11 cases.

**PLEASE TAKE NOTICE** that the matters set forth below have been scheduled for a hearing on **November 4, 2019 at 2:00 p.m. (Eastern Time)** before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11202, Courtroom 2554.

- Status Conference;

- (Final) Utilities Motion [dkt item 5];

- (Final) Cash Management Motion [dkt item 11];

- (Final) Insurance Motion [dkt item 12];

- (Final) Wages, Employee Obligations and Taxes Motion [dkt item 13];

- (Initial) Prepetition Taxes Motion [dkt item 14];

- (Final) Critical Vendors [dkt item 10]; and

- (Interim) DIP and Cash Collateral Motion [dkt item 4].

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

18330195



**PLEASE TAKE FURTHER NOTICE** that the hearing on the DIP and Cash Collateral Motion [dkt item 4] will be an interim hearing.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive copies of the matters set forth above, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq. at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; nweingarten@loeb.com.

Sincerely,

Schuyler G. Carroll
Partner