**LEVY RATNER, P.C.**
Jessica I. Apter, Esq.
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175
(212) 627 8100
(212) 627-8182 (fax)
japter@levyratner.com

*Attorneys for 1199SEIU United Healthcare Workers East*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT CARE OF GASPORT<br><br>Debtor. | Chapter 11<br><br>Case No. 8-19-76260-ast<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears as counsel for the 1199SEIU United Healthcare Workers East, as creditors and parties in interest herein, and demands that notice given or required to be given in these cases, and all papers served in these cases, be given to and served upon:

Jessica I. Apter
LEVY RATNER, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011-7175
Telephone: (212) 627-8100
Facsimile: (212) 627-8182
Email: japter@levyratner.com

1-867-00002: 11071835.docx

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, electronic or otherwise, which affects either the Debtor or any property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after de novo review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: November 4, 2019
New York, New York

LEVY RATNER, P.C.

/s/    Jessica I. Apter
By:    Jessica I. Apter
*Attorneys for 1199SEIU Healthcare Workers East*
80 Eighth Avenue, 8th Floor
New York, New York 10011-7175
(212) 627-8100
(212) 627-8182 (fax)

1-867-00002: 11071835.docx