

**DANIEL B. BESIKOF**
Partner

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4129
**Main** 212.407.4000
**Fax** 646.417.6335
dbesikof@loeb.com

December 4, 2019

Hon. Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   *In re Absolut Facilities Management, et al.*, Case No. 19-76260-ast

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its affiliated debtor entities (collectively, the "**Debtors**") as debtors-in-possession in the above-referenced chapter 11 cases.

**PLEASE TAKE NOTICE** that a hearing on the matters set forth below has been scheduled for **January 13, 2020 at 11:00 a.m. (Eastern Time)** before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 2554, Brooklyn, NY 11201.

- The Debtors' Motion for Entry of an Order Enlarging the Period Within Which the Debtors May Remove Actions (Dkt. No. 292); and

- Application for Order (I) Shortening Time for Hearing on Debtors' Motion for Entry of an Order Enlarging the Period Within Which the Debtors May Remove Actions or, in Alternative, (II) for Bridge Order Extending Removal Period Through Hearing on Full Notice (Dkt. No. 293).

**PLEASE TAKE FURTHER NOTICE** that any response to the above-referenced matters must be filed so as to be received by **January 6, 2020 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive copies of any of the motions set forth above, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq. at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; nweingarten@loeb.com.

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

18509379



Hon. Alan S. Trust
December 4, 2019
Page 2

We thank the Court for its attention to this matter.

Sincerely,

/s/ *Daniel B. Besikof*
Daniel B. Besikof
Partner