**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
         dbesikof@loeb.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Absolut Facilities Management, LLC, *et al*. <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-76260 <br> Case No. 19-76263 <br> Case No. 19-76267 <br> Case No. 19-76268 <br> Case No. 19-76269 <br> Case No. 19-76270 <br> Case No. 19-76271 <br> Case No. 19-76272 <br><br> (Jointly Administered) |

## NOTICE OF SUBMISSION OF FEE STATEMENTS FOR WKL ADVISORS, LLC

**PLEASE TAKE NOTICE** pursuant to *Order Authorizing Employment and Retention of William K. Lenhart of WKL Advisors, LLC as Independent Director for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 283], (i) attached hereto as **Exhibit A** is a copy of the invoice of WKL Advisors, LLC for September 2019; and (ii) attached hereto as **Exhibit B** is a copy of the invoice of WKL Advisors, LLC for October 2019.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

18537152.1
233620-10001

Dated: December 11, 2019      LOEB & LOEB LLP
       New York, New York

*/s/ Schuyler G. Carroll*
Schuyler G. Carroll
Daniel B. Besikof
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
scarroll@loeb.com
dbesikof@loeb.com

*Counsel to the Debtors
and Debtors-in-Possession*

# Exhibit A

# WKL ADVISORS, LLC

William K. Lenhart
400 Seasage Drive Apt. 602
Delray Beach, Florida 33483
Phone:  917-941-0855
Email:  blenhart@wkladvisors.com

October 6, 2019

Via E-Mail

Mr. Israel Sherman
Managing Member
Absolut Facilities Management, LLC
111 Marcus Avenue, Suite 107
Lake Success, New York  11042

Re:  Absolut Facilities Management, LLC ("AFM")

Dear Mr. Sherman,

Pursuant to our engagement letter signed by you on August 29, 2019, WKL ADVISORS, LLC ("WKL ADVISORS") will be paid a prepaid monthly retainer of $5,000 for up to 15 hours of service per month and any time in excess of the 15 hours within the month will be billed at a rate of $350 per hour in minimum half hour increments.   The following is our bill for services as of September 10-30, 2019 :

Summary of charges:

| | |
|---|---|
| Fees incurred (9/10-30/2019) | $16,450.00 |
| Reimbursement of expenses | 89.40 |
| See attached invoice | |
| Total Amount Due | **$16,539.40** |

If you have any questions regarding this invoice, please contact me at (917) 941-0855.

Payments should be made to:   WKL Advisors, LLC
Wire Transfer Information:    Chase A/C 527662105
                              ABA Routing # 021000021
                              Swift Code:  CHASUS33

Respectfully submitted,

William K Lenhart

WKL Advisors, LLC

CC: Phil Hoffman
　　Mike Wyse
　　Schuyler Carroll
　　Dan Besikof

# **WKL ADVISORS, LLC**

William K. Lenhart
400 Seasage Drive Apt. 602
Delray Beach, Florida 33483
Phone:  917-941-0855
Email:  blenhart@wkladvisors.com

October 6. 2019

Via E-Mail

Mr. Israel Sherman
Managing Member
Absolut Facilities Management, LLC
111 Marcus Avenue, Suite 107
Lake Success, New York  11042

Re:  Absolut Facilities Management, LLC ("AFM")

WKL ADVISORS, LLC   E.I.N. 46-4157702                          Invoice # 002- AFM

For the period September 10-30,2019

Professional services (see attached detail):

  Excess hours over retainer-  47 @ $350/hr.                    $16,450.00

  Reimbursement of expenses                                            89.40


      **TOTAL DUE**                                                    **$16,539.40**


Payments should be made to:  WKL Advisors, LLC
Wire Transfer Information:    Chase A/C #  527662105
                                 ABA Routing # 021000021
                                 Swift Code: CHASUS33

