Andrew I. Silfen
George P. Angelich
Jordana L. Renert
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: andrew.silfen@arentfox.com
      george.angelich@arentfox.com
      jordana.renert@arentfox.com

*Counsel for Arba Group*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Absolut Facilities Management, LLC, *et al.*,<br><br>               Debtors.¹ | Chapter 11<br><br>Case No. 19-76260 (AST)<br>Case No. 19-76263 (AST)<br>Case No. 19-76267 (AST)<br>Case No. 19-76268 (AST)<br>Case No. 19-76269 (AST)<br>Case No. 19-76270 (AST)<br>Case No. 19-76271 (AST)<br>Case No. 19-76272 (AST)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) s.s.:
COUNTY OF NEW YORK  )

    ALYSSA FIORENTINO, being duly sworn, deposes and says:

    1.    Deponent is not a part to this action, is over eighteen years of age, and resides in Hudson County, State of New Jersey.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924) (collectively, the "Debtors").

2

2. On January 3, 2020, I served a true and correct copy of *Landlords' Objection to Debtors' Motion To Extend Exclusive Periods* [Docket No. 362] via electronic mail upon the parties listed in attached service list.

/s/ *Alyssa Fiorentino*
Alyssa Fiorentino

Sworn to before me this
7th day of January, 2020

/s/ *Melton L. Sawyer*
Notary Public, State of New York
Qualified in Queens County
Commission Expires July 5, 2023
Registration #01SA6244327

2

In re: Absolut Facilities Management, LLC, *et al.*
Service List
Case No. 19-76260 (AST)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Claims Agent | Prime Clerk LLC | Attn: Jessica G. Berman | absolutteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to Patient 41 | Brown Chiari LLP | Attn: Andrea Conjerti | aconjerti@brownchiari.com |
| Counsel to Specialty RX, Inc. and Specialty RX NY, Inc | Jacobowitz Newman Tversky LLP | Attn: Aviva Francis, Evan M. Newman | afrancis@jntllp.com enewman@jntllp.com |
| Counsel to Patients 18, 50, 5749, 5753, 5761, 5777 | Brown Chiari LLP | Attn: Angelo Gambino | agambino@brownchiari.com |
| Counsel to Signature Financial, LLC | Bradshaw Law Group PC | Attn: Andrew B. Helfand | ahelfand@bradshawlawgrouppc.com |
| Counsel to Douglas Taylor and Randy Talor On Behalf of The Estate of Joyce A. Brown | Welch, Donlon & Czarples | Attn: Anna Czarples | anna@wdcinjurylaw.com |
| Proposed counsel for the Official Committee of Unsecured Creditors | AMINI LLC | Attn: Avery Samet & Jeffrey Chubak | asamet@aminillc.com jchubak@aminillc.com |
| Counsel to Axis Surplus Insurance Company | Thaler Law Firm PLLC | Attn: Andrew M. Thaler | athaler@athalerlaw.com |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Patient 24 | Brown Chiari LLP | Attn: Brian Hogan | bhogan@brownchiari.com |
| Counsel to Patient 5755 | Lotempio PC Law Group | Attn: Brian Knauth | bknauth@lotempiopc.com |
| Counsel to Patient 5760 | Lotempio PC Law Group | Attn: Boyd Earl | Boydearl@lotempiopc.com |
| Counsel to Sterling National Bank | Foster & Wolkind, P.C. | Attn: Bryan E. Wolkind | bwolkind@foster-wolkind.com |
| Counsel to Patients 5757, 5783, 5791 | Brown Chiari LLP | Attn: Coleen Fahey | cfahey@brownchiari.com |
| Counsel to U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | Attn: Charles Gruen | cgruen@gruenlaw.com |
| Counsel to U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | Attn: Charles Gruen | cgruen@gruenlaw.com |
| Counsel to EDRNC Operating, LLC, HORNC Operating, LLC, DURNC Operating, LLC, SARNC Operating, LLC, EDRNC Realty, LLC, HORNC Realty, LLC, DURNC Realty, LLC, COTRNC Realty, LLC, and SARNC Realty, LLC | Bond, Schoeneck & King, PLLC | Attn: Camille W. Hill & Stephen A. Donato | chill@bsk.com sdonato@bsk.com |
| United States Trustee Eastern District of New York | Office of The United States Trustee for Region 2 | Attn: Christine H. Black | Christine.H.Black@usdoj.gov |
| Counsel to Patients 38, 45 and 5787 | Finkelstein & Partners LLP | Attn: Mary Ellen Wright | CIS@lawampm.com |
| Interested Party | Jackson Lewis P.C. | Attn: Clemente J. Parente | Clemente.Parente@jacksonlewis.com |
| Top 30 Unsecured Creditor | Favorite Healthcare Staffing, Inc. | Attn: Christopher Brink, COO | Corporate@FavoriteStaffing.com |
| Top 30 Unsecured Creditor | Harter, Secrest & Emery LLP | Attn: Officer  Director | cwittlin@hselaw.com |

