

**SCHUYLER G. CARROLL**
Partner

345 Park Avenue
New York, NY  10154

**Direct** 212.407.4820
**Main** 212.407.4000
**Fax** 212.202.5431
scarroll@loeb.com

Via ECF

January 22, 2020

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  *In re: Absolut Facilities Management, LLC, et al.*, No. 19-76260 (AST)
 (Jointly Administered)

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its debtor affiliates, as debtors and debtors-in-possession (the "**Debtors**") in the above-referenced chapter 11 cases.

**PLEASE TAKE NOTICE** that the hearing on the *Motion of the Debtors for Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Selection of a Stalking Horse Bidder, (C) Approving Bid Protections, (D) Scheduling Auctions and Hearings to Consider Such Sale of Assets, (E) Approving Assumption and Assignment Procedures Related to Such Sale, and (F) Approving the form and Manner of Related Notice; and (II)(A) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and interests, (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale and (C) Granting Related Relief* (Dkt. No. 269) (the "**Sale Motion**"), currently scheduled for January 23, 2020 at 11:00 a.m., **has been adjourned to January 30, 2020 at 1:30 p.m.** before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, Courtroom 960, 290 Federal Plaza, Central Islip, New York 11722.

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

18653575



**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive a copy of the Sale Motion, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact counsel to the Debtors, Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq., at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; nweingarten@loeb.com.

Sincerely,

*/s/ Schuyler G. Carroll*

Schuyler G. Carroll
Partner