

**SCHUYLER G. CARROLL**
Partner

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4820
**Main**   212.407.4000
**Fax**    212.202.5431
scarroll@loeb.com

Via ECF

February 5, 2020

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   *In re: Absolut Facilities Management, LLC, et al.*, No. 19-76260-ast;
      *Absolut Facilities Management, LLC v. LaSurk*, Adv. Pro. No. 19-8155-ast

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its affiliated debtor entities (collectively, the "**Debtors**") in the above-referenced chapter 11 cases and related adversary proceeding.

**PLEASE TAKE NOTICE** that a telephonic hearing on *Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Litigation Against Debtors' Officer and Manager* (Adv. Pro. No. 19-8155, Dkt. No. 7) has been scheduled for **February 11, 2020 at 3:00 p.m.** before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE** that pursuant to part 10 of Judge Trust's Procedures, requests to appear by telephone are to be emailed to ast_hearings@nyeb.uscourts.gov at least two (2) business days prior to the scheduled hearing date.  Requests must state the reason why the telephonic appearance is being sought.  Any request for a telephonic appearance must be copied to all parties who have filed papers related to the subject matter.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive a copy of any papers relevant to this motion, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact counsel to the Debtors, Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq., at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; or nweingarten@loeb.com.

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

18699633



We thank the Court for its attention to this matter.


Sincerely,

Schuyler G. Carroll
Partner