## EXHIBIT 2

**Cash Projection**

# Jeffrey Chubak

**From:** mwyse@wyseadvisorsllc.com
**Sent:** Wednesday, February 5, 2020 9:23 AM
**To:** Jeffrey Chubak
**Subject:** 5 week cash flow
**Attachments:** AFM_5-week cash flow_020420.xlsx

Latest and greatest attached…includes updates for actuals…other highlights include:
- Additional Medicaid receipts of $800K during week ended 2/21; part of universal settlement
- Shifted some restructuring fees out

CapFi is most likely on board, waiting on their official sign off.
Cheers!
Mike


**Mike Wyse**
**Wyse Advisors LLC**
**85 Broad St, 18th Floor**
**New York, NY 10004**
**Office: (646) 854-5318**
**Mobile: (917) 553-5883**
**www.wyseadvisorsllc.com**

*Subject to On-going Change*

**Absolut Facilities Management**
**Cash Projection - Consolidated**

| | Actual 09/13/19 | Actual 09/20/19 | Actual 09/27/19 | Actual 10/04/19 | Actual 10/11/19 | Actual 10/18/19 | Actual 10/25/19 | Actual 11/01/19 | Actual 11/08/19 | Actual 11/15/19 | Actual 11/22/19 | Actual 11/29/19 | Actual 12/06/19 | Actual 12/13/19 | Actual 12/20/19 | Actual 12/27/19 | Actual 01/03/20 | Actual 01/10/20 | Actual 01/17/20 | Actual 1 01/24/20 | Actual 2 01/31/20 | 1 02/07/20 | 2 02/14/20 | 2 02/21/20 | Sale Closes 3 02/28/20 | 4 03/06/20 | 2/7/20 - 3/6/20 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ended:** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Opening Cash Balance | $622,107 | $209,967 | $240,802 | $1,573,059 | $1,464,784 | $1,649,946 | $1,544,803 | $1,943,207 | $2,062,907 | $1,543,042 | $1,257,711 | $(41,303) | $1,870,876 | $735,675 | $1,186,530 | $1,366,326 | $2,154,365 | $2,526,573 | $1,446,070 | $1,207,970 | $856,124 | $1,887,217 | $707,775 | $389,788 | $345,313 | $1,129,587 | $1,887,217 |
| Anticipated DIP Funding | 209,000 | 610,000 | - | - | - | - | - | - | - | - | - | 804,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Receipts** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medicare | $ - | $ 87 | $ 299,866 | $ 252,278 | $ 11,285 | $ 34,172 | 138,225 | $ 274,784 | $ 14,531 | $ 5,860 | $ 17,759 | $ 694,389 | $ 31,109 | $ 7,244 | $ 1,466 | $ 229,620 | $ 354,366 | $ 32,246 | $ 5,511 | $ 114,508 | $ 413,647 | $ 50,000 | $ - | $ 51,600 | $ 539,180 | $ - | 640,780 |
| Medicaid | 243,738 | 310,481 | 230,203 | 186,103 | 429,210 | 518,819 | 395,309 | 129,033 | 201,407 | 421,817 | 577,174 | 266,078 | 213,552 | 722,570 | 841,349 | 384,289 | 464,132 | 317,705 | 311,646 | 311,700 | 304,356 | 337,144 | 363,373 | 375,487 | 375,487 | 344,602 | 1,796,093 |
| Insurance, Self Pay | - | 662,816 | 1,849,510 | 583,416 | 871,721 | 438,522 | 1,009,617 | 1,039,534 | 742,992 | 460,421 | 725,582 | 1,358,122 | 837,414 | 637,059 | 581,334 | 1,284,748 | 612,984 | 716,113 | 725,566 | 465,314 | 1,326,918 | 632,179 | 674,475 | 433,659 | 1,151,597 | 674,721 | 3,566,631 |
| Miscellaneous/Contingent Medicaid Receipt | 47,578 | - | - | (21,366) | (241,335) | (90,520) | (180,215) | (196,226) | (27,037) | (60,236) | (202,102) | (90,144) | (46,899) | (72,793) | (72,920) | (6,036) | (9,787) | (1,488) | (8,026) | (4,407) | (14,440) | (16,000) | (16,000) | 665,815 | (16,000) | (16,000) | 601,815 |
| Total Receipts | 291,316 | 973,384 | 2,379,579 | 1,000,431 | 1,070,881 | 900,992 | 1,362,936 | 1,247,125 | 931,893 | 827,862 | 1,118,413 | 2,228,445 | 1,035,177 | 1,294,080 | 1,351,229 | 1,892,621 | 1,421,694 | 1,064,576 | 1,034,698 | 887,115 | 2,030,482 | 1,003,323 | 1,021,848 | 1,526,561 | 2,050,264 | 1,003,323 | 6,605,319 |
