

**SCHUYLER G. CARROLL**
Partner

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4820
**Main**    212.407.4000
**Fax**     212.202.5431
scarroll@loeb.com

Via ECF

March 4, 2020

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:    *In re: Absolut Facilities Management, LLC, et al.*, No. 19-76260 (AST) (Jointly Administered)

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its affiliated debtor entities (the "**Debtors**") the above-reference bankruptcy and adversary proceeding.

**PLEASE TAKE NOTICE** that the hearing on the *Debtor's Intent to Potentially Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts* (Dkt. No. 348) (the "**Motion**"), **has been adjourned to March 18, 2020 at 2:00 p.m.** before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, Courtroom 960, 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive a copy of the Motion, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact counsel to the Debtors, Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq., at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; nweingarten@loeb.com.

We thank the Court for its attention to this matter.

*/s/ Schuyler G. Carroll*
Schuyler G. Carroll
Partner

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

18797596