# AMINI LLC

**Jeffrey Chubak**  212.497.8247
MEMBER NY & NJ BARS  jchubak@aminillc.com

**By ECF**

March 17, 2020

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: <u>In re Absolut Facilities Management, LLC, et al., No. 19-bk-76260-ast (Jointly Administered)</u>

Dear Judge Trust:

We represent the Official Committee of Unsecured Creditors in these chapter 11 cases. We write, pursuant to the Court's instructions, to notify interested parties of the telephonic hearing that has been scheduled to consider the Motion (defined below).

PLEASE TAKE NOTICE, that on March 16, 2020, the Committee filed: (1) a joint chapter 11 plan for the Debtors [Dkt. No. 491]; (2) a disclosure statement to accompany the plan [Dkt. No. 492]; (3) a motion for an order preliminarily approving the disclosure statement, approving solicitation and voting procedures, approving forms of notices and ballots, scheduling a combined hearing to consider final disclosure statement approval and plan confirmation, and granting related relief [Dkt. No. 493] ("<u>Motion</u>"); and (4) an application to shorten time for hearing with respect to the Motion [Dkt. No. 494]. Copies of the foregoing documents are available free of charge on the Debtors' case website, https://cases.primeclerk.com/absolutcare, or alternatively, on request from the undersigned.

PLEASE TAKE FURTHER NOTICE, that a telephonic hearing to consider the Motion has been scheduled for **Tuesday March 24, 2020, at 10:00 a.m. Eastern time**.

PLEASE TAKE FURTHER NOTICE, that parties wishing to participate in the telephonic hearing should arrange to appear through CourtCall, after obtaining consent to appear by telephone from Judge Trust's Chambers. Pursuant to Judge Trust's Procedures, requests to appear by telephone must be e-mailed to ast_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.

We thank the Court for considering the Motion on shortened notice in the midst of the Covid-19 public health crisis.

Sincerely,

/s/ Jeffrey Chubak