**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I certify that on March 17, 2020, I caused a copy of the *Letter Providing Notice of Court Hearing* [Dkt. No. 496] ("Letter") (giving notice of the telephonic hearing on Dkt. 493) to be filed with the Court using the CM/ECF system thereby causing Notice of Electronic Filing to be served by e-mail, pursuant to Rule 9036 and E.D.N.Y. 9036-2, on those persons listed on the annexed service list at the addresses indicated; and that on March 17, 2020, I also served the Letter by e-mail on the following, and requested their written consent pursuant to Rule 9036: Michael Collins of Manier & Herod, P.C. (mcollins@manierherod.com) on behalf of Ohio Casualty Insurance Company and affiliates; and Joseph Corrigan (bankruptcy2@ironmountain.com) on behalf of Iron Mountain Information Management, LLC.

Dated: March 17, 2020                              AMINI LLC

                                                              /s/ Jeffrey Chubak
                                                              131 West 35th Street, 12th Floor
                                                              New York, New York 10001
                                                               (212) 490-4700
                                                              jchubak@aminillc.com
                                                              *Attorneys for Official Committee of*
                                                              *Unsecured Creditors*

---

[1] The Debtors are: Absolut Facilities Management, LLC; Absolut Center for Nursing and Rehabilitation at Allegany, LLC; Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC; Absolut Center for Nursing and Rehabilitation at Gasport, LLC; Absolut at Orchard Brooke, LLC; Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC; Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC; and Absolut Center for Nursing and Rehabilitation at Westfield, LLC.

**Miscellaneous:**

8-19-76260-ast Absolut Facilities Management, LLC

# U.S. Bankruptcy Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Jeffrey Chubak entered on 3/17/2020 at 8:10 PM EDT and filed on 3/17/2020
**Case Name:** Absolut Facilities Management, LLC
**Case Number:** 8-19-76260-ast
**Document Number:** 496

**Docket Text:**
Letter Providing Notice of Court Hearing Filed by Jeffrey Chubak on behalf of Official Committee of Unsecured Creditors (RE: related document(s)[493] Motion to Authorize/Direct filed by Creditor Committee Official Committee of Unsecured Creditors) Hearing scheduled for 3/24/2020 at 10:00 AM (check with court for location). (Chubak, Jeffrey)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Letter Providing Notice of Court Hearing.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=3/17/2020] [FileNumber=23091955-0
] [11beb8ce2af1dc1d57c8dcff00a220eb0685260c7e0650e4704e0d7ed3d50811c7c
c2c888a9837965e4d727aa60c427ddd1449b667d12de9328fe3ac81654a18]]

**8-19-76260-ast Notice will be electronically mailed to:**

George Angelich on behalf of Creditor 6060 Armor Road, LLC
angelich.george@arentfox.com, lisa.indelicato@arentfox.com

George Angelich on behalf of Creditor Arba Group
angelich.george@arentfox.com, lisa.indelicato@arentfox.com

George Angelich on behalf of Plaintiff 6060 Armor Road, LLC
angelich.george@arentfox.com, lisa.indelicato@arentfox.com

Jessica Ipa Apter on behalf of Creditor 1199SEIU United Healthcare Workers East
japter@levyratner.com

Arthur G Baumeister, Jr on behalf of Creditor Denise A. Kolodziej
abaumeister@bdlegal.net

Robert Aaron Benjamin on behalf of Creditor Kaufman Borgeest & Ryan LLP
rbenjamin@kbrlaw.com

Daniel B Besikof on behalf of Debtor Absolut Facilities Management, LLC
dbesikof@loeb.com

Christine H Black
christine.h.black@usdoj.gov,
Erin.Hogan@usdoj.gov,Sharon.Warner@usdoj.gov,Rhonda.J.Zdanowicz@usdoj.gov,Ercelia.Mendoza@usdoj.gov,USTP.LI.ECF@usdoj.gov

Jonathan Bodner on behalf of Creditor ABS DIP, LLC
jbodner@bodnerlawpllc.com

Schuyler G. Carroll on behalf of Debtor Absolut Center for Nursing and Rehabilitation at Allegany, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Debtor Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Debtor Absolut Center for Nursing and Rehabilitation at Gasport, LLC

SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Debtor Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Debtor Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Debtor Absolut Center for Nursing and Rehabilitation at Westfield, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Debtor Absolut Facilities Management, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Debtor Absolut at Orchard Brooke, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Defendant Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Defendant Absolut Facilities Management, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Jointly Administered Debtor Absolut Center for Nursing and Rehabilitation at Allegany, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Jointly Administered Debtor Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Jointly Administered Debtor Absolut Center for Nursing and Rehabilitation at Gasport, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Jointly Administered Debtor Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Jointly Administered Debtor Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Jointly Administered Debtor Absolut Center for Nursing and Rehabilitation at Westfield, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Jointly Administered Debtor Absolut at Orchard Brooke, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Schuyler G. Carroll on behalf of Plaintiff Absolut Facilities Management, LLC
SCarroll@loeb.com, scarroll@ecf.courtdrive.com,NYbkdocket@loeb.com,fmckeown@loeb.com,rvega@loeb.com,nweingarten@loeb.com

Michael R Caruso on behalf of Creditor Ohio Casualty Insurance Company and its affiliates
mcaruso@csglaw.com, ecf@csglaw.com

James R Cho on behalf of Creditor United States of America
james.cho@usdoj.gov

Jeffrey Chubak on behalf of Creditor Committee Official Committee of Unsecured Creditors
jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Nicole M Ciolko on behalf of Creditor Signature Financial, LLC
nciolko@bronsterllp.com

Paul A De Genaro on behalf of Creditor 777 Equipment Finance LLC
pdegenaro@benantilaw.com

Kyle C. DiDone on behalf of Creditor Paramount Roofing Inc.
didone@ruppbaase.com, hill@ruppbaase.com;federalfiling@ruppbaase.com

Stephen A Donato on behalf of Interested Party COTRNC Realty, LLC

sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party DURNC Operating, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party DURNC Realty, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party EDRNC Operating, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party EDRNC Realty, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party HORNC Operating, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party HORNC Realty, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party SARNC Operating, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Stephen A Donato on behalf of Interested Party SARNC Realty, LLC
sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com

Gabriel J Ferber on behalf of Interested Party Ally
bkcy@nfdlaw.com

Peter B Foster on behalf of Creditor Sterling National Bank
pfoster@foster-wolkind.com

Aviva Francis on behalf of Creditor Specialty RX NY, Inc
afrancis@newmanlawpc.com

Aviva Francis on behalf of Creditor Specialty Rx, Inc.
afrancis@newmanlawpc.com

Megan J. Freismuth on behalf of Creditor United States of America
megan.freismuth@usdoj.gov

Megan J. Freismuth on behalf of Interested Party United States of America
megan.freismuth@usdoj.gov

Ronald J Friedman on behalf of Patient Care Ombudsman Joseph J. Tomaino
efilings@spallp.com, rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;CTiso@SilvermanAcampora.com

Leo V. Gagion on behalf of Creditor New York State Department of Health
Leo.Gagion@ag.ny.gov, Enid.Stuart@ag.ny.gov

Garry M. Graber on behalf of Creditor Cass Development Company
ggraber@hodgsonruss.com, mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Charles A Gruen on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
cgruen@gruenlaw.com

William M Hawkins on behalf of Debtor Absolut Facilities Management, LLC
whawkins@loeb.com, nybkdocket@loeb.com

William M Hawkins on behalf of Plaintiff Absolut Facilities Management, LLC
whawkins@loeb.com, nybkdocket@loeb.com

Andrew B Helfand on behalf of Creditor Signature Financial, LLC
ahelfand@bronsterllp.com

Suzanne Hepner on behalf of Creditor 1199SEIU United Healthcare Workers East

shepner@levyratner.com, rbarbur@levyratner.com;jcisneros@levyratner.com;lblackstone@levyratner.com;klehmann@levyratner.com

Camille Hill on behalf of Interested Party COTRNC Realty, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party DURNC Operating, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party DURNC Realty, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party EDRNC Operating, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party EDRNC Realty, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party HORNC Operating, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party HORNC Realty, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party SARNC Operating, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Camille Hill on behalf of Interested Party SARNC Realty, LLC
chill@bsk.com, kdoner@bsk.com,tayers@bsk.com,nbasalyga@bsk.com

Tracy L Klestadt on behalf of Interested Party RCA Healtcare Management LLC
tklestadt@klestadt.com, tklestadt@yahoo.com

