**Exhibit A**

**Absolut Facilities Management, LLC,** *et al*
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 4 | Landlord Cure Claim | 1 | 0 | $2,385,000.00 | $0.00 | Accepts |
| | | 100% | 0% | 100% | 0% | |
| 5 | General Unsecured Claims | 55 | 6 | $5,730,607.79 | $200,894.34 | Accepts |
| | | 90.16% | 9.84% | 96.61% | 3.39% | |