

**DANIEL B. BESIKOF**
Partner

345 Park Avenue
New York, NY  10154

**Direct**   212.407.4129
**Main**    212.407.4000
**Fax**     646.417.6335
dbesikof@loeb.com

Via ECF

May 13, 2020

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   In re Absolut Facilities Management, LLC, et al.,
      Case No. 19-76260-ast (Jointly Administered)

Dear Judge Trust:

We represent Absolut Facilities Management, LLC and its debtor affiliates, as debtors and debtors-in-possession (the "**Debtors**") in the above-referenced chapter 11 cases.

Pursuant to the Court's instructions at the May 5, 2020 hearing, we write to advise the Court that the Debtors have filed a notice to assume certain supplemental executory contracts with four counterparties (the "**Supplemental Cure Notice**") in addition to those indicated in the *Notice of Debtor's Intent to Potentially Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts* (Dkt. No. 348) (the "**Cure Notice**").

The Debtors do not believe that an Order is necessary to permit the assumption of the contracts listed on the Supplemental Cure Notice. Pursuant to the Cure Notice, the form of which was approved by the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Selection of a Stalking Horse Bidder, (III) Approving Bid Protections, (IV) Scheduling Auctions and Hearings to Consider Such Sale of Assets, (V) Approving Assumption and Assignment Procedures Related to Such Sale, and (VI) Approving the Form and Manner of Related Notice* (Dkt. No. 323), unless a contract counterparty or any other entity properly files an objection to the Supplemental Cure Notice within ten (10) days of the date of the Supplemental Cure Notice, the Debtors may assume and assign any contract or lease without further order or notice of hearing.

If an objection is filed and served by the deadline set forth in the Supplemental Cure Notice, and the objection cannot be resolved consensually, the Debtors will schedule a hearing with this Court to resolve the dispute at such date as may be set by the Court.

The Debtors have provided notice of the Supplemental Cure Notice to all of the counterparties to the contracts and leases listed on the Supplemental Cure Notice.

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.
19047771



We thank the Court for its attention to this matter.

Sincerely,

*/s/ Daniel B. Besikof*

Daniel B. Besikof
Partner