**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED**
**THIRD AMENDED JOINT CHAPTER 11 PLAN**

To all creditors, holders of equity interests and other parties in interest:

PLEASE TAKE NOTICE, that on May 18, 2020, the United States Bankruptcy Court for the Eastern District of New York entered an Order [Dkt. No. 583] confirming the third amended joint chapter 11 plan proposed by the Official Committee of Unsecured Creditors, filed May 1, 2020 [Dkt. No. 560] (including all exhibits and supplements thereto, the "Plan"). Copies of the Plan and Order, and all other papers filed in the Debtors' Chapter 11 Cases, are available free of charge on the Debtors' case website https://cases.primeclerk.com/absolutcare.

PLEASE TAKE FURTHER NOTICE, that on May 20, 2020, the effective date of the Plan occurred. All conditions precedent to Plan consummation have either been satisfied or waived.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Plan, applications for allowance of administrative expense claims (including professional fee claims, but excluding claims for expenses incurred and payable by the Debtors in the ordinary course of business, or as otherwise provided in the Plan or Order) must be filed with the Court within thirty (30) days following the effective date of the Plan. Any holder of such claim that does not timely apply for allowance of the same within the foregoing thirty (30) day period shall be forever barred from asserting such claim against the Plan Administrator, the Debtors or their property, and such holder shall be

---

[1] The Debtors are: Absolut Facilities Management, LLC; Absolut Center for Nursing and Rehabilitation at Allegany, LLC; Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC; Absolut Center for Nursing and Rehabilitation at Gasport, LLC; Absolut at Orchard Brooke, LLC; Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC; Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC; and Absolut Center for Nursing and Rehabilitation at Westfield, LLC.

enjoined from commencing or continuing any action, employment of process or act to collect, offset or recover such claim.

       PLEASE TAKE FURTHER NOTICE, that the Plan provides for the rejection of all executory contracts and unexpired leases not assumed in connection with the sale of substantially all of the Debtors' assets to RCA Healthcare Management, LLC, approved by Order, entered February 10, 2020 [Dkt. No. 446].  Pursuant to the Plan, claims resulting from the rejection of any such contracts or leases must be filed within thirty (30) days following the effective date of the Plan.  Proofs of claim asserting a claim for rejection damages may be filed electronically via the Debtors' case website (click "Submit a Claim"); or alternatively, instructions for filing a hard copy proof of claim are also available at the foregoing website.

       PLEASE TAKE FURTHER NOTICE, that the Plan is binding upon and inures to the benefit of the Debtors, their creditors and all other parties in interest and their successors and assigns.

Dated: May 20, 2020

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for the Official Committee of Unsecured Creditors*