Avery Samet
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for Ronald Winters*
*of Gibbins Advisors, LLC, Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

**APPLICATION TO SHORTEN TIME FOR HEARING ON**
**APPLICATION FOR FINAL DECREE CLOSING**
**<u>OPERATING DEBTORS' CHAPTER 11 CASES</u>**

Ronald Winters of Gibbins Advisors, LLC, as Plan Administrator, respectfully submits this application for an order in the form annexed hereto shortening the time for hearing on the *Application for Final Decree Closing Operating Debtors' Chapter 11 Cases*, filed together herewith, pursuant to Rule 9006(c)(1), such that the application can be considered at the Court's

---

[1] The Debtors are: Absolut Facilities Management, LLC; Absolut Center for Nursing and Rehabilitation at Allegany, LLC; Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC; Absolut Center for Nursing and Rehabilitation at Gasport, LLC; Absolut at Orchard Brooke, LLC; Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC; Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC; and Absolut Center for Nursing and Rehabilitation at Westfield, LLC.

earliest convenience rather than on June 30, 2020.  A declaration of the undersigned in support of the requested relief is annexed hereto.

Dated: May 26, 2020

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4100
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for Ronald Winters*
*of Gibbins Advisors, LLC, Plan Administrator*