**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

### ORDER SHORTENING TIME FOR HEARING ON APPLICATION FOR FINAL DECREE CLOSING OPERATING DEBTORS' CHAPTER 11 CASES

Upon the *Application to Shorten Time for Hearing on Application for Final Decree Closing Operating Debtors' Chapter 11 Cases*, filed May 26, 2020 ("Application to Shorten"); now, therefore, it is hereby:

ORDERED, that the Application to Shorten is granted as set forth herein; and it is further

ORDERED, that a telephonic hearing to consider the *Application for Final Decree Closing Operating Debtors' Chapter 11 Cases*, filed May 26, 2020 ("Application for Final Decree"), shall be held on _____, 2020, at ___:___ a.m./p.m.; and it is further

ORDERED, that objections to the Application for Final Decree must be filed and served by _____, 2020 at 5:00 p.m.; and it is further

---

[1] The Debtors are: Absolut Facilities Management, LLC; Absolut Center for Nursing and Rehabilitation at Allegany, LLC; Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC; Absolut Center for Nursing and Rehabilitation at Gasport, LLC; Absolut at Orchard Brooke, LLC; Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC; Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC; and Absolut Center for Nursing and Rehabilitation at Westfield, LLC.

ORDERED, that movant shall effect electronic service of the Application for Final Decree and this Order on the United States Trustee and all parties that have entered an appearance herein, within one business day following entry hereof.