WED-24009 0207-8 225 19-76260
Absolut Facilities Management, LLC
255 Warner Avenue
Roslyn Heights, NY 11577

009141  9141 1 AB 0.416  14830  6 0  9066-1-9414

KENNETH KEITH
10984 WILLIAMS RD.
CORNING
NY 14830-9524



# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
|   Sylvia Keith  593 Springbrook Dr.  Palmyra PA 17078 | |

009141    24009009150019

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Absolut Facilities Management, LLC**<br>Name | EIN 20-8471412 |
| United States Bankruptcy Court **Eastern District of New York**<br>Case number: **8-19-76260-ast** | | Date case filed for chapter 11  9/10/19 |

# NOTICE OF ENTRY OF ORDER CONFIRMING
# CHAPTER 11 PLAN OF REORGANIZATION

**NOTICE IS HEREBY GIVEN THAT:**

In accordance with Bankruptcy Rule 2002, an order was signed on 5/18/20 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office at:

290 Federal Plaza
Central Islip, NY 11722


Dated: May 18, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

BLeoc1.jsp [Notice Confirming Chapter 11 Plan rev. 02/01/17]