**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
            dbesikof@loeb.com
            nweingarten@loeb.com

*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Absolut Facilities Management, LLC, *et al*.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

**NOTICE OF HEARING FOR APPLICATIONS OF**
**RETENTION AND COMPENSATION**
**<u>FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES</u>**

**PLEASE TAKE NOTICE** that on **July 28, 2020 at 10:30 a.m. (Eastern Time)** a hearing will be held before the Honorable Alan S. Trust, United States Bankruptcy Judge of the United

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

19156590

States Bankruptcy Court for the Eastern District of New York, New York, at the United States Bankruptcy Court, 290 Federal Plaza, Courtroom 960, Central Islip, New York 11722 to consider (i) the *Debtors' Application for an Order Authorizing Employment and Retention of SLIB II, Inc. d/b/a Senior Living Investment Brokerage As Sales Agent Nunc Pro Tunc to November 25, 2019* (the "**SLIB Retention Application**"); and (ii) the following fee applications (the "**Fee Applications**"):

- *First and Final Application of Loeb & Loeb LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Debtors for the Period from September 10, 2019 through and Including May 20, 2020* ("**Loeb Fee Application**");

- *First and Final Application of Michael Wyse of Wyse Advisors LLC for Compensation for Services Rendered on Behalf of the Debtors Relating to Efforts in Obtaining DIP Financing for the Period September 10, 2019 to May 20, 2020* ("**Wyse Fee Application**");

- *Final Application of Amini LLC, Counsel for the Committee, for Allowance of Compensation and Reimbursement of Expenses* (Dkt. No. 609) (the "**Committee Fee Application**");

- *First and Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Allowance of Compensation for Services and Reimbursement of Expenses for the Final Period from September 10, 2019 Through May 20, 2020* (Dkt. No. 613) ("**Prime Clerk Fee Application**"); and

- *First and Final Application of SLIB II, Inc. d/b/a Senior Living Investment Brokerage for Compensation for Services Rendered As Sales Agent for the Debtors for the Period from November 25, 2019 Through and Including May 20, 2020* ("**SLIB Fee Application**").

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications seek the final payment of fees and reimbursement of costs in the following amounts:

| Application | Period | Total Fees | Total Costs |
| --- | --- | --- | --- |
| Loeb Fee Application | September 10, 2019 through May 20, 2020 | $2,653,111.00 | $46,889.00 |
| Wyse Fee Application | September 10, 2019 through May 20, 2020 | $99,900.00 | $0 |

| Committee Fee Application | October 3, 2019 through May 20, 2020 | $271,956.00 | $285.10 |
|---|---|---|---|
| Prime Clerk Fee Application | September 10, 2019 through May 20, 2020 | $39,810.05 | $518.84 |
| SLIB Fee Application | November 25, 2019 to May 20, 2020 | $75,000.00 | $0 |

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the SLIB Retention Application or the Fee Applications, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedures and the Local Rules of the Bankruptcy Court, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order No. 559 (found at https://www.nyeb.uscourts.gov/electronic-filing-procedures, or https://cases.primeclerk.com/absolutcare/), and shall be served upon: (i) undersigned counsel for the Debtors; (ii) the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722 (Attn: Christine H. Black, Esq.); and (iii) counsel for the Ronald Winters, Plan Administrator, Amini LLC, 140 East 45th Street, 25th Floor, New York, New York 10017 (Attn: Jeffrey Chubak, Esq.), so as to be received no later than **4:00 p.m. (Eastern Time) on July 21, 2020** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive copies of the SLIB Retention Application or the Fee Applications, (a) they may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or https://cases.primeclerk.com/absolutcare/, or (b) they may contact Schuyler G. Carroll, Esq., Daniel Besikof, Esq. or Noah Weingarten, Esq. at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at scarroll@loeb.com; dbesikof@loeb.com; nweingarten@loeb.com.

| | |
|---|---|
| Dated: June 19, 2020<br>New York, New York | LOEB & LOEB LLP<br><br>*/s/ Schuyler G. Carroll*<br>Schuyler G. Carroll<br>Daniel B. Besikof<br>Noah Weingarten<br>345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 407-4000<br>Fax: (212) 407-4990<br>scarroll@loeb.com<br>dbesikof@loeb.com<br>nweingarten@loeb.com<br><br>*Counsel to the Debtors* |