Avery Samet
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for Ronald Winters*
*of Gibbins Advisors, LLC, Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON PLAN ADMINISTRATOR'S CROSS-MOTION TO STRIKE MICHAEL WYSE'S MOTION TO COMPEL PAYMENT**

PLEASE TAKE NOTICE, that upon the *Plan Administrator's Objection to Michael Wyse's Motion to Compel Payment and Cross-Motion to Strike* [Dkt. No. 623], filed contemporaneously herewith, Ronald Winters of Gibbins Advisors, LLC, Plan Administrator, will cross-move, before the Honorable Alan S. Trust, at the Conrad B. Duberstein United States

---

[1] The Debtors are: Absolut Facilities Management, LLC; Absolut Center for Nursing and Rehabilitation at Allegany, LLC; Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC; Absolut Center for Nursing and Rehabilitation at Gasport, LLC; Absolut at Orchard Brooke, LLC; Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC; Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC; and Absolut Center for Nursing and Rehabilitation at Westfield, LLC.

Bankruptcy Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, Courtroom 2554, on June 30, 2020, at 10:00 a.m. for an Order striking the above-referenced motion of Mr. Wyse and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that the hearing will be conducted telephonically. Anyone wishing to appear must e-mail the Courtroom Deputy at ast_hearings@nyeb.uscourts.gov at least 24 hours before the hearing to identify the party that will appear. All attorneys must also identify the party he or she represents. The following are the instructions to be used to dial in for the telephonic hearing:

1. Dial in Number (888) 808-6929
2. Access Code – 2181522
3. Announce who you are each time before speaking
4. Avoid the use of a speaker phone (use a landline if possible)
5. All persons not speaking should mute their phones
6. Speak up and enunciate so that you can be heard and understood.

PLEASE TAKE FURTHER NOTICE, that pursuant to E.D.N.Y. LBR 9006-1(a)(iii), reply papers must be filed at least three days prior to the above hearing date.

Dated: June 23, 2020
      New York, New York

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for Ronald Winters*
*of Gibbins Advisors, LLC, Plan Administrator*