**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

## **FINAL DECREE CLOSING OPERATING DEBTORS' CHAPTER 11 CASES**

Upon the application of Ronald Winters of Gibbins Advisors, LLC, the Plan Administrator, for a final decree closing the chapter 11 cases of Debtors Absolut Center for Nursing and Rehabilitation at Allegany, LLC, Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC, Absolut Center for Nursing and Rehabilitation at Gasport, LLC, Absolut at Orchard Brooke, LLC, Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC, Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (together, the "Operating Debtors"), pursuant to Bankruptcy Code section 350(a) and Rule 3022; and the Court having found and determined that the Operating Debtors' chapter 11 cases are fully administered; and a hearing to consider the application having been held on June 30, 2020; and upon the record of the hearing; now, therefore, it is hereby:

ORDERED, that the application is granted as provided herein; and it is further

ORDERED, that the Operating Debtors' chapter 11 cases are hereby closed effective as of June 30, 2020; and it is further

ORDERED, that entry of this final decree is without prejudice to the rights of any party to reopen any of the Operating Debtors' chapter 11 cases, pursuant to section 350(b); and it is further

ORDERED, that the Debtors shall pay fees accrued under 28 U.S.C. § 1930 through June 30, 2020; and no disbursements made by the Operating Debtors after such date shall affect statutory fees payable by any of the Debtors, and no minimum quarterly fee shall thereafter be payable in respect of the Operating Debtors' chapter 11 cases for periods after such date; and it is further

ORDERED, that notwithstanding the potential applicability of Rule 6004(h), the terms hereof shall be immediately effective and enforceable.



**Dated: July 14, 2020**  
**Central Islip, New York**

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**