

**Simon PLC Attorneys & Counselors**
747 Third Avenue, 2nd Floor
New York, NY 10017
212-519-7412 / www.simonattys.com

Arizona • Florida • Illinois • New York • Ohio • Texas

Craig T. Mierzwa
cmierzwa@simonattys.com

Admitted to Practice in:
Michigan
New York

July 27, 2020

**VIA ECF**

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: In re: Absolut Facilities Management, LLC, et al., No. 19-76260 (AST)

Dear Judge Trust:

We represent interested parties Dwayne H. Benner and Stephen J. Schunk.

PLEASE TAKE NOTICE that the hearing to consider Messrs. Benner's and Schunk's motion for relief from stay pursuant to Bankruptcy Rule 4001, 11 U.S.C. §361 and §362(d) (Docket # 550) previously scheduled for July 28, 2020 has been adjourned.

This motion will be heard at a date and time to be determined by the court. I will file a notice of adjournment when the date is provided.

Respectfully submitted,

SIMON PLC
Attorneys & Counselors

Craig T. Mierzwa