# AMINI LLC

**Jeffrey Chubak**  
MEMBER NY & NJ BARS

212.497.8247  
jchubak@aminillc.com

July 29, 2020

**By ECF**

Honorable Alan S. Trust  
U.S. Bankruptcy Court for the Eastern District of New York  
Alfonse M. D'Amato Federal Courthouse  
290 Federal Plaza  
Central Islip, New York 11722

Re: In re Absolut Facilities Management, LLC, No. 19-bk-76260-ast

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC. We write to notify interested parties, that the hearing on the following matters has been adjourned to September 16, 2020, at 12:00 p.m.:

- Status conference

- Motion of Dwayne H. Benner and Stephen J. Schunk for Relief from the Automatic Stay, filed April 24, 2020 [Dkt. No. 550]

- Motion of Michael Wyse of Wyse Advisors LLC to Compel Compliance with that Certain Order Authorizing his Employment and Retention as Chief Restructuring Officer Nunc Pro Tunc to the Petition Date, filed May 14, 2020 [Dkt. No. 578]

The hearing on the above matters will be held before the Honorable Alan S. Trust, at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 960, 290 Federal Plaza, Central Islip, New York 11722.

Sincerely,

*Jeffrey Chubak*