

**Simon PLC Attorneys & Counselors**

845 Third Avenue, 6th Floor
New York, NY 10022
212-519-7412 / www.simonattys.com

Craig T. Mierzwa
cmierzwa@simonattys.com

Admitted to Practice in:
Michigan
New York

Arizona · Florida · Illinois · New York · Ohio · Texas

September 15, 2020

**VIA ECF**

Hon. Alan S. Trust
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  In re: Absolut Facilities Management, LLC, et al., No. 19-76260 (AST)

Dear Judge Trust:

We represent interested parties Dwayne H. Benner and Stephen J. Schunk.

Messrs. Benner's and Schunk's motion for relief from stay pursuant to Bankruptcy Rule 4001, 11 U.S.C. §361 and §362(d)  (Docket # 550) is scheduled for hearing tomorrow, September 16, 2020 at 12:00 pm.  My clients and the debtors have resolved the motion for relief from stay and we will be submitting an order that will grant the relief sought by my clients.

Respectfully submitted,

SIMON PLC
Attorneys & Counselors

Craig T. Mierzwa