

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

March 5, 2021

**By ECF**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: <u>In re Absolut Facilities Management, LLC, No. 19-bk-76260-ast</u>

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC. We write to notify interested parties, that the status conference scheduled for March 10, 2021, at 12:00 p.m., has been adjourned to June 23, 20211, at 12:00 p.m.

The status conference will be held before the Honorable Alan S. Trust, at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 960, 290 Federal Plaza, Central Islip, New York 11722.

Sincerely,

*Jeffrey Chubak*