

U.S. Department of Justice
Office of the United States Trustee
Region 2

United States Bankruptcy Court
Eastern District of New York

**IN RE:** **Absolut Facilities Management, LLC,** }      **CHAPTER 11**
}
}      **CASE NO.**      **19-76260**
}
}
**DEBTOR.**      }

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
### FROM JULY 1, 2020 TO SEPTEMBER 30, 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____      Date: _____ June 1, 2021 _____

Ronald M. Winters
       Print Name

Plan Administrator
       Title

*Debtor's Address and Phone Number:*        *Attorney's Address and Phone Number:*

Absolut Facilities Management, LLC        Jeffrey Chubak
c/o GIBBINS ADVISORS, LLC, as Plan Administrator        AMINI LLC
1900 Church Street, Suite 300        131 West 35th Street, 12th Floor
Nashville, TN 37203        New York, NY 10001
Tel. (615) 696-6556        Bar No. 4581807 (NY)
       Tel. (212) 490-4100

| QUESTIONNAIRE | YES [1] | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

*[1] Debtor is delinquent on its fees to the U.S. Trustee and will remit payment subsequent to the filing of this report*

| INSURANCE INFORMATION | YES | NO [2] |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N/A |
| 2. Are all premium payments current? | | N/A |

*[2] Debtor does not have real or personal property, nor employees, that require any insurance coverage*

| CONFIRMATION OF INSURANCE [3] | | Coverage Period(s) | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| **TYPE of POLICY** **and** **CARRIER** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*[3] Not applicable for this reporting period*

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD |
|---|
| **No significant items to report for this reporting period.** |
| **Estimated Date of Filing the Application for Final Decree:**          **Unknown** |

**Absolut Facilities Management, LLC**                                    **Quarterly Operating Report**
**Case No. 19-76260**                    **Chapter 11, Post-Confirmation**
**Reporting Period:  July 1, 2020 to September 30, 2020**         **Attachment No. 2**

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Date of Plan Confirmation:    May 20, 2020**

| | | Quarterly Reporting Period | Post Confirmation Period Total [3] |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 1,855,122.22 | $ 1,855,122.22 |
| 2. | **RECEIPTS** | $ 1,368,363.39 | $ 1,368,363.39 |
| 3. | **DISBURSEMENTS** | | |
| | **a.  Operating Expenses (Fees/Taxes):** | | |
| | (i)   U.S. Trustee Quarterly Fees | $ 0.00 | $ 0.00 |
| | (ii)  Federal, State or Local Taxes | 0.00 | 0.00 |
| | **b.  All Other Operating Expenses** | $ 0.00 | $ 0.00 |
| | **c.  Plan Payments:** | | |
| | (i)   Administrative Claims | $ 911,460.24 | $ 911,460.24 |
| | (ii)  DIP Loan Payment(s) | 1,237,972.76 | 1,237,972.76 |
| | **Total Disbursements for Calculating U.S. Trustee Fees** | $ 2,149,433.00 | $ 2,149,433.00 |
| 4. | **NET DEPOSITS PENDING TRANSFER [1]** | $ 245,085.83 | $ 245,085.83 |
| 5. | **NON-DEBTOR INFLOWS (OUTFLOWS) [2]** | $ -555,000.00 | $ -555,000.00 |
| 6. | **CASH (End of Period)** | $ 764,138.44 | $ 764,138.44 |

[1] Deposits into Debtor bank account(s) that are pending transfer to a segregated account jointly administered by the Debtor and RCA Healthcare Management, LLC (the "Buyer"). After the deposits are reviewed by the Buyer and agreed to by the Debtor, the Buyer remits the Debtor's portion of the deposits (as shown on line 2 above) into the Debtor's bank account(s). The net cash impacts are summarized below for this Quarterly Reporting Period and cumulative Post-Confirmation Period(s):

| | | |
|---|---|---|
| Current Reporting Period Deposits | 719,908 | 719,908 |
| Net transfers to Buyer's Segregated Account | -474,822 | -474,822 |
| **Net Deposits Pending Transfer** | **245,086** | **245,086** |

[2] CARES Act stimulus funds received in error by Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC in prior reporting period that were refunded in the current reporting period.

[3] Post Confirmation Period Total excludes any activity preceding the initial quarterly reporting period of 3Q 2020

Absolut Facilities Management, LLC  
Case No. 19-76260  
Reporting Period:  July 1, 2020 to September 30, 2020

Quarterly Operating Report  
Chapter 11, Post-Confirmation  
Attachment No. 3

# BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank | M&T Bank | M&T Bank | M&T Bank | M&T Bank |
| Account Number | Ending 9203 | Ending 1091 | Ending 5079 | Ending 5426 |
| Purpose of Account | Operating | Operating | Operating | Operating |
| Type of Account | Checking | Checking | Checking | Checking |
| | | | | |
| 1.  Balance per Bank Statement | 42,523.99 | 492,485.96 | 111,310.90 | 118,567.59 |
| 2.  **ADD**:  Deposits in Transit | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.  **SUBTRACT**:  Outstanding Checks | 0.00 | 750.00 | 0.00 | 0.00 |
| 4.  Other Reconciling Items (+/-) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.  Cash Balance for Reporting Period | **42,523.99** | **491,735.96** | **111,310.90** | **118,567.59** |

*A copy of each bank statement is attached to and made a part of this quarterly operating report*

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Not Applicable | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  July 1, 2020 to September 30, 2020**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 1 of 4]**

### SCHEDULE OF DISBURSEMENTS
#### Account #1 - M&T Bank, Account Ending 9203
**Initial Reporting of Bank Account in Operating Report**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | TOTAL | 0.00 |

**Absolut Facilities Management, LLC**           **Quarterly Operating Report**
Case No. 19-76260           Chapter 11, Post-Confirmation
Reporting Period:  July 1, 2020 to September 30, 2020           Attachment No. 4 [Acct 2 of 4]

