

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

June 17, 2021

**By ECF and Email**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722
ast_hearings@nyeb.uscourts.gov

Re: Absolute Facilities Management, LLC, Case 19-76260-ast

Dear Judge Trust:

We represent Ronald Winters, the Plan Administrator herein, and write to [1] request an adjournment of the status conference presently scheduled for June 23, 2021, at 12:00 p.m., so that the adjourned status conference can coincide with any Rule 16 conference in a recently filed adversary proceeding (preference) (21-ap-8107) and another we plan to file shortly, and [2] advise that the change of ownership applications of the prospective purchaser of the Debtors' facilities still remains pending before the New York State Department of Health. The Plan Administrator is current on his post-confirmation reporting [Dkt. Nos. 685 (June 2020), 681 (Q3 2020), 682 (Q4 2020), 683 (Q1 2021)]. We have consulted with Christine Black, who has no objection to the requested adjournment. We thank Your Honor for your attention to this matter.

Very truly yours,

*Jeffrey Chubak*