# A M I N I LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

September 10, 2021

**By ECF**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: In re Absolut Facilities Management, LLC, No. 19-bk-76260-ast

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC. We write to notify interested parties, that the status conference scheduled for October 6, 2021, at 12:00 p.m., has been adjourned to October 13, 2021, at 12:00 p.m.

The status conference will be held before the Honorable Alan S. Trust. Pursuant to Judge Trust's supplemental procedures, the status conferences will be conducted telephonically. Instructions for participating can be viewed at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

Sincerely,

*Jeffrey Chubak*