

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

October 1, 2021

**By ECF and Email**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722
ast_hearings@nyeb.uscourts.gov

Re: Absolute Facilities Management, LLC, Case 19-76260-ast

Dear Judge Trust:

We represent Ronald Winters, the Plan Administrator herein, and write to (1) request an adjournment of the status conference presently scheduled for October 13, 2021, at 12:00 p.m., to November 17, 2021, at 12:00 p.m., so it can coincide with the pretrial conference scheduled for said date and time in the associated preference adversary proceeding, Winters v. Grandview Brokerage Corporation [Case 21-8107-ast, Dkt. No. 10 (Initial Scheduling Order), at ¶3], and (2) advise that the change of ownership applications of the prospective purchaser of the Debtors' facilities still remains pending before the New York State Department of Health. The Plan Administrator is current on his post-confirmation reporting through June 30, 2021, and anticipates filing the quarterly report for the period July 1, 2021-September 30, 2021 by October 20, 2021. We have consulted with Christine Black, who has no objection to the requested adjournment. We thank Your Honor for your attention to this matter.

Very truly yours,

*Jeffrey Chubak*