

U.S. Department of Justice
Office of the United States Trustee
Region 2

United States Bankruptcy Court
Eastern District of New York

IN RE:   **Absolut Facilities Management, LLC,**   }      **CHAPTER 11**
                                              }
                                              }      **CASE NO.**       **19-76260**
                                              }
                                              }
       **DEBTOR.**                             }

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### DEBTOR'S POST-CONFIRMATION
### FROM JULY 1, 2021 TO SEPTEMBER 30, 2021

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____                 Date: _____October 8, 2021_____
       Ronald M. Winters
              Print Name

       Plan Administrator
              Title

*Debtor's Address and Phone Number:*          *Attorney's Address and Phone Number:*

    Absolut Facilities Management, LLC              Jeffrey Chubak
    c/o GIBBINS ADVISORS, LLC, as Plan Administrator    AMINI LLC
    1900 Church Street, Suite 300                   131 West 35th Street, 12th Floor
    Nashville, TN 37203                       New York, NY 10001
    Tel. (615) 696-6556                       Bar No. 4581807 (NY)
                                         Tel. (212) 490-4100

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

| INSURANCE INFORMATION | YES | NO [1] |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N/A |
| 2. Are all premium payments current? | | N/A |

[1] *Debtor does not have real or personal property, nor employees, that require any insurance coverage*

| CONFIRMATION OF INSURANCE [2] | Coverage Period(s) | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | | | |
| | | | |
| | | | |
| | | | |
| | | | |

[2] *Not applicable for this reporting period*

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD |
|---|
| **No significant items to report for this reporting period.** |
| **Estimated Date of Filing the Application for Final Decree:          Unknown** |

**Absolut Facilities Management, LLC**          **Quarterly Operating Report**
**Case No. 19-76260**          **Chapter 11, Post-Confirmation**
**Reporting Period:  July 1, 2021 to September 30, 2021**          **Attachment No. 2**

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Date of Plan Confirmation:    May 20, 2020**

| | Quarterly Reporting Period | Post Confirmation Period Total [3] |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $ 1,070,381.07 | $ 1,855,122.22 |
| 2.  **RECEIPTS** | $ 278,428.81 | $ 3,398,604.29 |
| 3.  **DISBURSEMENTS** | | |
|     a.  **Operating Expenses (Fees/Taxes):** | | |
|         (i)  U.S. Trustee Quarterly Fees | $ 39,300.20 | $ 39,300.20 |
|         (ii)  Federal, State or Local Taxes | 0.00 | 0.00 |
|     b.  **All Other Operating Expenses** | $ 0.00 | $ 0.00 |
|     c.  **Plan Payments:** | | |
|         (i)  Administrative Claims | $ 335,605.47 | $ 2,984,890.48 |
|         (ii)  DIP Loan Payment(s) | 0.00 | 1,237,972.76 |
|   **Total Disbursements for Calculating U.S. Trustee Fees** | $ 374,905.67 | $ 4,262,163.44 |
| 4.  **NET DEPOSITS PENDING TRANSFER [1]** | $ -168,370.72 | $ 368,970.42 |
| 5.  **NON-DEBTOR INFLOWS (OUTFLOWS) [2]** | $ 0.00 | $ -555,000.00 |
| 6.  **CASH (End of Period)** | $ 805,533.49 | $ 805,533.49 |

**\*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course**
**of the reorganized debtor's post-confirmation business, whether the disbursements are made**
**through a trust, by a third party, or by the reorganized debtor.**

[1] Deposits into Debtor bank account(s) that are pending transfer to a segregated account jointly administered by the Debtor and RCA Healthcare Management, LLC (the "Buyer"). After the deposits are reviewed by the Buyer and agreed to by the Debtor, the Buyer remits the Debtor's portion of the deposits (included in line 2 above) into the Debtor's bank account(s). The net cash impacts are summarized below for this Quarterly Reporting Period and cumulative Post Confirmation Period(s):

| | | |
|---|---|---|
| Current Reporting Period Deposits | 281,629.28 | 3,512,583.39 |
| Net transfers to Segregated Account | -450,000.00 | -3,143,612.77 |
| **Net Deposits Pending Transfer** | **-168,370.72** | **368,970.62** |

[2] CARES Act stimulus funds received in error by Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC in 2Q 2020 reporting period that were refunded in the 3Q 2020 reporting period

[3] Post Confirmation Period Total excludes any activity preceding the initial quarterly reporting period of 3Q 2020

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank** | **M&T Bank** | **M&T Bank** | **M&T Bank** | **M&T Bank** |
| **Account Number** | **Ending 9203** | **Ending 1091** | **Ending 5079** | **Ending 5426** |
| **Purpose of Account** | **Operating** | **Operating** | **Operating** | **Operating** |
| **Type of Account** | **Checking** | **Checking** | **Checking** | **Checking** |
| | | | | |
| 1.  **Balance per Bank Statement** | 514,820.41 | 50,206.36 | 278,300.94 | 0.00 |
| 2.  **ADD**:  Deposits in Transit | 875.00 | 0.00 | 0.00 | 0.00 |
| 3.  **SUBTRACT**:  Outstanding Checks | 38,669.22 | 0.00 | 0.00 | 0.00 |
| 4.  Other Reconciling Items (+/-) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.  **Cash Balance for Reporting Period** | **477,026.19** | **50,206.36** | **278,300.94** | **0.00** |

*A copy of each bank statement is attached to and made a part of this quarterly operating report*

