

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

November 17, 2021

**By ECF**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: Absolute Facilities Management, LLC, Case 19-76260 (AST)

Dear Judge Trust:

We represent Ronald Winters, the Plan Administrator herein, and write to give interested parties notice that a further status conference in this case has been scheduled for June 8, 2022, at 10:30 a.m. The status conference will be conducted telephonically. Dial-in instructions are available at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

Very truly yours,

*Jeffrey Chubak*

cc: counsel of record