

U.S. Department of Justice
Office of the United States Trustee
Region 2

United States Bankruptcy Court
Eastern District of New York

IN RE:   Absolut Facilities Management, LLC,   }   CHAPTER 11
                                               }
                                               }   CASE NO.        19-76260
                                               }
                                               }
         DEBTOR.                               }

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### DEBTOR'S POST-CONFIRMATION
### FROM OCTOBER 1, 2021 TO DECEMBER 31, 2021

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _P.M. Winters_                              Date: _March 28, 2022_

Ronald M. Winters
          Print Name

Plan Administrator
          Title

*Debtor's Address and Phone Number:*           *Attorney's Address and Phone Number:*

Absolut Facilities Management, LLC              Jeffrey Chubak
c/o GIBBINS ADVISORS, LLC, as Plan Administrator   AMINI LLC
1900 Church Street, Suite 300                   131 West 35th Street, 12th Floor
Nashville, TN 37203                             New York, NY 10001
Tel. (615) 696-6556                             Bar No. 4581807 (NY)
                                                Tel. (212) 490-4100

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |

(1) *Debtor appears to be delinquent on fees to the U.S. Trustee and will remit payment subsequent to the filing of this report after reconciling the Debtor's account summary received from the U.S. Trustee*

| INSURANCE INFORMATION | YES | NO (1) |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N/A |
| 2. Are all premium payments current? | | N/A |

(1) *Debtor does not have real or personal property, nor employees, that require any insurance coverage*

| CONFIRMATION OF INSURANCE (2) | Coverage Period(s) | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(2) *Not applicable for this reporting period*

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD |
|---|
| **No significant items to report for this reporting period.** |
| |
| **Estimated Date of Filing the Application for Final Decree:    Unknown** |

Absolut Facilities Management, LLC  Quarterly Operating Report
Case No. 19-76260  Chapter 11, Post-Confirmation
Reporting Period: October 1, 2021 to December 31, 2021  Attachment No. 1

2

Absolut Facilities Management, LLC       Quarterly Operating Report
Case No. 19-76260      Chapter 11, Post-Confirmation
Reporting Period: October 1, 2021 to December 31, 2021      Attachment No. 2

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Date of Plan Confirmation:** May 20, 2020

| | | Quarterly Reporting Period | Post Confirmation Period Total [3] |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 805,533.49 | $ 1,855,122.22 |
| 2. | **RECEIPTS** | $ 293,068.00 | $ 3,691,672.29 |
| 3. | **DISBURSEMENTS** | | |
| | a. **Operating Expenses (Fees/Taxes):** | | |
| |     (i) U.S. Trustee Quarterly Fees | $ 1,499.62 | $ 40,799.82 |
| |     (ii) Federal, State or Local Taxes | 0.00 | 0.00 |
| | b. **All Other Operating Expenses** | $ 0.00 | $ 0.00 |
| | c. **Plan Payments:** | | |
| |     (i) Administrative Claims | $ 385,235.16 | $ 3,370,125.64 |
| |     (ii) DIP Loan Payment(s) | 0.00 | 1,237,972.76 |
| | **Total Disbursements for Calculating U.S. Trustee Fees** | $ 386,734.78 | $ 4,648,898.22 |
| 4. | **NET DEPOSITS PENDING TRANSFER** [1] | $ 63,506.57 | $ 432,476.99 |
| 5. | **NON-DEBTOR INFLOWS (OUTFLOWS)** [2] | $ 0.00 | $ -555,000.00 |
| 6. | **CASH (End of Period)** | $ 775,373.28 | $ 775,373.28 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

[1] Deposits into Debtor bank account(s) that are pending transfer to a segregated account jointly administered by the Debtor and RCA Healthcare Management, LLC (the "Buyer"). After the deposits are reviewed by the Buyer and agreed to by the Debtor, the Buyer remits the Debtor's portion of the deposits (included in line 2 above) into the Debtor's bank account(s). The net cash impacts are summarized below for this Quarterly Reporting Period and cumulative Post Confirmation Period(s):

| | | |
|---|---:|---:|
| Current Reporting Period Deposits | 163,506.57 | 3,676,089.96 |
| Net transfers to Segregated Account | -100,000.00 | -3,243,612.77 |
| **Net Deposits Pending Transfer** | **63,506.57** | **432,477.19** |

