

**Jeffrey Chubak**
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

June 7, 2022

**By ECF**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: In re Absolut Facilities Management, LLC, No. 19-bk-76260-ast

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC in this case and write to notify interested parties that the status conference that had been scheduled for June 8, 2022, at 12:00 p.m., has been adjourned to January 11, 2023, at 10:30 a.m.

The status conference will be held before the Honorable Alan S. Trust. Participation instructions can be viewed at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

Sincerely,

*Jeffrey Chubak*

cc: counsel of record