

U.S. Department of Justice
Office of the United States Trustee
Region 2

United States Bankruptcy Court
Eastern District of New York

IN RE:  **Absolut Facilities Management, LLC,**   }   **CHAPTER 11**
     }
     }    **CASE NO.**     **19-76260**
     }
     }
   **DEBTOR.**    }

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### DEBTOR'S POST-CONFIRMATION
### FROM JANUARY 1, 2022 TO MARCH 31, 2022

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____         Date: _____
                                                                     August 26, 2022

Ronald M. Winters
_____
          Print Name

Plan Administrator
_____
          Title

*Debtor's Address and Phone Number:*          *Attorney's Address and Phone Number:*

Absolut Facilities Management, LLC          Jeffrey Chubak
c/o GIBBINS ADVISORS, LLC, as Plan Administrator      AMINI LLC
1900 Church Street, Suite 300                  131 West 35th Street, 12th Floor
Nashville, TN 37203                           New York, NY 10001
Tel. (615) 696-6556                           Bar No. 4581807 (NY)
                                               Tel. (212) 490-4100

Absolut Facilities Management, LLC
Case No. 19-76260
Reporting Period:  January 1, 2022 to March 31, 2022

Quarterly Operating Report
Chapter 11, Post-Confirmation
Attachment No. 1

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

*(1) Debtor appears to be delinquent on fees to the U.S. Trustee and will remit payment subsequent to the filing of this report after reconciling the Debtor's account summary received from the U.S. Trustee*

| INSURANCE INFORMATION | YES | NO (1) |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N/A |
| 2. Are all premium payments current? | | N/A |

*(1) Debtor does not have real or personal property, nor employees, that require any insurance coverage*

| CONFIRMATION OF INSURANCE (2) | | | Coverage Period(s) | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*(2) Not applicable for this reporting period*

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD |
|---|
| **No significant items to report for this reporting period.** |
| **Estimated Date of Filing the Application for Final Decree:**          **Unknown** |

**Absolut Facilities Management, LLC**                  **Quarterly Operating Report**
Case No. 19-76260                                         **Chapter 11, Post-Confirmation**
Reporting Period:  January 1, 2022 to March 31, 2022             **Attachment No. 2**

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Date of Plan Confirmation:  May 20, 2020**

|  |  | Quarterly Reporting Period | Post Confirmation Period Total [3] |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 775,373.28 | $ 1,855,122.22 |
| 2. | **RECEIPTS** | $ 670,927.84 | $ 4,362,600.13 |
| 3. | **DISBURSEMENTS** | | |
| | a.   **Operating Expenses (Fees/Taxes):** | | |
| |      (i)   U.S. Trustee Quarterly Fees | $ 1,546.94 | $ 42,346.76 |
| |      (ii)   Federal, State or Local Taxes | 0.00 | 0.00 |
| | b.   **All Other Operating Expenses** | $ 0.00 | $ 0.00 |
| | c.   **Plan Payments:** | | |
| |      (i)   Administrative Claims | $ 405,966.97 | $ 3,776,092.61 |
| |      (ii)   DIP Loan Payment(s) | 0.00 | 1,237,972.76 |
| | **Total Disbursements for Calculating U.S. Trustee Fees** | $ 407,513.91 | $ 5,056,412.13 |
| 4. | **NET DEPOSITS PENDING TRANSFER [1]** | $ -176,774.03 | $ 255,702.96 |
| 5. | **NON-DEBTOR INFLOWS (OUTFLOWS) [2]** | $ 0.00 | $ -555,000.00 |
| 6. | **CASH (End of Period)** | $ 862,013.18 | $ 862,013.18 |

\*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course
    of the reorganized debtor's post-confirmation business, whether the disbursements are made
    through a trust, by a third party, or by the reorganized debtor.

