

U.S. Department of Justice
Office of the United States Trustee
Region 2

United States Bankruptcy Court
Eastern District of New York

| | | |
|---|---|---|
| **IN RE:**   **Absolut Facilities Management, LLC,** | } | **CHAPTER 11** |
| | } | |
| | } | **CASE NO.**    **19-76260** |
| | } | |
| | } | |
| **DEBTOR.** | } | |

### DEBTOR'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### DEBTOR'S  POST-CONFIRMATION
### FROM APRIL 1, 2022 TO JUNE 30, 2022

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____          Date: _____
                                                                                          November 30, 2022

Ronald M. Winters
_____
                    Print Name

_____
Plan Administrator
                    Title


*Debtor's Address and Phone Number:*                    *Attorney's Address and Phone Number:*

Absolut Facilities Management, LLC                         Jeffrey Chubak
c/o GIBBINS ADVISORS, LLC, as Plan Administrator           AMINI LLC
1900 Church Street, Suite 300                              131 West 35th Street, 12th Floor
Nashville, TN 37203                                        New York, NY 10001
Tel. (615) 696-6556                                        Bar No. 4581807 (NY)
                                                          Tel. (212) 490-4100

**Absolut Facilities Management, LLC**      **Quarterly Operating Report**
**Case No. 19-76260**          **Chapter 11, Post-Confirmation**
**Reporting Period:  April 1, 2022 to June 30, 2022**    **Attachment No. 1**

| QUESTIONNAIRE | | YES | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

*(1) Debtor appears to be delinquent on fees to the U.S. Trustee and will remit payment subsequent to the filing of this report*
  *after reconciling the Debtor's account summary received from the U.S. Trustee*

| INSURANCE INFORMATION | | YES | NO (1) |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N/A |
| 2. | Are all premium payments current? | | N/A |

*(1) Debtor does not have real or personal property, nor employees, that require any insurance coverage*

| CONFIRMATION OF INSURANCE (2) | | | Coverage Period(s) | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| **TYPE of POLICY** | **and** | **CARRIER** | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*(2) Not applicable for this reporting period*

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD**

**No significant items to report for this reporting period.**

**Estimated Date of Filing the Application for Final Decree:**    **Unknown**

**Absolut Facilities Management, LLC**  
Case No. 19-76260  
Reporting Period: April 1, 2022 to June 30, 2022

**Quarterly Operating Report**  
Chapter 11, Post-Confirmation  
Attachment No. 2

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Date of Plan Confirmation:    May 20, 2020**

| | | Quarterly Reporting Period | Post Confirmation Period Total [3] |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 862,013.18 | $ 1,855,122.22 |
| 2. | **RECEIPTS** | $ 174,059.50 | $ 4,536,659.63 |
| 3. | **DISBURSEMENTS** | | |
| | a.  **Operating Expenses (Fees/Taxes):** | | |
| | (i)  U.S. Trustee Quarterly Fees | $ 5,926.39 | $ 48,273.15 |
| | (ii)  Federal, State or Local Taxes | 0.00 | 0.00 |
| | b.  **All Other Operating Expenses** | $ 0.00 | $ 0.00 |
| | c.  **Plan Payments:** | | |
| | (i)  Administrative Claims | $ 120,925.16 | $ 3,897,017.77 |
| | (ii)  DIP Loan Payment(s) | 0.00 | 1,237,972.76 |
| | **Total Disbursements for Calculating U.S. Trustee Fees** | $ 126,851.55 | $ 5,183,263.68 |
| 4. | **NET DEPOSITS PENDING TRANSFER [1]** | $ -128,336.54 | $ 127,366.42 |
| 5. | **NON-DEBTOR INFLOWS (OUTFLOWS) [2]** | $ 0.00 | $ -555,000.00 |
| 6. | **CASH (End of Period)** | $ 780,884.59 | $ 780,884.59 |

\*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course  
    of the reorganized debtor's post-confirmation business, whether the disbursements are made  
    through a trust, by a third party, or by the reorganized debtor.

