U.S. Department of Justice
Office of the United States Trustee
Region 2

United States Bankruptcy Court
Eastern District of New York

| | | | |
|---|---|---|---|
| **IN RE:** | **Absolut Facilities Management, LLC,** | } | **CHAPTER 11** |
| | | } | |
| | | } | **CASE NO.** **19-76260** |
| | | } | |
| | | } | |
| | **DEBTOR.** | } | |

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**DEBTOR'S POST-CONFIRMATION**
**FROM JULY 1, 2022 TO SEPTEMBER 30, 2022**

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: [signature] Date: January 5, 2023

Ronald M. Winters
Print Name

Plan Administrator
Title


*Debtor's Address and Phone Number:*

Absolut Facilities Management, LLC
c/o GIBBINS ADVISORS, LLC, as Plan Administrator
1900 Church Street, Suite 300
Nashville, TN 37203
Tel. (615) 696-6556

*Attorney's Address and Phone Number:*

Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
Bar No. 4581807 (NY)
Tel. (212) 490-4100

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: July 1, 2022 to September 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 1**

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

[1] *Debtor appears to be delinquent on fees to the U.S. Trustee and will remit payment subsequent to the filing of this report after reconciling the Debtor's account summary received from the U.S. Trustee*

| INSURANCE INFORMATION | YES | NO [1] |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N/A |
| 2. Are all premium payments current? | | N/A |

[1] *Debtor does not have real or personal property, nor employees, that require any insurance coverage*

**CONFIRMATION OF INSURANCE [2]**

| TYPE of POLICY and CARRIER | Coverage Period(s) | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

[2] *Not applicable for this reporting period*

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD**

**No significant items to report for this reporting period.**

**Estimated Date of Filing the Application for Final Decree:** **Unknown**

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: July 1, 2022 to September 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 2**

# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Date of Plan Confirmation: May 20, 2020**

| | Quarterly Reporting Period | Post Confirmation Period Total [3] |
|---|---|---|
| 1. **CASH (Beginning of Period)** | **$ 780,884.59** | **$ 1,855,122.22** |
| 2. **RECEIPTS** | **$ 110,612.16** | **$ 4,647,271.79** |
| 3. **DISBURSEMENTS** | | |
| a. **Operating Expenses (Fees/Taxes):** | | |
| (i) U.S. Trustee Quarterly Fees | $ 1,630.00 | $ 49,903.15 |
| (ii) Federal, State or Local Taxes | 0.00 | 0.00 |
| b. **All Other Operating Expenses** | $ 0.00 | $ 0.00 |
| c. **Plan Payments:** | | |
| (i) Administrative Claims | $ 426,480.69 | $ 4,323,498.46 |
| (ii) DIP Loan Payment(s) | 0.00 | 1,237,972.76 |
| **Total Disbursements for Calculating U.S. Trustee Fees** | **$ 428,110.69** | **$ 5,611,374.37** |
| 4. **NET DEPOSITS PENDING TRANSFER [1]** | **$ 161,203.31** | **$ 288,569.73** |
| 5. **NON-DEBTOR INFLOWS (OUTFLOWS) [2]** | **$ 0.00** | **$ -555,000.00** |
| 6. **CASH (End of Period)** | **$ 624,589.37** | **$ 624,589.37** |

*** This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.**

[1] Deposits into Debtor bank account(s) that are pending transfer to a segregated account jointly administered by the Debtor and RCA Healthcare Management, LLC (the "Buyer"). After the deposits are reviewed by the Buyer and agreed to by the Debtor, the Buyer remits the Debtor's portion of the deposits (included in line 2 above) into the Debtor's bank account(s). The net cash impacts are summarized below for this Quarterly Reporting Period and cumulative Post Confirmation Period(s):

| | | |
|---|---|---|
| Current Reporting Period Deposits | 221,203.31 | 4,279,182.70 |
| Net transfers to Segregated Account | -60,000.00 | -3,990,612.77 |
| **Net Deposits Pending Transfer** | **161,203.31** | **288,569.93** |

[2] CARES Act stimulus funds received in error by Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC in 2Q 2020 reporting period that were refunded in the 3Q 2020 reporting period

