AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

January 5, 2023

**By ECF and Email**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722
ast_hearings@nyeb.uscourts.gov

Re: Request to Adjourn January 11, 2023 Status Conference in
In re Absolut Facilities Management, LLC 19-bk-76260-ast

Dear Judge Trust:

We represent Ronald Winters, the Plan Administrator under the Chapter 11 Plan of the above-named Debtor and write to request an adjournment of the status conference scheduled for January 11, 2023, at 10:30 a.m., to July 2023.

We do not have an update at this time with respect to the skilled nursing and assisted living facilities sale to RCA Healthcare Management, LLC, approved February 10, 2022 [Dkt. 446] but which is subject to New York State Department of Health (DOH) approval of Certificate of Need applications as to the facilities. There are no updates on the DOH website on pending applications https://www.health.ny.gov/facilities/cons/nysecon/ (they are still marked "under review") and we have been advised that the matter has not yet been scheduled for hearing before the Public Health and Health Planning Council. The Debtor is also current on post-confirmation reporting.

We have consulted with the Christine Black as to the requested adjournment and have been advised the Office of the U.S. Trustee has no objection.

Very truly yours,

/s/ Jeffrey Chubak

cc: counsel of record