

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

January 9, 2023

**By ECF**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: <u>In re Absolut Facilities Management, LLC, No. 19-bk-76260-ast</u>

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC in this case and write to notify interested parties that the status conference that had been scheduled for January 11, 2023, at 10:30 a.m., has been adjourned to July 26, 2023, at 10:30 a.m.

The status conference will be held before the Honorable Alan S. Trust. Instructions for participating by phone/video can be viewed at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

Sincerely,

*Jeffrey Chubak*

cc: counsel of record