

U.S. Department of Justice
Office of the United States Trustee
Region 2

United States Bankruptcy Court
Eastern District of New York

| | | |
|---|---|---|
| **IN RE:** Absolut Facilities Management, LLC, | } | **CHAPTER 11** |
| | } | |
| | } | **CASE NO.** 19-76260 |
| | } | |
| | } | |
| **DEBTOR.** | } | |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR DEBTOR'S REPORTING PERIOD
### FROM JANUARY 1, 2023 TO MARCH 31, 2023

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____          Date: _____
                                                                                                                        June 30, 2023

Ronald M. Winters
_____Print Name_____

Plan Administrator
_____Title_____

*Debtor's Address and Phone Number:*                    *Attorney's Address and Phone Number:*

Absolut Facilities Management, LLC                           Jeffrey Chubak
c/o GIBBINS ADVISORS, LLC, as Plan Administrator      AMINI LLC
1900 Church Street, Suite 300                                    131 West 35th Street, 12th Floor
Nashville, TN 37203                                                  New York, NY 10001
Tel. (615) 696-6556                                                  Bar No. 4581807 (NY)
                                                                                 Tel. (212) 490-4100

**Absolut Facilities Management, LLC**                 **Quarterly Operating Report**
**Case No. 19-76260**                                  **Chapter 11, Post-Confirmation**
**Reporting Period:  January 1, 2023 to March 31, 2023**      **Attachment No. 1**

| QUESTIONNAIRE | | YES | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X [1] | |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

*[1] Debtor has submitted payments for all periods through 4Q 2022 with the possible exception for any interest that may be assessed for late payment(s), which will be paid upon review of future UST statements.*

| INSURANCE INFORMATION | | YES | NO [2] |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N/A |
| 2. | Are all premium payments current? | | N/A |

*[2] Debtor does not have real or personal property, nor employees, that require any insurance coverage*

| CONFIRMATION OF INSURANCE [3] | | | |
|---|---|---|---|
| **TYPE of POLICY      and      CARRIER** | **Coverage Period(s)** | **Payment Amount and Frequency** | **Delinquency Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*[3] Not applicable for this reporting period*

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD |
|---|
| **No significant items to report for this reporting period.** |

**Estimated Date of Filing the Application for Final Decree:**          **Unknown**

**Absolut Facilities Management, LLC**                                   **Quarterly Operating Report**
**Case No. 19-76260**                                                     **Chapter 11, Post-Confirmation**
**Reporting Period: January 1, 2023 to March 31, 2023**                    **Attachment No. 2**

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Date of Plan Confirmation:    May 20, 2020**

|  |  | Quarterly Reporting Period | Post Confirmation Period Total [3] |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period) Per Statement(s)** | $ 352,812.73 | $ 2,105,890.57 |
|  | Less: Outstanding Checks from Prior Period(s) | 0.00 | -250,768.35 |
| 1. | **CASH (Beginning of Period)** | $ 352,812.73 | $ 1,855,122.22 |
| 2. | **RECEIPTS** | $ 19,235.35 | $ 4,703,983.02 |
| 3. | **DISBURSEMENTS** |  |  |
|  | a. **Operating Expenses (Fees/Taxes):** |  |  |
|  |   (i)   U.S. Trustee Quarterly Fees | $ 2,219.00 | $ 52,122.15 |
|  |   (ii)  Federal, State or Local Taxes | 0.00 | 0.00 |
|  | b. **All Other Operating Expenses** | $ 0.00 | $ 0.00 |
|  | c. **Plan Payments:** |  |  |
|  |   (i)   Administrative Claims | $ 187,222.34 | $ 4,647,829.90 |
|  |   (ii)  DIP Loan Payment(s) | 0.00 | 1,237,972.76 |
|  | **Total Disbursements for Calculating U.S. Trustee Fees** | $ 189,441.34 | $ 5,937,924.81 |
| 4. | **NET DEPOSITS PENDING TRANSFER [1]** | $ 18,643.38 | $ 135,069.69 |
| 5. | **NON-DEBTOR INFLOWS (OUTFLOWS) [2]** | $ 0.00 | $ -555,000.00 |
| 6. | **CASH (End of Period)** | $ 201,250.12 | $ 201,250.12 |

**\*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course
of the reorganized debtor's post-confirmation business, whether the disbursements are made
through a trust, by a third party, or by the reorganized debtor.**

[1] Deposits into Debtor bank account(s) that are pending transfer to a segregated account jointly administered by the Debtor and RCA Healthcare Management, LLC (the "Buyer"). After the deposits are reviewed by the Buyer and agreed to by the Debtor, the Buyer remits the Debtor's portion of the deposits (included in line 2 above) into the Debtor's bank account(s). The net cash impacts are summarized below for this Quarterly Reporting Period and cumulative Post Confirmation Period(s):

| | | |
|---|---:|---:|
| Current Reporting Period Deposits | 148,643.38 | 4,570,682.66 |
| Net transfers to Segregated Account | -130,000.00 | -4,435,612.77 |
| **Net Deposits Pending Transfer** | **18,643.38** | **135,069.89** |

[2] CARES Act stimulus funds received in error by Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC in 2Q 2020 reporting period that were refunded in the 3Q 2020 reporting period

[3] Post Confirmation Period Total excludes any activity preceding the initial quarterly reporting period of 3Q 2020

**Absolut Facilities Management, LLC**  
**Case No. 19-76260**  
**Reporting Period:  January 1, 2023 to March 31, 2023**

**Quarterly Operating Report**  
**Chapter 11, Post-Confirmation**  
**Attachment No. 3**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank | M&T Bank | M&T Bank | M&T Bank | M&T Bank |
| Account Number | Ending 9203 | Ending 1091 | Ending 5079 | Ending 5426 |
| Purpose of Account | Operating | Operating | Operating | Operating |
| Type of Account | Checking | Checking | Checking | Checking |
|  |  |  |  |  |
| 1.  **Balance per Bank Statement** | 194,985.16 | 2,004.93 | 29,804.39 | 0.00 |
| 2.  **ADD**:  Deposits in Transit | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.  **SUBTRACT**:  Outstanding Checks | 25,544.36 | 0.00 | 0.00 | 0.00 |
| 4.  Other Reconciling Items (+/-) | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.  **Cash Balance for Reporting Period** | **169,440.80** | **2,004.93** | **29,804.39** | **0.00** |

