**Supplemental information provided in support of this quarterly Post-confirmation Report ("PCR")**

### Part 1: Summary of Post-confirmation Transfers

Line a.  Total cash disbursements - Total Since Effective Date excludes any activity preceding the initial quarterly reporting period of 3Q 2020

### Part 2: Preconfirmation Professional Fees and Expenses

Professional fees & expenses (bankruptcy and nonbankruptcy) are included in Part 3, Line a. - Administrative Claims, along with other administrative creditors.

A summary of paid/unpaid professional fees was provided to the Court by the Plan Administrator in Exhibit 2 of its letter dated September 10, 2020.

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

Line a.  Administrative Claims include the estimated amount(s) provided to the Court by the Plan Administrator in Exhibit 1 of its letter dated September 10, 2020
  *The amount(s) herein exclude reduction(s) for negotiated settlements with claimant(s), notification by vendor(s) of lower outstanding balance(s), etc.*

Line b.  Secured Claims include the estimated amount(s) provided in Exhibit 2 of the Second Amended Disclosure Statement (Docket 517). No secured claims are outstanding.

Line d.  General Unsecured Claims include the estimated amount(s) provided in the Second Amended Disclosure Statement (Docket 517) for Classes 4 and 5