

KLESTADT
WINTERS
JURELLER
SOUTHARD &
STEVENS, LLP

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

April 16, 2024

**VIA ECF**
Hon. Alan S. Trust
U.S. Bankruptcy Court, Eastern District of N.Y.
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

> Re:    Absolut Facilities Management, LLC, et al.
>        Case No. 19-76260 (AST) – Jointly Administered

Dear Chief Judge Trust:

This firm is legal counsel for the movants ("Movants") with respect to the motion filed at ECF Docket No. 726 (the "Motion") in the above-referenced jointly administered Chapter 11 cases, seeking entry of an order pursuant to U.S.C. §§ 105(A), 524, and 1141, Rules 3020(d), 9014, and 9020 of the Federal Rules of Bankruptcy Procedure, (i) enforcing the discharge and permanent injunction contained in the Debtors' Third Amended Joint Chapter 11 Plan and the Order Confirming Third Amended Joint Chapter 11 Plan and Approving Disclosure Statement, by directing State Court Plaintiffs to dismiss the State Court Actions, (ii) finding Brown Chiari LLP and State Court Plaintiffs to be in civil contempt; and (iii) imposing sanctions on Brown Chiari LLP and State Court Plaintiffs.

We write in accordance with the directives of the Court to confirm that the hearing on the Motion has been adjourned on consent from April 17, 2024 at 2:00 p.m. to July 10, 2024 at 10:00 a.m.

Respectfully submitted,
*/s/ Brendan M. Scott*
Brendan M. Scott