UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:                                                    Chapter 11

ABSOLUT FACILITIES MANAGEMENT, LLC     Case No.:  8-19-76260-ast


                                        Debtor.

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF NEW YORK        }
                         } SS.:
COUNTY OF NEW YORK    }

    I, Shonda G. Muse, being duly sworn, hereby deposes and says:  I am over 18 years of age, I am not a party to this action and I reside in Kings County in the State of New York.  The following document has been served on July 16, 2024 via ECF to the parties at the email addresses shown on the attached service list.

### LETTER PROVIDING NOTICE OF COURT HEARING
### [Document number 759]


    I hereby certify that all of the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: July 31, 2024                          /s/ ***SHONDA MUSE***
                                                 SHONDA MUSE

## Service List

George Angelich on behalf of Creditor 6060 Armor Road, LLC
George Angelich on behalf of Creditor Arba Group
George Angelich on behalf of Plaintiff 6060 Armor Road, LLC
george.angelich@afslaw.com;lisa.indelicato@arentfox.com;beth.brownstein@arentfox.com;
david.mayo@arentfox.com; alyssa.fiorentino@arentfox.com; jordana.renert@arentfox.com

Jessica Ipa Apter on behalf of Creditor 1199SEIU United Healthcare Workers East
japter@levyratner.com;

Ryan J. Barbur on behalf of Creditor 1199SEIU Greater New York Education Fund
Ryan J. Barbur on behalf of Creditor 1199SEIU Regional Pension Fund
Ryan J. Barbur on behalf of Creditor 1199SEIU United Healthcare Workers East
rbarbur@levyratner.com;

Arthur G Baumeister, Jr on behalf of Creditor Denise A. Kolodziej
abaumeister@bdlegal.net;

Robert Aaron Benjamin on behalf of Creditor Kaufman Borgeest & Ryan LLP
rbenjamin@kbrlaw.com

Daniel B. Besikof on behalf of Debtor Absolut Facilities Management, LLC
Daniel B. Besikof on behalf of Plaintiff Absolut Facilities Management, LLC
dbesikof@lowenstein.com

Christine H. Black
christine.h.black@usdoj.gov; Erin.Hogan@usdoj.gov; Sharon.Warner@usdoj.gov
Rhonda.J.Zdanowicz@usdoj.gov; Ercelia.Mendoza@usdoj.gov; USTP.LI.ECF@usdoj.gov

Jonathan Bodner on behalf of Creditor ABS DIP, LLC
jbodner@bodnerlawpllc.com;

Michael R Caruso on behalf of Creditor Ohio Casualty Insurance Company and its affiliates
michael.caruso@bipc.com; eservice@bipc.com; maria.scala@bipc.com

James R Cho on behalf of Creditor United States of America
James R Cho on behalf of Plaintiff Equal Employment Opportunity Commission
james.cho@usdoj.gov

Jeffrey Chubak on behalf of Liquidating Trustee Ronald Winters of Gibbins Advisors, LLC
jchubak@aminillc.com; aminillcfiling@aminillc.com; jchubak@ecf.courtdrive.com

Nicole M Ciolko on behalf of Creditor Signature Financial, LLC
nciolko@bronsterllp.com

Paul A De Genaro on behalf of Creditor 777 Equipment Finance LLC
pdegenaro@benantilaw.com

Kyle C. DiDone on behalf of Creditor Paramount Roofing Inc.
didone@rupppfalzgraf.com; hill@rupppfalzgraf.com; federalfiling@rupppfalzgraf.com

Stephen A Donato on behalf of COTRNC Realty, LLC, DURNC Operating, LLC, DURNC Realty, LLC, EDRNC Operating, LLC, EDRNC Realty, LLC, HORNC Operating, LLC, HORNC Realty, LLC, SARNC Operating, LLC, SARNC Realty, LLC
sdonato@bsk.com; tayers@bsk.com; kdoner@bsk.com; CourtMail@bsk.com

Gabriel J Ferber on behalf of Interested Party Ally
bkcy@nfdlaw.com

Peter B Foster on behalf of Creditor Sterling National Bank
pfoster@foster-wolkind.com

Aviva Francis on behalf of Creditor Specialty RX NY, Inc.
Aviva Francis on behalf of Creditor Specialty Rx, Inc.
afrancis@jntllp.com

Megan J. Freismuth on behalf of Creditor United States of America
Megan J. Freismuth on behalf of Interested Party United States of America
Megan J. Freismuth on behalf of Plaintiff Equal Employment Opportunity Commission
megan.freismuth@usdoj.gov

Ronald J. Friedman on behalf of Patient Care Ombudsman Joseph J. Tomaino
ronald.friedman@rimonlaw.com; docketing@rimonlaw.com;

Leo V. Gagion on behalf of Creditor New York State Department of Health
Leo.Gagion@ag.ny.gov; Enid.Stuart@ag.ny.gov;

Garry M. Graber on behalf of Creditor Cass Development Company
ggraber@hodgsonruss.com; mheftka@hodgsonruss.com; cnapiers@hodgsonruss.com

Charles A. Gruen on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
cgruen@gruenlaw.com

