

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

March 18, 2025

**By ECF**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: In re Absolut Facilities Management, LLC 19-bk-76260-ast

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC herein and write to notify interested parties that the status conference that had been scheduled for March 26, 2025 at 10:00 a.m. has been adjourned to **September 10, 2025 at 10:30 a.m.**

Sincerely,

/s/ Jeffrey Chubak

cc: counsel of record