Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

March 10, 2026

**By ECF and Email**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

Re: 19-bk-76260 In re Absolut Facilities Management, LLC
Pre-Status Conference Report

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC and write to provide a brief update in advance of the status conference scheduled for March 11, 2026 as was requested at the September 10, 2025 status conference. [See transcript at Dkt. 777.]

By way of background, under Section 6 of the Asset Purchase Agreement [Dkt. 432 Exhibit C] ("APA"), RCA Healthcare Management LLC ("RCA") agreed to close only after receipt of (1) approval by the New York State Department of Health ("DOH") of the certificate of need ("CON") applications seeking DOH approval of the subject transaction and (2) HUD approval. (See also APA §§ 12.4 and 13.4, providing said approval are conditions to closing.) As explained in our correspondence dated March 18, 2025 [Dkt. 770], RCA's CON applications were not considered at the prior Public Health and Health Planning Council meetings, and we had not received an indication as to whether the transaction would be considered at the Public Health and Health Planning Council meetings scheduled for later in 2025.

As of the September 10, 2025 status conference, RCA had not yet obtained approval of the CON applications from the DOH and communicated to us that it intended to withdraw its applications and restart its entire regulatory application process by filing new application and financial feasibility materials.

RCA subsequently determined it will not re-file its CON applications and has supported efforts led by the Landlord to identify a suitable replacement capable of securing DOH approval and taking assignment of the (i) the APA and (ii) the Administrative Services and Consulting Agreement [Dkt. 432 Exhibit D].

Over the last several weeks, the Plan Administrator and Plan Oversight Committee have been informed that Calvado Care has agreed to serve as RCA's replacement and promptly seek DOH and HUD approval. Calvado Care has the support of the Landlord and Israel Sherman. The Plan

Administrator provided its consent to the transaction pending his review of documentation that are near final form.

At the March 11, 2026 Status Conference, we will accordingly request a six-month adjournment to September 2026. We are current on post-confirmation reporting.

We thank the Court for its consideration of this Status Report.

/s/ Jeffrey Chubak