<u>**Exhibit B**</u>
**Written Consent of Plan Administrator**

**CONSENT**
**OF THE PLAN ADMINISTRATOR OF**
**ABSOLUT FACILITIES MANAGEMENT, LLC.**

**Dated: April 1, 2026**

Ronald Winters, the Plan Administrator (the "Plan Administrator") of Absolut Facilities Management LLC, *et al.* (the "Company"), does hereby take the following actions:

**WHEREAS**, on September 10, 2019, the Company and seven of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"), jointly administered under the lead case, *In re: Absolut Facilities Management, LLC, et al.,* Case No. 19-76260 (AST) (the "Chapter 11 Case");

**WHEREAS**, on January 30, 2020 the Debtors, and RCA Healthcare Management, LLC and its affiliates (the "Outgoing Buyer"), executed an Asset Purchase Agreement (the "APA"), an Administrative Service Agreement (the "ASA"), and related and ancillary agreements (collectively with the APA and the ASA, the "Sale Agreements"), pursuant to which the Debtors sought to sell substantially all of their assets to Outgoing Buyer (the "Sale"), subject to the Outgoing Buyer receiving necessary regulatory approvals from the State of New York;

**WHEREAS**, on February 10, 2020, the Bankruptcy Court entered an order approving the Sale [Docket No. 446];

**WHEREAS**, on May 18, 2020, the Bankruptcy Court entered an order approving the *Official Committee of Unsecured Creditors' Third Amended Chapter 11 Plan* [Docket No. 560] (the "Plan"), and on May 20, 2020 the Plan went effective (the "Plan Effective Date");

**WHEREAS**, Article 1.4 of the Plan incorporates the terms of, among other exhibits, supplements and schedules to the Plan, the Plan Administrator Agreement;

**WHEREAS**, Article 4.6(a) of the Plan provides that on the Plan Effective Date, the Plan Administrator shall succeed to such powers as would have been applicable to the Company's members, managers, and officers, except for certain matters not expressly delegated to the Plan Administrator pursuant to the Plan;

**WHEREAS**, Article 4.6(e) of the Plan provides that on the Plan Effective Date, the Plan Administrator shall have all the rights and powers of a trustee under sections 704 and 1106 of the Bankruptcy Code, including the right to take all actions and execute all agreements, instruments, and other documents necessary to implement the Plan and the Plan Administrator Agreement;

**WHEREAS**, paragraph 2(b)(vi) of the Plan Administrator Agreement provides that the Plan Administrator will support the Company's fulfillment of obligations owed under the APA;

**WHEREAS**, to date neither the "Closing Date" pursuant to the APA, nor the "Sale Effective Date" pursuant to the Plan, have occurred;

**WHEREAS**, the Company cannot wind down and enter a final decree closing the Chapter 11 Case before the Closing Date and Sale Effective Date occur;

**WHEREAS**, on March 5, 2026, Outgoing Buyer and Calvado Care LLC (the "Incoming Buyer") entered into a Services Transfer Agreement (the "STA"), pursuant to which Outgoing Buyer intends to assign and transfer the Sale Agreements to Incoming Buyer;

**WHEREAS**, the Plan Administrator has determined that Outgoing Buyer's assignment of the Sale Agreements to the Incoming Buyer is appropriate under the circumstances;

**WHEREAS**, the Plan Administrator has determined that it is in the appropriate exercise of his authority pursuant to Articles 4.6(a) and (e) of the Plan and paragraph 2(b)(vi) of the Plan Administrator Agreement to consent to entry into the STA by the Outgoing Buyer and Incoming Buyer.

**NOW, THEREFORE**, **BE IT RESOLVED**, the Plan Administrator consents to the assignment of the Sale Agreements from Outgoing Buyer to Incoming Buyer.

**FURTHER RESOLVED**, the Plan Administrator, as the holder of the Irrevocable Proxy from Israel Sherman as the majority owner of AFM, which grants the Plan Administrator with authority with respect to AFM, hereby consents to the assignment and transfer of the Sale Agreements from Outgoing Buyer to Incoming Buyer pursuant to the STA.

**FURTHER RESOLVED**, that the Plan Administrator, Mr. William Lenhart, and Mr. Israel Sherman consulted in good faith about the Plan Administrator's decision to consent and both Mr. Lenhart and Mr. Sherman agreed with the Plan Administrator's determination to grant his consent; and

**FURTHER RESOLVED**, that this consent may be signed by facsimile, photo or electronic signature and that such signature shall be deemed to be an original.

[*Signature Page to Follow*]

**IN WITNESS WHEREOF**, the undersigned have executed this written consent to be effective as of the date first written above.

Name: Ronald Winters *solely in his capacity as Plan Administrator*
Title:   Plan Administrator

Agreed to by:

Name: Mr. William Lenhart *solely in his capacity as Responsible Officer* K.
Title:   Responsible Officer

DocuSigned by:

BC1D0CB746B540B...

Name: Israel Sherman
Title:   Officer