**Exhibit C**
**Chart Summarizing Ownership by Debtor**

| Debtor | Ownership | Status |
|---|---|---|
| Absolut Facilities Management, LLC ("AFM") | 100% owned by Sherman (subject to Irrevocable Proxy) | Case remains open; AFM managed by Plan Administrator. |
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC ("Allegany") | 45% owned by Sherman; 54% owned by AFM; 1% owned by Samuel Sherman | Case closed effective June 30, 2020, pursuant to *Final Decree Closing Operating Debtors' Chapter 11 Cases* [Docket No. 645]; Allegany no longer subject to Bankruptcy Court oversight. |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC ("Aurora Park") | 45% owned by Sherman; 54% owned by AFM; 1% owned by Samuel Sherman | Case closed effective June 30, 2020, pursuant to *Final Decree Closing Operating Debtors' Chapter 11 Cases* [Docket No. 645]; Aurora Park no longer subject to Bankruptcy Court oversight. |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC ("Gasport") | 45% owned by Sherman; 54% owned by AFM; 1% owned by Samuel Sherman | Case closed effective June 30, 2020, pursuant to *Final Decree Closing Operating Debtors' Chapter 11 Cases* [Docket No. 645]; Gasport no longer subject to Bankruptcy Court oversight. |
| Absolut at Orchard Brooke, LLC ("Orchard Brooke") | 45% owned by Sherman; 54% owned by AFM; 1% owned by Samuel Sherman | Case closed effective June 30, 2020, pursuant to *Final Decree Closing Operating Debtors' Chapter 11 Cases* [Docket No. 645]; Orchard Brooke no longer subject to Bankruptcy Court oversight. |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC ("Three Rivers") | 45% owned by Sherman; 54% owned by AFM; 1% owned by Samuel Sherman | Case closed effective June 30, 2020, pursuant to *Final Decree Closing Operating Debtors' Chapter 11 Cases* [Docket No. 645]; Three Rivers no longer subject to Bankruptcy Court oversight. |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC ("Westfield") | 45% owned by Sherman; 54% owned by AFM; 1% owned by Samuel Sherman | Case closed effective June 30, 2020, pursuant to *Final Decree Closing Operating Debtors' Chapter 11 Cases* [Docket No. 645]; Westfield no longer subject to Bankruptcy Court oversight. |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC ("Orchard Park") | Closed pre-confirmation | Case closed effective June 30, 2020, pursuant to *Final Decree Closing Operating Debtors' Chapter 11 Cases* [Docket No. 645]; Orchard Park no longer subject to Bankruptcy Court oversight. |