**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 19-76260 (AST) |
| Absolut Facilities Management, LLC, *et al*., | ) |
| | ) (Substantively Consolidated) |
| Debtors.[1] | ) |
| | ) (Jointly Administered) |

### ORDER GRANTING APPLICATION ON CONSENT IN FURTHERANCE OF ASSIGNMENT OF SALE AGREEMENTS TO CALVADO CARE FROM RCA HEALTHCARE

Upon the *Application On Consent In Furtherance of Assignment of Sale Agreements to Calvado Care from RCA Healthcare* [Docket No. 784] (the "Application")[2]; and due and proper notice of the Application having been provided; and it appearing that no other or further notice need be provided; and after due deliberation therefor, it is

ORDERED that the relief requested in the Application is granted to the extent provided herein; and it is further

ORDERED that the Court determines that the Plan Administrator's consent in Exhibit B is a valid and appropriate exercise of the Plan Administrator's discretion; and it is further

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: May 1, 2026
     Central Islip, New York



_____
Alan S. Trust
United States Bankruptcy Judge