# AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

May 19, 2026

**<u>By ECF</u>**

Honorable Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato United States Courthouse
290 Federal Plaza
Central Islip, NY 11722

Re: 19-bk-76260 In re Absolut Facilities Management, LLC
    Letter of Adjournment

Dear Judge Trust:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC and write to notify interested parties that the status conference that had previously been scheduled for May 20, 2026 [Dkt. 783] has been adjourned to **<u>June 24, 2026 at 11:00 a.m.</u>** at Courtroom 960 of the Alfonse M. D'Amato United States Courthouse, 290 Federal Plaza, Central Islip, NY 11722.

Sincerely,

/s/ Jeffrey Chubak

cc: counsel of record