# AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

June 18, 2026

**By ECF and Email**

Honorable John P. Mastando III
U.S. Bankruptcy Court, Eastern District of New York
Alfonse M. D'Amato United States Courthouse
290 Federal Plaza
Central Islip, NY 11722
jpm_hearings@nyeb.uscourts.gov

Re: 19-bk-76260 In re Absolut Facilities Management, LLC ("AFM")
Letter Requesting Adjournment of June 24, 2026 Status Conference to August/Sept. 2026

Dear Judge Mastando:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC and write to request an adjournment of the status conference presently scheduled for June 24, 2026, at 11:00 a.m. to a date in August or September.

By way of background, AFM is the majority owner of seven LLCs that operated skilled nursing and assisted living facilities primarily in Western New York. One LLC (Orchard Park) closed in 2019. (ECF #284.) The sale of the other LLCs' facilities to RCA Healthcare Management, LLC ("RCA") was approved in February 2020. (ECF #446.) Because NYS Department of Health ("DOH") and HUD approval was required, the sale was phased, with RCA agreeing to operate the facilities pending regulatory approval on terms provided in an Administrative Services and Consulting Agreement (ECF #430 Exhibit D, the "ASA") and with the sale occurring on terms set forth in Asset Purchase Agreement (ECF #430 Exhibit C, the "APA") following regulatory approval. The Plan (ECF #560), which was confirmed (ECF #583) and became effective (ECF #595) in May 2020 provided for the appointment of the Plan Administrator (Ronald Winters) to supervise its implementation, and a Responsible Officer (William Lenhart) responsible for limited matters, primarily administration of tort claims. An Oversight Committee was also appointed, which the Plan Administrator regularly reports. Soon after the effective date the remaining LLCs' bankruptcy cases were closed and final decrees entered. (ECF #645.) AFM has been current on its post-confirmation reporting.

As part of the phased sale, RCA submitted applications for Certificate of Need ("CON") for the facilities,[1] which was required under NYS law to obtain regulatory approval needed to effectuate

[1] The CON applications can be viewed at https://apps.health.ny.gov/facilities/cons/nysecon/Home by searching (operator name) for RCA and searching the results for Absolut. RCA's applications

the change of ownership. However, RCA's CON applications were never scheduled for consideration by the NYS Public Health and Health Planning Council ("PHHPC"), a prerequisite to regulatory approval.

Following five years without consideration of its CON applications, RCA assigned its rights under the ASA and APA to another operator, Calvado Care. The Plan Administrator moved for an order authorizing him to consent to the assignment (ECF #784, with signed consent at ECF #784-2) by RCA to Calvado Care, and the Hon. Alan Trust granted the motion (ECF #788) on May 1, 2026.

The undersigned is advised by Calvado Care's CON application consultant that it is anticipated Calvado Care's CON applications will be submitted by early July; however, they are not filed as of yet. We accordingly request an adjournment of the upcoming status conference. The undersigned is advised CON applications submitted this summer would very likely not be considered by the full PHHPC until at the very earliest the beginning 2027.[2] An update to this Court would be more substantive once Calvado Care's CON applications are on file which, again, should occur by early July.

In light of this anticipated timeline, the Plan Administrator requests an adjournment of the status conference to a date in August or September, except the last week of August and September 15 and 21, to enable Calvado Care time to submit its CON applications.

We thank the Court for its attention to this adjournment request.

Sincerely,

/s/ Jeffrey Chubak

cc: counsel of record

---

were withdrawn around the time that its rights under the ASA and APA were assigned to Calvado Care.

[2] The PHHPC 2026 meeting schedule can be viewed here.