# AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

June 23, 2026

**By ECF**

Honorable John P. Mastando III
U.S. Bankruptcy Court, Eastern District of New York
Alfonse M. D'Amato United States Courthouse
290 Federal Plaza
Central Islip, NY 11722

Re: 19-bk-76260 In re Absolut Facilities Management, LLC ("AFM")
Letter of Adjournment of 06/24/2026 11:00 a.m. Status Conference

Dear Judge Mastando:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC and write to notify interested parties that the status conference that had previously been scheduled for June 24, 2026 at 11:00 a.m. has been adjourned sine die but will be rescheduled for another date/time.

Sincerely,

/s/ Jeffrey Chubak

cc: counsel of record