AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

July 5, 2026

**By ECF**

Honorable John P. Mastando III
U.S. Bankruptcy Court, Eastern District of New York
Alfonse M. D'Amato United States Courthouse
290 Federal Plaza
Central Islip, NY 11722

Re: 19-bk-76260 In re Absolut Facilities Management, LLC
Letter of Adjournment of Status Conference to 09/10/2026

Dear Judge Mastando:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC and write to notify interested parties that the status conference that had previously been scheduled for 06/24/2026 (ECF #789), and that was previously adjourned without date (ECF #793), has been rescheduled for 09/10/2026 at 10:00 a.m.

The status conference will be held in Courtroom 960 of the Alfonse M. D'Amato United States Courthouse (address above). In accordance with Judge Mastando's procedures, requests to appear by telephone or video should be emailed to jpm_hearings@nyeb.uscourts.gov at least three (3) business days prior to the status conference, stating why the telephonic or video appearance is being sought.

Sincerely,

/s/ Jeffrey Chubak

cc: counsel of record