A M I N I LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

September 4, 2026

**By ECF and Email**

Honorable Sheryl P. Giugliano
U.S. Bankruptcy Court, Eastern District of New York
Alfonse M. D'Amato United States Courthouse
290 Federal Plaza
Central Islip, NY 11722
spg_hearings@nyeb.uscourts.gov

Re: 19-bk-76260 *In re* Absolut Facilities Management, LLC ("AFM")
Letter Requesting Adjournment of 09/10/2026 Status Conference to May 2027

Dear Judge Giugliano:

We represent the Plan Administrator Ronald Winters of Gibbins Advisors, LLC in the above-referenced case and write to request an adjournment of the status conference scheduled for September 10, 2026 at 10:00 a.m. to May 2027.

Background of the case is summarized in the *Application on Consent in Furtherance of Assignment of Sale Agreements to Calvado Care From RCA Healthcare* dated April 1, 2026 (ECF #784) and granted by Hon. Alan S. Trust on May 1, 2026 following a hearing.

By way of abbreviated background, AFM is the majority owner of seven skilled nursing and assisted living facilities located primarily in Western New York (the "OpCo LLCs").[1] RCA Healthcare Management, LLC ("RCA") was approved in February 2020 as the successful bidder for the Debtors' assets. (ECF #446.) NYS Department of Health ("DOH") and HUD approval was required, and therefore the sale was phased, with RCA agreeing to operate the facilities pending regulatory approval on terms provided in an Administrative Services and Consulting Agreement (ECF #430 Exhibit D, the "ASA") and with the sale occurring on terms set forth in Asset Purchase Agreement (ECF #430 Exhibit C, the "APA"). The Plan (ECF #560), which was confirmed (ECF #583) and became effective (ECF #595) in May 2020 provided for the appointment of the Plan Administrator to supervise its implementation and a Responsible Officer responsible for limited matters. An Oversight Committee was also appointed and to which the Plan Administrator regularly reports. Soon after the effective date the remaining OpCo LLC bankruptcy cases were closed and final decrees entered. (ECF #645.) AFM has been current on its post-confirmation reporting.

As part of the phased sale, RCA submitted applications for Certificate of Need ("CON") for the facilities, which was required under NYS law to obtain regulatory approval needed to effectuate

[1] One OpCo LLC (Orchard Park) closed in 2019. (ECF #284.)

the change of ownership. However, RCA's CON applications were never scheduled for consideration by the NYS Public Health and Health Planning Council ("PHHPC"), a prerequisite to regulatory approval.

Following five years without consideration of its CON applications, RCA assigned its rights under the ASA and APA to another operator, Calvado Care. An order (ECF #788) authorizing the Plan Administrator to consent to the assignment (ECF #784-2) was entered in May 2026.

Calvado Care submitted its CON applications in July 2026.[2] The undersigned understands from Calvado Care that the CON applications are not likely to be considered prior to the PHHPC meeting scheduled for April 15, 2027 (PHHPC calendar linked here). In light of this, the Plan Administrator requests an adjournment of the status conference scheduled for September 10, 2026 to a date in May 2027 to provide time for the regulatory approval process to move through its initial phases. In the event there is a material development before May 2027, we will update the Court.

Respectfully submitted,

/s/ Jeffrey Chubak

cc: counsel of record

---

[2] The CON applications are for four facilities: Aurora Park, Three Rivers, Gasport and Allegany. See https://apps.health.ny.gov/facilities/cons/nysecon/Home and search project description field for Calvado for information concerning same. No application was submitted as to the Westfield facility as it was leased and the lease term ended.