## WKL ADVISORS, LLC
**Time Detail for the Period September 10 - 30 , 2019**
Appendix A

| Date | Descrription | Time Spent |
|---|---|---|
| 9/11/2019 | Review various emails and attend calls regarding the filing, SC, DB, MW, PH and others | **1.0** |
| 9/12/2019 | Review various emails and attend calls regarding the filing, SC, DB, MW, PH and others | **1.0** |
| 9/14/2019 | Various emails regarding the court hearing on the DIP etc., call with SC on testimony | 0.5 |
| | Coordinate a prep call on hearing etc. | 0.5 |
| | Catch up on first day filing docs, revised cash flows and related support | 2.0 |
| | | **3.0** |
| 9/15/2019 | Review various documents, prepare for cash flow etc, call re DIP funding | 1.5 |
| | Conf call, counsel, MW, PH and others re cash flow | 0.7 |
| | | **2.2** |
| 9/16/2019 | Conf call on cash flow/DIP hearing, MW, MF,PH,MD | 1.0 |
| | Prep for hearing | 0.5 |
| | Call with counsel and MW to prepare for hearing | 1.5 |
| | Call to review revised cash flow, MW,MF,MD and PH | 1.5 |
| | Team all hands conf call regarding Landlords issues, Billit fees and cash flow | 1.0 |
| | | **5.0** |
| 9/17/2019 | Review complete set of filed DIP Docs and other Motions and /or objections | 2.5 |
| | Call on Billit and cash flow with MD, MW and PH | 1.0 |
| | Meet with counsel, SA, to prep for hearing and testimony | 1.5 |
| | | **5.0** |
| 9/18/2019 | Conf call with team, counsel and company regarding final prep for hearing | 1.0 |
| | Review emails related to hearing and DIP objections | 0.5 |
| | Attend hearing, prep with counsel , etc. | 5.5 |
| | Travel time in excess of 4 hours R/T to court | 1.0 |
| | | **8.0** |
| 9/19/2019 | Review █████████████████ and f/u with counsel | **0.5** |
| 9/21/2019 | Review and comment om Case Project Plan/Timeline | **1.0** |
| 9/22/2019 | Review revised Project Plan and provide comments | **0.5** |
| 9/23/2019 | Call with Phil H re various analyes for SOFAs and SOALs | 0.2 |
| | Review landlord court filings, motion TRO etc | 1.1 |
| | Review other emails re cash flow, disbursements, OP closure etc. | 0.7 |
| | | **2.0** |
| 9/24/2019 | Conf. call with Team, counsel, management etc. re: OP closure, TRO etc. | 1.2 |
| | Follow up on responses to Landlord and other emails | 0.3 |
| | | **1.5** |
| 9/25/2019 | Review response to Landlord objections to closure etc. | 1.0 |
| | Review revised audited financial statements | 1.0 |
| | Review various financial imformation on OP and consolidated | 0.2 |
| | various calls with counsel regarding objections etc | 0.3 |
| | | **2.5** |
| 9/26/2019 | Call with PH regarding accounting etc for non filed LLCs | 0.3 |
| | Team call re Lanlords' attorney possible offer to fund OP losses while staying open | 1.0 |

|  |  |  |
|---|---|---|
|  | Prep with Team and counsel regarding Oct. 3 court hearing & F/U with counsel | **1.0** |
|  |  | **2.3** |
| 9/27/2019 | Discuss case issues with counsel SC | **0.4** |
| 9/29/2019 | Discuss preparation for hearing and Declaration with counsel | **0.6** |
| 9/30/2019 | Review Landlords and CFI objections to OP closure and the appt. of a Trustee | 2.7 |
|  | Review and comment on Debtors responses to objections | 2.3 |
|  | Review and comment on various Declarations, including my own | 1.4 |
|  | Prep for deposition with counsel | 1.0 |
|  | Review Budget v Actual cash flow, support to disbursements etc | 1.4 |
|  | Review OP Financials, 2018 and current run rate, census info, Bluepoint's marketing information for potential buyers/operators | **1.7** |
|  |  | **10.5** |

|  |  |
|---|---|
| **Total** | **47.0** |
| **Less Retainer Hours** | **0.0** |
| **(September hours applied prepetition Inv# 001-AFM)** |  |
| **Excess Hours over Retainer** | **47.0** |
| **Rate** | $350.00 |
| **Additional Fee** | **$16,450.00** |

### WKL ADVISORS, LLC
**Time Detail for the Period September 10 - 30, 2019**
**Appendix B**

**TRAVEL EXPENSES:**

|  |  |  |  |
|---|---|---|---|
| 9/18/2019 | Tolls to Central Islip Cout House | $ | 30.00 |
|  | Mileage: 55x2=110 x .54= | $ | 59.40 |
|  | **Total Expenses** | **$** | **89.40** |