In re: Absolut Facilities Management, LLC, *et al.*
Service List
Case No. 19-76260 (AST)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Patient 5773 | Ramos & Ramos | Attn: Dean Smith | dean@ramosandramos.com |
| Counsel to Patients 5767, 5786 | Brown Chiari LLP | Attn: David Olson | dolson@brownchiari.com |
| Attorneys for Capital Funding, LLC | Whiteford, Taylor & Preston LLP | Attn: Daniel R. Schimizzi, Esq. | dschimmizzi@wtplaw.com |
| Counsel to Patients 5778 | Brown Chiari LLP | Attn: Eleanor Bliss Ferry | eferry@brownchiari.com |
| Interested Party | Equal Employment Opportunity Commission | Attn: Elizabeth Fox-Solomon, Jeffrey Burstein, Kimberly Cruz & Nora Curtin | elizabeth.fox-solomon@eeoc.gov JEFFREY.BURSTEIN@EEOC.GOV KIMBERLY.CRUZ@EEOC.GOV NORA.CURTIN@EEOC.GOV |
| Counsel to Capital Finance, LLC | Blank Rome LLP | Attn: Evan J. Zucker | EZucker@BlankRome.com |
| Counsel to Cass Development Company | Hodgson Russ LLP | Attn: Garry M. Graber | ggraber@hodgsonruss.com |
| HMS (OMIG audits) | HMS (OMIG audits) | Attn: Gina Scrivano | gina.scrivano@hms.com |
| Counsel to Clinical Staffing Resources Corp. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com ysutton@lazarusandlazarus.com |
| Top 30 Unsecured Creditor | GuideOne Insurance | Attn: Officer  Director | info@alangray.com |
| Top 30 Unsecured Creditor | Feldman, Kieffer & Herman, LLP | Attn: Officer Director, Stephen Manuele, Marcy A. Klizak | info@feldmankieffer.com smanuele@feldmankieffer.com mkliszak@feldmankieffer.com |
| Top 30 Unsecured Creditor | Sysco Frozen Foods | Attn: Officer  Director | info@syr.sysco.com |
| Counsel to 1199SEIU United Healthcare Workers East | Levy Ratner, P.C. | Attn: Jessica I. Apter | japter@levyratner.com |
| Counsel for the Proposed DIP Lender | BODNER LAW PLLC | Attn: Jonathan S. Bodner, Harry M. Gutfleish | jbodner@bodnerlawpllc.com hgutfleish@bodnerlawpllc.com |
| Counsel to Patient 5781 | Connors LLP | Attn: Joseph Morath | jdm@connorsllp.com |
| U.S. Centers for Medicare & Medicaid Services | U.S. Centers for Medicare & Medicaid Services | | jkbankruptcy@wellpoint.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Josh Russell | josh.russell@tax.ny.gov |
| Counsel to Patient 47 | Ziff Law Firm LLP | Attn: James Reed | jreed@zifflaw.com |
| Midland Loan Services, Inc., acting by and through its authorized sub-servicer Berkadia Commercial Mortgage LLC | Duane Morris LLP | Attn: John Robert Weiss | jrweiss@duanemorris.com |

In re: Absolut Facilities Management, LLC, *et al.*
Service List
Case No. 19-76260 (AST)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Patient 5772 | Brown Chiari LLP | Attn: Jeffrey Schalke | jshalke@brownchiari.com |
| Counsel to Grandison Management, Inc. | McCarter & English LLP | Attn: John R. Stoelker | jstoelker@mccarter.com |
| Counsel to Patient 5762 | Campbell & Associates | Attn: Jason Telaak | jtelaak@campbellassociateslaw.com |
| Counsel to Latina Boulevard Foods LLC | Hodgson Russ LLP | Attn: James C. Thoman | jthoman@hodgsonruss.com |
| Interested Party | Kenney Shelton Liptak Nowak LLP | Attn Judith Treger Shelton | jtshelton@kslnlaw.com www.kslnlaw.com |
| Interested Party | Chubb | Attn: Judy Fettner | judith.fettner@chubb.com |
| Counsel to Grandison Management, Inc. | McCarter & English LLP | Attn: Kate Roggio Buck | kbuck@mccarter.com |
| Attorneys for Capital Funding, LLC | Whiteford, Taylor & Preston LLP | Attn: Kenneth M. Lewis, Esq. | klewis@wtplaw.com |
| Counsel to Capital Finance, LLC | Blank Rome LLP | Attn: Kenneth J. Ottaviano, Paige Barr Tinkham | Kottaviano@BlankRome.com Ptinkham@BlankRome.com |
| New York State Department of Health | Office of the New York State Attorney General | Attn: Leo V. Gagion & Enid Nagler Stuart | leo.gagion@ag.ny.gov Enid.Stuart@ag.ny.gov |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Midland Loan Services, Inc., acting by and through its authorized sub-servicer Berkadia Commercial Mortgage LLC | Duane Morris LLP | Attn: Lawrence J. Kotler | ljkotler@duanemorris.com |
| Counsel to Patient 5759 | Shaw & Shaw PC | Attn: Leonard Zaccagnino | lzaccagnino@shawlawpc.com |
| Top 30 Unsecured Creditor | Preventive Diagnostics, Inc. | Attn: Officer  Director | mark@pdihealth.com |
| Counsel to Patients 5751, 5775, 5780, 5788 | Brown Chiari LLP | Attn: Michelle Braun | mbraun@brownchiari.com |
| Counsel to Ohio Casualty Insurance Company and its affiliates | Chiesa Shahinian & Giantomasi PC | Attn: Michael R. Caruso | mcaruso@csglaw.com |
| Counsel to Patient 5766 | Brown Chiari LLP | Attn: Michael Drumm | mdrumm@brownchiari.com |
| United States Department of Housing and Urban Development | United States Attorney Eastern District of New York | Attn: Richard P. Donoghue, Megan J. Freismuth | megan.freismuth@usdoj.gov richard.donoghue@usdoj.gov |
| Counsel to Designed for Healthcare Ltd. d/b/a Paterson Healthcare Interior Design | Zelmanovitz & Associates PLLC | Attn:  Menachem O. Zelmanovitz | mendy@zelmlaw.com |
| Top 30 Unsecured Creditor | Grandview Brokerage | Attn: Officer  Director | michael@gvwins.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |

In re: Absolut Facilities Management, LLC, *et al.*
Service List
Case No. 19-76260 (AST)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Patient 5770 | Brown Chiari LLP | Attn: Michael Lancer | mlancer@brownchiari.com |
| Chubb European Group SE | Cullen and Dykman LLP | Attn: Matthew G. Roseman | mroseman@cullenllp.com |
| Counsel to Patients 20, 53, 5768, 5776, 5784 | Brown Chiari LLP | Attn: Michael Scinta | mscinta@brownchiari.com |
| Counsel to Patient 5769 | Tang Law Firm PC | Attn: Michelle Tang | myqtang@yahoo.com |
| Counsel to Patients 5754, 5789, 5798 | Brown Chiari LLP | Attn: Nicole Marques | nmarques@brownchiari.com |
| Interested Party | Favorite Healthcare Staffing, Inc. | Attn: David J. Noonan | noonan@law-djn.com |
| Counsel to Patient 5785 | Smith Miner O'Shea & Smith LLP | Attn: Philip J O'Shea, Jr. | oshea@smithminerlaw.com |
| Counsel to 777 Equipment Finance LLC | Benanti & Associates | Attn: Paul A. De Genaro | pdegenaro@benantilaw.com |
| Counsel to 777 Equipment Finance LLC | Benanti & Associates | Attn: Paul A. De Genaro | pdegenaro@benantilaw.com |
| Counsel to Kaufman Borgeest & Ryan LLP | Kaufman Borgeest & Ryan LLP | Attn: Robert A. Benjamin | rbenjamin@kbrlaw.com |
| Counsel to Joseph J. Tomaino, Patient Care Ombudsman | SilvermanAcampora LLP | Attn: Ronald J. Friedman | RFriedman@SilvermanAcampora.com |
| Top 30 Unsecured Creditor | New York State Department of Health - Office of Health Insurance Programs (Cash Receipets Assessment) | Attn: Officer  Director | richard.zahnleuter@health.ny.gov<br>Tracy.hennige@health.ny.gov |
| Ascentium Capital LLC | Ascentium Capital LLC | Attn: Ronika Robinson | RonikaRobinson@AscentiumCapital.com |
| Counsel to Paramount Roofing Inc | Rupp Baase Pfalzgraf Cunningham LLC | Attn: Kyle C. DiDone | sarzynski@ruppbaase.com<br>didone@ruppbaase.com |
| Counsel to Debtors | Loeb & Loeb | Attn: Schuyler G. Carroll, Daniel B. Besikof, Noah Weingarten | scarroll@loeb.com<br>dbesikof@loeb.com<br>nweingarten@loeb.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Counsel to 1199SEIU United Healthcare Workers East | LEVY RATNER, P.C. | Attn: Suzanne Hepner | shepner@levyratner.com |
| Counsel to Patients 5763, 5764, 5782, 5799 | Brown Chiari LLP | Attn: Tim Hudson | thudson@brownchiari.com |
| Counsel to Patients 6, 9, 294, 5750, 5752, 5756, 5758, 5771, 5774, 5779, 5792, 5793, 5794, 5795, 5796 | Brown Chiari LLP | Attn: Theresa Walsh | twalsh@brownchiari.com |

**In re: Absolut Facilities Management, LLC,** *et al.*
Service List
Case No. 19-76260 (AST)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | TwinMed | Attn: Officer  Director | twinmedbilling@twinmed.com twinmedpurchasing@twinmed.com |
| Interested Party | Corporation Service Company, as Representative | P.O Box 2576 | uccsprep@cscinfo.com |