| **Disbursements** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll/ Taxes | 750,611 | 971,146 | 756,531 | 825,300 | 768,057 | 748,970 | 753,267 | 712,773 | 674,462 | 738,915 | 710,840 | 707,366 | 711,878 | 696,994 | 723,618 | 729,468 | 632,919 | 737,163 | 712,697 | 712,609 | 696,661 | 747,247 | 716,429 | 711,429 | 711,429 | 711,429 | 3,597,964 |
| Insurance | 125,000 | 149,821 | 123,529 | - | 2,071 | - | - | 93,005 | 473,890 | - | - | 95,066 | 133,809 | (150,721) | 2,071 | - | 179,228 | 13,890 | - | - | - | 93,005 | 100,103 | - | - | 46,503 | 239,611 |
| Pharmacy | 35,000 | 35,000 | 35,000 | 35,000 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | - | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | - | 27,500 | 27,500 | 27,500 | 27,500 | - | 110,000 |
| Utilities | - | - | 7,351 | 5,858 | 14,067 | 8,646 | 30,746 | 14,840 | 11,965 | 13,236 | 11,942 | 23,401 | 23,788 | 20,871 | 14,299 | 12,355 | 32,894 | 46,903 | 52,516 | 18,299 | - | 19,835 | 37,800 | - | - | 72,331 | 144,662 |
| Food | 1,845 | 9,374 | 38,584 | 59,334 | 14,085 | 43,753 | 71,863 | 48,283 | 50,307 | 37,261 | 43,100 | 36,632 | 40,862 | 35,328 | 34,307 | 39,503 | 36,289 | 35,794 | 40,533 | 41,378 | 36,421 | 37,800 | 37,800 | 37,800 | 37,800 | 37,800 | 189,000 |
| Supplies | - | 4,720 | 1,099 | 6,262 | 2,641 | 6,168 | 18,123 | 17,335 | 12,373 | 9,810 | 46,984 | 4,738 | 26,528 | 25,765 | 22,624 | 58,260 | 32,185 | 3,649 | 15,399 | 63,608 | 22,054 | 25,869 | 25,869 | 25,869 | 25,869 | 25,869 | 129,345 |
| Vendors | - | 33,888 | 61,879 | 52,984 | 57,298 | 47,129 | 63,033 | 89,720 | 51,488 | 79,138 | 39,621 | 57,074 | 86,926 | 53,666 | 86,946 | 82,872 | 82,372 | 130,901 | 82,517 | 71,807 | 83,707 | 82,464 | 82,464 | 82,464 | 82,464 | 80,964 | 410,820 |
| Assessment (paid monthly - 15th) | - | - | - | - | - | - | - | - | - | - | 352,814 | - | - | - | 260,070 | - | - | - | 311,522 | - | - | - | 270,000 | - | - | - | 270,000 |
| Back Office Support - Payroll | - | 63,600 | - | 123,968 | - | 123,968 | - | - | 123,968 | - | - | 98,636 | - | 98,637 | - | 98,636 | - | 98,636 | - | 125,727 | - | 98,636 | - | 98,636 | - | 98,636 | 295,909 |
| Back Office Support-Rent/Phone/Con Svc/Other | - | - | 23,349 | - | - | - | - | - | - | - | 15,515 | - | 15,515 | - | 15,515 | - | 15,515 | - | 15,515 | 15,515 | - | 15,515 | - | 15,515 | - | 15,515 | 46,546 |
| Rent | - | - | - | - | - | - | - | - | - | - | - | 1,149,973 | - | - | 849,973 | - | - | - | 849,973 | - | - | 849,972 | - | - | - | - | 849,972 |
| Medical Claims Funding | - | 285,000 | - | - | - | - | - | - | - | - | - | - | - | 81,836 | - | - | - | 83,212 | 30,113 | - | 19,717 | - | 19,669 | - | 19,717 | - | 39,387 |
| Capital Lease on AP Renovation | - | - | - | - | - | - | - | - | - | - | - | - | - | 19,669 | - | 35,000 | - | - | - | - | - | - | 60,000 | - | 60,000 | - | 120,000 |
| Ordinary Course Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Disbursements | 912,456 | 1,552,549 | 1,047,322 | 1,108,707 | 885,719 | 1,006,135 | 964,531 | 1,127,425 | 1,301,986 | 1,020,011 | 2,382,776 | 1,120,265 | 1,901,264 | 843,224 | 1,171,433 | 1,064,110 | 1,023,388 | 2,043,137 | 1,272,797 | 1,076,443 | 878,396 | 2,050,340 | 1,339,835 | 999,214 | 964,780 | 1,089,047 | 6,443,216 |
| **Operating Cash Flow** | (621,140) | (579,165) | 1,332,257 | (108,275) | 185,162 | (105,143) | 398,404 | 119,700 | (370,092) | (192,150) | (1,264,363) | 1,108,179 | (866,087) | 450,856 | 179,796 | 828,511 | 398,307 | (978,561) | (238,100) | (189,328) | 1,152,085 | (1,047,017) | (317,987) | 527,347 | 1,085,484 | (85,724) | 162,104 |