Lawrence J Kotler on behalf of Creditor Midland Loan Services, Inc., acting by and through its authorized sub-servicer Berkadia Commercial Mortgage LLC
ljkotler@duanemorris.com

Harlan M Lazarus on behalf of Creditor Clinical Staffing Resources Corp.
hlazarus@lazarusandlazarus.com, harlan.lazarus@gmail.com

Kenneth M Lewis on behalf of Interested Party Capital Funding, LLC
klewis@wtplaw.com, klewis@lewispllc.com

Evan M Newman on behalf of Creditor Specialty RX NY, Inc
enewman@newmanlawpc.com

Evan M Newman on behalf of Creditor Specialty Rx, Inc.
enewman@newmanlawpc.com

James B. Reed on behalf of Claimant Diana L. Morse
jreed@zifflaw.com, kwheadon@zifflaw.com

James B. Reed on behalf of Interested Party Diane L Morse
jreed@zifflaw.com, kwheadon@zifflaw.com

Matthew G Roseman on behalf of Creditor Chubb European Group SE
mroseman@cullenanddykman.com

Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov

Avery Samet on behalf of Creditor Committee Official Committee of Unsecured Creditors
asamet@aminillc.com, aminillcfiling@aminillc.com;asamet@ecf.courtdrive.com

William F Savino on behalf of Defendant Mark LaSurk as Administrator of the Estate of Rhonda LaSurk
wsavino@woodsoviatt.com

Andrew I Silfen on behalf of Plaintiff 6060 Armor Road, LLC
silfen.andrew@arentfox.com, nova.alindogan@arentfox.com

Thomas R Slome on behalf of Creditor New York State Electric and Gas Corporation
tslome@cullenanddykman.com

John R Stoelker on behalf of Creditor Grandison Management, Inc.
jstoelker@mccarter.com

Andrew M Thaler on behalf of Interested Party Axis Surplus Insurance Company
athaler@athalerlaw.com, dawn@athalerlaw.com;spiros@athalerlaw.com;r61907@notify.bestcase.com

James C Thoman on behalf of Creditor All State Fire Equipment of WNY
jthoman@hodgsonruss.com, mizard@hodgsonruss.com;cnapierski@hodgsonruss.com

James C Thoman on behalf of Creditor Latina Boulevard Foods
jthoman@hodgsonruss.com, mizard@hodgsonruss.com;cnapierski@hodgsonruss.com

Paige Barr Tinkham on behalf of Creditor Capital Finance, LLC
ptinkham@blankrome.com

United States Trustee
USTPRegion02.LI.ECF@usdoj.gov

John Robert Weiss on behalf of Creditor Midland Loan Services, Inc., acting by and through its authorized sub-servicer Berkadia Commercial Mortgage LLC
jrweiss@duanemorris.com

Menachem O Zelmanovitz on behalf of Creditor Designed for Healthcare Ltd.
mendy@zelmlaw.com

Evan J. Zucker on behalf of Creditor Capital Finance, LLC
ezucker@blankrome.com

**8-19-76260-ast Notice will not be electronically mailed to:**

Amini LLC
140 East 45th Street, 25th Floor
New York, NY 1007

Michael E Collins on behalf of Creditor Ohio Casualty Insurance Company and its affiliates
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

Evan K. Farber on behalf of Plaintiff Absolut Facilities Management, LLC
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

Mary Jean Kim on behalf of Plaintiff Absolut Facilities Management, LLC
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Jonathan Kramer on behalf of Plaintiff Absolut Facilities Management, LLC
,

William K Lenhart
WKL Advisors, LLC ("WKL")
400 Seasage Drive , Apt. 602
Delray Beach, FL 33483

Kenneth Ottaviano on behalf of Creditor Capital Finance, LLC
Blank Rome LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606

Prime Clerk LLC
60 East 42nd
Suite 1440
New York, NY 10165

Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

Prime Clerk LLC
One Grand Central Plaza
60 East 42nd Street Suite 1440
New York, NY 10165

ProNexus, LLC
115 Sullys Trail, Suite 11
Pittsford, NY 14534

SilvermanAcampora LLP
,

SilvermanAcampora LLP on behalf of Patient Care Ombudsman Joseph J. Tomaino
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

The Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

Michael Wyse
Wyse Advisors LLC
,