### SCHEDULE OF DISBURSEMENTS
### Account #2 - M&T Bank, Account Ending 1091

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire | 7/1/2020 | Rubin & Mendlowitz | DIP Loan Payment | 251,000.00 |
| ZBA Tsfr | 7/1/2020 | IRS | Payroll, Payroll Tax and/or Related Items | 239.11 |
| ACH | 7/3/2020 | Merchant Bankcard | Bank and/or Credit Card Fees | 5,779.75 |
| ACH | 7/8/2020 | M&T Bank | Bank and/or Credit Card Fees | 2,205.02 |
| ZBA Tsfr | 7/8/2020 | Cardknox | Bank and/or Credit Card Fees | 30.00 |
| ACH | 7/10/2020 | ProNexus LLC | Professional Fees | 3,400.00 |
| ACH | 7/14/2020 | ProNexus LLC | Professional Fees | 3,400.00 |
| ACH | 7/15/2020 | ReliaFund Inc. | Bank and/or Credit Card Fees | 283.97 |
| ACH | 7/17/2021 | Gibbins Advisors, LLC | Professional Fees | 28,775.00 |
| ACH | 7/17/2020 | WKL Advisors LLC | Professional Fees | 9,950.00 |
| ZBA Tsfr | 7/20/2020 | NYS DOH | HFCAP Payment | 1,494.00 |
| ACH | 7/24/2020 | ProNexus LLC | Professional Fees | 3,400.00 |
| Wire | 7/27/2020 | Rubin & Mendlowitz | DIP Loan Payment | 190,286.77 |
| Wire | 7/28/2020 | Rubin & Mendlowitz | DIP Loan Payment | 266,043.44 |
| ZBA Tsfr | 7/28/2020 | Employee:  Aurora Park (name redacted) | Payroll, Payroll Tax and/or Related Items | 426.66 |
| Wire | 7/29/2020 | Rubin & Mendlowitz | Professional Fees | 128,000.00 |
| ZBA Tsfr | 7/30/2020 | Iron Mountain | Storage Fees | 80.66 |
| ZBA Tsfr | 7/31/2020 | IRS | Payroll, Payroll Tax and/or Related Items | 18.75 |
| ACH | 8/4/2020 | Merchant Bankcard | Bank and/or Credit Card Fees | 2,427.78 |
| ZBA Tsfr | 8/4/2020 | NYS DOL | Payroll, Payroll Tax and/or Related Items | 50.73 |
| ACH | 8/6/2020 | Gibbins Advisors, LLC | Professional Fees | 34,607.00 |
| ACH | 8/6/2020 | ProNexus LLC | Professional Fees | 3,400.00 |
| Wire | 8/6/2020 | Whiteford, Taylor & Preston | Professional Fees | 6,418.66 |
| ACH | 8/10/2020 | M&T Bank | Bank and/or Credit Card Fees | 2,206.93 |
| ACH | 8/17/2020 | ReliaFund Inc. | Bank and/or Credit Card Fees | 79.37 |
| ACH | 8/20/2020 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 8/24/2020 | Alliance Insurance | Insurance | 66,215.00 |
| ACH | 8/26/2020 | M&T Bank | Bank and/or Credit Card Fees | -67.01 |
| ACH | 8/27/2020 | Gibbins Advisors, LLC | Professional Fees | 31,127.00 |
| ACH | 9/3/2020 | Merchant Bankcard | Bank and/or Credit Card Fees | 6,210.81 |
| ACH | 9/9/2020 | M&T Bank | Bank and/or Credit Card Fees | 2,096.51 |
| Wire | 9/9/2020 | Grassi Healthcare Advisors LLC | Professional Fees | 34,176.99 |
| Wire | 9/9/2020 | Silverman Acampora LLP | Professional Fees | 10,138.50 |
| Wire | 9/9/2020 | Whiteford, Taylor & Preston | Professional Fees | 6,418.66 |
| Wire | 9/10/2020 | Amini LLC | Professional Fees | 16,429.94 |
| ACH | 9/14/2020 | Wyse Advisors, LLC | Professional Fees | 220,724.37 |
| ACH | 9/14/2020 | Loeb & Loeb LLP | Professional Fees | 13,631.00 |
| ACH | 9/14/2020 | Gibbins Advisors, LLC | Professional Fees | 30,000.00 |
| ACH | 9/14/2020 | WKL Advisors LLC | Professional Fees | 6,100.00 |
| ACH | 9/15/2020 | ReliaFund Inc. | Bank and/or Credit Card Fees | 112.08 |
| *Other disbursements that were paid by a third-party on behalf of Debtor* | | | | |
| | 7/8/2021 | Rubin & Mendlowitz | DIP Loan Payment | 381,100.60 |
| | 7/15/2021 | Rubin & Mendlowitz | DIP Loan Payment | 106,698.63 |
| | 7/23/2021 | Rubin & Mendlowitz | DIP Loan Payment | 42,843.32 |
| | | | | |
| | 7/15/2021 | NYS DOH | HFCAP Payment | 32,989.00 |
| | 9/16/2021 | NYS DOH | HFCAP Payment | 7,918.00 |
| | | | **TOTAL** | **1,963,867.00** |

### SCHEDULE OF DISBURSEMENTS
### Account #3 - M&T Bank, Account Ending 5079

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 7/3/2020 | Other | Bank and/or Credit Card Fees | 30.00 |
| ACH | 7/8/2020 | M&T Bank | Bank and/or Credit Card Fees | 3,151.93 |
| ZBA Tsfr | 7/14/2020 | Avante Management | Professional Fees | 18,134.00 |
| ZBA Tsfr | 7/14/2020 | Billit | Professional Fees | 852.84 |
| ZBA Tsfr | 7/15/2020 | Avante Management | Professional Fees | 22,415.00 |
| ZBA Tsfr | 7/15/2020 | Billit | Rent | 9,340.00 |
| ZBA Tsfr | 7/20/2020 | Whiteford, Taylor & Preston | Professional Fees | 6,418.66 |
| ZBA Tsfr | 7/31/2020 | Avante Management | Professional Fees | 36,268.00 |
| ACH | 8/3/2020 | Merchant Bankcard | Bank and/or Credit Card Fees | 34.00 |
| ZBA Tsfr | 8/3/2020 | Westfield Trust | Other | 335.00 |
| ACH | 8/10/2020 | M&T Bank | Bank and/or Credit Card Fees | 3,038.94 |
| ZBA Tsfr | 8/12/2020 | Avante Management | Professional Fees | 16,512.42 |
| ZBA Tsfr | 8/25/2020 | Beacon Solutions Group | Professional Fees | 13,110.00 |
| ZBA Tsfr | 8/25/2020 | Bonadio & Co., LLP | Professional Fees | 16,131.25 |
| ACH | 8/26/2020 | M&T Bank | Bank and/or Credit Card Fees | -21.33 |
| ACH | 9/2/2020 | Merchant Bankcard | Bank and/or Credit Card Fees | 34.00 |
| ACH | 9/3/2020 | M&T Bank | Bank and/or Credit Card Fees | 34.00 |
| ACH | 9/9/2020 | M&T Bank | Bank and/or Credit Card Fees | 2,721.01 |
| ZBA Tsfr | 9/9/2020 | Avante Management | Professional Fees | 15,981.15 |
| ACH | 9/15/2020 | Cardknox | Bank and/or Credit Card Fees | 30.00 |
| ZBA Tsfr | 9/15/2020 | Avante Management | Professional Fees | 15,876.13 |
| ZBA Tsfr | 9/17/2020 | Avante Management | Professional Fees | 139.00 |
| ACH | 9/21/2020 | Robert J. Fedor, Esq., LLC | Professional Fees | 5,000.00 |
| | | | **TOTAL** | **185,566.00** |