**Absolut Facilities Management, LLC**                                    **Quarterly Operating Report**
Case No. 19-76260                                                        **Chapter 11, Post-Confirmation**
Reporting Period:  July 1, 2021 to September 30, 2021             **Attachment No. 4 [Acct 1 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---:|
| ACH | 7/8/2021 | Amini LLC | Professional Fees | 828.00 |
| ACH | 7/8/2021 | Amini LLC | Professional Fees | 7,500.00 |
| ACH | 7/8/2021 | Gibbins Advisors LLC | Plan Administrator | 7,000.00 |
| ACH | 7/8/2021 | Loeb & Loeb LLP | Professional Fees | 1,740.00 |
| ACH | 7/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 130.71 |
| ACH | 7/22/2021 | Beacon Solutions Group | Professional Fees | 14,182.50 |
| ACH | 7/22/2021 | Bonadio & Co | Professional Fees | 962.50 |
| ACH | 7/22/2021 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 7/28/2021 | US Trustee | US Trustee Fees | 36,891.10 |
| ACH | 8/5/2021 | Prime Clerk | Claims and Noticing Agent | 324.86 |
| ACH | 8/5/2021 | Gibbins Advisors LLC | Plan Administrator | 25,000.00 |
| ACH | 8/5/2021 | Loeb & Loeb LLP | Professional Fees | 1,834.00 |
| ACH | 8/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 111.96 |
| ACH | 8/26/2021 | Beacon Solutions Group | Professional Fees | 12,986.45 |
| ACH | 8/26/2021 | Bonadio & Co | Professional Fees | 1,050.00 |
| ACH | 8/26/2021 | Gibbins Advisors LLC | Plan Administrator | 25,000.00 |
| ACH | 8/26/2021 | Prime Clerk | Claims and Noticing Agent | 1,050.66 |
| ACH | 8/26/2021 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 9/2/2021 | Loeb & Loeb LLP | Professional Fees | 6,150.00 |
| ACH | 9/2/2021 | Gibbins Advisors LLC | Plan Administrator | 7,000.00 |
| ACH | 9/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 110.45 |
| ACH | 9/10/2021 | Ability / EASE | Billing Software | 1,667.96 |
| 1260 | 9/13/2021 | 1199 SEIU | Professional Fees and/or Other Admin Expenses | 5,294.22 |
| 1261 | 9/13/2021 | 1199 SEIU Greater NY Education Fund | Professional Fees and/or Other Admin Expenses | 1,590.18 |
| 1262 | 9/13/2021 | Advo Waste Medical Services LLC | Professional Fees and/or Other Admin Expenses | 273.09 |
| 1263 | 9/13/2021 | Airgas USA LLC | Professional Fees and/or Other Admin Expenses | 1,530.37 |
| 1264 | 9/13/2021 | Allscripts Healthcare LLC | Professional Fees and/or Other Admin Expenses | 836.18 |
| 1265 | 9/13/2021 | Allstate Medical | Professional Fees and/or Other Admin Expenses | 1,190.40 |
| 1266 | 9/13/2021 | American Red Cross | Professional Fees and/or Other Admin Expenses | 170.39 |
| 1267 | 9/13/2021 | Associated Clinical Laboratories | Professional Fees and/or Other Admin Expenses | 1,127.92 |
| 1268 | 9/13/2021 | B R Johnson Inc | Professional Fees and/or Other Admin Expenses | 706.04 |
| 1269 | 9/13/2021 | Beichner Waste Services Inc | Professional Fees and/or Other Admin Expenses | 120.68 |
| 1270 | 9/13/2021 | Bestway Container Service | Professional Fees and/or Other Admin Expenses | 120.79 |
| 1271 | 9/13/2021 | Beverly Sharp | Professional Fees and/or Other Admin Expenses | 608.55 |
| 1272 | 9/13/2021 | Biels Information Technology Systems | Professional Fees and/or Other Admin Expenses | 145.70 |
| 1273 | 9/13/2021 | Bimbo Foods Inc | Professional Fees and/or Other Admin Expenses | 111.34 |
| 1274 | 9/13/2021 | Brian Parisi Copier Systems Inc | Professional Fees and/or Other Admin Expenses | 614.55 |
| 1275 | 9/13/2021 | Brian Wiles c/o Heritage Green | Professional Fees and/or Other Admin Expenses | 2,462.40 |
| 1276 | 9/13/2021 | Buffalo Expert Service Technicians Inc | Professional Fees and/or Other Admin Expenses | 126.13 |
| 1277 | 9/13/2021 | Buffalo Scale & Supply Co Inc | Professional Fees and/or Other Admin Expenses | 138.57 |
| 1278 | 9/13/2021 | Cicero Consulting Associates VCC Inc | Professional Fees and/or Other Admin Expenses | 337.36 |
| 1279 | 9/13/2021 | Compliance Consulting Group LLC | Professional Fees and/or Other Admin Expenses | 2,469.04 |
| 1280 | 9/13/2021 | Corning Hospital | Professional Fees and/or Other Admin Expenses | 472.05 |
| 1281 | 9/13/2021 | Corning Natural Gas Corp | Professional Fees and/or Other Admin Expenses | 173.46 |
| 1282 | 9/13/2021 | D Murray Enterprises | Professional Fees and/or Other Admin Expenses | 1,198.23 |
| 1283 | 9/13/2021 | Dentserv Dental Service PC | Professional Fees and/or Other Admin Expenses | 379.93 |
| 1284 | 9/13/2021 | Diamond Disposal Service | Professional Fees and/or Other Admin Expenses | 621.12 |
| 1285 | 9/13/2021 | Eastern Niagara Hospital | Professional Fees and/or Other Admin Expenses | 116.91 |

**Absolut Facilities Management, LLC**           **Quarterly Operating Report**
Case No. 19-76260           **Chapter 11, Post-Confirmation**
**Reporting Period:  July 1, 2021 to September 30, 2021**           **Attachment No. 4 [Acct 1 of 4]**

## SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1286 | 9/13/2021 | Eaton Office Supply Co Inc | Professional Fees and/or Other Admin Expenses | 1,472.62 |
| 1287 | 9/13/2021 | Ellicottville Kitchen Equipment | Professional Fees and/or Other Admin Expenses | 381.56 |
| 1288 | 9/13/2021 | Fidelis | Professional Fees and/or Other Admin Expenses | 2,930.98 |
| 1289 | 9/13/2021 | Guthrie Clinic Ltd | Professional Fees and/or Other Admin Expenses | 1,241.62 |
| 1290 | 9/13/2021 | Hampton Inn | Professional Fees and/or Other Admin Expenses | 1,004.88 |
| 1291 | 9/13/2021 | Hinman Straub | Professional Fees and/or Other Admin Expenses | 3,200.55 |
| 1292 | 9/13/2021 | Integra Scripts LLC | Professional Fees and/or Other Admin Expenses | 1,502.17 |
| 1293 | 9/13/2021 | Interstate Gourmet Coffee Roasters Inc | Professional Fees and/or Other Admin Expenses | 1,216.33 |
| 1294 | 9/13/2021 | IPC Healthcare Inc | Professional Fees and/or Other Admin Expenses | 1,064.24 |
| 1295 | 9/13/2021 | Iron Mountain Inc | Professional Fees and/or Other Admin Expenses | 195.17 |
| 1296 | 9/13/2021 | J C Ehrlich Co Inc | Professional Fees and/or Other Admin Expenses | 137.91 |
| 1297 | 9/13/2021 | Jackson Lewis PC | Professional Fees and/or Other Admin Expenses | 689.47 |
| 1298 | 9/13/2021 | Kaleida Health | Professional Fees and/or Other Admin Expenses | 1,403.58 |
| 1299 | 9/13/2021 | Kaufman Borgeest & Ryan LLP | Professional Fees and/or Other Admin Expenses | 184.43 |
| 1300 | 9/13/2021 | Lifetime Benefit Solutions | Professional Fees and/or Other Admin Expenses | 122.39 |
| 1301 | 9/13/2021 | Mattucci Design LLC | Professional Fees and/or Other Admin Expenses | 1,851.78 |
| 1302 | 9/13/2021 | Maxim Healthcare Services Inc | Professional Fees and/or Other Admin Expenses | 325.66 |
| 1303 | 9/13/2021 | Midstate Bakery Distributors Inc | Professional Fees and/or Other Admin Expenses | 386.21 |
| 1304 | 9/13/2021 | MJ Mechanical Services Inc | Professional Fees and/or Other Admin Expenses | 746.94 |
| 1305 | 9/13/2021 | Modern Corporation | Professional Fees and/or Other Admin Expenses | 2,524.24 |
| 1306 | 9/13/2021 | Naness Chaiet & Naness LLC | Professional Fees and/or Other Admin Expenses | 172.70 |
| 1307 | 9/13/2021 | Void Check | Void Check | 0.00 |
| 1308 | 9/13/2021 | Niceforo And Braun DDS PC | Professional Fees and/or Other Admin Expenses | 1,234.52 |
| 1309 | 9/13/2021 | Nick's Property Maintenance LLC | Professional Fees and/or Other Admin Expenses | 1,260.99 |
| 1310 | 9/13/2021 | Void Check | Void Check | 0.00 |
| 1311 | 9/13/2021 | Otis Elevator Company | Professional Fees and/or Other Admin Expenses | 712.94 |
| 1312 | 9/13/2021 | Penn Power Systems | Professional Fees and/or Other Admin Expenses | 269.61 |
| 1313 | 9/13/2021 | Povinelli Cutlery Inc | Professional Fees and/or Other Admin Expenses | 125.10 |
| 1314 | 9/13/2021 | ProNexus LLC | Professional Fees and/or Other Admin Expenses | 2,238.49 |
| 1315 | 9/13/2021 | Preventive Diagnostics Inc | Professional Fees and/or Other Admin Expenses | 6,070.98 |
| 1316 | 9/13/2021 | Purchase Power | Professional Fees and/or Other Admin Expenses | 343.10 |
| 1317 | 9/13/2021 | Real Time Medical Systems LLC | Professional Fees and/or Other Admin Expenses | 277.76 |
| 1318 | 9/13/2021 | Shannon Durolek | Professional Fees and/or Other Admin Expenses | 971.27 |
| 1319 | 9/13/2021 | Shred-it | Professional Fees and/or Other Admin Expenses | 169.42 |
| 1320 | 9/13/2021 | Social Security Administration | Professional Fees and/or Other Admin Expenses | 1,045.77 |
| 1321 | 9/13/2021 | Social Yeah LLC | Professional Fees and/or Other Admin Expenses | 269.33 |
| 1322 | 9/13/2021 | SolEx | Professional Fees and/or Other Admin Expenses | 132.78 |
| 1323 | 9/13/2021 | Southtowns Business Centre Inc | Professional Fees and/or Other Admin Expenses | 297.99 |
| 1324 | 9/13/2021 | Susanne Beutler | Professional Fees and/or Other Admin Expenses | 618.74 |
| 1325 | 9/13/2021 | Tops Markets | Professional Fees and/or Other Admin Expenses | 394.09 |
| 1326 | 9/13/2021 | Town of Allegany Utility Building | Professional Fees and/or Other Admin Expenses | 284.84 |
| 1327 | 9/13/2021 | Town of Erwin | Professional Fees and/or Other Admin Expenses | 2,099.26 |
| 1328 | 9/13/2021 | TwinMed LLC | Professional Fees and/or Other Admin Expenses | 25,991.18 |
| 1329 | 9/13/2021 | Village of Allegany | Professional Fees and/or Other Admin Expenses | 494.43 |
| 1330 | 9/13/2021 | National Fuel | Professional Fees and/or Other Admin Expenses | 676.46 |
| 1331 | 9/13/2021 | NYSEG | Professional Fees and/or Other Admin Expenses | 6,001.15 |
| ACH | 9/17/2021 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 50,000.00 |
| ACH | 9/20/2021 | Ability / EASE | Billing Software | 815.63 |