[2] CARES Act stimulus funds received in error by Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC in 2Q 2020 reporting period that were refunded in the 3Q 2020 reporting period

[3] Post Confirmation Period Total excludes any activity preceding the initial quarterly reporting period of 3Q 2020

# BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank | M&T Bank | M&T Bank | M&T Bank | M&T Bank |
| Account Number | Ending 9203 | Ending 1091 | Ending 5079 | Ending 5426 |
| Purpose of Account | Operating | Operating | Operating | Operating |
| Type of Account | Checking | Checking | Checking | Checking |
| | | | | |
| 1. Balance per Bank Statement | 409,636.11 | 64,937.76 | 314,576.96 | 0.00 |
| 2. **ADD**: Deposits in Transit | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 13,777.55 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items (+/-) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Cash Balance for Reporting Period** | **395,858.56** | **64,937.76** | **314,576.96** | **0.00** |

*A copy of each bank statement is attached to and made a part of this quarterly operating report*

SCHEDULE OF DISBURSEMENTS
Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 10/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 134.44 |
| ACH | 10/8/2021 | Gibbins Advisors LLC | Plan Administrator | 7,000.00 |
| ACH | 10/13/2022 | US Trustee | US Trustee Fees | 1,499.62 |
| ACH | 10/20/2021 | Avante Management | Professional Fees | 7,405.46 |
| ACH | 10/20/2021 | Prime Clerk | Claims and Noticing Agent | 461.15 |
| ACH | 10/20/2021 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 10/22/2021 | Ability / EASE | Billing Software | 815.63 |
| ACH | 10/28/2021 | Beacon Solutions Group | Professional Fees | 3,506.83 |
| ACH | 10/28/2021 | Bonadio & Co | Professional Fees | 612.50 |
| ACH | 10/28/2021 | Gibbins Advisors LLC | Plan Administrator | 25,055.96 |
| ACH | 10/28/2021 | Robert J Fedor Esq LLC | Professional Fees | 577.50 |
| ACH | 10/28/2021 | Robert J Fedor Esq LLC | Professional Fees | 2,065.00 |
| ACH | 10/28/2021 | Robert J Fedor Esq LLC | Professional Fees | 755.00 |
| ACH | 11/4/2021 | Gibbins Advisors LLC | Plan Administrator | 5,220.00 |
| ACH | 11/4/2021 | M&T Bank | Bank and/or Credit Card Fees | 34.00 |
| ACH | 11/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 86.45 |
| ACH | 11/15/2021 | Loeb & Loeb LLP | Professional Fees | 159,876.21 |
| ACH | 11/15/2021 | Prime Clerk | Claims and Noticing Agent | 18,209.75 |
| ACH | 11/15/2021 | Prime Clerk | Claims and Noticing Agent | 2,222.58 |
| ACH | 11/15/2021 | Wyse Advisors LLC | Professional Fees | 13,219.62 |
| ACH | 11/15/2021 | SLIB II Inc | Professional Fees | 4,132.55 |
| ACH | 11/15/2021 | Robert J Fedor Esq LLC | Professional Fees | 2,912.41 |
| ACH | 11/15/2021 | Bonadio & Co | Professional Fees | 2,065.06 |
| ACH | 11/15/2021 | Amini LLC | Professional Fees | 15,000.66 |
| ACH | 11/15/2021 | HPE | Professional Fees | 2,419.03 |
| ACH | 11/24/2021 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 11/29/2021 | Amini LLC | Professional Fees | 400.00 |
| ACH | 11/29/2021 | Amini LLC | Professional Fees | 600.00 |
| ACH | 11/29/2021 | Amini LLC | Professional Fees | 18,172.72 |
| ACH | 11/29/2021 | Beacon Solutions Group | Professional Fees | 3,262.50 |
| ACH | 11/29/2021 | Bonadio & Co | Professional Fees | 43.75 |
| ACH | 11/29/2021 | Prime Clerk | Claims and Noticing Agent | 188.72 |
| ACH | 12/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 159.31 |
| ACH | 12/9/2021 | Gibbins Advisors LLC | Plan Administrator | 14,816.25 |
| ACH | 12/16/2021 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 12/21/2021 | Amini LLC | Professional Fees | 850.00 |
| ACH | 12/21/2021 | Avante Management | Professional Fees | 4,178.31 |
| ACH | 12/21/2021 | Beacon Solutions Group | Professional Fees | 1,740.00 |
| ACH | 12/21/2021 | Prime Clerk | Claims and Noticing Agent | 145.65 |
| ACH | 12/22/2021 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 36,931.89 |
| ACH | 12/24/2021 | Ability / EASE | Billing Software | 2,459.12 |
| | | | **TOTAL** | **374,235.63** |