[1] Deposits into Debtor bank account(s) that are pending transfer to a segregated account jointly administered by the Debtor and RCA Healthcare Management, LLC (the "Buyer"). After the deposits are reviewed by the Buyer and agreed to by the Debtor, the Buyer remits the Debtor's portion of the deposits (included in line 2 above) into the Debtor's bank account(s). The net cash impacts are summarized below for this Quarterly Reporting Period and cumulative Post Confirmation Period(s):

| | | |
|---|---|---|
| Current Reporting Period Deposits | 198,225.97 | 3,874,315.93 |
| Net transfers to Segregated Account | -375,000.00 | -3,618,612.77 |
| **Net Deposits Pending Transfer** | **-176,774.03** | **255,703.16** |

[2] CARES Act stimulus funds received in error by Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC in 2Q 2020 reporting period that were refunded in the 3Q 2020 reporting period

[3] Post Confirmation Period Total excludes any activity preceding the initial quarterly reporting period of 3Q 2020

**Absolut Facilities Management, LLC**
Case No. 19-76260
Reporting Period: January 1, 2022 to March 31, 2022

**Quarterly Operating Report**
Chapter 11, Post-Confirmation
Attachment No. 3

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank | M&T Bank | M&T Bank | M&T Bank | M&T Bank |
| Account Number | Ending 9203 | Ending 1091 | Ending 5079 | Ending 5426 |
| Purpose of Account | Operating | Operating | Operating | Operating |
| Type of Account | Checking | Checking | Checking | Checking |
| | | | | |
| 1. **Balance per Bank Statement** | 683,962.60 | 61,081.66 | 130,562.04 | 0.00 |
| 2. **ADD**: Deposits in Transit | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 13,593.12 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items (+/-) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Cash Balance for Reporting Period** | **670,369.48** | **61,081.66** | **130,562.04** | **0.00** |

*A copy of each bank statement is attached to and made a part of this quarterly operating report*

**Absolut Facilities Management, LLC**
Case No. 19-76260
Reporting Period:  January 1, 2022 to March 31, 2022

**Quarterly Operating Report**
Chapter 11, Post-Confirmation
Attachment No. 4 [Acct 1 of 4]

## SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 1/10/2022 | M&T Bank | Bank and/or Credit Card Fees | 99.19 |
| ACH | 1/18/2022 | Gibbins Advisors LLC | Plan Administrator | 11,463.75 |
| ACH | 1/27/2022 | Beacon Solutions Group | Professional Fees | 2,171.83 |
| ACH | 1/27/2022 | Loeb & Loeb LLP | Professional Fees | 3,073.50 |
| ACH | 1/27/2022 | Loeb & Loeb LLP | Professional Fees | 2,088.00 |
| ACH | 1/27/2022 | Loeb & Loeb LLP | Professional Fees | 4,756.00 |
| ACH | 1/27/2022 | Prime Clerk | Claims and Noticing Agent | 152.82 |
| ACH | 1/27/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 2/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 113.97 |
| ACH | 2/17/2022 | Avante Management | Professional Fees | 2,819.51 |
| ACH | 2/17/2022 | Gibbins Advisors LLC | Plan Administrator | 11,531.25 |
| ACH | 2/24/2022 | Beacon Solutions Group | Professional Fees | 2,883.75 |
| ACH | 2/24/2022 | Prime Clerk | Claims and Noticing Agent | 305.46 |
| ACH | 2/24/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 3/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 92.92 |
| ACH | 3/11/2022 | Loeb & Loeb LLP | Professional Fees | 233,647.66 |
| ACH | 3/11/2022 | Prime Clerk | Claims and Noticing Agent | 26,612.25 |
| ACH | 3/11/2022 | Prime Clerk | Claims and Noticing Agent | 3,247.51 |
| ACH | 3/11/2022 | Wyse Advisors LLC | Professional Fees | 19,319.54 |
| ACH | 3/11/2022 | Senior Living Investment Brokers | Professional Fees | 6,039.42 |
| ACH | 3/11/2022 | Robert J Fedor Esq LLC | Professional Fees | 4,256.29 |
| ACH | 3/11/2022 | Amini LLC | Professional Fees | 21,922.39 |
| ACH | 3/11/2022 | HPE | Professional Fees | 3,535.25 |
| ACH | 3/17/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 3/18/2022 | Gibbins Advisors LLC | Plan Administrator | 12,899.75 |
| ACH | 3/24/2022 | Prime Clerk | Claims and Noticing Agent | 91.50 |
| ACH | 3/24/2022 | Beacon Solutions Group | Professional Fees | 1,968.75 |
| ACH | 3/24/2022 | Loeb & Loeb LLP | Professional Fees | 854.00 |
| ACH | 3/24/2022 | Loeb & Loeb LLP | Professional Fees | 1,342.00 |
| ACH | 3/29/2022 | US Trustee | US Trustee Fees | 1,546.94 |
| ACH | 3/31/2022 | Avante Management | Professional Fees | 2,581.72 |
| | | | **TOTAL** | **396,416.92** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  January 1, 2022 to March 31, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 2 of 4]**