[1] Deposits into Debtor bank account(s) that are pending transfer to a segregated account jointly administered by the Debtor and RCA Healthcare Management, LLC (the "Buyer"). After the deposits are reviewed by the Buyer and agreed to by the Debtor, the Buyer remits the Debtor's portion of the deposits (included in line 2 above) into the Debtor's bank account(s). The net cash impacts are summarized below for this Quarterly Reporting Period and cumulative Post Confirmation Period(s):

| | | |
|---|---:|---:|
| Current Reporting Period Deposits | 183,663.46 | 4,057,979.39 |
| Net transfers to Segregated Account | -312,000.00 | -3,930,612.77 |
| **Net Deposits Pending Transfer** | **-128,336.54** | **127,366.62** |

[2] CARES Act stimulus funds received in error by Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC in 2Q 2020 reporting period that were refunded in the 3Q 2020 reporting period

[3] Post Confirmation Period Total excludes any activity preceding the initial quarterly reporting period of 3Q 2020

Absolut Facilities Management, LLC
Case No. 19-76260
Reporting Period: April 1, 2022 to June 30, 2022

Quarterly Operating Report
Chapter 11, Post-Confirmation
Attachment No. 3

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank | M&T Bank | M&T Bank | M&T Bank | M&T Bank |
| Account Number | Ending 9203 | Ending 1091 | Ending 5079 | Ending 5426 |
| Purpose of Account | Operating | Operating | Operating | Operating |
| Type of Account | Checking | Checking | Checking | Checking |
| | | | | |
| 1. Balance per Bank Statement | 746,671.96 | 9,734.47 | 38,071.28 | 0.00 |
| 2. **ADD**: Deposits in Transit | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 13,593.12 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items (+/-) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Cash Balance for Reporting Period** | **733,078.84** | **9,734.47** | **38,071.28** | **0.00** |

*A copy of each bank statement is attached to and made a part of this quarterly operating report*

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  April 1, 2022 to June 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 1 of 4]**

**SCHEDULE OF DISBURSEMENTS**
**Account #1 - M&T Bank, Account Ending 9203**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 4/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 121.62 |
| ACH | 4/14/2022 | Gibbins Advisors, LLC | Plan Administrator | 24,322.50 |
| ACH | 4/14/2022 | Gibbins Advisors, LLC | Plan Administrator | 14,982.75 |
| ACH | 4/27/2022 | Avante Management | Professional Fees | 2,581.72 |
| ACH | 4/27/2022 | Beacon Solutions Group | Professional Fees | 2,287.50 |
| ACH | 4/27/2022 | Loeb & Loeb LLP | Professional Fees | 2,366.50 |
| ACH | 4/27/2022 | Prime Clerk | Claims and Noticing Agent | 182.29 |
| ACH | 4/27/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 5/9/2022 | M&T Bank | Bank and/or Credit Card Fees | 62.69 |
| ACH | 5/16/2022 | Gibbins Advisors LLC | Plan Administrator | 15,017.25 |
| ACH | 5/19/2022 | Amini LLC | Professional Fees | 200.00 |
| ACH | 5/19/2022 | Amini LLC | Professional Fees | 500.00 |
| ACH | 5/19/2022 | Amini LLC | Professional Fees | 350.00 |
| ACH | 5/19/2022 | Amini LLC | Professional Fees | 354.08 |
| ACH | 5/19/2022 | Amini LLC | Professional Fees | 65.74 |
| ACH | 5/19/2022 | Beacon Solutions Group | Professional Fees | 2,962.50 |
| ACH | 5/19/2022 | Loeb & Loeb LLP | Professional Fees | 1,464.00 |
| ACH | 5/19/2022 | Prime Clerk | Claims and Noticing Agent | 96.20 |
| ACH | 5/19/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 5/20/2022 | Ability / EASE | Billing Software | 3,323.68 |
| ACH | 5/25/2022 | Avante Management | Professional Fees | 2,174.08 |
| ACH | 6/1/2022 | US Trustee | US Trustee Fees | 5,926.39 |
| ACH | 6/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 119.77 |
| ACH | 6/10/2022 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 11,949.58 |
| ACH | 6/29/2022 | Beacon Solutions Group | Professional Fees | 2,400.00 |
| ACH | 6/29/2022 | Loeb & Loeb LLP | Professional Fees | 2,440.00 |
| ACH | 6/29/2022 | Prime Clerk | Claims and Noticing Agent | 99.30 |
| ACH | 6/29/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
|  |  |  | **TOTAL** | **111,350.14** |