[3] Post Confirmation Period Total excludes any activity preceding the initial quarterly reporting period of 3Q 2020

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: July 1, 2022 to September 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 3**

## BANK ACCOUNT RECONCILIATIONS

| **Bank Account Information** | **Account #1** | **Account #2** | **Account #3** | **Account #4** |
|---|---|---|---|---|
| **Name of Bank** | **M&T Bank** | **M&T Bank** | **M&T Bank** | **M&T Bank** |
| **Account Number** | **Ending 9203** | **Ending 1091** | **Ending 5079** | **Ending 5426** |
| **Purpose of Account** | **Operating** | **Operating** | **Operating** | **Operating** |
| **Type of Account** | **Checking** | **Checking** | **Checking** | **Checking** |
| | | | | |
| 1. **Balance per Bank Statement** | 438,930.08 | 5,691.70 | 193,560.71 | 0.00 |
| 2. **ADD**: Deposits in Transit | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 13,593.12 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items (+/-) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Cash Balance for Reporting Period** | **425,336.96** | **5,691.70** | **193,560.71** | **0.00** |

***A copy of each bank statement is attached to and made a part of this quarterly operating report***

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: July 1, 2022 to September 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 1 of 4]**

## SCHEDULE OF DISBURSEMENTS
## Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 7/11/2022 | Amini LLC | Professional Fees | 29,700.00 |
| ACH | 7/11/2022 | Amini LLC | Professional Fees | 3,413.78 |
| ACH | 7/11/2022 | M&T Bank | Bank and/or Credit Card Fees | 97.56 |
| ACH | 7/28/2022 | Amini LLC | Professional Fees | 750.00 |
| ACH | 7/28/2022 | Amini LLC | Professional Fees | 16,250.00 |
| ACH | 7/28/2022 | Amini LLC | Professional Fees | 3,125.00 |
| ACH | 7/28/2022 | Beacon Solutions Group | Professional Fees | 4,051.10 |
| ACH | 7/28/2022 | Loeb & Loeb LLP | Professional Fees | 2,440.00 |
| ACH | 7/28/2022 | Prime Clerk | Claims and Noticing Agent | 120.41 |
| ACH | 7/28/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 8/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 122.02 |
| ACH | 8/10/2022 | Amini LLC | Professional Fees | 17,737.21 |
| ACH | 8/10/2022 | Bonadio & Co | Professional Fees | 2,574.17 |
| ACH | 8/10/2022 | Bonadio & Co | Professional Fees | 2,228.61 |
| ACH | 8/10/2022 | HPE | Professional Fees | 2,860.34 |
| ACH | 8/10/2022 | Loeb & Loeb LLP | Professional Fees | 189,042.20 |
| ACH | 8/10/2022 | Prime Clerk | Claims and Noticing Agent | 24,159.26 |
| ACH | 8/10/2022 | ProNexus LLC | Professional Fees and/or Other Admin Expenses | 3,383.13 |
| ACH | 8/10/2022 | Robert J Fedor Esq LLC | Professional Fees | 3,443.72 |
| ACH | 8/10/2022 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 26,377.14 |
| ACH | 8/10/2022 | Senior Living Investment Brokers | Professional Fees | 4,886.44 |
| ACH | 8/10/2022 | Wyse Advisors LLC | Professional Fees | 15,631.26 |
| ACH | 8/17/2022 | Avante Management | Professional Fees | 2,717.60 |
| ACH | 8/25/2022 | Beacon Solutions Group | Professional Fees | 4,110.00 |
| ACH | 8/25/2022 | Gibbins Advisors, LLC | Plan Administrator | 15,000.00 |
| ACH | 8/25/2022 | Prime Clerk | Claims and Noticing Agent | 93.76 |
| ACH | 8/25/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 8/29/2022 | US Trustee | US Trustee Fees | 1,630.00 |
| ACH | 9/1/2022 | Gibbins Advisors, LLC | Plan Administrator | 15,000.00 |
| ACH | 9/9/2022 | M&T Bank | Bank and/or Credit Card Fees | 74.52 |
| ACH | 9/21/2022 | Beacon Solutions Group | Professional Fees | 3,956.25 |
| ACH | 9/21/2022 | Prime Clerk | Claims and Noticing Agent | 269.73 |
| ACH | 9/21/2022 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 9/28/2022 | Avante Management | Professional Fees | 2,208.05 |
| ACH | 9/30/2022 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 5,900.78 |
| | | | **TOTAL** | **418,354.04** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: July 1, 2022 to September 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 2 of 4]**