*A copy of each bank statement is attached to and made a part of this quarterly operating report*

**Absolut Facilities Management, LLC**  
**Case No. 19-76260**  
**Reporting Period:  January 1, 2023 to March 31, 2023**

**Quarterly Operating Report**  
**Chapter 11, Post-Confirmation**  
**Attachment No. 4 [Acct 1 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 1/3/2023 | Gibbins Advisors, LLC | Plan Administrator | 10,921.50 |
| ACH | 1/3/2023 | Plan Account Transfer from 9203 to 1091 | Intra-Account Transfer | 4,431.92 |
| ACH | 1/4/2023 | Plan Account Transfer to 1091 from 9203 | Intra-Account Transfer | -4,431.92 |
| 1333 | 1/6/2023 | 1199 SEIU | Professional Fees and/or Other Admin Expenses | 4,994.02 |
| 1334 | 1/6/2023 | 1199 SEIU Greater NY Education Fund | Professional Fees and/or Other Admin Expenses | 1,500.00 |
| 1335 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1336 | 1/6/2023 | Airgas USA LLC | Professional Fees and/or Other Admin Expenses | 1,443.60 |
| 1337 | 1/6/2023 | Allscripts Healthcare LLC | Professional Fees and/or Other Admin Expenses | 788.77 |
| 1338 | 1/6/2023 | Allstate Medical | Professional Fees and/or Other Admin Expenses | 1,122.91 |
| 1339 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1340 | 1/6/2023 | Associated Clinical Laboratories | Professional Fees and/or Other Admin Expenses | 1,063.96 |
| 1341 | 1/6/2023 | ATC Healthcare Services LLC | Professional Fees and/or Other Admin Expenses | 2,067.63 |
| 1342 | 1/6/2023 | B R Johnson Inc | Professional Fees and/or Other Admin Expenses | 666.00 |
| 1343 | 1/6/2023 | Beverly Sharp | Professional Fees and/or Other Admin Expenses | 574.05 |
| 1344 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1345 | 1/6/2023 | Brian Parisi Copier Systems Inc | Professional Fees and/or Other Admin Expenses | 579.71 |
| 1346 | 1/6/2023 | Brian Wiles | Professional Fees and/or Other Admin Expenses | 2,322.78 |
| 1347 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1348 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1349 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1350 | 1/6/2023 | Compliance Consulting Group LLC | Professional Fees and/or Other Admin Expenses | 2,329.04 |
| 1351 | 1/6/2023 | Corning Hospital | Professional Fees and/or Other Admin Expenses | 445.29 |
| 1352 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1353 | 1/6/2023 | D Murray Enterprises | Professional Fees and/or Other Admin Expenses | 1,130.29 |
| 1354 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1355 | 1/6/2023 | Diamond Disposal Service | Professional Fees and/or Other Admin Expenses | 585.91 |
| 1356 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1357 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1358 | 1/6/2023 | Eaton Office Supply Co Inc | Professional Fees and/or Other Admin Expenses | 1,389.12 |
| 1358 | 1/25/2023 | Adjust to Check Amount Cleared | Professional Fees and/or Other Admin Expenses | -0.02 |
| 1359 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1360 | 1/6/2023 | Fidelis | Professional Fees and/or Other Admin Expenses | 2,764.78 |
| 1361 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1362 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1363 | 1/6/2023 | Guthrie Clinic Ltd | Professional Fees and/or Other Admin Expenses | 1,171.21 |
| 1364 | 1/6/2023 | Hampton Inn | Professional Fees and/or Other Admin Expenses | 947.90 |
| 1365 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1366 | 1/6/2023 | Integra Scripts LLC | Professional Fees and/or Other Admin Expenses | 1,417.00 |
| 1367 | 1/6/2023 | Interstate Gourmet Coffee Roasters Inc | Professional Fees and/or Other Admin Expenses | 1,147.36 |
| 1368 | 1/6/2023 | IPC Healthcare Inc | Professional Fees and/or Other Admin Expenses | 1,003.89 |
| 1369 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1370 | 1/6/2023 | Jackson Lewis PC | Professional Fees and/or Other Admin Expenses | 650.39 |
| 1371 | 1/6/2023 | Kaleida Health | Professional Fees and/or Other Admin Expenses | 1,323.99 |
| 1372 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1373 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1374 | 1/6/2023 | Mattucci Design LLC | Professional Fees and/or Other Admin Expenses | 1,746.78 |
| 1375 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1376 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1377 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |

**Absolut Facilities Management, LLC**  **Quarterly Operating Report**
**Case No. 19-76260**  **Chapter 11, Post-Confirmation**
**Reporting Period:  January 1, 2023 to March 31, 2023**  **Attachment No. 4 [Acct 1 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1378 | 1/6/2023 | MJ Mechanical Services Inc | Professional Fees and/or Other Admin Expenses | 704.59 |
| 1379 | 1/6/2023 | Modern Corporation | Professional Fees and/or Other Admin Expenses | 2,381.11 |
| 1380 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1381 | 1/6/2023 | National Fuel | Professional Fees and/or Other Admin Expenses | 638.11 |
| 1382 | 1/6/2023 | Niceforo and Braun DDS PC | Professional Fees and/or Other Admin Expenses | 1,164.52 |
| 1383 | 1/6/2023 | Nick's Property Maintenance LLC | Professional Fees and/or Other Admin Expenses | 1,189.48 |
| 1384 | 1/6/2023 | NYSEG | Professional Fees and/or Other Admin Expenses | 5,660.85 |
| 1385 | 1/6/2023 | Otis Elevator Company | Professional Fees and/or Other Admin Expenses | 672.51 |
| 1386 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1387 | 1/6/2023 | Preventive Diagnostics Inc | Professional Fees and/or Other Admin Expenses | 5,726.73 |
| 1388 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1389 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1390 | 1/6/2023 | Shannon Durolek | Professional Fees and/or Other Admin Expenses | 916.21 |
| 1391 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1392 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1393 | 1/6/2023 | Social Security Administration | Professional Fees and/or Other Admin Expenses | 986.47 |
| 1394 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1395 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1396 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1397 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1398 | 1/6/2023 | Susanne Beutler | Professional Fees and/or Other Admin Expenses | 583.65 |
| 1399 | 1/6/2023 | Tops Markets | Professional Fees and/or Other Admin Expenses | 371.74 |
| 1400 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1401 | 1/6/2023 | Town of Erwin | Professional Fees and/or Other Admin Expenses | 1,980.22 |
| 1402 | 1/6/2023 | TwinMed LLC | Professional Fees and/or Other Admin Expenses | 24,517.40 |
| 1403 | 1/6/2023 | Village of Allegany | Professional Fees and/or Other Admin Expenses | 466.40 |
| 1404 | 1/6/2023 | VOID | Professional Fees and/or Other Admin Expenses | 0.00 |
| 1405 | 1/6/2023 | Advo Waste Medical Services LLC | Professional Fees and/or Other Admin Expenses | 257.59 |
| 1406 | 1/6/2023 | Alco Sales And Service | Professional Fees and/or Other Admin Expenses | 111.72 |
| 1407 | 1/6/2023 | American Red Cross | Professional Fees and/or Other Admin Expenses | 317.69 |
| 1408 | 1/6/2023 | Beichner Waste Services Inc | Professional Fees and/or Other Admin Expenses | 113.84 |
| 1409 | 1/6/2023 | Bestway Container Service | Professional Fees and/or Other Admin Expenses | 113.94 |
| 1410 | 1/6/2023 | Biels Information Technology Systems | Professional Fees and/or Other Admin Expenses | 271.65 |
| 1411 | 1/6/2023 | Bimbo Foods Inc | Professional Fees and/or Other Admin Expenses | 105.02 |
| 1412 | 1/6/2023 | Buffalo Expert Service Technicians Inc | Professional Fees and/or Other Admin Expenses | 235.17 |
| 1413 | 1/6/2023 | Buffalo Scale & Supply Co Inc | Professional Fees and/or Other Admin Expenses | 258.38 |
| 1414 | 1/6/2023 | Cicero Consulting Associates VCC Inc | Professional Fees and/or Other Admin Expenses | 318.23 |
| 1415 | 1/6/2023 | Corning Natural Gas Corp | Professional Fees and/or Other Admin Expenses | 323.41 |
| 1416 | 1/6/2023 | Dentserv Dental Service PC | Professional Fees and/or Other Admin Expenses | 358.39 |
| 1417 | 1/6/2023 | Dewalt and Sons | Professional Fees and/or Other Admin Expenses | 109.62 |
| 1418 | 1/6/2023 | Dimon & Bacorn Inc | Professional Fees and/or Other Admin Expenses | 124.35 |
| 1419 | 1/6/2023 | Diversified Services LLC | Professional Fees and/or Other Admin Expenses | 155.11 |
| 1420 | 1/6/2023 | Eastern Niagara Hospital | Professional Fees and/or Other Admin Expenses | 110.29 |
| 1421 | 1/6/2023 | Ellicottville Kitchen Equipment | Professional Fees and/or Other Admin Expenses | 359.93 |
| 1422 | 1/6/2023 | First UNUM Life Insurance Co | Professional Fees and/or Other Admin Expenses | 131.21 |
| 1423 | 1/6/2023 | Great Lakes Physician Practice | Professional Fees and/or Other Admin Expenses | 153.44 |
| 1424 | 1/6/2023 | HD Supply Facilities Maintenance LTD | Professional Fees and/or Other Admin Expenses | 169.28 |
| 1425 | 1/6/2023 | Iron Mountain Inc | Professional Fees and/or Other Admin Expenses | 184.11 |

**Absolut Facilities Management, LLC**

**Quarterly Operating Report**

Case No. 19-76260

Chapter 11, Post-Confirmation

Reporting Period:  January 1, 2023 to March 31, 2023

Attachment No. 4 [Acct 1 of 4]

### SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1426 | 1/6/2023 | J C Ehrlich Co Inc | Professional Fees and/or Other Admin Expenses | 130.08 |
| 1427 | 1/6/2023 | Lifetime Benefit Solutions | Professional Fees and/or Other Admin Expenses | 263.85 |
| 1428 | 1/6/2023 | Martha Snyder | Professional Fees and/or Other Admin Expenses | 112.48 |
| 1429 | 1/6/2023 | Maxim Healthcare Services Inc | Professional Fees and/or Other Admin Expenses | 307.18 |
| 1430 | 1/6/2023 | Medline Industries Inc | Professional Fees and/or Other Admin Expenses | 149.61 |
| 1431 | 1/6/2023 | Midstate Bakery Distributors Inc | Professional Fees and/or Other Admin Expenses | 364.31 |
| 1432 | 1/6/2023 | Penn Power Systems | Professional Fees and/or Other Admin Expenses | 254.33 |
| 1433 | 1/6/2023 | Povinelli Cutlery Inc | Professional Fees and/or Other Admin Expenses | 118.00 |
| 1434 | 1/6/2023 | Purchase Power | Professional Fees and/or Other Admin Expenses | 323.64 |
| 1435 | 1/6/2023 | Real Time Medical Systems LLC | Professional Fees and/or Other Admin Expenses | 262.02 |
| 1436 | 1/6/2023 | Roswell Park Cancer Institute | Professional Fees and/or Other Admin Expenses | 116.56 |
| 1437 | 1/6/2023 | Sherwin Williams | Professional Fees and/or Other Admin Expenses | 187.59 |
| 1438 | 1/6/2023 | Shred-it | Professional Fees and/or Other Admin Expenses | 315.89 |
| 1439 | 1/6/2023 | Social Yeah LLC | Professional Fees and/or Other Admin Expenses | 254.07 |
| 1440 | 1/6/2023 | SolEx | Professional Fees and/or Other Admin Expenses | 247.55 |
| 1441 | 1/6/2023 | Southtowns Business Centre Inc | Professional Fees and/or Other Admin Expenses | 281.09 |
| 1442 | 1/6/2023 | Specialty Rx | Professional Fees and/or Other Admin Expenses | 169.15 |
| 1443 | 1/6/2023 | The Catholic Reader | Professional Fees and/or Other Admin Expenses | 102.99 |
| 1444 | 1/6/2023 | Town of Allegany Utility Building | Professional Fees and/or Other Admin Expenses | 268.69 |
| 1445 | 1/6/2023 | Yellow Page Directory Services | Professional Fees and/or Other Admin Expenses | 159.24 |
| 1446 | 1/6/2023 | Kaufman Borgeest & Ryan LLP | Professional Fees and/or Other Admin Expenses | 173.97 |
| 1447 | 1/6/2023 | Naness Chaiet & Naness LLC | Professional Fees and/or Other Admin Expenses | 261.01 |
| ACH | 1/10/2023 | M&T Bank | Bank and/or Credit Card Fees | 77.41 |
| ACH | 1/11/2023 | Avante Management | Professional Fees | 2,208.05 |
| ACH | 1/12/2023 | US Trustee | US Trustee Fees | 2,219.00 |
| ACH | 1/20/2023 | Schwartz Sladkus Reich Greenberg Atlas LLP | Professional Fees | 6,155.50 |
| ACH | 1/25/2023 | Beacon Solutions Group | Professional Fees | 1,256.25 |
| ACH | 1/25/2023 | Prime Clerk | Claims and Noticing Agent | 49.53 |
| ACH | 1/25/2023 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 2/8/2023 | M&T Bank | Bank and/or Credit Card Fees | 85.31 |
| ACH | 2/24/2023 | Beacon Solutions Group | Professional Fees | 1,987.50 |
| ACH | 2/24/2023 | Prime Clerk | Claims and Noticing Agent | 68.08 |
| ACH | 2/24/2023 | WKL Advisors LLC | Professional Fees | 5,000.00 |
| ACH | 3/8/2023 | M&T Bank | Bank and/or Credit Card Fees | 76.64 |
| ACH | 3/17/2023 | Amini LLC | Professional Fees | 3,000.00 |
| ACH | 3/17/2023 | Amini LLC | Professional Fees | 1,222.00 |
| ACH | 3/17/2023 | Amini LLC | Professional Fees | 440.00 |
| ACH | 3/17/2023 | Amini LLC | Professional Fees | 165.00 |
| ACH | 3/17/2023 | Amini LLC | Professional Fees | 1,975.00 |
| ACH | 3/17/2023 | Avante Management | Professional Fees | 3,532.88 |
| ACH | 3/22/2023 | US Trustee | US Trustee Fees | 561.00 |
| ACH | 3/23/2023 | Beacon Solutions Group | Professional Fees | 1,117.50 |
| ACH | 3/23/2023 | Gibbins Advisors, LLC | Plan Administrator | 10,906.25 |
| ACH | 3/23/2023 | Gibbins Advisors, LLC | Plan Administrator | 12,630.28 |
| ACH | 3/23/2023 | Loeb & Loeb LLP | Professional Fees | 3,654.50 |
| ACH | 3/23/2023 | Loeb & Loeb LLP | Professional Fees | 3,845.50 |
| ACH | 3/23/2023 | Prime Clerk | Claims and Noticing Agent | 79.19 |
| ACH | 3/23/2023 | WKL Advisors LLC | Professional Fees | 5,000.00 |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  January 1, 2023 to March 31, 2023**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 1 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #1 - M&T Bank, Account Ending 9203

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 3/29/2023 | Gibbins Advisors, LLC | Plan Administrator | 4,674.25 |
| | | | **TOTAL** | **180,150.14** |

8

**Absolut Facilities Management, LLC**  **Quarterly Operating Report**
**Case No. 19-76260**  **Chapter 11, Post-Confirmation**
**Reporting Period:  January 1, 2023 to March 31, 2023**  **Attachment No. 4 [Acct 2 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #2 - M&T Bank, Account Ending 1091

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 1/10/2023 | M&T Bank | Bank and/or Credit Card Fees | 1,213.79 |
| ACH | 2/8/2023 | M&T Bank | Bank and/or Credit Card Fees | 1,299.75 |
| ACH | 3/8/2023 | M&T Bank | Bank and/or Credit Card Fees | 1,302.22 |
| ACH | 1/17/2023 | ReliaFund Inc | Credit Card Fees | 20.00 |
| ACH | 2/3/2023 | Bankcard | Credit Card Fees | 65.90 |
| ACH | 2/15/2023 | ReliaFund Inc | Credit Card Fees | 20.00 |
| ACH | 3/3/2023 | Bankcard | Credit Card Fees | 65.90 |
| ACH | 3/15/2023 | ReliaFund Inc | Credit Card Fees | 20.00 |
| | 12/31/2022 | Net Deposits Pending Transfer Adjustment | Net Deposits Pending Transfer Adjustment | -191.80 |
| | | | **TOTAL** | **3,815.76** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  January 1, 2023 to March 31, 2023**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 3 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #3 - M&T Bank, Account Ending 5079

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 1/10/2023 | M&T Bank | Bank and/or Credit Card Fees | 1,823.65 |
| ACH | 2/8/2023 | M&T Bank | Bank and/or Credit Card Fees | 1,851.46 |
| ACH | 3/8/2023 | M&T Bank | Bank and/or Credit Card Fees | 1,800.33 |
| Wire | 2/8/2023 | RCA Healthcare Management, LLC | Net Deposits Transfer to Segregated Account | 50,000.00 |
| Wire | 2/21/2023 | RCA Healthcare Management, LLC | Net Deposits Transfer to Segregated Account | 40,000.00 |
| Wire | 3/20/2023 | RCA Healthcare Management, LLC | Net Deposits Transfer to Segregated Account | 40,000.00 |
|  | 3/31/2023 | Adjust:  RCA Healthcare Management, LLC | Net Deposits Pending Transfer Adjustment | -130,000.00 |
|  |  |  | **TOTAL** | **5,475.44** |

**Absolut Facilities Management, LLC**
**Case No. 19-76260**
**Reporting Period:  January 1, 2023 to March 31, 2023**

**Quarterly Operating Report**
**Chapter 11, Post-Confirmation**
**Attachment No. 4 [Acct 4 of 4]**

### SCHEDULE OF DISBURSEMENTS
### Account #4 - M&T Bank, Account Ending 5426
**No Disbursements in Current Period**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | **TOTAL** | **0.00** |