Ronald Paul Hart on behalf of Interested Party BRANDON TAYLOR
ronaldphartesq@gmail.com

William M Hawkins on behalf of Debtor Absolut Facilities Management, LLC
William M Hawkins on behalf of Plaintiff Absolut Facilities Management, LLC
whawkins@loeb.com; nybkdocket@loeb.com; nydocket@loeb.com

Andrew B Helfand on behalf of Creditor Signature Financial, LLC
ahelfand@bronsterllp.com;

Suzanne Hepner on behalf of Creditor 1199SEIU United Healthcare Workers East
shepner@levyratner.com; rbarbur@levyratner.com; jcisneros@levyratner.com;
lblackstone@levyratner.com; klehmann@levyratner.com

Camille Hill on behalf of COTRNC Realty, LLC, DURNC Operating, LLC, DURNC Realty, LLC, EDRNC Operating, LLC, EDRNC Realty, LLC, HORNC Operating, LLC, HORNC Realty, LLC, SARNC Operating, LLC, SARNC Realty, LLC
chill@bsk.com; kdoner@bsk.com; tayers@bsk.com; nbasalyga@bsk.com

Tracy L Klestadt on behalf of Interested Party RCA Healthcare Management LLC
tklestadt@klestadt.com; tklestadt@yahoo.com;

Lawrence J Kotler on behalf of Creditor Midland Loan Services, Inc., acting by and through its authorized sub-servicer Berkadia Commercial MortgageLLC
ljkotler@duanemorris.com

Harlan M Lazarus on behalf of Creditor Clinical Staffing Resources Corp.
hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com

Kenneth M Lewis on behalf of Interested Party Capital Funding, LLC
klewis@whitefordlaw.com; klewis@lewispllc.com

Kenneth M Lewis on behalf of Interested Party Capital Funding, LLC
klewis@whitefordlaw.com; klewis@lewispllc.com;

Ira S Lipsius on behalf of Defendant Grandview Brokerage Corporation
ilipsius@lipsiuslaw.com; pmanela@lipsiuslaw.com;

Craig T Mierzwa on behalf of Creditor Deborah Fetterly
Craig T Mierzwa on behalf of Interested Party Dwayne Benner
Craig T Mierzwa on behalf of Interested Party Stephen Schunk
cmierzwa@simonattys.com; tboostrom@simonattys.com

Evan M Newman on behalf of Creditor Specialty RX NY, Inc.
Evan M Newman on behalf of Creditor Specialty Rx, Inc.
enewman@jntllp.com

Matteo Percontino on behalf of Creditor Hewlett-Packard Financial Services Company
mpercontino@coleschotz.com; ssallie@coleschotz.com

James B. Reed on behalf of Claimant Diana L. Morse
James B. Reed on behalf of Interested Party Diane L Morse
jreed@zifflaw.com; kwheadon@zifflaw.com

Matthew G Roseman on behalf of Creditor Chubb European Group SE
mroseman@cullenllp.com; mmillnamow@cullenllp.com

Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov;

Avery Samet on behalf of Creditor Committee Official Committee of Unsecured Creditors
asamet@aminillc.com; asamet@ecf.courtdrive.com; aminillcfiling@aminillc.com

William F. Savino on behalf of Defendant Mark LaSurk as Administrator of the Estate of Rhonda LaSurk
wsavino@woodsoviatt.com; lherald@woodsoviatt.com;

Brendan M Scott on behalf of RCA Healtcare Management LLC, RCA Servicer at Aurora Park, LLC, Edward Farbenblum, Menachem Tauber, Michael Farbenblum, Yehuda B. Sherman, Yehudah Newman
bscott@klestadt.com

Andrew I Silfen on behalf of Plaintiff 6060 Armor Road, LLC
andrew.silfen@afslaw.com; nova.alindogan@arentfox.com

Thomas R Slome on behalf of Creditor New York State Electric and Gas Corporation
tslome@cullenllp.com; crodriguez@cullenllp.com

John R Stoelker on behalf of Creditor Grandison Management, Inc.
jstoelker@mccarter.com

Andrew M. Thaler on behalf of Interested Party Axis Surplus Insurance Company
athaler@cullenllp.com; dmigliore@cullenllp.com; r61907@notify.bestcase.com

James C Thoman on behalf of Creditor All State Fire Equipment of WNY
James C Thoman on behalf of Creditor Latina Boulevard Foods
jthoman@hodgsonruss.com; cnapiers@hodgsonruss.com; mheftka@hodgsonruss.com

Paige Barr Tinkham on behalf of Creditor Capital Finance, LLC
ptinkham@blankrome.com;

United States Trustee
USTPRegion02.LI.ECF@usdoj.gov;

Theresa M. Walsh on behalf of Creditor Elizabeth M. Ambrose
twalsh@brownchiari.com

John Robert Weiss on behalf of Creditor Midland Loan Services, Inc., acting by and through its authorized sub-servicer Berkadia Commercial MortgageLLC
jrweiss@duanemorris.com

Menachem O. Zelmanovitz on behalf of Creditor Designed for Healthcare Ltd.
mendy@zelmlaw.com

Evan J. Zucker on behalf of Creditor Capital Finance, LLC
ezucker@blankrome.com;

403155290.1