# Exhibit B

# WKL ADVISORS, LLC

William K. Lenhart
400 Seasage Drive Apt. 602
Delray Beach, Florida 33483
Phone: 917-941-0855
Email: blenhart@wkladvisors.com

November 2, 2019

Via E-Mail

Mr. Israel Sherman
Managing Member
Absolut Facilities Management, LLC
111 Marcus Avenue, Suite 107
Lake Success, New York 11042

Re: Absolut Facilities Management, LLC ("AFM")

Dear Mr. Sherman,

Pursuant to our engagement letter signed by you on August 29, 2019, WKL ADVISORS, LLC ("WKL ADVISORS") will be paid a prepaid monthly retainer of $5,000 for up to 15 hours of service per month and any time in excess of the 15 hours within the month will be billed at a rate of $350 per hour in minimum half hour increments. The following is our bill for services as of October 1-31, 2019 :

Summary of charges:

| | |
|---|---:|
| Monthly Retainer for up to 15 Hrs. | $5,000.00 |
| Fee for excess hours of service | 8,680.00 |
| Reimbursement of expenses | 11.00 |
| ( See attached invoice) | |
| Amount Due for October | **$13,691.00** |
| Previous unpaid bill, post-petition #002 | **16,539.40** |
| **Total Amount Due** | **$30,230.40** |

If you have any questions regarding this invoice, please contact me at (917) 941-0855.

Payments should be made to:    WKL Advisors, LLC
Wire Transfer Information:      Chase A/C 527662105
                                ABA Routing # 021000021
                                Swift Code: CHASUS33

Respectfully submitted,

William K Lenhart
WKL Advisors, LLC

CC: Phil Hoffman
    Mike Wyse
    Schuyler Carroll
    Dan Besikof

# WKL ADVISORS, LLC

William K. Lenhart
400 Seasage Drive Apt. 602
Delray Beach, Florida 33483
Phone:  917-941-0855
Email:  blenhart@wkladvisors.com

November 2. 2019

Via E-Mail

Mr. Israel Sherman
Managing Member
Absolut Facilities Management, LLC
111 Marcus Avenue, Suite 107
Lake Success, New York  11042

Re:  Absolut Facilities Management, LLC ("AFM")

WKL ADVISORS, LLC   E.I.N. 46-4157702                           Invoice # 003- AFM

For the period October 1-31,2019

Professional services (see attached detail):

   Monthly Retainer for up to 15 Hrs.                           $5,000.00

   Excess hours over retainer-  24.8 @ $350/hr.                  8,680.00

   Reimbursement of expenses                                        11.00


   **TOTAL DUE**                                               **$13,691.00**


Payments should be made to:  WKL Advisors, LLC
Wire Transfer Information:   Chase A/C #  527662105
                             ABA Routing # 021000021
                             Swift Code: CHASUS33

## WKL ADVISORS, LLC
**Time Detail for the Period October 1-31, 2019**
Appendix A

| Date | Description | Time Spent |
|---|---|---|
| 10/1/2019 | Discuss and revise Declaration with counsel and other draft court docs. | 1.3 |
| | Preparation and attend my deposition by Landlords counsel at AF offices | 3.5 |
| | After depo, meet with counsel of Landlords and their F/A to negotiate settlement | 0.5 |
| | | **5.3** |
| 10/2/2019 | Finalize and sign declaration | 0.5 |
| | Prepare and attend all day meetings at AF ffices to negotiate settlement with Landlords. Meetings with Loeb team, Mike Wyse and Landlords' reps | 8.0 |
| | | **8.5** |
| 10/3/2019 | Various call, emails on updates on court activity | 0.4 |
| | Speak with Mike W re cash collateral issues, cash flow etc. | 0.5 |
| | Review cash flow BvA, detail of disbursements etc. | 0.7 |
| | Review BBC for 8/31/2019 and most recent | 0.4 |
| | | **2.0** |
| 10/5/2019 | Review emails from the Debtor regarding cash flow etc and other case issues | **0.8** |
| 10/6/2019 | Review revised cash flow and provide comments | 1.2 |
| | Various emails regarding prep of cash flow and forecasts | 0.3 |
| | | **1.5** |
| 10/7/2019 | Call with counsel re IB bids and Landlord Term Sheet | 0.3 |
| | Call with CRO to discuss status of revised cash flow and BCC etc | 0.2 |
| | Conf call to discuss Landlord Term sheet with Loeb team, CRO, Shermans | 1.0 |
| | Review revised Term Sheet and comment, draft TSA and other IB proposals | 1.5 |
| | Review revised cash flows and OP vs AP impact | 0.5 |
| | | **3.5** |
| 10/8/2019 | Review M Wyse Declaration and provide comments | 0.9 |
| | Review emails and communicate with counsel re status etc. | 0.5 |
| | | **1.4** |
| 10/13/2019 | Review IB bids matrix in prep for call | 0.3 |
| | Conf call with counsel, SC and DB, and MW to review bids and determine next steps | 0.7 |
| | | **1.0** |