| Utility Deposit - All Buildings | - | - | - | - | - | - | - | - | - | - | - | 99,079 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension | - | - | - | - | - | - | - | - | - | - | 34,651 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Quarterly Bonuses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor | - | - | - | - | - | - | - | - | - | - | - | 58,260 | - | - | - | - | - | 11,195 | - | - | 11,790 | 36,790 | - | 571,822 | 99,900 | 140,000 | 848,512 |
| Ombudsman | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 | - | - | - | 50,000 | 100,000 |
| Lender | - | - | - | - | - | - | - | - | 115,742 | 93,182 | - | 82,248 | - | - | - | 40,472 | - | 90,748 | - | - | 109,202 | - | - | - | 101,311 | 143,000 | 244,311 |
| UCC | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 Fees | - | - | - | - | - | - | - | - | 34,030 | - | - | - | - | - | - | - | - | - | - | 162,518 | - | - | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - | - | - | - | - | - | - | 29,527 | - | - | - | - | 26,098 | - | - | - | - | 26,700 | - | - | - | 26,700 | 53,400 |
| DIP Interest & Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 18,935 | - | - | - | 18,935 | 37,870 |
| DIP Legal Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 | - | 100,000 |
| Total Restructuring Disbursements | - | - | - | - | - | - | - | - | 149,772 | 93,182 | 34,651 | - | 269,114 | - | - | 40,472 | 26,098 | 101,943 | - | 162,518 | 120,992 | 132,425 | - | 571,822 | 301,211 | 378,635 | 1,284,093 |
| **Cash Flow** | (621,140) | (579,165) | 1,332,257 | (108,275) | 185,162 | (105,143) | 398,404 | 119,700 | (519,865) | (285,332) | (1,299,014) | 1,108,179 | (1,135,201) | 450,856 | 179,796 | 788,039 | 372,208 | (1,080,504) | (238,100) | (351,846) | 1,031,093 | (1,179,442) | (317,987) | (44,475) | 784,273 | (464,359) | (1,121,990) |
| Beginning Cash Balance | $622,107 | $209,967 | $240,802 | $1,573,059 | $1,464,784 | $1,649,946 | $1,544,803 | $1,943,207 | $2,062,907 | $1,543,042 | $1,257,711 | $(41,303) | $1,870,876 | $735,675 | $1,186,530 | $1,366,326 | $2,154,365 | $2,526,573 | $1,446,070 | $1,207,970 | $856,124 | $1,887,217 | $707,775 | $389,788 | $345,313 | $1,129,587 | $1,887,217 |
| Cash Flow | (621,140) | (579,165) | 1,332,257 | (108,275) | 185,162 | (105,143) | 398,404 | 119,700 | (519,865) | (285,332) | (1,299,014) | 1,108,179 | (1,135,201) | 450,856 | 179,796 | 788,039 | 372,208 | (1,080,504) | (238,100) | (351,846) | 1,031,093 | (1,179,442) | (317,987) | (44,475) | 784,273 | (464,359) | (1,221,990) |
| Borrowing / (Repayment) | 209,000 | 610,000 | - | - | - | - | - | - | - | - | - | 804,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Cash Balance | $209,967 | $240,802 | $1,573,059 | $1,464,784 | $1,649,946 | $1,544,803 | $1,943,207 | $2,062,907 | $1,543,042 | $1,257,711 | $(41,303) | $1,870,876 | $735,675 | $1,186,530 | $1,366,326 | $2,154,365 | $2,526,573 | $1,446,070 | $1,207,970 | $856,124 | $1,887,217 | $707,775 | $389,788 | $345,313 | $1,129,587 | $665,227 | 665,227 |
| Max Borrowing | | | $1,623,000 | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest Payment Date | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| Beginning DIP Balance | - | 209,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | |
| Draw / (Repayment) | 209,000 | 610,000 | - | - | - | - | - | - | - | - | - | 804,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Ending DIP Balance | 209,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 819,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | 1,623,000 | |