**Absolut Facilities Management, LLC**
**Quarterly Operating Report**
Case No. 19-76260
Chapter 11, Post-Confirmation
Reporting Period:  July 1, 2020 to September 30, 2020
Attachment No. 4 [Acct 4 of 4]

### SCHEDULE OF DISBURSEMENTS
### Account #4 - M&T Bank, Account Ending 5426
<span style="color:red">Initial Reporting of Bank Account in Operating Report</span>

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL | 0.00 |

[1] *Quarterly Operating Report reflects Plan cash account balance transferred to Account #1 in January 2021*



ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ███1091 | 07/01/20 - 07/31/20 |

| | |
|---|---|
| BEGINNING BALANCE | $1,981,184.64 |
| DEPOSITS & CREDITS | 204,329.17 |
| LESS CHECKS & DEBITS | 1,807,592.39 |
| LESS SERVICE CHARGES | 2,205.02 |
| ENDING BALANCE | $375,716.40 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2020 | BEGINNING BALANCE | | | $1,981,184.64 |
| 07/01/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | $1,168.00 | | |
| 07/01/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP RUBIN&MENDLOWITZ | | $251,000.00 | |
| 07/01/2020 | BOOK TRANSFER TO ███4265 | | 38,559.50 | |
| 07/01/2020 | ZBA TRANSFER DR FROM ███████1083 | | 239.11 | 1,692,554.03 |
| 07/02/2020 | ACH DISPUTE CREDIT - Case 15483021 | 1,449.60 | | |
| 07/02/2020 | ACH DISPUTE CREDIT - Case 15483025 | 1,449.60 | | |
| 07/02/2020 | ReliaFund Inc Deposit    29953817 | 6,155.28 | | |
| 07/02/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 147.00 | | |
| 07/02/2020 | BOOK TRANSFER TO ███4265 | | 1,168.00 | |
| 07/02/2020 | ZBA TRANSFER DR FROM ███████1837 | | 13,197.83 | 1,687,389.68 |
| 07/03/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 12,948.90 | | |
| 07/03/2020 | BOOK TRANSFER TO ███4265 | | 6,302.28 | |
| 07/03/2020 | MERCHANT BNKCD FEE    434592267885 | | 5,779.75 | |
| 07/03/2020 | ZBA TRANSFER DR FROM ███1837 | | 60.00 | 1,688,196.55 |
| 07/06/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 5,300.00 | | |
| 07/06/2020 | BOOK TRANSFER TO ███4265 | | 12,948.90 | 1,680,547.65 |
| 07/07/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 13,793.45 | | |
| 07/07/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 2,207.44 | | |
| 07/07/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 179.50 | | |
| 07/07/2020 | ReliaFund Inc Deposit    30001641 | 100.00 | | |
| 07/07/2020 | BOOK TRANSFER TO ███4265 | | 5,300.00 | |
| 07/07/2020 | ZBA TRANSFER DR FROM ███1837 | | 141,625.00 | 1,549,903.04 |
| 07/08/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 4,981.98 | | |
| 07/08/2020 | DEPOSIT | 64.75 | | |
| 07/08/2020 | BOOK TRANSFER TO ███6079 | | 55,000.00 | |
| 07/08/2020 | ZBA TRANSFER DR FROM ███1837 | | 30.00 | |
| 07/08/2020 | SERVICE CHARGE FOR ACCOUNT ███████1091 | | 2,205.02 | 1,497,714.75 |
| 07/09/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 11,765.36 | | 1,509,480.11 |
| 07/10/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 3,400.00 | |
| 07/10/2020 | BOOK TRANSFER TO ███4265 | | 4,981.98 | |
| 07/10/2020 | BOOK TRANSFER TO ███6079 | | 30,000.00 | |
| 07/10/2020 | SIGNATURE FIN PAYMENT    112990001 | | 19,669.48 | |
| 07/10/2020 | ZBA TRANSFER DR FROM ███1837 | | 6,362.57 | 1,445,066.08 |



| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▉091 | 07/01/20 - 07/31/20 |