**Absolut Facilities Management, LLC**        **Quarterly Operating Report**
Case No. 19-76260        **Chapter 11, Post-Confirmation**
Reporting Period:  July 1, 2021 to September 30, 2021    **Attachment No. 4 [Acct 1 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | | Amount |
|---|---|---|---|---|---|
| ACH | 9/23/2021 | Prime Clerk | Professional Fees | | 177.67 |
| ACH | 9/23/2021 | Gibbins Advisors LLC | Plan Administrator | | 25,000.00 |
| ACH | 9/23/2021 | WKL Advisors LLC | Professional Fees | | 5,000.00 |
| ACH | 9/28/2021 | US Trustee | US Trustee Fees | | 2,409.10 |
| ACH | 9/28/2021 | Amini LLC | Professional Fees | | 1,557.73 |
| ACH | 9/28/2021 | Amini LLC | Professional Fees | | 1,550.00 |
| ACH | 9/28/2021 | Amini LLC | Professional Fees | | 363.20 |
| ACH | 9/28/2021 | Amini LLC | Professional Fees | | 400.00 |
| ACH | 9/28/2021 | Beacon Solutions Group | Professional Fees | | 4,207.50 |
| ACH | 9/28/2021 | Gibbins Advisors LLC | Plan Administrator | (See Note) | 875.00 |
| ACH | 9/28/2021 | Loeb & Loeb LLP | Professional Fees | | 3,921.00 |
| ACH | 9/29/2021 | JAMS Inc. | Professional Fees | | -2,300.00 |
| ACH | 9/30/2021 | Bonadio & Co | Professional Fees | | 875.00 |
| ACH | 9/30/2021 | Gibbins Advisors LLC | Plan Administrator | (See Note) | -875.00 |
| | | | | **TOTAL** | **353,169.21** |

*If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.*

    Check #1299 payable to Kaufman Borgeest & Ryan LLP in the amount of $184.43 is being withheld due to a pending preference claim against it.

**Note:**  Bonadio & Co invoice payment of $875.00 was inadvertently remitted to Gibbins Advisors, LLC ("GA") with an effective date of 9/30/2021. Upon discovery of this ACH entry error, GA submitted an $875.00 ACH payment to the Plan on 9/30/2021 that was received on 10/1/2021, which is shown as a Deposit in Transit on Attachment 3.

**Absolut Facilities Management, LLC**  
Case No. 19-76260  
Reporting Period:  July 1, 2021 to September 30, 2021

**Quarterly Operating Report**  
**Chapter 11, Post-Confirmation**  
**Attachment No. 4 [Acct 2 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #2 - M&T Bank, Account Ending 1091

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 7/6/2021 | Bankcard | Bank and/or Credit Card Fees | 71.79 |
| ACH | 7/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,090.38 |
| ACH | 7/12/2021 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 7/15/2021 | ReliaFund Inc | Bank and/or Credit Card Fees | 299.69 |
| ACH | 7/26/2021 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
| ACH | 8/3/2021 | Bankcard | Bank and/or Credit Card Fees | 70.36 |
| ACH | 8/5/2021 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 6,516.96 |
| ACH | 8/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,097.66 |
| ACH | 8/10/2021 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 8/16/2021 | ReliaFund Inc | Bank and/or Credit Card Fees | 85.61 |
| ACH | 8/23/2021 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
| ACH | 9/3/2021 | Bankcard | Bank and/or Credit Card Fees | 206.10 |
| ACH | 9/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 1,968.83 |
| ACH | 9/15/2021 | ReliaFund Inc | Bank and/or Credit Card Fees | 128.34 |
| | | | **TOTAL** | **13,535.72** |

## SCHEDULE OF DISBURSEMENTS
### Account #3 - M&T Bank, Account Ending 5079

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 7/2/2021 | Bankcard | Bank and/or Credit Card Fees | 309.99 |
| ACH | 7/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,677.61 |
| ACH | 8/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,628.69 |
| ACH | 9/9/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,584.45 |
| | | | **TOTAL** | **8,200.74** |

**Absolut Facilities Management, LLC**  
**Case No. 19-76260**  
**Reporting Period: July 1, 2021 to September 30, 2021**

**Quarterly Operating Report**  
**Chapter 11, Post-Confirmation**  
**Attachment No. 4 [Acct 4 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #4 - M&T Bank, Account Ending 5426
**No Disbursements in Current Period**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | **TOTAL** | **0.00** |


**M&T** Bank

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▇091 | 07/01/21 - 07/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $47,257.26 |
| DEPOSITS & CREDITS | 26,129.72 |
| LESS CHECKS & DEBITS | 20,040.96 |
| LESS SERVICE CHARGES | 2,090.38 |
| ENDING BALANCE | $51,255.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $47,257.26 |
| 07/06/2021 | MERCHANT BNKCD FEE        434592267885 | | $71.79 | 47,185.47 |
| 07/07/2021 | MERCHANT BNKCD DEPOSIT       434592267885 | $149.50 | | |
| 07/07/2021 | ReliaFund Inc Deposit      32794590 | 100.00 | | 47,434.97 |
| 07/08/2021 | ReliaFund Inc Deposit      32802763 | 1,278.00 | | 48,712.97 |
| 07/09/2021 | SERVICE CHARGE FOR ACCOUNT▇▇091 | | 2,090.38 | 46,622.59 |
| 07/12/2021 | SIGNATURE FIN PAYMENT       112990001 | | 19,669.48 | 26,953.11 |
| 07/14/2021 | ReliaFund Inc Deposit      32846812 | 2,474.68 | | 29,427.79 |
| 07/15/2021 | ReliaFund Inc ACH Fees     32812658 | | 299.69 | 29,128.10 |
| 07/16/2021 | ReliaFund Inc Deposit      32867191 | 216.56 | | 29,344.66 |
| 07/26/2021 | ACH DISPUTE CREDIT - Case 16355967 | 19,669.48 | | |
| 07/26/2021 | ReliaFund Inc Deposit      32922067 | 2,241.50 | | 51,255.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 7 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.