## SCHEDULE OF DISBURSEMENTS
### Account #2 - M&T Bank, Account Ending 1091

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 10/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,002.50 |
| ACH | 10/12/2021 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 10/15/2021 | ReliaFund Inc | Bank and/or Credit Card Fees | 31.64 |
| ACH | 10/19/2021 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
| ACH | 11/3/2021 | Bankcard | Bank and/or Credit Card Fees | 271.63 |
| ACH | 11/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 1,828.24 |
| ACH | 11/12/2021 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 11/15/2021 | ReliaFund Inc | Bank and/or Credit Card Fees | 178.96 |
| ACH | 11/15/2021 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
| ACH | 12/3/2021 | Bankcard | Bank and/or Credit Card Fees | 73.73 |
| ACH | 12/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 1,572.09 |
| ACH | 12/10/2021 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 12/15/2021 | ReliaFund Inc | Bank and/or Credit Card Fees | 44.00 |
| ACH | 12/20/2021 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
|  |  |  | **TOTAL** | **6,002.79** |

Absolut Facilities Management, LLC                                                                                            Quarterly Operating Report
Case No. 19-76260                                                                                                                Chapter 11, Post-Confirmation
Reporting Period:  October 1, 2021 to December 31, 2021                                    Attachment No. 4 [Acct 2 of 4]

6

## SCHEDULE OF DISBURSEMENTS
## Account #3 - M&T Bank, Account Ending 5079

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 10/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,501.39 |
| ACH | 11/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 2,029.29 |
| ACH | 12/8/2021 | M&T Bank | Bank and/or Credit Card Fees | 1,965.68 |
| | | | **TOTAL** | **6,496.36** |

**Absolut Facilities Management, LLC**     **Quarterly Operating Report**
**Case No. 19-76260**     **Chapter 11, Post-Confirmation**
**Reporting Period: October 1, 2021 to December 31, 2021**     **Attachment No. 4 [Acct 4 of 4]**

## SCHEDULE OF DISBURSEMENTS
### Account #4 - M&T Bank, Account Ending 5426
**No Disbursements in Current Period**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | **TOTAL** | **0.00** |

**Due to account inactivity and $0.00 balance, there are no bank statements for this account.**

Absolut Facilities Management, LLC
Case No. 19-76260
Reporting Period: October 1, 2021 to December 31, 2021
8
Quarterly Operating Report
Chapter 11, Post-Confirmation
Attachment No. 4 [Acct 4 of 4]