## SCHEDULE OF DISBURSEMENTS
### Account #2 - M&T Bank, Account Ending 1091

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 1/4/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 1/10/2022 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 1/10/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,502.02 |
| ACH | 1/18/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 21.50 |
| ACH | 1/24/2022 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
| ACH | 2/3/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 2/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,487.29 |
| ACH | 2/10/2022 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 2/15/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 21.50 |
| ACH | 2/25/2022 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
| ACH | 3/3/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 3/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,494.59 |
| ACH | 3/18/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 21.50 |
| | | | **TOTAL** | **4,746.10** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  January 1, 2022 to March 31, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 3 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #3 - M&T Bank, Account Ending 5079

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 1/10/2022 | M&T Bank | Bank and/or Credit Card Fees | 2,070.81 |
| ACH | 2/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 2,034.14 |
| ACH | 3/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 2,014.94 |
| ACH | 1/3/2022 | Bankcard | Bank and/or Credit Card Fees | 163.00 |
| ACH | 2/2/2022 | Bankcard | Bank and/or Credit Card Fees | 34.00 |
| ACH | 3/2/2022 | Bankcard | Bank and/or Credit Card Fees | 34.00 |
| | | | **TOTAL** | **6,350.89** |

**Absolut Facilities Management, LLC**
**Quarterly Operating Report**
Case No. 19-76260
Chapter 11, Post-Confirmation
Reporting Period:  January 1, 2022 to March 31, 2022
Attachment No. 4 [Acct 4 of 4]

### SCHEDULE OF DISBURSEMENTS
#### Account #4 - M&T Bank, Account Ending 5426
**No Disbursements in Current Period**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | **TOTAL** | **0.00** |

**Due to account inactivity and $0.00 balance, there are no bank statements for this account.**



00   0 03834M NM  017

000000                                        P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9203 | 01/01/22 - 01/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $409,636.11 |
| DEPOSITS & CREDITS | 230,670.02 |
| LESS CHECKS & DEBITS | 28,890.33 |
| LESS SERVICE CHARGES | 99.19 |
| ENDING BALANCE | $611,316.61 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2022 | BEGINNING BALANCE | | | $409,636.11 |
| 01/06/2022 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | $198,921.54 | | 608,557.65 |
| 01/10/2022 | SERVICE CHARGE FOR ACCOUNT 9203 | | $99.19 | 608,458.46 |
| 01/18/2022 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 11,748.48 | | |
| 01/18/2022 | ABSOLUT FACILITI ACH     -SETT-ONLINEACH | | 11,463.75 | 608,743.19 |
| 01/20/2022 | INCOMING CHIPS FUNDS TRANSFER LONDA PERKINS | 20,000.00 | | 628,743.19 |
| 01/27/2022 | ABSOLUT FACILITI ACH     -SETT-ONLINEACH | | 17,242.15 | 611,501.04 |
| 01/28/2022 | CHECK NUMBER    1299 | | 184.43 | 611,316.61 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 1 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**1769 ROUTE 52 2ND FISHKILL, NY 12524**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7**   **Enter the total of STEPS 5 & 6.**
$

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank, Member FDIC.