**Absolut Facilities Management, LLC**                   **Quarterly Operating Report**
**Case No. 19-76260**                                 **Chapter 11, Post-Confirmation**
**Reporting Period:  April 1, 2022 to June 30, 2022**       **Attachment No. 4 [Acct 2 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #2 - M&T Bank, Account Ending 1091

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 4/5/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 4/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,602.01 |
| ACH | 4/11/2022 | Signature Financial | Lease (Disputed) | 19,669.48 |
| ACH | 4/15/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 27.95 |
| ACH | 4/19/2022 | Signature Financial | Lease (Dispute Resolved) | -19,669.48 |
| ACH | 5/3/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 5/9/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,532.25 |
| ACH | 5/16/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 20.00 |
| ACH | 5/26/2022 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 4,431.92 |
| ACH | 6/3/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 6/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,515.36 |
| ACH | 6/15/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 20.00 |
| | | | **TOTAL** | **9,347.19** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: April 1, 2022 to June 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 3 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #3 - M&T Bank, Account Ending 5079

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 4/4/2022 | Bankcard | Bank and/or Credit Card Fees | 73.99 |
| ACH | 4/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 2,063.18 |
| ACH | 5/9/2022 | M&T Bank | Bank and/or Credit Card Fees | 2,013.85 |
| ACH | 6/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 2,003.20 |
| | | | **TOTAL** | **6,154.22** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  April 1, 2022 to June 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 4 of 4]**

### SCHEDULE OF DISBURSEMENTS
#### Account #4 - M&T Bank, Account Ending 5426
**No Disbursements in Current Period**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
|  |  |  | **TOTAL** | **0.00** |

**Due to account inactivity and $0.00 balance, there are no bank statements for this account.**



FOR INQUIRIES CALL:    HEALTHCARE BUFFALO
(716) 848-7354

000000                                    N

**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 1091 | 04/01/22 - 04/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $61,081.66 |
| DEPOSITS & CREDITS | 19,669.48 |
| LESS CHECKS & DEBITS | 19,763.33 |
| LESS SERVICE CHARGES | 1,602.01 |
| ENDING BALANCE | $59,385.80 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2022 | BEGINNING BALANCE | | | $61,081.66 |
| 04/05/2022 | MERCHANT BNKCD FEE        434592267885 | | $65.90 | 61,015.76 |
| 04/08/2022 | SERVICE CHARGE FOR ACCOUNT        1091 | | 1,602.01 | 59,413.75 |
| 04/11/2022 | SIGNATURE FIN PAYMENT        112990001 | | 19,669.48 | 39,744.27 |
| 04/15/2022 | ReliaFund Inc ACH Fees        34982793 | | 27.95 | 39,716.32 |
| 04/19/2022 | ACH DISPUTE CREDIT - Case 17025087 | $19,669.48 | | 59,385.80 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ _____

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ _____

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$ _____

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ _____

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$ _____

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.



ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ■5079 | 04/01/22 - 04/30/22 |