## SCHEDULE OF DISBURSEMENTS
## Account #2 - M&T Bank, Account Ending 1091

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 7/5/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 8/3/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 9/6/2022 | Bankcard | Bank and/or Credit Card Fees | 65.90 |
| ACH | 7/15/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 20.00 |
| ACH | 8/15/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 20.00 |
| ACH | 9/15/2022 | ReliaFund Inc | Bank and/or Credit Card Fees | 20.00 |
| ACH | 7/11/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,261.21 |
| ACH | 8/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,219.79 |
| ACH | 9/9/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,304.07 |
| | | | **TOTAL** | **4,042.77** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: July 1, 2022 to September 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 3 of 4]**

## SCHEDULE OF DISBURSEMENTS
## Account #3 - M&T Bank, Account Ending 5079

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 7/11/2022 | M&T Bank | Bank and/or Credit Card Fees | 2,042.43 |
| ACH | 8/8/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,846.14 |
| ACH | 9/9/2022 | M&T Bank | Bank and/or Credit Card Fees | 1,825.31 |
| | | | **TOTAL** | **5,713.88** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period: July 1, 2022 to September 30, 2022**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 4 of 4]**

**SCHEDULE OF DISBURSEMENTS**
**Account #4 - M&T Bank, Account Ending 5426**
**No Disbursements in Current Period**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | TOTAL | 0.00 |

**Due to account inactivity and $0.00 balance, there are no bank statements for this account.**

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000 P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE |
|---|
| CORPORATE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]9203 | 07/01/22 - 07/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $746,671.96 |
| DEPOSITS & CREDITS | 91,115.31 |
| LESS CHECKS & DEBITS | 64,850.29 |
| LESS SERVICE CHARGES | 97.56 |
| ENDING BALANCE | $772,839.42 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2022 | BEGINNING BALANCE | | | $746,671.96 |
| 07/11/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | $3,413.78 | |
| 07/11/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 29,700.00 | |
| 07/11/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]9203 | | 97.56 | 713,460.62 |
| 07/13/2022 | AUTOMATED WIRE TRANSFER CREDIT BONADIO & CO., LLP-OPERATING ACCOUN | $65,000.00 | | 778,460.62 |
| 07/14/2022 | DEPOSIT | 24,833.31 | | 803,293.93 |
| 07/20/2022 | INCOMING FEDWIRE FUNDS TRANSFER RCA HEALTHCARE MANAGEMENT LLC | 682.00 | | 803,975.93 |
| 07/25/2022 | INCOMING CHIPS FUNDS TRANSFER LONDA PERKINS | 600.00 | | 804,575.93 |
| 07/28/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 7,560.41 | |
| 07/28/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 24,176.10 | 772,839.42 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

**TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.**

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

**TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:**

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000 P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]9203 | 08/01/22 - 08/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $772,839.42 |
| DEPOSITS & CREDITS | 19,496.85 |
| LESS CHECKS & DEBITS | 320,874.84 |
| LESS SERVICE CHARGES | 122.02 |
| ENDING BALANCE | $471,339.41 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2022 | BEGINNING BALANCE | | | $772,839.42 |
| 08/08/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]9203 | | $122.02 | 772,717.40 |
| 08/10/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 2,860.34 | |
| 08/10/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 26,377.14 | |
| 08/10/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 263,086.00 | 480,393.92 |
| 08/11/2022 | DEPOSIT | $19,048.74 | | 499,442.66 |
| 08/17/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 2,717.60 | 496,725.06 |
| 08/25/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 24,203.76 | 472,521.30 |
| 08/26/2022 | DEPOSIT | 448.11 | | 472,969.41 |
| 08/29/2022 | QUARTERLY FEE PAYMENT 0000 | | 1,630.00 | 471,339.41 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

**TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.**

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

**TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:**

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank



©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000 P

ABSOLUT FACILITIES MANAGEMENT LLC
PLAN ADMINISTRATOR OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2983

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| [redacted]9203 | 09/01/22 - 09/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $471,339.41 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 32,334.81 |
| LESS SERVICE CHARGES | 74.52 |
| ENDING BALANCE | $438,930.08 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2022 | BEGINNING BALANCE | | | $471,339.41 |
| 09/01/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | $15,000.00 | 456,339.41 |
| 09/09/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]9203 | | 74.52 | 456,264.89 |
| 09/21/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 9,225.98 | 447,038.91 |
| 09/28/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 2,208.05 | 444,830.86 |
| 09/30/2022 | ABSOLUT FACILITI ACH -SETT-ONLINEACH | | 5,900.78 | 438,930.08 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000 N

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]1091 | 07/01/22 - 07/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $9,734.47 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 85.90 |
| LESS SERVICE CHARGES | 1,261.21 |
| ENDING BALANCE | $8,387.36 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2022 | BEGINNING BALANCE | | | $9,734.47 |
| 07/05/2022 | MERCHANT BNKCD FEE 434592267885 | | $65.90 | 9,668.57 |
| 07/11/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]1091 | | 1,261.21 | 8,407.36 |
| 07/15/2022 | ReliaFund Inc ACH Fees 35713238 | | 20.00 | 8,387.36 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| [redacted]1091 | 08/01/22 - 08/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $8,387.36 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 85.90 |
| LESS SERVICE CHARGES | 1,219.79 |
| ENDING BALANCE | $7,081.67 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2022 | BEGINNING BALANCE | | | $8,387.36 |
| 08/03/2022 | MERCHANT BNKCD FEE 434592267885 | | $65.90 | 8,321.46 |
| 08/08/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]1091 | | 1,219.79 | 7,101.67 |
| 08/15/2022 | ReliaFund Inc ACH Fees 35937766 | | 20.00 | 7,081.67 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).** $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00    0 01276M NM  017

000000

ABSOLUT FACILITIES MANAGEMENT LLC
HUD
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE |
|---|
| CORPORATE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]1091 | 09/01/22 - 09/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $7,081.67 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 85.90 |
| LESS SERVICE CHARGES | 1,304.07 |
| ENDING BALANCE | $5,691.70 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2022 | BEGINNING BALANCE | | | $7,081.67 |
| 09/06/2022 | MERCHANT BNKCD FEE 434592267885 | | $65.90 | 7,015.77 |
| 09/09/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]1091 | | 1,304.07 | 5,711.70 |
| 09/15/2022 | ReliaFund Inc ACH Fees 36205415 | | 20.00 | 5,691.70 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

**TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.**

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

**TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:**

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).** $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank



©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000 P

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]5079 | 07/01/22 - 07/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $38,071.28 |
| DEPOSITS & CREDITS | 61,731.10 |
| LESS CHECKS & DEBITS | 60,000.00 |
| LESS SERVICE CHARGES | 2,042.43 |
| ENDING BALANCE | $37,759.95 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2022 | BEGINNING BALANCE | | | $38,071.28 |
| 07/01/2022 | HEALTHNOW94000 HCCLAIMPMT 98720930 | $3,316.60 | | |
| 07/01/2022 | VACP TREAS 310 XXVA BENEF 129401595003600 | 2,050.00 | | |
| 07/01/2022 | OTDA SSP/SSPNA P ACH AP00066974932 | 428.67 | | |
| 07/01/2022 | OTDA SSP/SSPNA P ACH AP00066965585 | 347.99 | | 44,214.54 |
| 07/05/2022 | HEALTHNOW94000 HCCLAIMPMT 98721416 | 4,738.00 | | 48,952.54 |
| 07/06/2022 | MVP Health Plan HCCLAIMPMT 208468133 | 6,309.75 | | |
| 07/06/2022 | HEALTHNOW94000 HCCLAIMPMT 98721994 | 5,448.70 | | |
| 07/06/2022 | HEALTHNOW94000 HCCLAIMPMT 98722385 | 972.50 | | |
| 07/06/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | $40,000.00 | 21,683.49 |
| 07/07/2022 | BCBS OF MASS HCCLAIMPMT 734432056 | 91.01 | | 21,774.50 |
| 07/11/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]5079 | | 2,042.43 | 19,732.07 |
| 07/12/2022 | AMERICAN PROGRES HCCLAIMPMT | 2,079.00 | | 21,811.07 |
| 07/13/2022 | AMERICAN PROGRES HCCLAIMPMT | 6,677.55 | | 28,488.62 |
| 07/14/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,757.25 | | 30,245.87 |
| 07/18/2022 | AMERICAN PROGRES HCCLAIMPMT | 6,937.92 | | |
| 07/18/2022 | AMERICAN PROGRES HCCLAIMPMT | 5,271.75 | | |
| 07/18/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 1,393.32 | | 43,848.86 |
| 07/19/2022 | AMERICAN PROGRES HCCLAIMPMT | 2,258.19 | | 46,107.05 |
| 07/20/2022 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 20,000.00 | 26,107.05 |
| 07/26/2022 | HEALTHNOW94000 HCCLAIMPMT 98744545 | 935.00 | | 27,042.05 |
| 07/28/2022 | Fallon Health We HCCLAIMPMT | 10,717.90 | | 37,759.95 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 18 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

**TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.**

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

**TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:**

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000 P

ABSOLUT FACILITIES MANAGEMENT LLC
OPERATING ACCOUNT
DEBTOR IN POSESSION
300 GLEED AVE
EAST AURORA NY 14052-2980

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]5079 | 08/01/22 - 08/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $37,759.95 |
| DEPOSITS & CREDITS | 80,122.68 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 1,846.14 |
| ENDING BALANCE | $116,036.49 |

ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2022 | BEGINNING BALANCE | | | $37,759.95 |
| 08/01/2022 | VACP TREAS 310 XXVA BENEF 129401595003600 | $2,050.00 | | |
| 08/01/2022 | OTDA SSP/SSPNA P ACH AP00067607104 | 347.99 | | 40,157.94 |
| 08/02/2022 | MVP Health Plan, HCCLAIMPMT 208468133 | 10,818.66 | | |
| 08/02/2022 | HEALTHNOW94000 HCCLAIMPMT 98752071 | 110.00 | | 51,086.60 |
| 08/04/2022 | Fallon Health We HCCLAIMPMT | 2,429.90 | | |
| 08/04/2022 | HEALTHNOW94000 HCCLAIMPMT 98758182 | 2,229.00 | | |
| 08/04/2022 | HEALTHNOW94000 HCCLAIMPMT 98758177 | 947.60 | | 56,693.10 |
| 08/05/2022 | Centers Plan for HCCLAIMPMT | 6,684.60 | | |
| 08/05/2022 | HEALTHNOW94000 HCCLAIMPMT 98758521 | 4,027.30 | | 67,405.00 |
| 08/08/2022 | AMERICAN PROGRES HCCLAIMPMT | 5,218.50 | | |
| 08/08/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]079 | | $1,846.14 | 70,777.36 |
| 08/09/2022 | AMERICAN PROGRES HCCLAIMPMT | 4,522.70 | | |
| 08/09/2022 | HEALTHNOW94000 HCCLAIMPMT 98759496 | 1,610.75 | | |
| 08/09/2022 | AMERICAN PROGRES HCCLAIMPMT | 347.90 | | 77,258.71 |
| 08/12/2022 | AMERICAN PROGRES HCCLAIMPMT | 6,093.30 | | 83,352.01 |
| 08/15/2022 | AMERICAN PROGRES HCCLAIMPMT | 7,565.60 | | |
| 08/15/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,391.60 | | |
| 08/15/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,096.62 | | 93,405.83 |
| 08/16/2022 | HEALTHNOW94000 HCCLAIMPMT 98766789 | 2,515.70 | | |
| 08/16/2022 | HEALTHNOW94000 HCCLAIMPMT 98766778 | 1,707.20 | | |
| 08/16/2022 | AMERICAN PROGRES HCCLAIMPMT | 642.21 | | |
| 08/16/2022 | MVP Health Plan, HCCLAIMPMT 208468133 | 64.00 | | 98,334.94 |
| 08/19/2022 | Centers Plan for HCCLAIMPMT | 2,896.66 | | 101,231.60 |
| 08/22/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 4,174.80 | | |
| 08/22/2022 | HERITAGE HEALTH HCCLAIMPMT 100385878845300 | 2,087.40 | | 107,493.80 |
| 08/23/2022 | HEALTHNOW94000 HCCLAIMPMT 98773325 | 2,908.00 | | |
| 08/23/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 2,435.30 | | |
| 08/23/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,459.89 | | 114,296.99 |
| 08/29/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,739.50 | | 116,036.49 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 28 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

**TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.**

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

**TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:**

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank



©2016 M&T Bank. Member FDIC.

M&T Bank

FOR INQUIRIES CALL: HEALTHCARE BUFFALO
(716) 848-7354

00 0 01276M NM 017

000000 P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2983**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| [redacted]5079 | 09/01/22 - 09/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $116,036.49 |
| DEPOSITS & CREDITS | 79,349.53 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 1,825.31 |
| ENDING BALANCE | $193,560.71 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2022 | BEGINNING BALANCE | | | $116,036.49 |
| 09/01/2022 | VACP TREAS 310 XXVA BENEF 129401595003600 | $2,050.00 | | |
| 09/01/2022 | OTDA SSP/SSPNA P ACH AP00067957378 | 347.99 | | 118,434.48 |
| 09/02/2022 | AMERICAN PROGRES HCCLAIMPMT | 4,920.30 | | |
| 09/02/2022 | MVP Health Plan HCCLAIMPMT 208468133 | 1,461.62 | | 124,816.40 |
| 09/06/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,081.92 | | 125,898.32 |
| 09/09/2022 | SERVICE CHARGE FOR ACCOUNT [redacted]5079 | | $1,825.31 | 124,073.01 |
| 09/12/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,826.90 | | |
| 09/12/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,739.50 | | 129,639.41 |
| 09/13/2022 | AMERICAN PROGRES HCCLAIMPMT | 6,262.20 | | |
| 09/13/2022 | HEALTHNOW94000 HCCLAIMPMT 98792042 | 1,658.30 | | 137,559.91 |
| 09/15/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,739.50 | | 139,299.41 |
| 09/16/2022 | UNIVERSAL AMERIC HCCLAIMPMT | 7,761.60 | | |
| 09/16/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,131.10 | | |
| 09/16/2022 | HEALTHNOW94000 HCCLAIMPMT 98797007 | 1,190.00 | | 151,382.11 |
| 09/19/2022 | HERITAGE HEALTH HCCLAIMPMT 100386144935300 | 5,615.40 | | |
| 09/19/2022 | AMERICAN PROGRES HCCLAIMPMT | 3,849.44 | | 160,846.95 |
| 09/20/2022 | AMERICAN PROGRES HCCLAIMPMT | 13,387.78 | | 174,234.73 |
| 09/21/2022 | AMERICAN PROGRES HCCLAIMPMT | 2,087.40 | | 176,322.13 |
| 09/27/2022 | HEALTHNOW94000 HCCLAIMPMT 98803789 | 4,416.08 | | |
| 09/27/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,043.70 | | |
| 09/27/2022 | HEALTHNOW94000 HCCLAIMPMT 98803803 | 1,000.00 | | 182,781.91 |
| 09/30/2022 | Centers Plan for HCCLAIMPMT | 6,907.42 | | |
| 09/30/2022 | VACP TREAS 310 XXVA BENEF 129401595003600 | 2,050.00 | | |
| 09/30/2022 | AMERICAN PROGRES HCCLAIMPMT | 1,473.39 | | |
| 09/30/2022 | OTDA SSP/SSPNA P ACH AP00068460608 | 347.99 | | 193,560.71 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 24 | 0 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

**TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.**

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

**TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:**

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 1 | $ | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| SUBTOTAL OF COLUMN 1 | $ | |

| OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| 13 | $ | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| SUBTOTAL OF COLUMN 2 | | |
| SUBTOTAL OF COLUMN 1 + | | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

STEP 5 **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

STEP 7 **Enter the total of STEPS 5 & 6.** $

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).** $

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank



©2016 M&T Bank. Member FDIC.