**Due to account inactivity and $0.00 balance, this account was closed by the bank.**

# M&T Bank

| | |
|---|---|
| **FOR INQUIRIES CALL:** | HEALTHCARE BUFFALO<br>(716) 848-7354 |

00    0 01276M NM  017

000000                                    P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2983**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▆▆▆9203 | 01/01/23 - 01/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $345,180.08 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 95,931.21 |
| LESS SERVICE CHARGES | 77.41 |
| ENDING BALANCE | $249,171.46 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2023 | BEGINNING BALANCE | | | $345,180.08 |
| 01/03/2023 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | $15,353.42 | 329,826.66 |
| 01/10/2023 | SERVICE CHARGE FOR ACCOUNT▆▆▆▆9203 | | 77.41 | 329,749.25 |
| 01/11/2023 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 2,208.05 | 327,541.20 |
| 01/12/2023 | QUARTERLY FEE PAYMENT        0000 | | 2,219.00 | 325,322.20 |
| 01/20/2023 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 6,155.50 | |
| 01/20/2023 | CHECK NUMBER    1336 | | 1,443.60 | |
| 01/20/2023 | CHECK NUMBER    1337 | | 788.77 | |
| 01/20/2023 | CHECK NUMBER    1340 | | 1,063.96 | |
| 01/20/2023 | CHECK NUMBER    1399 | | 371.74 | |
| 01/20/2023 | CHECK NUMBER    1429 | | 307.18 | 315,191.45 |
| 01/23/2023 | CHECK NUMBER    1338 | | 1,122.91 | |
| 01/23/2023 | CHECK NUMBER    1345 | | 579.71 | |
| 01/23/2023 | CHECK NUMBER    1360 | | 2,764.78 | |
| 01/23/2023 | CHECK NUMBER    1366 | | 1,417.00 | |
| 01/23/2023 | CHECK NUMBER    1368 | | 1,003.89 | |
| 01/23/2023 | CHECK NUMBER    1385 | | 672.51 | |
| 01/23/2023 | CHECK NUMBER    1402 | | 24,517.40 | |
| 01/23/2023 | CHECK NUMBER    1405 | | 257.59 | |
| 01/23/2023 | CHECK NUMBER    1407 | | 317.69 | |
| 01/23/2023 | CHECK NUMBER    1422 | | 131.21 | |
| 01/23/2023 | CHECK NUMBER    1425 | | 184.11 | |
| 01/23/2023 | CHECK NUMBER    1427 | | 263.85 | |
| 01/23/2023 | CHECK NUMBER    1432 | | 254.33 | |
| 01/23/2023 | CHECK NUMBER    1436 | | 116.56 | |
| 01/23/2023 | CHECK NUMBER    1438 | | 315.89 | 281,272.02 |
| 01/24/2023 | CHECK NUMBER    1341 | | 2,067.63 | |
| 01/24/2023 | CHECK NUMBER    1350 | | 2,329.04 | |
| 01/24/2023 | CHECK NUMBER    1401 | | 1,980.22 | |
| 01/24/2023 | CHECK NUMBER    1410 | | 271.65 | |
| 01/24/2023 | CHECK NUMBER    1415 | | 323.41 | |
| 01/24/2023 | CHECK NUMBER    1421 | | 359.93 | |
| 01/24/2023 | CHECK NUMBER    1423 | | 153.44 | |
| 01/24/2023 | CHECK NUMBER    1430 | | 149.61 | |
| 01/24/2023 | CHECK NUMBER    1431 | | 364.31 | |

# M&T Bank

FOR INQUIRIES CALL:    HEALTHCARE BUFFALO
(716) 848-7354

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ███████9203 | 01/01/23 - 01/31/23 |

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/24/2023 | CHECK NUMBER     1437 | | 187.59 | |
| 01/24/2023 | CHECK NUMBER     1445 | | 159.24 | 272,925.95 |
| 01/25/2023 | ABSOLUT FACILITI ACH          -SETT-ONLINEACH | | 6,305.78 | |
| 01/25/2023 | CHECK NUMBER     1353 | | 1,130.29 | |
| 01/25/2023 | CHECK NUMBER     1358 | | 1,389.10 | |
| 01/25/2023 | CHECK NUMBER     1364 | | 947.90 | |
| 01/25/2023 | CHECK NUMBER     1382 | | 1,164.52 | 261,988.36 |
| 01/26/2023 | CHECK NUMBER     1342 | | 666.00 | |
| 01/26/2023 | CHECK NUMBER     1374 | | 1,746.78 | |
| 01/26/2023 | CHECK NUMBER     1379 | | 2,381.11 | |
| 01/26/2023 | CHECK NUMBER     1408 | | 113.84 | |
| 01/26/2023 | CHECK NUMBER     1417 | | 109.62 | 256,971.01 |
| 01/27/2023 | CHECK NUMBER     1370 | | 650.39 | |
| 01/27/2023 | CHECK NUMBER     1381 | | 638.11 | |
| 01/27/2023 | CHECK NUMBER     1406 | | 111.72 | |
| 01/27/2023 | CHECK NUMBER     1412 | | 235.17 | |
| 01/27/2023 | CHECK NUMBER     1414 | | 318.23 | 255,017.39 |
| 01/30/2023 | CHECK NUMBER     1343 | | 574.05 | |
| 01/30/2023 | CHECK NUMBER     1351 | | 445.29 | |
| 01/30/2023 | CHECK NUMBER     1363 | | 1,171.21 | |
| 01/30/2023 | CHECK NUMBER     1403 | | 466.40 | |
| 01/30/2023 | CHECK NUMBER     1434 | | 323.64 | 252,036.80 |
| 01/31/2023 | CHECK NUMBER     1355 | | 585.91 | |
| 01/31/2023 | CHECK NUMBER     1378 | | 704.59 | |
| 01/31/2023 | CHECK NUMBER     1383 | | 1,189.48 | |
| 01/31/2023 | CHECK NUMBER     1418 | | 124.35 | |
| 01/31/2023 | CHECK NUMBER     1447 | | 261.01 | 249,171.46 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 55 | |

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE
(PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO
THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR
PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS
WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR FOR OVERDRAFT PROTECTION TRANSFERS ARE
NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND
AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT.
TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.