| Date | Description | Hours |
|---|---|---|
| 10/17/2019 | Review various emails regarding Landlord isues, OP closure status, Ibs and term sheet on financing replacement | 1.0 |
| | Conf. call counsel, SC, DB, and IS, MW,Evan from L&L, Farbenblums (part) | 2.1 |
| | Follow up call with MW, re term sheet, TCA and other items | <u>0.4</u> |
| | | **3.5** |
| 10/19/2019 | Review letters/emails from DOH re OP closure, review updated version of Landlord Term Sheet, SSG IB proposal/eng letter and most recent BVA cash flow | **1.1** |
| 10/20/2019 | Conf call , counsel SC and DB, IS , SDolan and MW to discuss OP closure, DOH letter | 0.5 |
| | Review letter draft to Landlord re DOH etc on OP | 0.3 |
| | Complete retention application | 0.5 |
| | Review an additional IB proposal | 0.3 |
| | Review other case related emails | <u>0.4</u> |
| | | **2.0** |
| 10/21/2019 | Conf call with Mwyse, PH and counsel regarding prep of first MOR | 0.5 |
| | Review MOR schedules in prep for call | 0.5 |
| | Review revised Landlord Term Sheet and f/u call with counsel | 1.0 |
| | Call with counsel, SC and DB and MW re response to Landlord | 0.6 |
| | Review letter rec'd from HUD re OP closing | <u>0.4</u> |
| | | **3.0** |
| 10/22/2019 | Conf call with DB, SA and MW re Landlord Trem sheet | **0.4** |
| 10/23/2019 | Conf call with; counsels, SC,DB,SA, Isreal and Alex Sherman to discuss landlord term sheet | 0.7 |
| | Review various emails on operations from MW | <u>0.5</u> |
| | | **1.2** |
| 10/25/2019 | Review Landlords' revised Term Sheet | **0.5** |
| 10/27/2019 | Conf call with counsels, DB and SC, Isreal and Alex to review and discuss comments to Landlords' Term Sheet and coordinate with IS personal attorney | **1.6** |
| 10/28/2019 | Review various emails regarding negotiations with Landlords | 0.5 |
| | prepare open item list for prof debtor team to discuss | <u>0.5</u> |
| | | **1.0** |

| | | |
|---|---|---:|
| 10/30/2019 | Conf call with counsels, SC, DB, and Mike W to review various open issues, | |
| | like term sheet, cash collateral, insurance etc. | 1.3 |
| | Review various f/u emails on topics discussed | 0.2 |
| | | **1.5** |

| | |
|---:|---:|
| **Total** | 39.8 |
| **Less Monthly Retainer Hours** | -15.0 |
| **Excess Hours for Month** | 24.8 |
| **Rate** | $  350.00 |
| **Billing for Excess Hours** | **$ 8,680.00** |

## WKL ADVISORS, LLC
**Time Detail for the Period October 1-31, 2019**
**Appendix B**

**AVEL EXPENSES:**

| | | | |
|---|---|---:|---:|
| 10/1/2019 | Subway to/from counsel's office for deposition | $ | 5.50 |
| 10/2/2019 | Subway to/from counsel's office re settlement meetings | $ | 5.50 |
| | | **$** | **11.00** |