2/9/2020

*Subject to On-going Change*

Cash Projection - Restructuring Fees

| Week of: | 09/13/19 | 09/20/19 | 09/27/19 | 10/04/19 | 1 10/11/19 | 1 10/18/19 | 2 10/25/19 | 1 11/01/19 | 2 11/08/19 | 1 11/15/19 | 2 11/22/19 | 3 11/29/19 | 4 12/06/19 | 1 12/13/19 | 2 12/20/19 | 3 12/27/19 | 4 01/03/20 | 5 01/10/20 | 6 01/17/20 | 1 01/24/20 | 2 01/31/20 | 3 02/07/20 | 4 02/14/20 | 5 02/21/20 | 6 02/28/20 | 7 03/06/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accrual** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Debtor | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Loeb | | | | | $ 800,000 | $ - | $ - | $ 400,000 | $ - | $ - | $ - | $ 600,000 | $ - | $ - | $ - | $ - | $ 400,000 | $ - | $ - | $ - | $ - | $ 250,000 | $ - | $ - | $ - | $ 200,000 | $ 2,650,000 |
| Robert Fedor, Special Counsel | | | | | 28,030 | - | - | - | - | - | - | - | - | - | - | - | 25,000 | | | | | | | | | | 53,030 |
| WKL | | | | | 15,000 | - | - | 15,000 | - | - | - | 11,195 | - | - | - | - | 11,790 | - | - | - | - | 18,000 | - | - | - | 18,000 | 88,985 |
| WALLC - CRO | | | | | 62,000 | - | - | 106,000 | - | - | - | 80,000 | - | - | - | - | 77,000 | - | - | - | - | 90,000 | - | - | - | 60,000 | 475,000 |
| WALLC - DIP | | | | | 22,500 | | | 33,600 | | | | 23,400 | | | | | 20,400 | | | | | | | | | | 99,900 |
| PC | | | - | - | 84,000 | - | - | 87,478 | - | - | - | 97,050 | - | - | - | - | 40,000 | - | - | - | - | 40,000 | - | - | - | 60,000 | 408,528 |
| | - | - | - | - | 1,011,530 | - | - | 642,078 | - | - | - | 811,645 | - | - | - | - | 574,190 | - | - | - | - | 398,000 | - | - | - | 338,000 | 3,775,443 |
| Ombudsman | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FA | | | | | - | - | - | 50,000 | - | - | - | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 |
| | - | - | - | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 |
| Lender | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Legal (BR) | | | | | - | - | - | - | 93,182 | - | - | - | - | 65,305 | - | - | - | 38,311 | - | - | - | 66,000 | - | - | - | 66,000 | 328,798 |
| Legal (WT) | | | | | - | - | - | - | - | - | - | 48,532 | - | 35,022 | - | - | - | 36,000 | - | - | - | 50,000 | - | - | - | 50,000 | 219,554 |
| FA | | | | | - | - | - | - | - | - | - | 33,676 | - | 8,875 | - | - | - | 27,000 | - | - | - | 27,000 | - | - | - | 27,000 | 123,551 |
| | - | - | - | - | - | - | - | - | 93,182 | - | - | 82,208 | - | 109,202 | - | - | - | 101,311 | - | - | - | 143,000 | - | - | - | 143,000 | 671,903 |
| UCC | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Legal | | | | | - | - | - | 48,671 | - | - | - | 48,690 | - | - | - | - | 37,495 | - | - | - | - | 75,000 | - | - | - | 75,000 | 284,856 |
| FA | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | 48,671 | - | - | - | 48,690 | - | - | - | - | 37,495 | - | - | - | - | 75,000 | - | - | - | 75,000 | 284,856 |
| Court Fees | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | | | | | - | - | - | - | 36,000 | - | - | - | - | - | - | - | - | - | - | 162,518 | - | - | - | - | - | - | 198,518 |
| | - | - | - | - | - | - | - | - | 36,000 | - | - | - | - | - | - | - | - | - | - | 162,518 | - | - | - | - | - | - | 198,518 |