ABSOLUT FACILITIES MANAGEMENT LLC
HUD

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/13/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 1,102.55 | | 1,446,168.63 |
| 07/14/2020 | BOOK TRANSFER TO▉ ▉265 | | 1,102.55 | |
| 07/14/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 3,400.00 | |
| 07/14/2020 | BOOK TRANSFER TO▉ ▉265 | | 11,765.36 | 1,429,900.72 |
| 07/15/2020 | ACH DISPUTE CREDIT - Case 15541007 | 19,669.48 | | |
| 07/15/2020 | DEPOSIT | 7,998.91 | | |
| 07/15/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 1,489.00 | | |
| 07/15/2020 | ReliaFund Inc Deposit    30054960 | 250.00 | | |
| 07/15/2020 | ReliaFund Inc ACH Fees    30023289 | | 283.97 | 1,459,024.14 |
| 07/16/2020 | DEPOSIT | 2,980.83 | | |
| 07/16/2020 | ReliaFund Inc Deposit    30069287 | 2,225.00 | | |
| 07/16/2020 | ZBA TRANSFER DR FROM▉ ▉837 | | 555,000.00 | 909,229.97 |
| 07/17/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 4,400.00 | | |
| 07/17/2020 | BOOK TRANSFER TO▉ ▉265 | | 2,225.00 | |
| 07/17/2020 | BOOK TRANSFER TO▉ ▉265 | | 2,980.83 | |
| 07/17/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 38,725.00 | 869,699.14 |
| 07/20/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 1,710.00 | | |
| 07/20/2020 | ReliaFund Inc Deposit    30084011 | 125.00 | | |
| 07/20/2020 | BOOK TRANSFER TO▉ ▉265 | | 4,400.00 | |
| 07/20/2020 | ZBA TRANSFER DR FROM▉ ▉837 | | 1,494.00 | 865,640.14 |
| 07/21/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 500.00 | | 866,140.14 |
| 07/22/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 125.00 | | |
| 07/22/2020 | BOOK TRANSFER TO▉ ▉265 | | 500.00 | |
| 07/22/2020 | BOOK TRANSFER TO▉ ▉265 | | 1,835.00 | 863,930.14 |
| 07/23/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 125.00 | | 864,055.14 |
| 07/24/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 7,500.00 | | |
| 07/24/2020 | DEPOSIT | 1,100.00 | | |
| 07/24/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 3,400.00 | 869,255.14 |
| 07/27/2020 | ReliaFund Inc Deposit    30126924 | 125.00 | | |
| 07/27/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Rubin & Mendlowitz | | 190,286.77 | 679,093.37 |
| 07/28/2020 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 88,890.78 | | |
| 07/28/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Rubin & Mendlowitz | | 266,043.44 | |
| 07/28/2020 | ZBA TRANSFER DR FROM▉ ▉083 | | 426.66 | 501,514.05 |
| 07/29/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 250.00 | | |
| 07/29/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Rubin & Mendlowitz | | 128,000.00 | 373,764.05 |
| 07/30/2020 | ZBA TRANSFER DR FROM▉ ▉837 | | 80.66 | 373,683.39 |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| ACCOUNT TYPE |
|---|
| CORPORATE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ████ 091 | 07/01/20 - 07/31/20 |

ABSOLUT FACILITIES MANAGEMENT LLC
HUD

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/31/2020 | ReliaFund Inc Deposit     30161529 | 2,051.76 | | |
| 07/31/2020 | ZBA TRANSFER DR FROM ████ 083 | | 18.75 | 375,716.40 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 33 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**M&T** Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00  0 01276M NM  017

000000                                    N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮091 | 08/01/20 - 08/31/20 |

| | |
|---|---|
| BEGINNING BALANCE | $375,716.40 |
| DEPOSITS & CREDITS | 640,733.25 |
| LESS CHECKS & DEBITS | 168,995.02 |
| LESS SERVICE CHARGES | 2,206.93 |
| ENDING BALANCE | $845,247.70 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2020 | BEGINNING BALANCE | | | $375,716.40 |
| 08/03/2020 | ReliaFund Inc Deposit    30171468 | $510.52 | | 376,226.92 |
| 08/04/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 1,168.00 | | |
| 08/04/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 639.00 | | |
| 08/04/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 400.00 | | |
| 08/04/2020 | MERCHANT BNKCD FEE    434592267885 | | $2,427.78 | |
| 08/04/2020 | ZBA TRANSFER DR FROM▮083 | | 50.73 | 375,955.41 |
| 08/05/2020 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 112,014.50 | | |
| 08/05/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 17,502.24 | | |
| 08/05/2020 | ReliaFund Inc Deposit    30205881 | 125.00 | | 505,597.15 |
| 08/06/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 29,022.85 | | |
| 08/06/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Whiteford, Taylor & Preston LLP | | 6,418.66 | |
| 08/06/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 38,007.00 | 490,194.34 |
| 08/07/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 14,596.50 | | |
| 08/07/2020 | ReliaFund Inc Deposit    30227782 | 100.00 | | 504,890.84 |
| 08/10/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 2,918.18 | | |
| 08/10/2020 | ReliaFund Inc Deposit    30236911 | 125.00 | | |
| 08/10/2020 | SIGNATURE FIN PAYMENT    112990001 | | 19,669.48 | |
| 08/10/2020 | SERVICE CHARGE FOR ACCOUNT▮091 | | 2,206.93 | 486,057.61 |
| 08/11/2020 | DEPOSIT | 31,116.12 | | |
| 08/11/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 10,740.02 | | |
| 08/11/2020 | MERCHANT BNKCD DEPOSIT    2,207.44 | 2,207.44 | | 530,121.19 |
| 08/12/2020 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 25,128.28 | | |
| 08/12/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 706.21 | | 555,955.68 |
| 08/13/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 1,445.00 | | |
| 08/13/2020 | DEPOSIT | 921.35 | | 558,322.03 |
| 08/14/2020 | ACH DISPUTE CREDIT - Case 15604536 | 19,669.48 | | 577,991.51 |
| 08/17/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 35,739.29 | | |
| 08/17/2020 | ReliaFund Inc ACH Fees    30245291 | | 79.37 | 613,651.43 |
| 08/18/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 27,761.38 | | 641,412.81 |
| 08/19/2020 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 160,193.21 | | |
| 08/19/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 8,120.78 | | 809,726.80 |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



FOR INQUIRIES CALL: **HEALTHCARE BUFFALO**
(716) 848-7354

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████ 091 | 08/01/20 - 08/31/20 |

**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/20/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 1,710.00 | | |
| 08/20/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 5,000.00 | 806,436.80 |
| 08/24/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 2,500.00 | | |
| 08/24/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 66,215.00 | 742,721.80 |
| 08/25/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 962.00 | | 743,683.80 |
| 08/26/2020 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 121,520.76 | | |
| 08/26/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 2,139.00 | | |
| 08/26/2020 | Service Charge Adj for Reserve Req | 67.01 | | 867,410.57 |
| 08/27/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | 31,127.00 | 836,283.57 |
| 08/28/2020 | ECLUSIVE ePay | 2,091.06 | | |
| 08/28/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 1,853.00 | | 840,227.63 |
| 08/31/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 5,020.07 | | 845,247.70 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 33 | 0 | |