**M&T** Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                                              N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████ 1091 | 08/01/21 - 08/31/21 |

| BEGINNING BALANCE | $51,255.64 |
|---|---|
| DEPOSITS & CREDITS | 26,769.06 |
| LESS CHECKS & DEBITS | 26,342.41 |
| LESS SERVICE CHARGES | 2,097.66 |
| ENDING BALANCE | $49,584.63 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $51,255.64 |
| 08/03/2021 | MERCHANT BNKCD FEE          434592267885 | | $70.36 | 51,185.28 |
| 08/05/2021 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 6,516.96 | 44,668.32 |
| 08/06/2021 | MERCHANT BNKCD DEPOSIT     434592267885 | $231.26 | | |
| 08/06/2021 | ReliaFund Inc Deposit        33029274 | 100.00 | | 44,999.58 |
| 08/09/2021 | ReliaFund Inc Deposit        33040802 | 3,200.00 | | |
| 08/09/2021 | SERVICE CHARGE FOR ACCOUNT ████ 1091 | | 2,097.66 | 46,101.92 |
| 08/10/2021 | SIGNATURE FIN PAYMENT      112990001 | | 19,669.48 | 26,432.44 |
| 08/12/2021 | ReliaFund Inc Deposit        33075290 | 216.56 | | 26,649.00 |
| 08/16/2021 | ReliaFund Inc ACH Fees       33033109 | | 85.61 | 26,563.39 |
| 08/19/2021 | MERCHANT BNKCD DEPOSIT     434592267885 | 3,351.76 | | 29,915.15 |
| 08/23/2021 | ACH DISPUTE CREDIT - Case 16417301 | 19,669.48 | | 49,584.63 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 6 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.


**M&T** Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM 017

000000                                  N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 1091 | 09/01/21 - 09/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $49,584.63 |
| DEPOSITS & CREDITS | 2,925.00 |
| LESS CHECKS & DEBITS | 334.44 |
| LESS SERVICE CHARGES | 1,968.83 |
| ENDING BALANCE | $50,206.36 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2021 | BEGINNING BALANCE | | | $49,584.63 |
| 09/02/2021 | ReliaFund Inc Deposit        33233558 | $2,200.00 | | 51,784.63 |
| 09/03/2021 | MERCHANT BNKCD DEPOSIT        434592267885 | 125.00 | | |
| 09/03/2021 | MERCHANT BNKCD FEE        434592267885 | | $206.10 | 51,703.53 |
| 09/08/2021 | ReliaFund Inc Deposit        33281834 | 100.00 | | 51,803.53 |
| 09/09/2021 | SERVICE CHARGE FOR ACCOUNT        1091 | | 1,968.83 | 49,834.70 |
| 09/15/2021 | ReliaFund Inc ACH Fees        33285015 | | 128.34 | 49,706.36 |
| 09/27/2021 | MERCHANT BNKCD DEPOSIT        434592267885 | 500.00 | | 50,206.36 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.



| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▇▇▇5079 | 07/01/21 - 07/31/21 |

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| BEGINNING BALANCE | $471,357.22 |
|---|---|
| DEPOSITS & CREDITS | 136,136.39 |
| LESS CHECKS & DEBITS | 200,339.99 |
| LESS SERVICE CHARGES | 2,677.61 |
| ENDING BALANCE | $404,476.01 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $471,357.22 |
| 07/01/2021 | VACP TREAS 310 XXVA BENEF        129401595003600 | $1,936.00 | | |
| 07/01/2021 | VACP TREAS 310 XXVA BENEF        26765440003600 | 1,936.00 | | |
| 07/01/2021 | VACP TREAS 310 XXVA BENEF        092344140003600 | 1,936.00 | | |
| 07/01/2021 | Fallon Health We HCCLAIMPMT | 1,936.00 | | |
| 07/01/2021 | VACP TREAS 310 XXVA BENEF        078406106003600 | 1,229.00 | | |
| 07/01/2021 | OTDA SSP/SSPNA P ACH        AP00058672479 | 467.00 | | |
| 07/01/2021 | OTDA SSP/SSPNA P ACH        AP00058935900 | 435.67 | | |
| 07/01/2021 | OTDA SSP/SSPNA P ACH        AP00058794321 | 353.99 | | 481,586.88 |
| 07/02/2021 | DEPOSIT | 32,761.93 | | |
| 07/02/2021 | BANKCARD MTOT DISC        518993320972748 | | $309.99 | 514,038.82 |
| 07/06/2021 | NDC SWEEP FAC F788 | 2,771.71 | | 516,810.53 |
| 07/07/2021 | HEALTHNOW94000 HCCLAIMPMT        98343418 | 9,405.30 | | |
| 07/07/2021 | NDC SWEEP FAC F788 | 3,007.00 | | 529,222.83 |
| 07/08/2021 | HEALTHNOW94000 HCCLAIMPMT        98349178 | 236.90 | | 529,459.73 |
| 07/09/2021 | DEPOSIT | 29,822.45 | | |
| 07/09/2021 | SERVICE CHARGE FOR ACCOUNT ▇▇▇5079 | | 2,677.61 | 556,604.57 |
| 07/13/2021 | HEALTHNOW94000 HCCLAIMPMT        98350481 | 927.50 | | |
| 07/13/2021 | Cardknox SIGONFILE        RN65SG | | 30.00 | 557,502.07 |
| 07/15/2021 | Fallon Health We HCCLAIMPMT | 7,631.92 | | |
| 07/15/2021 | AMERICAN PROGRES HCCLAIMPMT | 1,420.00 | | |
| 07/15/2021 | HEALTHNOW94000 HCCLAIMPMT        98356634 | 648.81 | | |
| 07/15/2021 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 200,000.00 | 367,202.80 |
| 07/21/2021 | AMERICAN PROGRES HCCLAIMPMT | 5,680.00 | | 372,882.80 |
| 07/23/2021 | AMERICAN PROGRES HCCLAIMPMT | 1,877.97 | | 374,760.77 |
| 07/27/2021 | HEALTHNOW94000 HCCLAIMPMT        98364778 | 14,167.67 | | |
| 07/27/2021 | HEALTHNOW94000 HCCLAIMPMT        98364765 | 5,565.00 | | 394,493.44 |
| 07/30/2021 | VACP TREAS 310 XXVA BENEF        092344140003600 | 1,936.00 | | |
| 07/30/2021 | VACP TREAS 310 XXVA BENEF        129401595003600 | 1,936.00 | | |
| 07/30/2021 | VACP TREAS 310 XXVA BENEF        26765440003600 | 1,936.00 | | |
| 07/30/2021 | MVP Health Plan HCCLAIMPMT        208468133 | 1,620.81 | | |
| 07/30/2021 | VACP TREAS 310 XXVA BENEF        078406106003600 | 1,229.00 | | |
| 07/30/2021 | OTDA SSP/SSPNA P ACH        AP00059127121 | 467.00 | | |
| 07/30/2021 | OTDA SSP/SSPNA P ACH        AP00059577943 | 435.67 | | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| ACCOUNT TYPE |
|---|
| CORPORATE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ████5079 | 07/01/21 - 07/31/21 |