| | | ACCOUNT TYPE | |
|---|---|---|---|
| | | CORPORATE CHECKING | |
| FOR INQUIRIES CALL: RED HOOK (845) 758-8811 | | ACCOUNT NUMBER | STATEMENT PERIOD |
| 00  0 03834M NM  017 | | ●●●●●9203 | 10/01/21 - 10/31/21 |
| 000000  P | | BEGINNING BALANCE | $514,820.41 |
| ABSOLUT FACILITIES MANAGEMENT LLC | | DEPOSITS & CREDITS | 64,966.31 |
| PLAN ADMINISTRATOR OPERATING ACCOUNT | | LESS CHECKS & DEBITS | 77,122.08 |
| DEBTOR IN POSESSION | | LESS SERVICE CHARGES | 134.44 |
| 300 GLEED AVE | | ENDING BALANCE | $502,530.20 |
| EAST AURORA NY 14052 | | | |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2021 | BEGINNING BALANCE | | | $514,820.41 |
| 10/01/2021 | GIBBINS ADVISORS ACH Pmt     5304828395 | $875.00 | | |
| 10/01/2021 | CHECK NUMBER     1268 | | $706.04 | |
| 10/01/2021 | CHECK NUMBER     1271 | | 608.55 | 514,380.82 |
| 10/05/2021 | CHECK NUMBER     1265 | | 1,190.40 | |
| 10/05/2021 | CHECK NUMBER     1315 | | 6,070.98 | 507,119.44 |
| 10/06/2021 | CHECK NUMBER     1312 | | 269.61 | 506,849.83 |
| 10/07/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 29,218.39 | | 536,068.22 |
| 10/08/2021 | ABSOLUT FACILITI ACH     -SETT-ONLINEACH | | 7,000.00 | |
| 10/08/2021 | CHECK NUMBER     1331 | | 6,001.15 | |
| 10/08/2021 | SERVICE CHARGE FOR ACCOUNT ●●●●●9203 | | 134.44 | 522,932.63 |
| 10/12/2021 | DEPOSIT | 462.92 | | 523,395.55 |
| 10/13/2021 | QUARTERLY FEE PAYMENT     0000 | | 1,499.62 | 521,895.93 |
| 10/14/2021 | CHECK NUMBER     1329 | | 494.43 | 521,401.50 |
| 10/18/2021 | CHECK NUMBER     1279 | | 2,469.04 | |
| 10/18/2021 | CHECK NUMBER     1297 | | 689.47 | 518,242.99 |
| 10/19/2021 | CHECK NUMBER     1317 | | 277.76 | 517,965.23 |
| 10/20/2021 | ABSOLUT FACILITI ACH     -SETT-ONLINEACH | | 12,866.61 | 505,098.62 |
| 10/21/2021 | CHECK NUMBER     1296 | | 137.91 | 504,960.71 |
| 10/22/2021 | DEPOSIT | 34,410.00 | | |
| 10/22/2021 | ABILITY WEB PAY     19682 | | 815.63 | |
| 10/22/2021 | CHECK NUMBER     1318 | | 971.27 | 537,583.81 |
| 10/25/2021 | CHECK NUMBER     1327 | | 2,099.26 | 535,484.55 |
| 10/28/2021 | ABSOLUT FACILITI ACH     -SETT-ONLINEACH | | 32,572.79 | 502,911.76 |
| 10/29/2021 | CHECK NUMBER     1287 | | 381.56 | 502,530.20 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 14 | |



FOR INQUIRIES CALL: RED HOOK
(845) 758-8811

00   0 03834M NM  017

000000                                    P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████9203 | 11/01/21 - 11/30/21 |
| BEGINNING BALANCE | $502,530.20 |
| DEPOSITS & CREDITS | 187,823.63 |
| LESS CHECKS & DEBITS | 252,979.56 |
| LESS SERVICE CHARGES | 86.45 |
| ENDING BALANCE | $437,287.82 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2021 | BEGINNING BALANCE | | | $502,530.20 |
| 11/01/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | $175.00 | | 502,705.20 |
| 11/04/2021 | DEPOSIT | 14,271.52 | | |
| 11/04/2021 | Real-Time Payment Sent on 11/04 TO: ABSOLUT FACILITIES MANAGEMENT LLC PMT REF: 20211104022000046P1BOPFX00094686947 | | $34.00 | |
| 11/04/2021 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 5,220.00 | 511,722.72 |
| 11/08/2021 | SERVICE CHARGE FOR ACCOUNT ████9203 | | 86.45 | 511,636.27 |
| 11/15/2021 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 220,057.87 | 291,578.40 |
| 11/19/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 2,590.14 | | 294,168.54 |
| 11/22/2021 | INCOMING CHIPS FUNDS TRANSFER KAUFMAN, BORGEEST   RYAN LLP | 71,250.00 | | |
| 11/22/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 13,211.01 | | 378,629.55 |
| 11/24/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 20,416.14 | | |
| 11/24/2021 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 5,000.00 | 394,045.69 |
| 11/29/2021 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 22,667.69 | 371,378.00 |
| 11/30/2021 | DEPOSIT | 65,909.82 | | 437,287.82 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 7 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM) AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JANUARY 1, 2022. SEE MTB.COM/TMUPDATE2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240 AND SELECT OPTION 2, AND THEN 2 AGAIN.