**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9203 | 02/01/22 - 02/28/22 |

| | |
|---|---|
| **BEGINNING BALANCE** | **$611,316.61** |
| **DEPOSITS & CREDITS** | **265,185.40** |
| **LESS CHECKS & DEBITS** | **22,539.97** |
| **LESS SERVICE CHARGES** | **113.97** |
| **ENDING BALANCE** | **$853,848.07** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2022 | BEGINNING BALANCE | | | $611,316.61 |
| 02/04/2022 | DEPOSIT | $263,422.50 | | 874,739.11 |
| 02/08/2022 | SERVICE CHARGE FOR ACCOUNT 9203 | | $113.97 | 874,625.14 |
| 02/09/2022 | INCOMING CHIPS FUNDS TRANSFER LONDA PERKINS | 600.00 | | 875,225.14 |
| 02/16/2022 | Absolut 2873 AFM          M&TPlanAdmin | 1,162.90 | | 876,388.04 |
| 02/17/2022 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 14,350.76 | 862,037.28 |
| 02/24/2022 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 8,189.21 | 853,848.07 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7** **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ 

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)

©2016 M&T Bank. Member FDIC.



**FOR INQUIRIES CALL:**   **RED HOOK**
(845) 758-8811

000000           P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|---|---|
| 9203 | 03/01/22 - 03/31/22 |

| | |
|---|---|
| **BEGINNING BALANCE** | **$853,848.07** |
| **DEPOSITS & CREDITS** | 175,072.42 |
| **LESS CHECKS & DEBITS** | 344,864.97 |
| **LESS SERVICE CHARGES** | 92.92 |
| **ENDING BALANCE** | **$683,962.60** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2022 | BEGINNING BALANCE | | | $853,848.07 |
| 03/02/2022 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | $7,335.40 | | 861,183.47 |
| 03/07/2022 | INCOMING CHIPS FUNDS TRANSFER LONDA PERKINS | 600.00 | | 861,783.47 |
| 03/08/2022 | SERVICE CHARGE FOR ACCOUNT        9203 | | $92.92 | 861,690.55 |
| 03/11/2022 | DEPOSIT | 113,844.73 | | |
| 03/11/2022 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 318,580.31 | 656,954.97 |
| 03/15/2022 | Absolut 2873 SPLIT       M&TPlanAdmin | 6,720.51 | | |
| 03/15/2022 | Absolut 2873 Split       M&TPlanAdmin | 3,845.50 | | 667,520.98 |
| 03/17/2022 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 5,000.00 | 662,520.98 |
| 03/18/2022 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 12,899.75 | 649,621.23 |
| 03/24/2022 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 4,256.25 | 645,364.98 |
| 03/29/2022 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 42,726.28 | | |
| 03/29/2022 | QUARTERLY FEE PAYMENT       0000 | | 1,546.94 | 686,544.32 |
| 03/31/2022 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 2,581.72 | 683,962.60 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 6 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**1769 ROUTE 52 2ND FISHKILL, NY 12524**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7** | **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ 

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)

©2016 M&T Bank. Member FDIC.



**FOR INQUIRIES CALL:** HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                                              N

**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| █████1091 | 01/01/22 - 01/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $64,937.76 |
| DEPOSITS & CREDITS | 19,769.48 |
| LESS CHECKS & DEBITS | 19,756.88 |
| LESS SERVICE CHARGES | 1,502.02 |
| ENDING BALANCE | $63,448.34 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2022 | BEGINNING BALANCE | | | $64,937.76 |
| 01/04/2022 | MERCHANT BNKCD FEE          434592267885 | | $65.90 | 64,871.86 |
| 01/07/2022 | ReliaFund Inc Deposit          34237512 | $100.00 | | 64,971.86 |
| 01/10/2022 | SIGNATURE FIN PAYMENT          112990001 | | 19,669.48 | |
| 01/10/2022 | SERVICE CHARGE FOR ACCOUNT █████1091 | | 1,502.02 | 43,800.36 |
| 01/18/2022 | ReliaFund Inc ACH Fees          34240869 | | 21.50 | 43,778.86 |
| 01/24/2022 | ACH DISPUTE CREDIT - Case 16798782 | 19,669.48 | | 63,448.34 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ _____

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ _____

**STEP 7** — **Enter the total of STEPS 5 & 6.**

$ _____

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**

$ _____

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.