| BEGINNING BALANCE | $130,562.04 |
|---|---|
| DEPOSITS & CREDITS | 92,273.84 |
| LESS CHECKS & DEBITS | 75,073.99 |
| LESS SERVICE CHARGES | 2,063.18 |
| ENDING BALANCE | $145,698.71 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2022 | BEGINNING BALANCE | | | $130,562.04 |
| 04/01/2022 | Centers Plan for HCCLAIMPMT | $6,238.96 | | |
| 04/01/2022 | VACP TREAS 310 XXVA BENEF     129401595003600 | 2,050.00 | | |
| 04/01/2022 | OTDA SSP/SSPNA P ACH     AP00064499678 | 428.67 | | |
| 04/01/2022 | OTDA SSP/SSPNA P ACH     AP00064460994 | 347.99 | | 139,627.66 |
| 04/04/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | $75,000.00 | |
| 04/04/2022 | BANKCARD MTOT DISC     518993320972748 | | 73.99 | 64,553.67 |
| 04/05/2022 | MVP Health Plan, HCCLAIMPMT     208468133 | 10,265.23 | | |
| 04/05/2022 | HEALTHNOW94000 HCCLAIMPMT     98626987 | 2,655.89 | | 77,474.79 |
| 04/08/2022 | HEALTHNOW94000 HCCLAIMPMT     98633051 | 2,496.75 | | |
| 04/08/2022 | SERVICE CHARGE FOR ACCOUNT■5079 | | 2,063.18 | 77,908.36 |
| 04/11/2022 | AMERICAN PROGRES HCCLAIMPMT | 5,325.00 | | |
| 04/11/2022 | AMERICAN PROGRES HCCLAIMPMT | 2,100.00 | | 85,333.36 |
| 04/12/2022 | HEALTHNOW94000 HCCLAIMPMT     98633883 | 3,296.00 | | 88,629.36 |
| 04/13/2022 | AMERICAN PROGRES HCCLAIMPMT | 14,510.00 | | |
| 04/13/2022 | MVP Health Plan, HCCLAIMPMT     208468133 | 1,171.11 | | 104,310.47 |
| 04/14/2022 | Fallon Health We HCCLAIMPMT | 9,067.56 | | 113,378.03 |
| 04/15/2022 | MVP Health Plan, HCCLAIMPMT     208468133 | 113.02 | | 113,491.05 |
| 04/18/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,905.00 | | |
| 04/18/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,064.00 | | 118,460.05 |
| 04/19/2022 | HEALTHNOW94000 HCCLAIMPMT     98641650 | 840.00 | | 119,300.05 |
| 04/20/2022 | HEALTHNOW96000 HCCLAIMPMT     97018896 | 2,597.00 | | 121,897.05 |
| 04/22/2022 | AMERICAN PROGRES HCCLAIMPMT | 9,190.00 | | 131,087.05 |
| 04/26/2022 | AMERICAN PROGRES HCCLAIMPMT | 7,215.00 | | |
| 04/26/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,195.00 | | |
| 04/26/2022 | HEALTHNOW94000 HCCLAIMPMT     98649066 | 1,135.00 | | |
| 04/26/2022 | AMERICAN PROGRES HCCLAIMPMT | 240.00 | | 142,872.05 |
| 04/29/2022 | VACP TREAS 310 XXVA BENEF     129401595003600 | 2,050.00 | | |
| 04/29/2022 | OTDA SSP/SSPNA P ACH     AP00065351772 | 428.67 | | |
| 04/29/2022 | OTDA SSP/SSPNA P ACH     AP00065440791 | 347.99 | | 145,698.71 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 26 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7**   **Enter the total of STEPS 5 & 6.**

$

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.



HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                                    P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▉9203 | 04/01/22 - 04/30/22 |

| BEGINNING BALANCE | $683,962.60 |
|---|---|
| DEPOSITS & CREDITS | 8,797.06 |
| LESS CHECKS & DEBITS | 51,723.26 |
| LESS SERVICE CHARGES | 121.62 |
| ENDING BALANCE | $640,914.78 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2022 | BEGINNING BALANCE | | | $683,962.60 |
| 04/08/2022 | SERVICE CHARGE FOR ACCOUNT ▉9203 | | $121.62 | 683,840.98 |
| 04/14/2022 | ABSOLUT FACILITI ACH    -SETT-ONLINEACH | | 39,305.25 | 644,535.73 |
| 04/21/2022 | DEPOSIT | $8,797.06 | | 653,332.79 |
| 04/27/2022 | ABSOLUT FACILITI ACH    -SETT-ONLINEACH | | 12,418.01 | 640,914.78 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$ 

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$ 

**STEP 7** | **Enter the total of STEPS 5 & 6.**
$ 

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$ 

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.
$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.