# M&T Bank

| | |
|---|---|
| FOR INQUIRIES CALL: | **HEALTHCARE BUFFALO**<br>(716) 848-7354 |

00   0 01276M NM  017

000000                                              P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2983**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|---|---|
| █████9203 | **02/01/23 - 02/28/23** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$249,171.46** |
| **DEPOSITS & CREDITS** | **744.03** |
| **LESS CHECKS & DEBITS** | **19,765.90** |
| **LESS SERVICE CHARGES** | **85.31** |
| **ENDING BALANCE** | **$230,064.28** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2023 | BEGINNING BALANCE | | | $249,171.46 |
| 02/01/2023 | CHECK NUMBER    1367 | | $1,147.36 | |
| 02/01/2023 | CHECK NUMBER    1387 | | 5,726.73 | |
| 02/01/2023 | CHECK NUMBER    1390 | | 916.21 | |
| 02/01/2023 | CHECK NUMBER    1416 | | 358.39 | 241,022.77 |
| 02/02/2023 | CHECK NUMBER    1435 | | 262.02 | |
| 02/02/2023 | CHECK NUMBER    1444 | | 268.69 | 240,492.06 |
| 02/03/2023 | CHECK NUMBER    1439 | | 254.07 | 240,237.99 |
| 02/06/2023 | CHECK NUMBER    1371 | | 1,323.99 | 238,914.00 |
| 02/08/2023 | SERVICE CHARGE FOR ACCOUNT█████9203 | | 85.31 | 238,828.69 |
| 02/10/2023 | CHECK NUMBER    1426 | | 130.08 | 238,698.61 |
| 02/17/2023 | DEPOSIT | $744.03 | | 239,442.64 |
| 02/22/2023 | CHECK NUMBER    1346 | | 2,322.78 | 237,119.86 |
| 02/24/2023 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 7,055.58 | 230,064.28 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 10 | |

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE
(PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO
THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR
PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS
WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR FOR OVERDRAFT PROTECTION TRANSFERS ARE
NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND
AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT.
TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.

# M&T Bank

| | |
|---|---|
| **FOR INQUIRIES CALL:** | **HEALTHCARE BUFFALO**<br>(716) 848-7354 |

00    0 01276M NM  017

000000                                    P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**PLAN ADMINISTRATOR OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2983**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9203 | 03/01/23 - 03/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $230,064.28 |
| DEPOSITS & CREDITS | 18,491.32 |
| LESS CHECKS & DEBITS | 53,493.80 |
| LESS SERVICE CHARGES | 76.64 |
| ENDING BALANCE | $194,985.16 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2023 | BEGINNING BALANCE | | | $230,064.28 |
| 03/01/2023 | CHECK NUMBER     1446 | | $173.97 | 229,890.31 |
| 03/06/2023 | CHECK NUMBER     1443 | | 102.99 | 229,787.32 |
| 03/08/2023 | SERVICE CHARGE FOR ACCOUNT          9203 | | 76.64 | 229,710.68 |
| 03/16/2023 | CHECK NUMBER     1419 | | 155.11 | 229,555.57 |
| 03/17/2023 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 10,334.88 | 219,220.69 |
| 03/22/2023 | QUARTERLY FEE PAYMENT     0000 | | 561.00 | 218,659.69 |
| 03/23/2023 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 37,233.22 | 181,426.47 |
| 03/24/2023 | DEPOSIT | $18,491.32 | | |
| 03/24/2023 | CHECK NUMBER     1413 | | 258.38 | 199,659.41 |
| 03/29/2023 | ABSOLUT FACILITI ACH      -SETT-ONLINEACH | | 4,674.25 | 194,985.16 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 4 | |

TM CLIENTS: EFFECTIVE 5/15/2023, YOUR USE OF TM SERVICES IS GOVERNED BY OUR
UPDATED MASTER TREASURY MANAGEMENT SERVICES AGREEMENT (TM AGREEMENT) AND
PRODUCT TERMS AND CONDITIONS BOOKLET (BOOKLET). THE UPDATED TM AGREEMENT AND
BOOKLET APPLY TO THE MAXIMUM EXTENT PERMISSIBLE UNDER YOUR CURRENT AGREEMENTS;
PROVIDED THAT, IN THE EVENT OF CONFLICT WITH PROVISIONS THAT CANNOT BE AMENDED
BY NOTICE OR RATIFIED BY CONTINUED USE, SUCH PROVISIONS CONTINUE TO GOVERN, BUT
ONLY TO THE EXTENT NECESSARY TO RESOLVE THE CONFLICT. VISIT MTB.COM/TMTERMS FOR
A SUMMARY OF CHANGES AND THE UPDATED BOOKLET AND TM AGREEMENT.

# M&T Bank

FOR INQUIRIES CALL:    HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000

**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▇▇▇1091 | **01/01/23 - 01/31/23** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$1,646.47** |
| **DEPOSITS & CREDITS** | **4,431.92** |
| **LESS CHECKS & DEBITS** | **85.90** |
| **LESS SERVICE CHARGES** | **1,213.79** |
| **ENDING BALANCE** | **$4,778.70** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2023 | BEGINNING BALANCE | | | $1,646.47 |
| 01/03/2023 | MERCHANT BNKCD FEE        434592267885 | | $65.90 | 1,580.57 |
| 01/04/2023 | ABSOLUT F - 9203 TRANSFER | $4,431.92 | | 6,012.49 |
| 01/10/2023 | SERVICE CHARGE FOR ACCOUNT ▇▇▇1091 | | 1,213.79 | 4,798.70 |
| 01/17/2023 | ReliaFund Inc ACH Fees        37197180 | | 20.00 | 4,778.70 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE
(PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO
THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR
PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS
WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR FOR OVERDRAFT PROTECTION TRANSFERS ARE
NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND
AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT.
TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.

# M&T Bank

| | |
|---|---|
| **FOR INQUIRIES CALL:** | **HEALTHCARE BUFFALO** |
| | **(716) 848-7354** |

**00   0 01276M NM  017**

000000

**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| **CORPORATE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▮▮▮1091 | **02/01/23 - 02/28/23** |

| | |
|---|---|
| BEGINNING BALANCE | $4,778.70 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 85.90 |
| LESS SERVICE CHARGES | 1,299.75 |
| ENDING BALANCE | $3,393.05 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2023 | BEGINNING BALANCE | | | 4,778.70 |
| 02/03/2023 | MERCHANT BNKCD FEE        434592267885 | | $65.90 | 4,712.80 |
| 02/08/2023 | SERVICE CHARGE FOR ACCOUNT▮▮▮1091 | | 1,299.75 | 3,413.05 |
| 02/15/2023 | ReliaFund Inc ACH Fees        37441082 | | 20.00 | 3,393.05 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE
(PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO
THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR
PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS
WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR FOR OVERDRAFT PROTECTION TRANSFERS ARE
NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND
AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT.
TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.