| DIP Lender | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Legal | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 75,000 | - | - | - | 25,000 | 100,000 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 75,000 | - | - | - | 25,000 | 100,000 |
| **TOTAL** | | | | | 1,011,530 | - | - | 740,749 | 129,182 | - | - | 992,543 | - | 109,202 | - | - | 611,685 | 101,311 | - | 162,518 | - | 691,000 | - | - | - | 581,000 | 5,130,720 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Payment** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Debtor | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Loeb | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000 | $ - | $ - | $ - | $ - | $ - |
| Robert Fedor, Special Counsel | | | | | - | - | - | - | - | - | - | - | 28,030 | - | - | - | - | - | - | - | - | 25,000 | - | - | - | - | 53,030 |
| WKL | | | | | - | - | - | - | - | - | - | - | 32,000 | - | - | - | - | 11,195 | - | 11,790 | - | 11,790 | - | - | - | 18,000 | 84,775 |
| WALLC - CRO | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 325,000 | - | 90,000 | 415,000 |
| WALLC - DIP | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 99,900 | - | 99,900 |
| PC | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 246,822 | - | 32,000 | 278,822 |
| | - | - | - | - | - | - | - | - | - | - | - | - | 60,030 | - | - | - | - | 11,195 | - | 11,790 | - | 36,790 | - | 571,822 | 99,900 | 140,000 | 931,527 |
| Ombudsman | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FA | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 | - | - | - | 50,000 | 100,000 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 | - | - | - | 50,000 | 100,000 |
| Lender | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Legal (BR) | | | | | - | - | - | - | 93,182 | - | - | - | - | 66,000 | - | - | - | - | - | - | 65,305 | - | - | - | 38,311 | 66,000 | 328,798 |
| Legal (WT) | | | | | - | - | - | - | - | - | - | 48,532 | - | 50,000 | - | - | - | - | - | - | 35,022 | - | - | - | 36,000 | 50,000 | 219,554 |
| FA | | | | | - | - | - | - | - | - | - | 33,676 | - | 27,000 | - | - | - | - | - | - | 8,875 | | - | - | 27,000 | 27,000 | 123,551 |
| | - | - | - | - | - | - | - | - | 93,182 | - | - | 82,208 | - | 143,000 | - | - | - | - | - | - | 109,202 | - | - | - | 101,311 | 143,000 | 671,903 |
| UCC | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Legal | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FA | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Court Fees | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | | | | | - | - | - | - | 36,000 | - | - | - | - | - | - | - | - | - | - | 162,518 | - | - | - | - | - | - | 198,518 |
| | - | - | - | - | - | - | - | - | 36,000 | - | - | - | - | - | - | - | - | - | - | 162,518 | - | - | - | - | - | - | 198,518 |
| DIP Lender | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Legal | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 | - | 100,000 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 | - | 100,000 |
| **TOTAL** | | | | | - | - | - | - | 129,182 | - | - | 82,208 | 60,030 | 143,000 | - | - | - | 11,195 | - | 174,308 | 109,202 | 86,790 | - | 571,822 | 301,211 | 333,000 | 2,001,948 |