TREASURY MANAGEMENT (TM) CUSTOMERS AS OF 2/10/20 - YOU SHOULD HAVE RECEIVED A
LETTER DATED 3/9/20 REGARDING CHANGES TO M&T'S TM AGREEMENTS. TO CLARIFY, "TM
AGREEMENT" IN THE LETTER REFERS TO THE MASTER TREASURY MANAGEMENT SERVICES
AGREEMENT (MSA). THE MSA HAS BEEN REVISED TO CORRECT THE SUBSECTION LETTERING
UNDER SECTION 22 SO THE REFERENCE TO SECTION 22(C) IN THE LETTER IS NOW CORRECT.
THE SUMMARY OF THE CHANGE TO SECTION 3(C) OF THE POSITIVE PAY SERVICE TERMS AND
CONDITIONS HAS BEEN REVISED IN THE SUMMARY OF CHANGES DOCUMENT (SOC) REFERENCED
IN THE LETTER. THE REVISED MSA AND SOC HAVE BEEN POSTED TO MTB.COM/TMTERMS.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**FOR INQUIRIES CALL:** HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                    N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▇▇▇1091 | 09/01/20 - 09/30/20 |

| | |
|---|---|
| BEGINNING BALANCE | $845,247.70 |
| DEPOSITS & CREDITS | 248,524.16 |
| LESS CHECKS & DEBITS | 599,189.39 |
| LESS SERVICE CHARGES | 2,096.51 |
| ENDING BALANCE | $492,485.96 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2020 | BEGINNING BALANCE | | | $845,247.70 |
| 09/01/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | $1,759.46 | | 847,007.16 |
| 09/02/2020 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 33,799.79 | | |
| 09/02/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 807.00 | | 881,613.95 |
| 09/03/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 2,788.31 | | |
| 09/03/2020 | MERCHANT BNKCD FEE     434592267885 | | $6,210.81 | 878,191.45 |
| 09/04/2020 | ReliaFund Inc Deposit     30434199 | 1,204.60 | | |
| 09/04/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 320.00 | | 879,716.05 |
| 09/08/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 13,200.00 | | |
| 09/08/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 12,930.00 | | |
| 09/08/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 8,954.14 | | |
| 09/08/2020 | ReliaFund Inc Deposit     30446513 | 433.52 | | 915,233.71 |
| 09/09/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 4,852.26 | | |
| 09/09/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER FOR NRSG AURORA PARK | | 254,459.09 | |
| 09/09/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Grassi Healthcare Advisors LLC | | 34,176.99 | |
| 09/09/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP Silverman Acampora LLP | | 10,138.50 | |
| 09/09/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP WHITEFORD/TAYLOR/PRESTON | | 6,418.66 | |
| 09/09/2020 | SERVICE CHARGE FOR ACCOUNT ▇▇▇1091 | | 2,096.51 | 612,796.22 |
| 09/10/2020 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 94,174.94 | | |
| 09/10/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 26,050.00 | | |
| 09/10/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP AMINI LLC | | 16,429.94 | 716,591.22 |
| 09/11/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 20,311.22 | | 736,902.44 |
| 09/14/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 1,947.92 | | |
| 09/14/2020 | ABSOLUT FACILITI ACH     -SETT-INFOACH | | 13,631.00 | |
| 09/14/2020 | ABSOLUT FACILITI ACH     -SETT-INFOACH | | 36,100.00 | |
| 09/14/2020 | ABSOLUT FACILITI ACH     -SETT-INFOACH | | 220,724.37 | 468,394.99 |
| 09/15/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 1,500.00 | | |
| 09/15/2020 | MERCHANT BNKCD DEPOSIT     434592267885 | 387.20 | | |
| 09/15/2020 | ReliaFund Inc ACH Fees     30482619 | | 112.08 | 470,170.11 |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ████1091 | 09/01/20 - 09/30/20 |

ABSOLUT FACILITIES MANAGEMENT LLC
HUD

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/16/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 6,045.00 | | 476,215.11 |
| 09/17/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 2,988.00 | | 479,203.11 |
| 09/18/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 125.00 | | |
| 09/18/2020 | ZBA TRANSFER DR FROM ████ 837 | | 787.95 | 478,540.16 |
| 09/21/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 11,466.80 | | 490,006.96 |
| 09/23/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 300.00 | | 490,306.96 |
| 09/25/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 750.00 | | |
| 09/25/2020 | ReliaFund Inc Deposit    30587975 | 125.00 | | 491,181.96 |
| 09/28/2020 | MERCHANT BNKCD DEPOSIT    434592267885 | 50.00 | | 491,231.96 |
| 09/29/2020 | ReliaFund Inc Deposit    30613138 | 1,254.00 | | 492,485.96 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 26 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**M&T** Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                              N

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓5079 | 07/01/20 - 07/31/20 |