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/30/2021 | OTDA SSP/SSPNA P ACH          AP00059595802 | 353.99 | | |
| 07/30/2021 | Centers Plan for HCCLAIMPMT | 68.10 | | 404,476.01 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 31 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.



| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▓▓▓5079 | 08/01/21 - 08/31/21 |

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| BEGINNING BALANCE | $404,476.01 |
|---|---|
| DEPOSITS & CREDITS | 57,500.03 |
| LESS CHECKS & DEBITS | 150,748.24 |
| LESS SERVICE CHARGES | 2,628.69 |
| ENDING BALANCE | $308,599.11 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $404,476.01 |
| 08/02/2021 | BANKCARD MTOT DISC        518993320972748 | | $718.24 | 403,757.77 |
| 08/03/2021 | NDC SWEEP FAC F788 | $326.65 | | 404,084.42 |
| 08/05/2021 | HEALTHNOW94000 HCCLAIMPMT      98378201 | 10,069.90 | | |
| 08/05/2021 | NDC SWEEP FAC F788 | 1,763.00 | | |
| 08/05/2021 | Fallon Health We HCCLAIMPMT | 207.48 | | 416,124.80 |
| 08/09/2021 | NDC SWEEP FAC F788 | 1,244.00 | | |
| 08/09/2021 | SERVICE CHARGE FOR ACCOUNT▓▓▓▓5079 | | 2,628.69 | 414,740.11 |
| 08/10/2021 | HEALTHNOW94000 HCCLAIMPMT      98379070 | 3,417.18 | | 418,157.29 |
| 08/12/2021 | Fallon Health We HCCLAIMPMT | 6,336.00 | | 424,493.29 |
| 08/13/2021 | Cardknox SIGONFILE        PQBPZG | | 30.00 | 424,463.29 |
| 08/16/2021 | AMERICAN PROGRES HCCLAIMPMT | 4,615.00 | | 429,078.29 |
| 08/18/2021 | AMERICAN PROGRES HCCLAIMPMT | 2,130.00 | | 431,208.29 |
| 08/20/2021 | NDC SWEEP FAC F788 | 1,439.00 | | 432,647.29 |
| 08/24/2021 | HEALTHNOW94000 HCCLAIMPMT      98392520 | 6,455.96 | | |
| 08/24/2021 | HEALTHNOW94000 HCCLAIMPMT      98392509 | 6,284.95 | | |
| 08/24/2021 | HERITAGE HEALTH HCCLAIMPMT      100367155353000 | 2,804.66 | | 448,192.86 |
| 08/26/2021 | AMERICAN PROGRES HCCLAIMPMT | 1,775.00 | | |
| 08/26/2021 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 150,000.00 | 299,967.86 |
| 08/31/2021 | Fallon Health We HCCLAIMPMT | 6,667.48 | | |
| 08/31/2021 | HEALTHNOW94000 HCCLAIMPMT      98398927 | 902.15 | | |
| 08/31/2021 | AMERICAN PROGRES HCCLAIMPMT | 677.76 | | |
| 08/31/2021 | HEALTHNOW94000 HCCLAIMPMT      98399163 | 263.86 | | |
| 08/31/2021 | HEALTHNOW94000 HCCLAIMPMT      98399150 | 120.00 | | 308,599.11 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 19 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.



ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ⬛5079 | 09/01/21 - 09/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $308,599.11 |
| DEPOSITS & CREDITS | 72,632.09 |
| LESS CHECKS & DEBITS | 100,345.81 |
| LESS SERVICE CHARGES | 2,584.45 |
| ENDING BALANCE | $278,300.94 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2021 | BEGINNING BALANCE | | | $308,599.11 |
| 09/01/2021 | VACP TREAS 310 XXVA BENEF        092344140003600 | $1,936.00 | | |
| 09/01/2021 | VACP TREAS 310 XXVA BENEF        129401595003600 | 1,936.00 | | |
| 09/01/2021 | VACP TREAS 310 XXVA BENEF        26765440003600 | 1,936.00 | | |
| 09/01/2021 | VACP TREAS 310 XXVA BENEF        078406106003600 | 1,229.00 | | |
| 09/01/2021 | OTDA SSP/SSPNA P ACH        AP00060059660 | 467.00 | | |
| 09/01/2021 | OTDA SSP/SSPNA P ACH        AP00060124755 | 435.67 | | |
| 09/01/2021 | OTDA SSP/SSPNA P ACH        AP00060228371 | 353.99 | | 316,892.77 |
| 09/02/2021 | Fallon Health We HCCLAIMPMT | 18,912.60 | | |
| 09/02/2021 | BANKCARD MTOT DISC        518993320972748 | | $315.81 | 335,489.56 |
| 09/07/2021 | Cardknox SIGONFILE        R01C4H | | 30.00 | 335,459.56 |
| 09/08/2021 | HEALTHNOW94000 HCCLAIMPMT        98405911 | 8,532.60 | | 343,992.16 |
| 09/09/2021 | SERVICE CHARGE FOR ACCOUNT ⬛5079 | | 2,584.45 | 341,407.71 |
| 09/16/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 2,778.94 | | |
| 09/16/2021 | AMERICAN PROGRES HCCLAIMPMT | 2,100.00 | | |
| 09/16/2021 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 100,000.00 | 246,286.65 |
| 09/21/2021 | HEALTHNOW94000 HCCLAIMPMT        98419422 | 1,184.50 | | 247,471.15 |
| 09/28/2021 | AMERICAN PROGRES HCCLAIMPMT | 15,085.00 | | |
| 09/28/2021 | HEALTHNOW94000 HCCLAIMPMT        98426171 | 4,368.15 | | |
| 09/28/2021 | AMERICAN PROGRES HCCLAIMPMT | 3,900.00 | | |
| 09/28/2021 | HEALTHNOW94000 HCCLAIMPMT        98426158 | 816.24 | | |
| 09/28/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 270.00 | | 271,910.54 |
| 09/30/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 6,390.40 | | 278,300.94 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 18 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



HEALTHCARE BUFFALO
(716) 848-7354

00  0 01276M NM  017

000000                                        P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**MEDICAL ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▇▇▇▇5426 | 07/01/21 - 07/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



**M&T** Bank

FOR INQUIRIES CALL: **HEALTHCARE BUFFALO**
(716) 848-7354

00  0 01276M NM  017

000000                                              P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**MEDICAL ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▉5426 | 08/01/21 - 08/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495


**M&T** Bank

FOR INQUIRIES CALL: **HEALTHCARE BUFFALO**
(716) 848-7354

00   0 01276M NM  017

000000                                      P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**MEDICAL ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ███████5426 | 09/01/21 - 09/30/21 |

| BEGINNING BALANCE | $0.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2021 | BEGINNING BALANCE | | | $0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495


**M&T** Bank

FOR INQUIRIES CALL: **RED HOOK**
(845) 758-8811

00    0 03834M NM  017

000000                                        P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓203 | 07/01/21 - 07/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $555,101.92 |
| DEPOSITS & CREDITS | 40,560.16 |
| LESS CHECKS & DEBITS | 77,439.43 |
| LESS SERVICE CHARGES | 130.71 |
| ENDING BALANCE | $518,091.94 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $555,101.92 |
| 07/06/2021 | CHECK NUMBER      1257 | | $3,035.33 | |
| 07/06/2021 | CHECK NUMBER      1259 | | 300.00 | 551,766.59 |
| 07/08/2021 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 1,740.00 | |
| 07/08/2021 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 15,328.00 | 534,698.59 |
| 07/09/2021 | SERVICE CHARGE FOR ACCOUNT▓203 | | 130.71 | 534,567.88 |
| 07/22/2021 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | $14,771.69 | | |
| 07/22/2021 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 8,821.07 | | |
| 07/22/2021 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 20,145.00 | 538,015.64 |
| 07/28/2021 | INCOMING FEDWIRE FUNDS TRANSFER ABSOLUT CENTER FOR NURSING & | 16,967.40 | | |
| 07/28/2021 | QUARTERLY FEE PAYMENT       0000 | | 36,891.10 | 518,091.94 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 2 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.



| | | | |
|---|---|---|---|
| FOR INQUIRIES CALL: | RED HOOK<br>(845) 758-8811 | | |

00   0 03834M NM  017

000000                                    P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▉203 | 08/01/21 - 08/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $518,091.94 |
| DEPOSITS & CREDITS | 52,091.60 |
| LESS CHECKS & DEBITS | 72,245.97 |
| LESS SERVICE CHARGES | 111.96 |
| ENDING BALANCE | $497,825.61 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $518,091.94 |
| 08/05/2021 | ABSOLUT FACILITI ACH     -SETT-ONLINEACH | | $27,158.86 | 490,933.08 |
| 08/09/2021 | SERVICE CHARGE FOR ACCOUNT▉203 | | 111.96 | 490,821.12 |
| 08/12/2021 | INCOMING FEDWIRE FUNDS TRANSFER<br>ABSOLUT CENTER FOR NURSING & | $14,909.50 | | 505,730.62 |
| 08/23/2021 | INCOMING FEDWIRE FUNDS TRANSFER<br>ABSOLUT CENTER FOR NURSING & | 1,200.00 | | 506,930.62 |
| 08/26/2021 | ABSOLUT FACILITI ACH     -SETT-ONLINEACH | | 45,087.11 | 461,843.51 |
| 08/30/2021 | INCOMING FEDWIRE FUNDS TRANSFER<br>ABSOLUT CENTER FOR NURSING & | 35,982.10 | | 497,825.61 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.