| | | |
|---|---|---|
| FOR INQUIRIES CALL: | RED HOOK | |
| | (845) 758-8811 | |

00   0 03834M NM  017

000000                                                                         P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE |  |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9203 | 12/01/21 - 12/31/21 |
| BEGINNING BALANCE | $437,287.82 |
| DEPOSITS & CREDITS | 41,153.06 |
| LESS CHECKS & DEBITS | 68,645.46 |
| LESS SERVICE CHARGES | 159.31 |
| ENDING BALANCE | $409,636.11 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2021 | BEGINNING BALANCE | | | $437,287.82 |
| 12/08/2021 | DEPOSIT | $31,760.90 | | |
| 12/08/2021 | SERVICE CHARGE FOR ACCOUNT 9203 | | $159.31 | 468,889.41 |
| 12/09/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 8,613.81 | | |
| 12/09/2021 | ABSOLUT FACILITI ACH        -SETT-ONLINEACH | | 14,816.25 | |
| 12/09/2021 | CHECK NUMBER     1305 | | 2,524.24 | 460,162.73 |
| 12/15/2021 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 778.35 | | 460,941.08 |
| 12/16/2021 | ABSOLUT FACILITI ACH        -SETT-ONLINEACH | | 5,000.00 | 455,941.08 |
| 12/21/2021 | ABSOLUT FACILITI ACH        -SETT-ONLINEACH | | 6,913.96 | 449,027.12 |
| 12/22/2021 | ABSOLUT FACILITI ACH        -SETT-ONLINEACH | | 36,931.89 | 412,095.23 |
| 12/24/2021 | ABILITY WEB PAY            19682 | | 2,459.12 | 409,636.11 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 1 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
1769 ROUTE 52 2ND FISHKILL, NY 12524



FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                                                  N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████1091 | 10/01/21 - 10/31/21 |
| BEGINNING BALANCE | $50,206.36 |
| DEPOSITS & CREDITS | 37,855.04 |
| LESS CHECKS & DEBITS | 19,784.35 |
| LESS SERVICE CHARGES | 2,002.50 |
| ENDING BALANCE | $66,274.55 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2021 | BEGINNING BALANCE | | | $50,206.36 |
| 10/05/2021 | MERCHANT BNKCD FEE    434592267885 | | $83.23 | 50,123.13 |
| 10/07/2021 | ReliaFund Inc Deposit    33523002 | $100.00 | | 50,223.13 |
| 10/08/2021 | ReliaFund Inc Deposit    33531347 | 216.56 | | |
| 10/08/2021 | SERVICE CHARGE FOR ACCOUNT ████1091 | | 2,002.50 | 48,437.19 |
| 10/12/2021 | SIGNATURE FIN PAYMENT    112990001 | | 19,669.48 | 28,767.71 |
| 10/14/2021 | ReliaFund Inc Deposit    33573859 | 2,556.00 | | |
| 10/14/2021 | MERCHANT BNKCD DEPOSIT    434592267885 | 2,525.00 | | 33,848.71 |
| 10/15/2021 | ReliaFund Inc ACH Fees    33525859 | | 31.64 | 33,817.07 |
| 10/19/2021 | ACH DISPUTE CREDIT - Case 16551857 | 19,669.48 | | 53,486.55 |
| 10/21/2021 | ReliaFund Inc Deposit    33629577 | 12,788.00 | | 66,274.55 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 6 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| | | | | |
|---|---|---|---|---|
| FOR INQUIRIES CALL: | HEALTHCARE BUFFALO (716) 848-7354 | | | |