$ _____
This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.



HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                              N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▮1091 | 02/01/22 - 02/28/22 |

| | |
|---|---|
| BEGINNING BALANCE | $63,448.34 |
| DEPOSITS & CREDITS | 19,769.48 |
| LESS CHECKS & DEBITS | 19,756.88 |
| LESS SERVICE CHARGES | 1,487.29 |
| ENDING BALANCE | $61,973.65 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2022 | BEGINNING BALANCE | | | $63,448.34 |
| 02/03/2022 | MERCHANT BNKCD FEE        434592267885 | | $65.90 | 63,382.44 |
| 02/07/2022 | ReliaFund Inc Deposit        34461788 | $100.00 | | 63,482.44 |
| 02/08/2022 | SERVICE CHARGE FOR ACCOUNT▮1091 | | 1,487.29 | 61,995.15 |
| 02/10/2022 | SIGNATURE FIN PAYMENT        112990001 | | 19,669.48 | 42,325.67 |
| 02/15/2022 | ReliaFund Inc ACH Fees        34492560 | | 21.50 | 42,304.17 |
| 02/25/2022 | ACH DISPUTE CREDIT - Case 16887515 | 19,669.48 | | 61,973.65 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ _____

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ _____

**STEP 7**   **Enter the total of STEPS 5 & 6.**

$ _____

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ _____

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.

$ _____

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.





ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 1091 | 03/01/22 - 03/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $61,973.65 |
| DEPOSITS & CREDITS | 690.00 |
| LESS CHECKS & DEBITS | 87.40 |
| LESS SERVICE CHARGES | 1,494.59 |
| ENDING BALANCE | $61,081.66 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2022 | BEGINNING BALANCE | | | $61,973.65 |
| 03/03/2022 | MERCHANT BNKCD FEE      434592267885 | | $65.90 | 61,907.75 |
| 03/07/2022 | ReliaFund Inc Deposit      34695348 | $100.00 | | 62,007.75 |
| 03/08/2022 | SERVICE CHARGE FOR ACCOUNT   1091 | | 1,494.59 | 60,513.16 |
| 03/18/2022 | ReliaFund Inc ACH Fees      34777832 | | 21.50 | 60,491.66 |
| 03/28/2022 | ReliaFund Inc Deposit      34850885 | 590.00 | | 61,081.66 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7** | **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ 

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.



**HEALTHCARE BUFFALO**
**(716) 848-7354**

00   0 01276M NM  017

000000                                          P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▓5079 | 01/01/22 - 01/31/22 |

| BEGINNING BALANCE | $314,576.96 |
|---|---|
| DEPOSITS & CREDITS | 51,271.79 |
| LESS CHECKS & DEBITS | 200,163.00 |
| LESS SERVICE CHARGES | 2,070.81 |
| ENDING BALANCE | $163,614.94 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2022 | BEGINNING BALANCE | | | $314,576.96 |
| 01/03/2022 | BANKCARD MTOT DISC        518993320972748 | | $163.00 | 314,413.96 |
| 01/04/2022 | Centers Plan for HCCLAIMPMT | $5,793.32 | | 320,207.28 |
| 01/05/2022 | HEALTHNOW94000 HCCLAIMPMT    98533968 | 2,421.62 | | |
| 01/05/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,775.00 | | |
| 01/05/2022 | BCBS OF MASS HCCLAIMPMT       732969511 | 211.29 | | |
| 01/05/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 135.00 | | 324,750.19 |
| 01/06/2022 | HEALTHNOW94000 HCCLAIMPMT    98534571 | 14,666.83 | | |
| 01/06/2022 | HEALTHNOW94000 HCCLAIMPMT    98534565 | 3,316.60 | | 342,733.62 |
| 01/07/2022 | Centers Plan for HCCLAIMPMT | 254.79 | | 342,988.41 |
| 01/10/2022 | AMERICAN PROGRES HCCLAIMPMT | 360.00 | | |
| 01/10/2022 | SERVICE CHARGE FOR ACCOUNT▓5079 | | 2,070.81 | 341,277.60 |
| 01/11/2022 | HEALTHNOW94000 HCCLAIMPMT    98536180 | 2,636.80 | | 343,914.40 |
| 01/14/2022 | HEALTHNOW94000 HCCLAIMPMT    98542524 | 4,163.39 | | |
| 01/14/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 929.05 | | 349,006.84 |
| 01/18/2022 | AMERICAN PROGRES HCCLAIMPMT | 4,970.00 | | |
| 01/18/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 100,000.00 | 253,976.84 |
| 01/19/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,370.00 | | |
| 01/19/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,195.00 | | |
| 01/19/2022 | HEALTHNOW94000 HCCLAIMPMT    98544178 | 815.60 | | |
| 01/19/2022 | HEALTHNOW94000 HCCLAIMPMT    98544169 | 482.50 | | 261,839.94 |
| 01/21/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 1,775.00 | | 263,614.94 |
| 01/26/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 100,000.00 | 163,614.94 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 18 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ _____