**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ███091 | 05/01/22 - 05/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $59,385.80 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 4,517.82 |
| LESS SERVICE CHARGES | 1,532.25 |
| ENDING BALANCE | $53,335.73 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2022 | BEGINNING BALANCE | | | $59,385.80 |
| 05/03/2022 | MERCHANT BNKCD FEE        434592267885 | | $65.90 | 59,319.90 |
| 05/09/2022 | SERVICE CHARGE FOR ACCOUNT ███1091 | | 1,532.25 | 57,787.65 |
| 05/16/2022 | ReliaFund Inc ACH Fees       35175115 | | 20.00 | 57,767.65 |
| 05/26/2022 | ABSOLUT FACILITI ACH       -SETT-ONLINEACH | | 4,431.92 | 53,335.73 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM)
AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JULY 1, 2022. SEE
MTB.COM/TMMIDYEAR2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL
DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL
M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7**   **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**

$ 

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)

©2016 M&T Bank. Member FDIC.



ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
| --- | --- |
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| ███5079 | 05/01/22 - 05/31/22 |

| | |
| --- | --- |
| BEGINNING BALANCE | $145,698.71 |
| DEPOSITS & CREDITS | 55,990.71 |
| LESS CHECKS & DEBITS | 100,000.00 |
| LESS SERVICE CHARGES | 2,013.85 |
| ENDING BALANCE | $99,675.57 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 05/01/2022 | BEGINNING BALANCE | | | $145,698.71 |
| 05/03/2022 | Centers Plan for HCCLAIMPMT | $6,907.42 | | |
| 05/03/2022 | HEALTHNOW94000 HCCLAIMPMT   98656426 | 3,553.50 | | |
| 05/03/2022 | HEALTHNOW94000 HCCLAIMPMT   98656413 | 3,392.80 | | 159,552.43 |
| 05/04/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | $25,000.00 | 134,552.43 |
| 05/06/2022 | MVP Health Plan, HCCLAIMPMT   208468133 | 6,198.56 | | 140,750.99 |
| 05/09/2022 | SERVICE CHARGE FOR ACCOUNT ███5079 | | 2,013.85 | 138,737.14 |
| 05/10/2022 | HERITAGE HEALTH HCCLAIMPMT   100384881455300 | 4,568.85 | | |
| 05/10/2022 | HEALTHNOW94000 HCCLAIMPMT   98663623 | 1,361.50 | | |
| 05/10/2022 | HEALTHNOW94000 HCCLAIMPMT   98663389 | 476.14 | | 145,143.63 |
| 05/11/2022 | BCBS OF MASS HCCLAIMPMT   733991101 | 105.39 | | 145,249.02 |
| 05/17/2022 | AMERICAN PROGRES HCCLAIMPMT | 4,686.66 | | |
| 05/17/2022 | HEALTHNOW94000 HCCLAIMPMT   98671203 | 4,311.55 | | |
| 05/17/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,865.95 | | |
| 05/17/2022 | HEALTHNOW94000 HCCLAIMPMT   98671194 | 1,782.50 | | |
| 05/17/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 75,000.00 | 84,895.68 |
| 05/18/2022 | MVP Health Plan, HCCLAIMPMT   208468133 | 383.81 | | 85,279.49 |
| 05/20/2022 | HEALTHNOW94000 HCCLAIMPMT   98677704 | 5,185.58 | | 90,465.07 |
| 05/24/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 1,405.80 | | |
| 05/24/2022 | AMERICAN PROGRES HCCLAIMPMT | 883.20 | | 92,754.07 |
| 05/25/2022 | HEALTHNOW94000 HCCLAIMPMT   98684146 | 236.90 | | 92,990.97 |
| 05/27/2022 | Centers Plan for HCCLAIMPMT | 6,684.60 | | 99,675.57 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 18 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM) AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JULY 1, 2022. SEE MTB.COM/TMMIDYEAR2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ |

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ |

**STEP 7** | **Enter the total of STEPS 5 & 6.**

$ |

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**

$ |

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

$ |

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)

©2016 M&T Bank. Member FDIC.