# M&T Bank

FOR INQUIRIES CALL:    HEALTHCARE BUFFALO
(716) 848-7354

00    0 01276M NM  017

000000

**ABSOLUT FACILITIES MANAGEMENT LLC**
**HUD**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2980**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 1091 | 03/01/23 - 03/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $3,393.05 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 85.90 |
| LESS SERVICE CHARGES | 1,302.22 |
| ENDING BALANCE | $2,004.93 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2023 | BEGINNING BALANCE | | | 3,393.05 |
| 03/03/2023 | MERCHANT BNKCD FEE        434592267885 | | $65.90 | 3,327.15 |
| 03/08/2023 | SERVICE CHARGE FOR ACCOUNT           1091 | | 1,302.22 | 2,024.93 |
| 03/15/2023 | ReliaFund Inc ACH Fees      37681031 | | 20.00 | 2,004.93 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TM CLIENTS: EFFECTIVE 5/15/2023, YOUR USE OF TM SERVICES IS GOVERNED BY OUR
UPDATED MASTER TREASURY MANAGEMENT SERVICES AGREEMENT (TM AGREEMENT) AND
PRODUCT TERMS AND CONDITIONS BOOKLET (BOOKLET). THE UPDATED TM AGREEMENT AND
BOOKLET APPLY TO THE MAXIMUM EXTENT PERMISSIBLE UNDER YOUR CURRENT AGREEMENTS;
PROVIDED THAT, IN THE EVENT OF CONFLICT WITH PROVISIONS THAT CANNOT BE AMENDED
BY NOTICE OR RATIFIED BY CONTINUED USE, SUCH PROVISIONS CONTINUE TO GOVERN, BUT
ONLY TO THE EXTENT NECESSARY TO RESOLVE THE CONFLICT. VISIT MTB.COM/TMTERMS FOR
A SUMMARY OF CHANGES AND THE UPDATED BOOKLET AND TM AGREEMENT.

# M&T Bank

**FOR INQUIRIES CALL:** HEALTHCARE BUFFALO
(716) 848-7354

00    0 01276M NM  017

000000                                    P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2983**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▮▮▮▮▮5079 | 01/01/23 - 01/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $16,378.75 |
| DEPOSITS & CREDITS | 46,215.54 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 1,823.65 |
| ENDING BALANCE | $60,770.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2023 | BEGINNING BALANCE | | | $16,378.75 |
| 01/10/2023 | HEALTHNOW94000 HCCLAIMPMT    98887649 | $583.50 | | |
| 01/10/2023 | SERVICE CHARGE FOR ACCOUNT▮▮▮▮▮5079 | | $1,823.65 | 15,138.60 |
| 01/13/2023 | AMERICAN PROGRES HCCLAIMPMT | 607.64 | | |
| 01/13/2023 | MVP Health Plan, HCCLAIMPMT    208468133 | 64.00 | | 15,810.24 |
| 01/17/2023 | UNIVERSAL AMERIC HCCLAIMPMT | 3,165.40 | | 18,975.64 |
| 01/18/2023 | New York Quality HCCLAIMPMT    100387303175300 | 7,939.96 | | |
| 01/18/2023 | AMERICAN PROGRES HCCLAIMPMT | 7,144.20 | | |
| 01/18/2023 | HEALTHNOW94000 HCCLAIMPMT    98893249 | 3,079.70 | | |
| 01/18/2023 | HEALTHNOW94000 HCCLAIMPMT    98893239 | 2,842.80 | | 39,982.30 |
| 01/20/2023 | AMERICAN PROGRES HCCLAIMPMT | 4,522.70 | | 44,505.00 |
| 01/24/2023 | HEALTHNOW94000 HCCLAIMPMT    98897937 | 940.00 | | |
| 01/24/2023 | AMERICAN PROGRES HCCLAIMPMT | 105.59 | | 45,550.59 |
| 01/25/2023 | BCBS OF MASS HCCLAIMPMT    736007919 | 3,306.50 | | 48,857.09 |
| 01/26/2023 | HEALTHNOW94000 HCCLAIMPMT    98901087 | 1,717.31 | | 50,574.40 |
| 01/27/2023 | Centers Plan for HCCLAIMPMT | 6,658.44 | | 57,232.84 |
| 01/30/2023 | AMERICAN PROGRES HCCLAIMPMT | 3,537.80 | | 60,770.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 15 | 0 | |

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE
(PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO
THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR
PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS
WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR FOR OVERDRAFT PROTECTION TRANSFERS ARE
NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND
AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT.
TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.

# M&T Bank

FOR INQUIRIES CALL:    HEALTHCARE BUFFALO
(716) 848-7354

00   0 01276M NM  017

000000                                    P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2983**

| ACCOUNT TYPE | |
| --- | --- |
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ███████5079 | 02/01/23 - 02/28/23 |

| | |
| --- | --- |
| BEGINNING BALANCE | $60,770.64 |
| DEPOSITS & CREDITS | 44,531.37 |
| LESS CHECKS & DEBITS | 90,000.00 |
| LESS SERVICE CHARGES | 1,851.46 |
| ENDING BALANCE | $13,450.55 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 02/01/2023 | BEGINNING BALANCE | | | $60,770.64 |
| 02/01/2023 | VACP TREAS 310 XXVA BENEF      129401595003600 | $2,229.00 | | |
| 02/01/2023 | OTDA SSP/SSPNA P ACH         AP00071019895 | 337.99 | | 63,337.63 |
| 02/03/2023 | AMERICAN PROGRES HCCLAIMPMT | 2,940.01 | | 66,277.64 |
| 02/07/2023 | HEALTHNOW94000 HCCLAIMPMT     98905452 | 1,361.50 | | 67,639.14 |
| 02/08/2023 | AMERICAN PROGRES HCCLAIMPMT | 1,739.50 | | |
| 02/08/2023 | BCBS OF MASS HCCLAIMPMT      736111530 | 194.50 | | |
| 02/08/2023 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | $50,000.00 | |
| 02/08/2023 | SERVICE CHARGE FOR ACCOUNT███████5079 | | 1,851.46 | 17,721.68 |
| 02/09/2023 | Fallon Health We HCCLAIMPMT | 30,926.00 | | 48,647.68 |
| 02/17/2023 | UNIVERSAL AMERIC HCCLAIMPMT | 390.80 | | 49,038.48 |
| 02/21/2023 | AMERICAN PROGRES HCCLAIMPMT | 3,795.54 | | |
| 02/21/2023 | AMERICAN PROGRES HCCLAIMPMT | 192.08 | | |
| 02/21/2023 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 40,000.00 | 13,026.10 |
| 02/22/2023 | HMNYCLAIMS HCCLAIMPMT      1417084237 | 424.45 | | 13,450.55 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 11 | 0 | |