| | |
|---|---|
| BEGINNING BALANCE | $124,705.93 |
| DEPOSITS & CREDITS | 384,298.86 |
| LESS CHECKS & DEBITS | 314,341.72 |
| LESS SERVICE CHARGES | 3,151.93 |
| ENDING BALANCE | $191,511.14 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2020 | BEGINNING BALANCE | | | $124,705.93 |
| 07/01/2020 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | $67,023.02 | | |
| 07/01/2020 | DEPOSIT | 21,586.66 | | |
| 07/01/2020 | VACP TREAS 310 XXVA BENEF   092344140003600 | 1,911.00 | | |
| 07/01/2020 | VACP TREAS 310 XXVA BENEF   26765440003600 | 1,911.00 | | |
| 07/01/2020 | VACP TREAS 310 XXVA BENEF   129401595003600 | 1,911.00 | | |
| 07/01/2020 | VACP TREAS 310 XXVA BENEF   078406106003600 | 1,835.00 | | |
| 07/01/2020 | VACP TREAS 310 XXVA BENEF   104222838103600 | 1,228.00 | | |
| 07/01/2020 | VACP TREAS 310 XXVA BENEF   111147176103600 | 1,228.00 | | |
| 07/01/2020 | OTDA SSP/SSPNA P ACH        AP00050932658 | 467.00 | | |
| 07/01/2020 | OTDA SSP/SSPNA P ACH        AP00050336931 | 435.67 | | |
| 07/01/2020 | OTDA SSP/SSPNA P ACH        AP00050576817 | 353.99 | | |
| 07/01/2020 | BCBS OF MASS HCCLAIMPMT     727631926 | 124.04 | | |
| 07/01/2020 | BOOK TRANSFER TO▓4595 | | $11,681.80 | |
| 07/01/2020 | ZBA TRANSFER DR FROM▓6953 | | 53,950.00 | 159,088.51 |
| 07/02/2020 | AMERICAN PROGRES HCCLAIMPMT | 1,806.00 | | |
| 07/02/2020 | SSA TREAS 310 XXSOC SEC   060367826B9 SSA | 1,139.00 | | |
| 07/02/2020 | BOOK TRANSFER TO▓4595 | | 21,710.70 | |
| 07/02/2020 | ZBA TRANSFER DR FROM▓6953 | | 5,234.76 | 135,088.05 |
| 07/03/2020 | ABSOLUT CTR FOR Dir Depost | 2,696.04 | | |
| 07/03/2020 | ABSOLUT CTR FOR Dir Depost | 803.00 | | |
| 07/03/2020 | BOOK TRANSFER TO▓4595 | | 2,945.00 | |
| 07/03/2020 | BOOK TRANSFER TO▓4595 | | 11,280.66 | |
| 07/03/2020 | ZBA TRANSFER DR FROM▓6953 | | 30.00 | 124,331.43 |
| 07/06/2020 | BOOK TRANSFER TO▓4595 | | 3,499.04 | 120,832.39 |
| 07/07/2020 | HEALTHNOW94000 HCCLAIMPMT  97991665 | 6,159.40 | | |
| 07/07/2020 | ZBA TRANSFER DR FROM▓6953 | | 27,691.85 | 99,299.94 |
| 07/08/2020 | BOOK TRANSFER FR▓1091 | 55,000.00 | | |
| 07/08/2020 | BOOK TRANSFER TO▓4595 | | 6,159.40 | |
| 07/08/2020 | BOOK TRANSFER TO▓4265 | | 16,180.39 | |
| 07/08/2020 | SERVICE CHARGE FOR ACCOUNT▓5079 | | 3,151.93 | 128,808.22 |
| 07/09/2020 | DEPOSIT | 35,263.03 | | 164,071.25 |
| 07/10/2020 | BOOK TRANSFER FR▓1091 | 30,000.00 | | |
| 07/10/2020 | ZBA TRANSFER DR FROM▓6953 | | 1,108.39 | 192,962.86 |

PAGE 1 OF 4


# M&T Bank

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ■■■5079 | 07/01/20 - 07/31/20 |

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/14/2020 | HEALTHNOW94000 HCCLAIMPMT 97997946 | 7,343.90 | | |
| 07/14/2020 | BOOK TRANSFER TO ■■■4595 | | 35,263.03 | |
| 07/14/2020 | ZBA TRANSFER DR FROM ■■■6953 | | 18,986.84 | 146,056.89 |
| 07/15/2020 | DEPOSIT | 26,257.00 | | |
| 07/15/2020 | Deposit adj - Check received not listed | 6,045.00 | | |
| 07/15/2020 | ZBA TRANSFER DR FROM ■■■6953 | | 31,755.00 | 146,603.89 |
| 07/16/2020 | UNIVERSAL AMERIC HCCLAIMPMT | 1,400.00 | | |
| 07/16/2020 | UNIVERSAL AMERIC HCCLAIMPMT | 700.00 | | 148,703.89 |
| 07/17/2020 | ABSOLUT CTR FOR Dir Depost | 1,414.00 | | |
| 07/17/2020 | AMERICAN PROGRES HCCLAIMPMT | 70.80 | | |
| 07/17/2020 | BOOK TRANSFER TO ■■■4595 | | 2,100.00 | 148,088.69 |
| 07/20/2020 | DEPOSIT | 24,019.00 | | |
| 07/20/2020 | AMERICAN PROGRES HCCLAIMPMT | 1,680.00 | | |
| 07/20/2020 | HERITAGE HEALTH HCCLAIMPMT 1003329781530000 | 1,400.00 | | |
| 07/20/2020 | BOOK TRANSFER TO ■■■4595 | | 1,484.80 | |
| 07/20/2020 | ZBA TRANSFER DR FROM ■■■6953 | | 6,418.66 | 167,284.23 |
| 07/21/2020 | HEALTHNOW94000 HCCLAIMPMT 98003829 | 14,984.80 | | |
| 07/21/2020 | UNIVERSAL AMERIC HCCLAIMPMT | 2,400.00 | | |
| 07/21/2020 | AMERICAN PROGRES HCCLAIMPMT | 113.60 | | |
| 07/21/2020 | HEALTHNOW94000 HCCLAIMPMT 98003819 | 15.00 | | 184,797.63 |
| 07/22/2020 | HERITAGE HEALTH HCCLAIMPMT 1003333224853000 | 800.00 | | |
| 07/22/2020 | BOOK TRANSFER TO ■■■4595 | | 3,080.00 | |
| 07/22/2020 | BOOK TRANSFER TO ■■■4595 | | 17,513.40 | 165,004.23 |
| 07/23/2020 | Fallon Health We HCCLAIMPMT | 120.90 | | |
| 07/23/2020 | Fallon Health We HCCLAIMPMT | 57.97 | | 165,183.10 |
| 07/27/2020 | HERITAGE HEALTH HCCLAIMPMT 1003335826053000 | 2,888.00 | | 168,071.10 |
| 07/28/2020 | DEPOSIT | 32,836.03 | | |
| 07/28/2020 | HEALTHNOW94000 HCCLAIMPMT 98009939 | 12,860.79 | | |
| 07/28/2020 | AMERICAN PROGRES HCCLAIMPMT | 402.44 | | 214,170.36 |
| 07/30/2020 | Fallon Health We HCCLAIMPMT | 878.05 | | |
| 07/30/2020 | Fallon Health We HCCLAIMPMT | 226.27 | | 215,274.68 |
| 07/31/2020 | VACP TREAS 310 XXVA BENEF 26765440003600 | 1,911.00 | | |
| 07/31/2020 | VACP TREAS 310 XXVA BENEF 092344140003600 | 1,911.00 | | |
| 07/31/2020 | VACP TREAS 310 XXVA BENEF 129401595003600 | 1,911.00 | | |
| 07/31/2020 | VACP TREAS 310 XXVA BENEF 078406106003600 | 1,835.00 | | |
| 07/31/2020 | VACP TREAS 310 XXVA BENEF 111147176103600 | 1,228.00 | | |
| 07/31/2020 | VACP TREAS 310 XXVA BENEF 104222838103600 | 1,228.00 | | |
| 07/31/2020 | HERITAGE HEALTH HCCLAIMPMT 1003340636353000 | 1,223.80 | | |
| 07/31/2020 | OTDA SSP/SSPNA P ACH AP00051569866 | 467.00 | | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ⬛5079 | 07/01/20 - 07/31/20 |