RED HOOK
(845) 758-8811

00   0 03834M NM  017

000000                                    P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮▮▮203 | 09/01/21 - 09/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $497,825.61 |
| DEPOSITS & CREDITS | 188,077.05 |
| LESS CHECKS & DEBITS | 170,971.80 |
| LESS SERVICE CHARGES | 110.45 |
| ENDING BALANCE | $514,820.41 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2021 | BEGINNING BALANCE | | | $497,825.61 |
| 09/02/2021 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | $13,150.00 | 484,675.61 |
| 09/03/2021 | INCOMING FEDWIRE FUNDS TRANSFER | $9,278.82 | | |
| | ABSOLUT CENTER FOR NURSING & | | | 493,954.43 |
| 09/09/2021 | SERVICE CHARGE FOR ACCOUNT▮▮▮▮203 | | 110.45 | 493,843.98 |
| 09/10/2021 | INCOMING FEDWIRE FUNDS TRANSFER | 15,221.54 | | |
| | RCA HEALTHCARE MANAGEMENT LLC | | | |
| 09/10/2021 | ABILITY WEB PAY          19682 | | 1,667.96 | 507,397.56 |
| 09/17/2021 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 50,000.00 | |
| 09/17/2021 | CHECK NUMBER     1294 | | 1,064.24 | |
| 09/17/2021 | CHECK NUMBER     1328 | | 25,991.18 | 430,342.14 |
| 09/20/2021 | ABILITY WEB PAY          19682 | | 815.63 | |
| 09/20/2021 | CHECK NUMBER     1263 | | 1,530.37 | |
| 09/20/2021 | CHECK NUMBER     1264 | | 836.18 | |
| 09/20/2021 | CHECK NUMBER     1266 | | 170.39 | |
| 09/20/2021 | CHECK NUMBER     1267 | | 1,127.92 | |
| 09/20/2021 | CHECK NUMBER     1269 | | 120.68 | |
| 09/20/2021 | CHECK NUMBER     1273 | | 111.34 | |
| 09/20/2021 | CHECK NUMBER     1274 | | 614.55 | |
| 09/20/2021 | CHECK NUMBER     1277 | | 138.57 | |
| 09/20/2021 | CHECK NUMBER     1301 | | 1,851.78 | |
| 09/20/2021 | CHECK NUMBER     1302 | | 325.66 | |
| 09/20/2021 | CHECK NUMBER     1311 | | 712.94 | |
| 09/20/2021 | CHECK NUMBER     1314 | | 2,238.49 | |
| 09/20/2021 | CHECK NUMBER     1319 | | 169.42 | |
| 09/20/2021 | CHECK NUMBER     1321 | | 269.33 | |
| 09/20/2021 | CHECK NUMBER     1325 | | 394.09 | 418,914.80 |
| 09/21/2021 | CHECK NUMBER     1272 | | 145.70 | |
| 09/21/2021 | CHECK NUMBER     1281 | | 173.46 | |
| 09/21/2021 | CHECK NUMBER     1282 | | 1,198.23 | |
| 09/21/2021 | CHECK NUMBER     1286 | | 1,472.62 | |
| 09/21/2021 | CHECK NUMBER     1288 | | 2,930.98 | |
| 09/21/2021 | CHECK NUMBER     1289 | | 1,241.62 | |
| 09/21/2021 | CHECK NUMBER     1322 | | 132.78 | 411,619.41 |
| 09/22/2021 | CHECK NUMBER     1303 | | 386.21 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524



| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ███203 | 09/01/21 - 09/30/21 |

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|---|
| 09/22/2021 | CHECK NUMBER | 1313 | | 125.10 | 411,108.10 |
| 09/23/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | | 275.00 | | |
| 09/23/2021 | ABSOLUT FACILITI ACH | -SETT-ONLINEACH | | 30,177.67 | |
| 09/23/2021 | CHECK NUMBER | 1262 | | 273.09 | |
| 09/23/2021 | CHECK NUMBER | 1293 | | 1,216.33 | |
| 09/23/2021 | CHECK NUMBER | 1295 | | 195.17 | |
| 09/23/2021 | CHECK NUMBER | 1330 | | 676.46 | 378,844.38 |
| 09/24/2021 | CHECK NUMBER | 1276 | | 126.13 | |
| 09/24/2021 | CHECK NUMBER | 1298 | | 1,403.58 | |
| 09/24/2021 | CHECK NUMBER | 1309 | | 1,260.99 | |
| 09/24/2021 | CHECK NUMBER | 1316 | | 343.10 | 375,710.58 |
| 09/27/2021 | CHECK NUMBER | 1270 | | 120.79 | |
| 09/27/2021 | CHECK NUMBER | 1278 | | 337.36 | |
| 09/27/2021 | CHECK NUMBER | 1280 | | 472.05 | |
| 09/27/2021 | CHECK NUMBER | 1284 | | 621.12 | |
| 09/27/2021 | CHECK NUMBER | 1300 | | 122.39 | |
| 09/27/2021 | CHECK NUMBER | 1308 | | 1,234.52 | |
| 09/27/2021 | CHECK NUMBER | 1323 | | 297.99 | |
| 09/27/2021 | CHECK NUMBER | 1324 | | 618.74 | 371,885.62 |
| 09/28/2021 | ABSOLUT FACILITI ACH | -SETT-ONLINEACH | | 12,874.43 | |
| 09/28/2021 | QUARTERLY FEE PAYMENT | 0000 | | 2,409.10 | |
| 09/28/2021 | CHECK NUMBER | 1304 | | 746.94 | |
| 09/28/2021 | CHECK NUMBER | 1306 | | 172.70 | 355,682.45 |
| 09/29/2021 | DEPOSIT | | 163,301.69 | | 518,984.14 |
| 09/30/2021 | ABSOLUT FACILITI ACH | -SETT-ONLINEACH | | 875.00 | |
| 09/30/2021 | CHECK NUMBER | 1283 | | 379.93 | |
| 09/30/2021 | CHECK NUMBER | 1285 | | 116.91 | |
| 09/30/2021 | CHECK NUMBER | 1290 | | 1,004.88 | |
| 09/30/2021 | CHECK NUMBER | 1292 | | 1,502.17 | |
| 09/30/2021 | CHECK NUMBER | 1326 | | 284.84 | 514,820.41 |
| | NUMBER OF DEPOSITS/CHECKS PAID | | 4 | 49 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
1769 ROUTE 52 2ND FISHKILL, NY 12524