00   0 01276M  NM  017

000000                N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 1091 | 11/01/21 - 11/30/21 |
| BEGINNING BALANCE | $66,274.55 |
| DEPOSITS & CREDITS | 22,201.34 |
| LESS CHECKS & DEBITS | 20,120.07 |
| LESS SERVICE CHARGES | 1,828.24 |
| ENDING BALANCE | $66,527.58 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2021 | BEGINNING BALANCE | | | $66,274.55 |
| 11/02/2021 | MERCHANT BNKCD DEPOSIT     434592267885 | $231.26 | | 66,505.81 |
| 11/03/2021 | MERCHANT BNKCD FEE          434592267885 | | $271.63 | 66,234.18 |
| 11/05/2021 | ReliaFund Inc Deposit       33746763 | 100.00 | | 66,334.18 |
| 11/08/2021 | SERVICE CHARGE FOR ACCOUNT          1091 | | 1,828.24 | 64,505.94 |
| 11/09/2021 | MERCHANT BNKCD DEPOSIT     434592267885 | 0.60 | | 64,506.54 |
| 11/12/2021 | ReliaFund Inc Deposit       33801339 | 2,200.00 | | |
| 11/12/2021 | SIGNATURE FIN PAYMENT       112990001 | | 19,669.48 | 47,037.06 |
| 11/15/2021 | ACH DISPUTE CREDIT - Case 16615907 | 19,669.48 | | |
| 11/15/2021 | ReliaFund Inc ACH Fees       33797119 | | 178.96 | 66,527.58 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM) AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JANUARY 1, 2022. SEE MTB.COM/TMUPDATE2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240 AND SELECT OPTION 2, AND THEN 2 AGAIN.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| | | | | |
|---|---|---|---|---|
| FOR INQUIRIES CALL: | HEALTHCARE BUFFALO (716) 848-7354 | | **ACCOUNT TYPE** | |
| | | | **CORPORATE CHECKING** | |
| | 00  0 01276M NM  017 | | **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 000000 | N | | ▮▮▮▮1091 | 12/01/21 - 12/31/21 |

| | |
|---|---|
| ABSOLUT FACILITIES MANAGEMENT LLC | |
| HUD | |
| DEBTOR IN POSESSION | |
| 300 GLEED AVE | |
| EAST AURORA NY 14052-2980 | |

| | |
|---|---|
| BEGINNING BALANCE | $66,527.58 |
| DEPOSITS & CREDITS | 19,769.48 |
| LESS CHECKS & DEBITS | 19,787.21 |
| LESS SERVICE CHARGES | 1,572.09 |
| ENDING BALANCE | $64,937.76 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2021 | BEGINNING BALANCE | | | $66,527.58 |
| 12/03/2021 | MERCHANT BNKCD FEE       434592267885 | | $73.73 | 66,453.85 |
| 12/07/2021 | ReliaFund Inc Deposit       34000309 | $100.00 | | 66,553.85 |
| 12/08/2021 | SERVICE CHARGE FOR ACCOUNT ▮▮▮▮1091 | | 1,572.09 | 64,981.76 |
| 12/10/2021 | SIGNATURE FIN PAYMENT       112990001 | | 19,669.48 | 45,312.28 |
| 12/15/2021 | ReliaFund Inc ACH Fees       34017460 | | 44.00 | 45,268.28 |
| 12/20/2021 | ACH DISPUTE CREDIT - Case 16711078 | 19,669.48 | | 64,937.76 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |



FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                                                    P

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 5079 | 10/01/21 - 10/31/21 |
| BEGINNING BALANCE | $278,300.94 |
| DEPOSITS & CREDITS | 39,513.23 |
| LESS CHECKS & DEBITS | 100,284.55 |
| LESS SERVICE CHARGES | 2,501.39 |
| ENDING BALANCE | $215,028.23 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2021 | BEGINNING BALANCE | | | $278,300.94 |
| 10/01/2021 | VACP TREAS 310 XXVA BENEF     092344140003600 | $1,936.00 | | |
| 10/01/2021 | VACP TREAS 310 XXVA BENEF     129401595003600 | 1,936.00 | | |
| 10/01/2021 | VACP TREAS 310 XXVA BENEF     078406106003600 | 1,229.00 | | |
| 10/01/2021 | OTDA SSP/SSPNA P ACH         AP00060550615 | 467.00 | | |
| 10/01/2021 | OTDA SSP/SSPNA P ACH         AP00060906633 | 435.67 | | |
| 10/01/2021 | OTDA SSP/SSPNA P ACH         AP00060471090 | 353.99 | | 284,658.60 |
| 10/04/2021 | AMERICAN PROGRES HCCLAIMPMT | 300.00 | | |
| 10/04/2021 | BANKCARD MTOT DISC           518993320972748 | | $284.55 | 284,674.05 |
| 10/05/2021 | HEALTHNOW94000 HCCLAIMPMT     98433718 | 2,132.10 | | 286,806.15 |
| 10/06/2021 | HEALTHNOW94000 HCCLAIMPMT     98439431 | 5,211.80 | | |
| 10/06/2021 | BCBS OF MASS HCCLAIMPMT       732121046 | 169.04 | | 292,186.99 |
| 10/07/2021 | Fallon Health We HCCLAIMPMT | 1,232.00 | | 293,418.99 |
| 10/08/2021 | SERVICE CHARGE FOR ACCOUNT        5079 | | 2,501.39 | 290,917.60 |
| 10/12/2021 | AMERICAN PROGRES HCCLAIMPMT | 2,300.00 | | 293,217.60 |
| 10/13/2021 | HEALTHNOW94000 HCCLAIMPMT     98440073 | 10,398.45 | | |
| 10/13/2021 | HEALTHNOW94000 HCCLAIMPMT     98440061 | 294.11 | | 303,910.16 |
| 10/14/2021 | AMERICAN PROGRES HCCLAIMPMT | 2,485.00 | | |
| 10/14/2021 | HERITAGE HEALTH HCCLAIMPMT    100371900853000 | 300.00 | | |
| 10/14/2021 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 100,000.00 | 206,695.16 |
| 10/15/2021 | Fallon Health We HCCLAIMPMT | 817.34 | | 207,512.50 |
| 10/26/2021 | HEALTHNOW94000 HCCLAIMPMT     98453401 | 2,067.83 | | |
| 10/26/2021 | HEALTHNOW94000 HCCLAIMPMT     98453409 | 1,469.11 | | 211,049.44 |
| 10/29/2021 | Centers Plan for HCCLAIMPMT | 3,978.79 | | 215,028.23 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 20 | 0 | |