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ _____

**STEP 7** | **Enter the total of STEPS 5 & 6.**

$ _____

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ _____

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

$ _____

This amount should be your
current account balance.

---

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services,
please contact your M&T Relationship Manager or the Commercial Service Team
at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)                                                                                      ©2016 M&T Bank, Member FDIC.


# M&T Bank

FOR INQUIRIES CALL: **HEALTHCARE BUFFALO**
(716) 848-7354

00  0 01276M NM  017

000000                                             P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|---|---|
| 5079 | 02/01/22 - 02/28/22 |

| **BEGINNING BALANCE** | **$163,614.94** |
|---|---|
| **DEPOSITS & CREDITS** | 55,698.45 |
| **LESS CHECKS & DEBITS** | 34.00 |
| **LESS SERVICE CHARGES** | 2,034.14 |
| **ENDING BALANCE** | **$217,245.25** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2022 | BEGINNING BALANCE | | | $163,614.94 |
| 02/01/2022 | HEALTHNOW94000 HCCLAIMPMT     98558299 | $4,027.30 | | |
| 02/01/2022 | VACP TREAS 310 XXVA BENEF     129401595003600 | 2,050.00 | | |
| 02/01/2022 | OTDA SSP/SSPNA P ACH     AP00063370002 | 428.67 | | |
| 02/01/2022 | OTDA SSP/SSPNA P ACH     AP00063613368 | 347.99 | | 170,468.90 |
| 02/02/2022 | BCBS OF MASS HCCLAIMPMT     733204256 | 927.50 | | |
| 02/02/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 360.00 | | |
| 02/02/2022 | BCBS OF MASS HCCLAIMPMT     733204257 | 50.34 | | |
| 02/02/2022 | BANKCARD MTOT DISC     518993320972748 | | $34.00 | 171,772.74 |
| 02/04/2022 | Centers Plan for HCCLAIMPMT | 13,814.84 | | 185,587.58 |
| 02/07/2022 | HEALTHNOW94000 HCCLAIMPMT     98565189 | 8,689.59 | | 194,277.17 |
| 02/08/2022 | HEALTHNOW94000 HCCLAIMPMT     98565862 | 710.70 | | |
| 02/08/2022 | SERVICE CHARGE FOR ACCOUNT     5079 | | 2,034.14 | 192,953.73 |
| 02/10/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 9,000.00 | | 201,953.73 |
| 02/11/2022 | AMERICAN PROGRES HCCLAIMPMT | 4,615.00 | | 206,568.73 |
| 02/15/2022 | HEALTHNOW94000 HCCLAIMPMT     98573866 | 1,177.50 | | |
| 02/15/2022 | HEALTHNOW94000 HCCLAIMPMT     98573857 | 1,130.00 | | 208,876.23 |
| 02/17/2022 | HEALTHNOW94000 HCCLAIMPMT     98579814 | 510.30 | | 209,386.53 |
| 02/18/2022 | Centers Plan for HCCLAIMPMT | 6,907.42 | | 216,293.95 |
| 02/23/2022 | HEALTHNOW94000 HCCLAIMPMT     98581178 | 297.50 | | |
| 02/23/2022 | AMERICAN PROGRES HCCLAIMPMT | 180.00 | | 216,771.45 |
| 02/24/2022 | HEALTHNOW94000 HCCLAIMPMT     98587280 | 473.80 | | 217,245.25 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 19 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ |

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ |

**STEP 7** | **Enter the total of STEPS 5 & 6.**

$ |

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ |

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

$ |

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services,
please contact your M&T Relationship Manager or the Commercial Service Team
at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)

©2016 M&T Bank. Member FDIC.