**M&T** Bank

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|---|---|
| ■9203 | 05/01/22 - 05/31/22 |

| **BEGINNING BALANCE** | **$640,914.78** |
|---|---|
| DEPOSITS & CREDITS | 65,662.44 |
| LESS CHECKS & DEBITS | 31,507.53 |
| LESS SERVICE CHARGES | 62.69 |
| ENDING BALANCE | $675,007.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2022 | BEGINNING BALANCE | | | $640,914.78 |
| 05/02/2022 | INCOMING CHIPS FUNDS TRANSFER<br>LONDA PERKINS | $600.00 | | 641,514.78 |
| 05/09/2022 | SERVICE CHARGE FOR ACCOUNT ■9203 | | $62.69 | 641,452.09 |
| 05/10/2022 | DEPOSIT | 292.92 | | 641,745.01 |
| 05/16/2022 | ABSOLUT FACILITI ACH   -SETT-ONLINEACH | | 15,017.25 | 626,727.76 |
| 05/18/2022 | INCOMING FEDWIRE FUNDS TRANSFER<br>RCA HEALTHCARE MANAGEMENT LLC | 32,374.08 | | 659,101.84 |
| 05/19/2022 | ABSOLUT FACILITI ACH   -SETT-ONLINEACH | | 1,469.82 | |
| 05/19/2022 | ABSOLUT FACILITI ACH   -SETT-ONLINEACH | | 9,522.70 | 648,109.32 |
| 05/20/2022 | ABILITY WEB PAY     19682 | | 3,323.68 | 644,785.64 |
| 05/24/2022 | DEPOSIT | 31,795.44 | | 676,581.08 |
| 05/25/2022 | ABSOLUT FACILITI ACH   -SETT-ONLINEACH | | 2,174.08 | 674,407.00 |
| 05/31/2022 | INCOMING CHIPS FUNDS TRANSFER<br>LONDA PERKINS | 600.00 | | 675,007.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM)
AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JULY 1, 2022. SEE
MTB.COM/TMMIDYEAR2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL
DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL
M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** | **Enter the total of STEPS 5 & 6.**
$

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)                    ©2016 M&T Bank. Member FDIC.



**M&T** Bank

FOR INQUIRIES CALL:    HEALTHCARE BUFFALO
       (716) 848-7354

00   0 01276M NM  017

000000               N

**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ░░░1091 | 06/01/22 - 06/30/22 |

| | |
|---|---|
| **BEGINNING BALANCE** | $53,335.73 |
| **DEPOSITS & CREDITS** | 0.00 |
| **LESS CHECKS & DEBITS** | 42,085.90 |
| **LESS SERVICE CHARGES** | 1,515.36 |
| **ENDING BALANCE** | $9,734.47 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2022 | BEGINNING BALANCE | | | $53,335.73 |
| 06/03/2022 | MERCHANT BNKCD FEE      434592267885 | | $65.90 | 53,269.83 |
| 06/08/2022 | SERVICE CHARGE FOR ACCOUNT ░░░1091 | | 1,515.36 | 51,754.47 |
| 06/15/2022 | ReliaFund Inc ACH Fees     35473552 | | 20.00 | 51,734.47 |
| 06/28/2022 | XFER TO : 000008890765079 | | 42,000.00 | 9,734.47 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM)
AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JULY 1, 2022. SEE
MTB.COM/TMMIDYEAR2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL
DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL
M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. | $ |

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. | $ |

**STEP 7** | **Enter the total of STEPS 5 & 6.** | $ |

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). | $ |

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here. | $ |

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.