EFFECTIVE JANUARY 1, 2023, WE HAVE ELIMINATED AN INSUFFICIENT FUNDS (NSF) FEE
(PREVIOUSLY $36) FROM ALL M&T BUSINESS AND COMMERCIAL DEPOSIT ACCOUNTS. PRIOR TO
THAT DATE, THE NSF FEE APPLIED TO DEBIT TRANSACTIONS THAT WERE PRESENTED FOR
PAYMENT FROM YOUR ACCOUNT BUT WERE RETURNED UNPAID. FEES FOR DEBIT TRANSACTIONS
WE PAY THAT OVERDRAW YOUR ACCOUNT AND/OR OVERDRAFT PROTECTION TRANSFERS ARE
NOT IMPACTED BY THIS CHANGE. PLEASE REVIEW YOUR ACCOUNT DISCLOSURES AND
AGREEMENTS FOR MORE INFORMATION ABOUT THE FEES THAT APPLY TO YOUR ACCOUNT.
TO DICUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL YOUR RELATIONSHIP MANAGER.

# M&T Bank

**FOR INQUIRIES CALL:**   HEALTHCARE BUFFALO
(716) 848-7354

00    0 01276M NM  017

000000                                    P

**ABSOLUT FACILITIES MANAGEMENT LLC**
**OPERATING ACCOUNT**
**DEBTOR IN POSESSION**
**300 GLEED AVE**
**EAST AURORA NY 14052-2983**

| ACCOUNT TYPE | |
|---|---|
| CORPORATE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ██████5079 | 03/01/23 - 03/31/23 |

| | |
|---|---|
| BEGINNING BALANCE | $13,450.55 |
| DEPOSITS & CREDITS | 58,154.17 |
| LESS CHECKS & DEBITS | 40,000.00 |
| LESS SERVICE CHARGES | 1,800.33 |
| ENDING BALANCE | $29,804.39 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2023 | BEGINNING BALANCE | | | $13,450.55 |
| 03/01/2023 | VACP TREAS 310 XXVA BENEF     129401595003600 | $2,229.00 | | |
| 03/01/2023 | OTDA SSP/SSPNA P ACH        AP00071671118 | 337.99 | | 16,017.54 |
| 03/06/2023 | AMERICAN PROGRES HCCLAIMPMT | 4,990.16 | | 21,007.70 |
| 03/08/2023 | SERVICE CHARGE FOR ACCOUNT ██████5079 | | $1,800.33 | 19,207.37 |
| 03/09/2023 | Fallon Health We HCCLAIMPMT | 6,847.90 | | |
| 03/09/2023 | AMERICAN PROGRES HCCLAIMPMT | 5,218.50 | | 31,273.77 |
| 03/10/2023 | AMERICAN PROGRES HCCLAIMPMT | 4,870.60 | | 36,144.37 |
| 03/13/2023 | AMERICAN PROGRES HCCLAIMPMT | 3,528.00 | | 39,672.37 |
| 03/15/2023 | HMNYCLAIMS HCCLAIMPMT     1417084237 | 2,277.60 | | 41,949.97 |
| 03/16/2023 | AMERICAN PROGRES HCCLAIMPMT | 2,352.00 | | 44,301.97 |
| 03/17/2023 | UNIVERSAL AMERIC HCCLAIMPMT | 1,848.91 | | 46,150.88 |
| 03/20/2023 | AMERICAN PROGRES HCCLAIMPMT | 2,408.92 | | |
| 03/20/2023 | OUTGOING FEDWIRE TRANSFER AUTO NON REP ABSOLUT CENTER AT AURORA PARK | | 40,000.00 | 8,559.80 |
| 03/22/2023 | HMNYFEPCLM HCCLAIMPMT     1417084237 | 8,899.20 | | 17,459.00 |
| 03/23/2023 | HEALTHNOW94000 HCCLAIMPMT     98919935 | 4.58 | | 17,463.58 |
| 03/24/2023 | New York Quality HCCLAIMPMT   100387959345300 | 390.49 | | 17,854.07 |
| 03/29/2023 | HMNYCLAIMS HCCLAIMPMT     1417084237 | 7,717.33 | | |
| 03/29/2023 | AMERICAN PROGRES HCCLAIMPMT | 1,666.00 | | 27,237.40 |
| 03/31/2023 | VACP TREAS 310 XXVA BENEF     129401595003600 | 2,229.00 | | |
| 03/31/2023 | OTDA SSP/SSPNA P ACH        AP00072407991 | 337.99 | | 29,804.39 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 18 | 0 | |

TM CLIENTS: EFFECTIVE 5/15/2023, YOUR USE OF TM SERVICES IS GOVERNED BY OUR UPDATED MASTER TREASURY MANAGEMENT SERVICES AGREEMENT (TM AGREEMENT) AND PRODUCT TERMS AND CONDITIONS BOOKLET (BOOKLET). THE UPDATED TM AGREEMENT AND BOOKLET APPLY TO THE MAXIMUM EXTENT PERMISSIBLE UNDER YOUR CURRENT AGREEMENTS; PROVIDED THAT, IN THE EVENT OF CONFLICT WITH PROVISIONS THAT CANNOT BE AMENDED BY NOTICE OR RATIFIED BY CONTINUED USE, SUCH PROVISIONS CONTINUE TO GOVERN, BUT ONLY TO THE EXTENT NECESSARY TO RESOLVE THE CONFLICT. VISIT MTB.COM/TMTERMS FOR A SUMMARY OF CHANGES AND THE UPDATED BOOKLET AND TM AGREEMENT.