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/31/2020 | OTDA SSP/SSPNA P ACH        AP00051281298 | 435.67 | | |
| 07/31/2020 | OTDA SSP/SSPNA P ACH        AP00051364348 | 353.99 | | |
| 07/31/2020 | ZBA TRANSFER DR FROM ⬛6953 | | 36,268.00 | 191,511.14 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 53 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**M&T** Bank

FOR INQUIRIES CALL:    HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM 017

000000       N

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▉5079 | 08/01/20 - 08/31/20 |

| | |
|---|---|
| BEGINNING BALANCE | $191,511.14 |
| DEPOSITS & CREDITS | 115,129.10 |
| LESS CHECKS & DEBITS | 46,122.67 |
| LESS SERVICE CHARGES | 3,038.94 |
| ENDING BALANCE | $257,478.63 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2020 | BEGINNING BALANCE | | | $191,511.14 |
| 08/03/2020 | SSA TREAS 310 XXSOC SEC   060367826B9 SSA | $1,139.00 | | |
| 08/03/2020 | BANKCARD MTOT DISC     518993320972748 | | $34.00 | |
| 08/03/2020 | ZBA TRANSFER DR FROM▉8953 | | 335.00 | 192,281.14 |
| 08/04/2020 | HEALTHNOW94000 HCCLAIMPMT   98015882 | 4,503.10 | | |
| 08/04/2020 | HEALTHNOW94000 HCCLAIMPMT   98015870 | 2,597.42 | | 199,381.66 |
| 08/06/2020 | Fallon Health We HCCLAIMPMT | 419.25 | | 199,800.91 |
| 08/07/2020 | DEPOSIT | 30,477.67 | | |
| 08/07/2020 | Deposit adj - Addition error | 860.00 | | 231,138.58 |
| 08/10/2020 | SERVICE CHARGE FOR ACCOUNT▉5079 | | 3,038.94 | 228,099.64 |
| 08/11/2020 | HEALTHNOW94000 HCCLAIMPMT   98022106 | 540.00 | | 228,639.64 |
| 08/12/2020 | ZBA TRANSFER DR FROM▉8953 | | 16,512.42 | 212,127.22 |
| 08/13/2020 | DEPOSIT | 21,584.99 | | |
| 08/13/2020 | AMERICAN PROGRES HCCLAIMPMT | 3,640.00 | | |
| 08/13/2020 | Fallon Health We HCCLAIMPMT | 139.50 | | 237,491.71 |
| 08/14/2020 | UNIVERSAL AMERIC HCCLAIMPMT | 232.30 | | 237,724.01 |
| 08/18/2020 | UNIVERSAL AMERIC HCCLAIMPMT | 2,300.00 | | |
| 08/18/2020 | AMERICAN PROGRES HCCLAIMPMT | 280.00 | | 240,304.01 |
| 08/19/2020 | DEPOSIT | 25,949.68 | | |
| 08/19/2020 | AMERICAN PROGRES HCCLAIMPMT | 1,400.00 | | 267,653.69 |
| 08/21/2020 | DEPOSIT | 431.74 | | 268,085.43 |
| 08/25/2020 | HEALTHNOW94000 HCCLAIMPMT   98034778 | 2,324.01 | | |
| 08/25/2020 | HEALTHNOW94000 HCCLAIMPMT   98034769 | 184.11 | | |
| 08/25/2020 | ZBA TRANSFER DR FROM▉8953 | | 29,241.25 | 241,352.30 |
| 08/26/2020 | Service Charge Adj for Reserve Req | 21.33 | | 241,373.63 |
| 08/27/2020 | AMERICAN PROGRES HCCLAIMPMT | 10.00 | | 241,383.63 |
| 08/28/2020 | DEPOSIT | 16,095.00 | | 257,478.63 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 21 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓▓▓5079 | 08/01/20 - 08/31/20 |

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**

TREASURY MANAGEMENT (TM) CUSTOMERS AS OF 2/10/20 - YOU SHOULD HAVE RECEIVED A
LETTER DATED 3/9/20 REGARDING CHANGES TO M&T'S TM AGREEMENTS. TO CLARIFY, "TM
AGREEMENT" IN THE LETTER REFERS TO THE MASTER TREASURY MANAGEMENT SERVICES
AGREEMENT (MSA). THE MSA HAS BEEN REVISED TO CORRECT THE SUBSECTION LETTERING
UNDER SECTION 22 SO THE REFERENCE TO SECTION 22(C) IN THE LETTER IS NOW CORRECT.
THE SUMMARY OF THE CHANGE TO SECTION 3(C) OF THE POSITIVE PAY SERVICE TERMS AND
CONDITIONS HAS BEEN REVISED IN THE SUMMARY OF CHANGES DOCUMENT (SOC) REFERENCED
IN THE LETTER. THE REVISED MSA AND SOC HAVE BEEN POSTED TO MTB.COM/TMTERMS.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**M&T** Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                                          P