| | | ACCOUNT TYPE | |
|---|---|---|---|
| FOR INQUIRIES CALL: | HEALTHCARE BUFFALO | CORPORATE CHECKING | |
| | (716) 848-7354 | ACCOUNT NUMBER | STATEMENT PERIOD |
| | 00   0 01276M NM  017 | ▇▇▇▇6079 | 11/01/21 - 11/30/21 |
| 000000 | P | BEGINNING BALANCE | $215,028.23 |
| | ABSOLUT FACILITIES MANAGEMENT LLC | DEPOSITS & CREDITS | 54,821.91 |
| | OPERATING ACCOUNT | LESS CHECKS & DEBITS | 34.00 |
| | DEBTOR IN POSESSION | LESS SERVICE CHARGES | 2,029.29 |
| | 300 GLEED AVE | ENDING BALANCE | $267,786.85 |
| | EAST AURORA NY 14052-2980 | | |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2021 | BEGINNING BALANCE | | | $215,028.23 |
| 11/01/2021 | AMERICAN PROGRES HCCLAIMPMT | $3,550.00 | | |
| 11/01/2021 | VACP TREAS 310 XXVA BENEF     129401595003600 | 1,936.00 | | |
| 11/01/2021 | VACP TREAS 310 XXVA BENEF     092344140003600 | 1,936.00 | | |
| 11/01/2021 | VACP TREAS 310 XXVA BENEF     078406106003600 | 1,229.00 | | |
| 11/01/2021 | AMERICAN PROGRES HCCLAIMPMT | 900.00 | | |
| 11/01/2021 | OTDA SSP/SSPNA P ACH          AP00061607753 | 435.67 | | |
| 11/01/2021 | OTDA SSP/SSPNA P ACH          AP00061499654 | 353.99 | | 225,368.89 |
| 11/02/2021 | AMERICAN PROGRES HCCLAIMPMT | 6,154.00 | | |
| 11/02/2021 | HEALTHNOW94000 HCCLAIMPMT     98459862 | 1,658.30 | | |
| 11/02/2021 | BANKCARD MTOT DISC            518993320972748 | | $34.00 | 233,147.19 |
| 11/03/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 708.55 | | |
| 11/03/2021 | BCBS OF MASS HCCLAIMPMT       732382418 | 12.56 | | 233,868.30 |
| 11/05/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 272.89 | | 234,141.19 |
| 11/08/2021 | SERVICE CHARGE FOR ACCOUNT ▇▇▇▇079 | | 2,029.29 | 232,111.90 |
| 11/12/2021 | Fallon Health We HCCLAIMPMT | 23,756.16 | | 255,868.06 |
| 11/16/2021 | HEALTHNOW94000 HCCLAIMPMT     98473797 | 185.50 | | 256,053.56 |
| 11/18/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 3,949.60 | | 260,003.16 |
| 11/23/2021 | HEALTHNOW94000 HCCLAIMPMT     98480617 | 2,842.80 | | 262,845.96 |
| 11/26/2021 | Fallon Health We HCCLAIMPMT | 364.11 | | 263,210.07 |
| 11/30/2021 | HEALTHNOW94000 HCCLAIMPMT     98487064 | 4,576.78 | | 267,786.85 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 18 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM)
AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JANUARY 1, 2022. SEE
MTB.COM/TMUPDATE2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL
DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL
M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240 AND SELECT OPTION 2, AND THEN
2 AGAIN.