**M&T** Bank

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ███████5079 | 03/01/22 - 03/31/22 |

| BEGINNING BALANCE | $217,245.25 |
|---|---|
| DEPOSITS & CREDITS | 90,365.73 |
| LESS CHECKS & DEBITS | 175,034.00 |
| LESS SERVICE CHARGES | 2,014.94 |
| ENDING BALANCE | $130,562.04 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2022 | BEGINNING BALANCE | | | $217,245.25 |
| 03/01/2022 | VACP TREAS 310 XXVA BENEF    129401595003600 | $2,050.00 | | |
| 03/01/2022 | HEALTHNOW94000 HCCLAIMPMT    98588688 | 1,556.00 | | |
| 03/01/2022 | OTDA SSP/SSPNA P ACH    AP00064062524 | 428.67 | | |
| 03/01/2022 | OTDA SSP/SSPNA P ACH    AP00064198868 | 347.99 | | 221,627.91 |
| 03/02/2022 | BCBS OF MASS HCCLAIMPMT    733429466 | 2,139.50 | | |
| 03/02/2022 | BANKCARD MTOT DISC    518993320972748 | | $34.00 | 223,733.41 |
| 03/03/2022 | HEALTHNOW94000 HCCLAIMPMT    98594857 | 4,614.40 | | 228,347.81 |
| 03/04/2022 | HEALTHNOW94000 HCCLAIMPMT    98595237 | 3,790.40 | | 232,138.21 |
| 03/08/2022 | SERVICE CHARGE FOR ACCOUNT ██████5079 | | 2,014.94 | 230,123.27 |
| 03/09/2022 | BCBS OF MASS HCCLAIMPMT    733485227 | 136.08 | | 230,259.35 |
| 03/11/2022 | AMERICAN PROGRES HCCLAIMPMT | 6,745.00 | | |
| 03/11/2022 | AMERICAN PROGRES HCCLAIMPMT | 120.00 | | 237,124.35 |
| 03/14/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 175,000.00 | 62,124.35 |
| 03/15/2022 | HEALTHNOW94000 HCCLAIMPMT    98603704 | 1,047.50 | | |
| 03/15/2022 | HEALTHNOW94000 HCCLAIMPMT    98603694 | 750.00 | | 63,921.85 |
| 03/22/2022 | HEALTHNOW94000 HCCLAIMPMT    98611617 | 4,614.40 | | 68,536.25 |
| 03/23/2022 | AMERICAN PROGRES HCCLAIMPMT | 5,400.00 | | 73,936.25 |
| 03/24/2022 | Fallon Health We HCCLAIMPMT | 18,937.83 | | 92,874.08 |
| 03/25/2022 | MVP Health Plan HCCLAIMPMT    208468133 | 9,056.65 | | 101,930.73 |
| 03/28/2022 | AMERICAN PROGRES HCCLAIMPMT | 898.31 | | |
| 03/28/2022 | AMERICAN PROGRES HCCLAIMPMT | 120.00 | | 102,949.04 |
| 03/29/2022 | HEALTHNOW94000 HCCLAIMPMT    98618619 | 17,734.78 | | |
| 03/29/2022 | AMERICAN PROGRES HCCLAIMPMT | 480.00 | | 121,163.82 |
| 03/30/2022 | HEALTHNOW94000 HCCLAIMPMT    98624574 | 9,228.80 | | |
| 03/30/2022 | BCBS OF MASS HCCLAIMPMT    733653365 | 169.42 | | 130,562.04 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 22 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495



| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓▓▓5079 | **03/01/22 - 03/31/22** |

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** — **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.