**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| █████5079 | 06/01/22 - 06/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $99,675.57 |
| DEPOSITS & CREDITS | 77,398.91 |
| LESS CHECKS & DEBITS | 137,000.00 |
| LESS SERVICE CHARGES | 2,003.20 |
| ENDING BALANCE | $38,071.28 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2022 | BEGINNING BALANCE | | | $99,675.57 |
| 06/01/2022 | VACP TREAS 310 XXVA BENEF       129401595003600 | $2,050.00 | | |
| 06/01/2022 | OTDA SSP/SSPNA P ACH            AP00066272207 | 428.67 | | |
| 06/01/2022 | OTDA SSP/SSPNA P ACH            AP00066249742 | 347.99 | | |
| 06/01/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | $65,000.00 | |
| 06/01/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 30,000.00 | 7,502.23 |
| 06/06/2022 | HEALTHNOW94000 HCCLAIMPMT       98692199 | 7,107.00 | | 14,609.23 |
| 06/08/2022 | SERVICE CHARGE FOR ACCOUNT█████5079 | | 2,003.20 | 12,606.03 |
| 06/09/2022 | AMERICAN PROGRES HCCLAIMPMT | 4,568.85 | | 17,174.88 |
| 06/13/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 2,811.60 | | 19,986.48 |
| 06/22/2022 | HEALTHNOW94000 HCCLAIMPMT       98707308 | 2,709.50 | | 22,695.98 |
| 06/24/2022 | Centers Plan for HCCLAIMPMT | 6,907.42 | | 29,603.40 |
| 06/28/2022 | XFER FROM: 000009850261091 | 42,000.00 | | |
| 06/28/2022 | MVP Health Plan, HCCLAIMPMT     208468133 | 5,354.30 | | |
| 06/28/2022 | HEALTHNOW94000 HCCLAIMPMT       98714796 | 1,322.50 | | |
| 06/28/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 42,000.00 | 36,280.20 |
| 06/29/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,791.08 | | 38,071.28 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 12 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM)
AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JULY 1, 2022. SEE
MTB.COM/TMMIDYEAR2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL
DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL
M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240.

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5**  **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ 

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.



| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▮9203 | 06/01/22 - 06/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $675,007.00 |
| DEPOSITS & CREDITS | 99,600.00 |
| LESS CHECKS & DEBITS | 27,815.27 |
| LESS SERVICE CHARGES | 119.77 |
| ENDING BALANCE | $746,671.96 |

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2022 | BEGINNING BALANCE | | | $675,007.00 |
| 06/01/2022 | QUARTERLY FEE PAYMENT          0000 | | $5,926.39 | 669,080.61 |
| 06/08/2022 | INCOMING FEDWIRE FUNDS TRANSFER GRANDVIEW BROKERAGE CORPORATIO | $99,000.00 | | |
| 06/08/2022 | SERVICE CHARGE FOR ACCOUNT ▮9203 | | 119.77 | 767,960.84 |
| 06/10/2022 | ABSOLUT FACILITI ACH        -SETT-ONLINEACH | | 11,949.58 | 756,011.26 |
| 06/29/2022 | ABSOLUT FACILITI ACH        -SETT-ONLINEACH | | 9,939.30 | 746,071.96 |
| 06/30/2022 | INCOMING CHIPS FUNDS TRANSFER LONDA PERKINS | 600.00 | | 746,671.96 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

M&T BANK WILL BE CHANGING THE STANDARD PRICING OF THE TREASURY MANAGEMENT (TM)
AND COMMERCIAL DEPOSIT SERVICES, EFFECTIVE JULY 1, 2022. SEE
MTB.COM/TMMIDYEAR2022 FOR A SUMMARY OF THE CHANGES MADE TO THE TM AND COMMERCIAL
DEPOSIT SERVICES.

TO RECEIVE A PAPER COPY OF THE TM AND COMMERCIAL DEPOSIT SERVICES, PLEASE CALL
M&T TREASURY MANAGEMENT SERVICES AT 1-800-724-2240.

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE FOUNTAIN PLAZA BUFFALO, NEW YORK 14203-1495

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

| $ | |
|---|---|

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

| $ | |
|---|---|

**STEP 7** | **Enter the total of STEPS 5 & 6.**

| $ | |
|---|---|

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**

| $ | |
|---|---|

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.

| $ | |
|---|---|

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank. Member FDIC.