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ██████5079 | 09/01/20 - 09/30/20 |

| | |
|---|---|
| BEGINNING BALANCE | $257,478.63 |
| DEPOSITS & CREDITS | 130,792.52 |
| LESS CHECKS & DEBITS | 274,239.24 |
| LESS SERVICE CHARGES | 2,721.01 |
| ENDING BALANCE | $111,310.90 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2020 | BEGINNING BALANCE | | | $257,478.63 |
| 09/01/2020 | VACP TREAS 310 XXVA BENEF   26765440003600 | $1,911.00 | | |
| 09/01/2020 | VACP TREAS 310 XXVA BENEF   129401595003600 | 1,911.00 | | |
| 09/01/2020 | VACP TREAS 310 XXVA BENEF   092344140003600 | 1,911.00 | | |
| 09/01/2020 | VACP TREAS 310 XXVA BENEF   078406106003600 | 1,835.00 | | |
| 09/01/2020 | VACP TREAS 310 XXVA BENEF   104222838103600 | 1,228.00 | | |
| 09/01/2020 | VACP TREAS 310 XXVA BENEF   111147176103600 | 1,228.00 | | |
| 09/01/2020 | OTDA SSP/SSPNA P ACH       AP00052195021 | 467.00 | | |
| 09/01/2020 | OTDA SSP/SSPNA P ACH       AP00051815576 | 435.67 | | |
| 09/01/2020 | OTDA SSP/SSPNA P ACH       AP00052071197 | 353.99 | | 268,759.29 |
| 09/02/2020 | BCBS OF MASS HCCLAIMPMT   728310148 | 107.52 | | |
| 09/02/2020 | BANKCARD MTOT DISC       518993320972748 | | $34.00 | 268,832.81 |
| 09/03/2020 | SSA TREAS 310 XXSOC SEC   060367826B9 SSA | 1,139.00 | | |
| 09/03/2020 | BOOK TRANSFER TO ████#595 | | 34.00 | 269,937.81 |
| 09/04/2020 | DEPOSIT | 54,689.67 | | 324,627.48 |
| 09/09/2020 | HEALTHNOW94000 HCCLAIMPMT  98047247 | 473.80 | | |
| 09/09/2020 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 237,144.96 | |
| 09/09/2020 | SERVICE CHARGE FOR ACCOUNT ██████5079 | | 2,721.01 | |
| 09/09/2020 | ZBA TRANSFER DR FROM ████6953 | | 15,981.15 | 69,254.16 |
| 09/14/2020 | DEPOSIT | 33,930.70 | | 103,184.86 |
| 09/15/2020 | Cardknox SIGONFILE       300J0F | | 30.00 | |
| 09/15/2020 | ZBA TRANSFER DR FROM ████6953 | | 15,876.13 | 87,278.73 |
| 09/16/2020 | HEALTHNOW94000 HCCLAIMPMT  98059283 | 5,685.60 | | 92,964.33 |
| 09/17/2020 | ZBA TRANSFER DR FROM ████6953 | | 139.00 | 92,825.33 |
| 09/18/2020 | HERITAGE HEALTH HCCLAIMPMT 100337933953000 | 88.00 | | 92,913.33 |
| 09/21/2020 | HERITAGE HEALTH HCCLAIMPMT 100338052553000 | 1,400.00 | | |
| 09/21/2020 | ABSOLUT FACILITI ACH       -SETT-INFOACH | | 5,000.00 | 89,313.33 |
| 09/29/2020 | HEALTHNOW94000 HCCLAIMPMT  98066241 | 9,923.78 | | |
| 09/29/2020 | AMERICAN PROGRES HCCLAIMPMT | 7,840.00 | | |
| 09/29/2020 | HEALTHNOW94000 HCCLAIMPMT  98066253 | 4,219.89 | | 111,297.00 |
| 09/30/2020 | BCBS OF MASS HCCLAIMPMT   728588228 | 13.90 | | 111,310.90 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 21 | 0 | |

PAGE 1 OF 2



**M&T** Bank

ABSOLUT FACILITIES MANAGEMENT LLC
MEDICAL ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ███████5426 | 07/01/20 - 07/31/20 |

| | |
|---|---|
| BEGINNING BALANCE | $325,686.11 |
| DEPOSITS & CREDITS | 6,077.34 |
| LESS CHECKS & DEBITS | 156,450.33 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $175,313.12 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2020 | BEGINNING BALANCE | | | $325,686.11 |
| 07/03/2020 | DEPOSIT | $6,077.34 | | 331,763.45 |
| 07/24/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | $156,450.33 | 175,313.12 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**HEALTHCARE BUFFALO**
(716) 848-7354

00   0 01276M NM  017

000000                                    N

**ABSOLUT FACILITIES MANAGEMENT LLC**
**MEDICAL ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▊5426 | 08/01/20 - 08/31/20 |

| | |
|---|---|
| BEGINNING BALANCE | $175,313.12 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 56,745.53 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $118,567.59 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2020 | BEGINNING BALANCE | | | $175,313.12 |
| 08/21/2020 | ABSOLUT FACILITI ACH    -SETT-INFOACH | | $56,745.53 | 118,567.59 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TREASURY MANAGEMENT (TM) CUSTOMERS AS OF 2/10/20 - YOU SHOULD HAVE RECEIVED A
LETTER DATED 3/9/20 REGARDING CHANGES TO M&T'S TM AGREEMENTS. TO CLARIFY, "TM
AGREEMENT" IN THE LETTER REFERS TO THE MASTER TREASURY MANAGEMENT SERVICES
AGREEMENT (MSA). THE MSA HAS BEEN REVISED TO CORRECT THE SUBSECTION LETTERING
UNDER SECTION 22 SO THE REFERENCE TO SECTION 22(C) IN THE LETTER IS NOW CORRECT.
THE SUMMARY OF THE CHANGE TO SECTION 3(C) OF THE POSITIVE PAY SERVICE TERMS AND
CONDITIONS HAS BEEN REVISED IN THE SUMMARY OF CHANGES DOCUMENT (SOC) REFERENCED
IN THE LETTER. THE REVISED MSA AND SOC HAVE BEEN POSTED TO MTB.COM/TMTERMS.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**M&T** Bank

FOR INQUIRIES CALL:   HEALTHCARE BUFFALO
(716) 848-7354

00  0 01276M NM  017

000000              P

ABSOLUT FACILITIES MANAGEMENT LLC
MEDICAL ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▉5426 | 09/01/20 - 09/30/20 |

| | |
|---|---|
| BEGINNING BALANCE | $118,567.59 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $118,567.59 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2020 | BEGINNING BALANCE | | | $118,567.59 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



00   0 03834M NM  017

000000                                              P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE | |
| --- | --- |
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ●●●●9203 | 09/14/20 - 09/30/20 |

| | |
| --- | --- |
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 42,523.99 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $42,523.99 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 09/14/2020 | BEGINNING BALANCE | | | $0.00 |
| 09/15/2020 | INCOMING FEDWIRE FUNDS TRANSFER | $42,523.99 | | |
| | ABSOLUT CENTER FOR NURSING & | | | 42,523.99 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524