| | | |
|---|---|---|
| FOR INQUIRIES CALL: | HEALTHCARE BUFFALO | |
| | (716) 848-7354 | |

00   0 01276M NM  017

000000                                                                          P

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ███5079 | 12/01/21 - 12/31/21 |
| BEGINNING BALANCE | $267,786.85 |
| DEPOSITS & CREDITS | 48,789.79 |
| LESS CHECKS & DEBITS | 34.00 |
| LESS SERVICE CHARGES | 1,965.68 |
| ENDING BALANCE | $314,576.96 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2021 | BEGINNING BALANCE | | | $267,786.85 |
| 12/01/2021 | VACP TREAS 310 XXVA BENEF      092344140003600 | $1,936.00 | | |
| 12/01/2021 | VACP TREAS 310 XXVA BENEF      129401595003600 | 1,936.00 | | |
| 12/01/2021 | OTDA SSP/SSPNA P ACH      AP00061926862 | 435.67 | | |
| 12/01/2021 | OTDA SSP/SSPNA P ACH      AP00062080517 | 353.99 | | |
| 12/01/2021 | BCBS OF MASS HCCLAIMPMT      732644547 | 101.12 | | 272,549.63 |
| 12/02/2021 | BANKCARD MTOT DISC      518993320972748 | | $34.00 | 272,515.63 |
| 12/03/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 738.49 | | 273,254.12 |
| 12/07/2021 | AMERICAN PROGRES HCCLAIMPMT | 9,798.16 | | 283,052.28 |
| 12/08/2021 | BCBS OF MASS HCCLAIMPMT      732708555 | 2,040.50 | | |
| 12/08/2021 | SERVICE CHARGE FOR ACCOUNT ███5079 | | 1,965.68 | 283,127.10 |
| 12/09/2021 | HEALTHNOW94000 HCCLAIMPMT      98501214 | 1,184.50 | | 284,311.60 |
| 12/10/2021 | HEALTHNOW94000 HCCLAIMPMT      98501472 | 2,842.80 | | |
| 12/10/2021 | AMERICAN PROGRES HCCLAIMPMT | 120.00 | | 287,274.40 |
| 12/14/2021 | HEALTHNOW94000 HCCLAIMPMT      98502034 | 5,750.50 | | |
| 12/14/2021 | HEALTHNOW94000 HCCLAIMPMT      98501870 | 710.70 | | 293,735.60 |
| 12/21/2021 | HEALTHNOW94000 HCCLAIMPMT      98509664 | 4,345.20 | | |
| 12/21/2021 | HEALTHNOW94000 HCCLAIMPMT      98509654 | 520.00 | | 298,600.80 |
| 12/24/2021 | MVP Health Plan, HCCLAIMPMT      208468133 | 59.00 | | 298,659.80 |
| 12/28/2021 | UNIVERSAL AMERIC HCCLAIMPMT | 6,135.00 | | |
| 12/28/2021 | AMERICAN PROGRES HCCLAIMPMT | 2,485.00 | | |
| 12/28/2021 | HEALTHNOW94000 HCCLAIMPMT      98518087 | 2,040.50 | | 309,320.30 |
| 12/30/2021 | VACP TREAS 310 XXVA BENEF      129401595003600 | 2,050.00 | | |
| 12/30/2021 | VACP TREAS 310 XXVA BENEF      092344140003600 | 2,050.00 | | 313,420.30 |
| 12/31/2021 | OTDA SSP/SSPNA P ACH      AP00062976421 | 428.67 | | |
| 12/31/2021 | AMERICAN PROGRES HCCLAIMPMT | 380.00 | | |
| 12/31/2021 | OTDA SSP/SSPNA P ACH      AP00062685734 | 347.99 | | 314,576.96 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 24 | 0 | |
PAGE 1 OF 2
MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495